IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO.: 1:20-cv-24294-KMM

RAQUEL CAMPS in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS;

EDUARDO CAPPELLO in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO;

ALICIA KRUEGER in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBN BONET; and

MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARA VILLARREAL DE SANTUCHO.

        Plaintiffs,

vs.

ROBERTO GUILLERMO BRAVO,

        Defendant.
_____/

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that mediation has been scheduled as follows:

    Mediator:    Pamela I. Perry

    Location:    Videoconference via Zoom

    Date:    Thursday, September 9, 2021

    Time:    10:00 a.m.

CASE NO.: 1:20-cv-24294-KMM

DATED this 22nd day of August, 2021.

/s/ Pamela I. Perry
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33134
P: 305-670-9800
F: 305-670-9933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

A. Margot Moss, Esq.
MARKUS/MOSS, PLLC
40 N.W. 3rd St., Penthouse One
Miami, FL 33128
E: mmoss@markuslaw.com
*Counsel for Plaintiffs*

John W. Keker, Esq.
Ajay S. Krishnan, Esq.
Franco Muzzio, Esq.
Neha Sabharwal, Esq.
KEKER, VAN NEST & PETERS, LLP
633 Battery St.
San Francisco, CA 94111
E: jkeker@keker.com
E: akrishnan@keker.com
E: fmuzzio@keker.com
E: nsabharwal@keker.com
*Counsel for Plaintiffs*
Claret Vargas, Esq.

Elzbieta T. Matthews, Esq.
Carmen K. Cheung, Esq.
CENTER FOR JUSTICE &
ACCOUNTABILITY
One Hallidie Plaza, Suite 750
San Francisco, CA 94012
E: cvargas@cja.org
E: ematthews@cja.org
E: ccheung@cja.org
E: mzouai@cja.org
*Counsel for Plaintiffs*

Neal R. Sonnett, Esq.
NEAL R. SONNETT, P.A.
One Biscayne Tower, 26th Floor
Two S. Biscayne Blvd., Ste. 2600
Miami, FL 33131-1819
E: nrslaw@sonnett.com
*Counsel for Defendant*


By: /s/ Pamela I. Perry