```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
 3                   CASE NUMBER 20-24294-CV-MOORE
 4   RAQUEL CAMPS, in her capacity
     as the personal representative
 5   of the ESTATE OF ALBERTO CAMPS,
     et al.,
 6
                  Plaintiffs,              Courtroom 13-1
 7
        vs.                                Miami, Florida
 8
     ROBERTO GUILLERMO BRAVO,              February 15, 2022
 9
                  Defendant.
10
11                     FINAL PRETRIAL CONFERENCE
               BEFORE THE HONORABLE K. MICHAEL MOORE
12                 UNITED STATES DISTRICT JUDGE
13
     APPEARANCES:
14   FOR THE PLAINTIFFS:      AJAY S. KRISHNAN, ESQ.
                              FRANCO MUZZIO, ESQ.
15                            NEHA SABHARWAL, ESQ.
                              Keker, Van Nest & Peters LLP
16                            633 Battery Street
                              San Francisco, California 94111
17                                              415-391-5400
18                            ANITA MARGOT MOSS, ESQ.
                              Markus/Moss
19                            40 Northwest 3rd Street
                              Penthouse 1
20                            Miami, Florida 33128
                                              305-379-6667
21                                       Fax: 888-277-0333
22   THE DEFENDANT:           NEAL R. SONNETT, ESQ.
                              Neal R. Sonnett, P.A.
23                            2 South Biscayne Boulevard
                              Suite 2600
24                            Miami, Florida 33131
                                              305-358-2000
25                                       Fax: 888-277-0333
```

1   **REPORTED STENOGRAPHICALLY**
    **BY:**                     **GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C**
2                               Official United States Court Reporter
                                Wilkie D. Ferguson Jr. US Courthouse
3                               400 North Miami Avenue - Suite 12-2
                                Miami, Florida  33128   305-523-5118
4                               gphofficialreporter@gmail.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **TABLE OF CONTENTS**

2                                                                  Page

3

4    Reporter's Certificate ..................................... 26

5

6

7

8

9

10                              **EXHIBITS**

Exhibits                        Marked for              Received
11                              Identification          in Evidence

12    Description                 Page      Line      Page    Line

13                              (None)

14

15

16

17

18

19

20

21

22

23

24

25

1          (The following proceedings were held at 1:53 p.m. outside

2     the presence of Neal Sonnett, Esq.:)

3          THE COURT:  Good afternoon, everyone.  Please be

4     seated.  We can do the civil case now.

5          THE COURTROOM DEPUTY:  20-CV-24294, Camps, et al.

6     versus Bravo.  Counsel, please state your appearances, beginning

7     with the plaintiff.

8          MR. KRISHNAN:  Good morning, Your Honor.  Ajay Krishnan

9     from Keker, Van Nest & Peters for the plaintiffs.

10          THE COURT:  Good afternoon.

11          MR. MUZZIO:  Franco Muzzio also from Keker, Van Nest &

12     Peters for the plaintiffs.

13          MS. SABHARWAL:  Neha Sabharwal also from Keker, Van

14     Nest & Peters for plaintiffs.

15          MS. MOSS:  Good afternoon, Your Honor.  Margot Moss.

16     I'm here from Markus/Moss, local counsel.

17          THE COURT:  Okay.  Well, we're actually early, and I

18     notice that defense counsel is not here.  Have you been in touch

19     with him or --

20          MR. KRISHNAN:  We were in touch with him by email

21     yesterday.  So I think we heard from him today only through his

22     filing this morning.

23          THE COURT:  Okay.  And we can take this up when they

24     get here, but you see that they're asking for a continuance.

25          MR. KRISHNAN:  Yes, Your Honor.

1          THE COURT:  And you're opposing that?

2          MR. KRISHNAN:  That's correct.

3          THE COURT:  But I notice that you're also requesting

4     for remote testimony.

5          MR. KRISHNAN:  That is correct, Your Honor, although we

6     are prepared to proceed if Your Honor doesn't wish to grant our

7     request.

8          THE COURT:  Okay.  And that was going to be -- good,

9     I'm glad to hear that because I was going to deny it.

10         So how would you -- do you have depositions that you've

11    already taken?

12         MR. KRISHNAN:  Well, I think there are two options.

13    One is to take the depositions -- it's two of our clients, one

14    of whom is in France and one of whom is in Argentina.  So the

15    two options would either be to take their depositions.  They

16    would be brief depositions between now and trial.  The other

17    option would be live video testimony during trial.

18         THE COURT:  Okay.  So we don't want to do the live

19    video testimony.

20         MR. KRISHNAN:  Understood.

21         THE COURT:  But why haven't you done deposition

22    testimony during the discovery period for trial?

23         MR. KRISHNAN:  It's because the basis for the

24    continuance and the basis for needing -- their unavailability

25    didn't arise until after the discovery period.  For one of the

 1   witnesses, she was prepared to come.  It's just that she's not

 2   able to enter the United States under the current vaccine

 3   requirements, and she can't get another vaccine.  So she's just

 4   barred from the country.  And that changed in November.  So that

 5   was one of the clients.

 6            The other one had a recent -- our other client, Alicia

 7   Krueger, is in her late 70s and had a recent hip issue that

 8   makes her unable to travel.

 9            THE COURT:  So do you have other plaintiffs?

10            MR. KRISHNAN:  Yes, two other plaintiffs.

11            THE COURT:  Pardon me?

12            MR. KRISHNAN:  Two other plaintiffs, yes.

13       (Neal R. Sonnett, Esq. entered the courtroom.)

14            THE COURT:  Okay.  There is Mr. Sonnett.  Come on in

15   and join us.

16            MR. SONNETT:  Your Honor, I thought it was at 2:00.

17            THE COURT:  It is 2:00.  You're early.

18            MR. SONNETT:  Okay.  That's a first for me.

19            THE COURT:  Go ahead.  You can note your appearance.

20            MR. SONNETT:  Neal Sonnett appearing on behalf of

21   Roberto Bravo.

22            THE COURT:  Good to see you.

23            So we called the case and I notice that you have a

24   motion for a continuance and so one of my concerns was that

25   plaintiff's counsel had moved to have certain plaintiffs testify

1   by way of video conference and you oppose that, right?

2          MR. SONNETT:  Well, my client opposed it, and now that

3   I have filed a motion for a continuance, circumstances have

4   changed.

5          THE COURT:  Okay.

6          MR. SONNETT:  And if the Court grants a continuance, I

7   certainly would be amenable to working out remote testimony.

8          THE COURT:  You mean for trial?

9          MR. SONNETT:  Yes, sir.

10          THE COURT:  Well, I'm generally of the view that -- I

11   mean, I understand circumstances have changed because of COVID,

12   but I think I'm concerned about the precedent it sets for having

13   it as a custom and practice to have live video testimony for a

14   number of reasons.  I have no problem with having deposition

15   testimony that is preserved for trial as well, but in this case

16   those depositions have not been conducted.

17          Now, plaintiff's counsel tells me that if I deny remote

18   live testimony, that they could go ahead and get the deposition

19   testimony for trial purposes for what, two witnesses?

20          MR. KRISHNAN:  That's correct, Your Honor.

21          THE COURT:  And that could be done in what period of

22   time?

23          MR. KRISHNAN:  We could do it at any time, anytime in

24   the next two weeks, Your Honor.

25          THE COURT:  But I think that still raises the question

1  and it goes back to the issue of a continuance of the trial.  So

2  if those depositions were taken, you would still have how many

3  other witnesses that are traveling?

4       MR. KRISHNAN:  We have four other witnesses traveling

5  from Argentina and then I think four witnesses that are -- I

6  think four or five witnesses who are traveling within the United

7  States.

8       THE COURT:  And what would be the difficulty if the

9  trial were continued for a brief period of time other than what

10 is currently the scheduled trial date?

11      MR. KRISHNAN:  I think there are three forms of

12 prejudice, Your Honor.  There is nonreimbursable travel expenses

13 that have already been paid for in terms of hotel and there is

14 a --

15      THE COURT:  Well, what kind of expenses are we talking

16 about?

17      MR. KRISHNAN:  The hotel contract, Your Honor.

18      We were planning to have -- altogether between

19 witnesses, counsel, setting up office space here for the time of

20 trial, it was a contract with the hotel to commit, and I believe

21 that the amount that we owe if we cancel is between 35 and

22 $40,000.  So that's the main nonreimbursable travel commitment.

23 And then depending on the length of a continuance, I think if it

24 were a short continuance -- I think at any point -- we have a

25 couple of dates in June that we could do with respect to

1    continuance, but otherwise, we're losing witnesses and we're

2    losing lead counsel depending on the date.

3            THE COURT:  So are you saying that your $35,000 in

4    hotel reservations, that they are nonrefundable or they are not

5    credited for a future date?

6            MR. KRISHNAN:  That is largely correct, Your Honor.

7    The details are -- and by the way, that commitment was in

8    exchange for a significant discount on the hotel rooms which is

9    why we would have committed in the first place.  But the

10   provision provides that if the hotel is able to sell those

11   rooms, then the amount that we're in for may be reduced.  So

12   there is a provision by which they could be reduced, but we

13   can't just transfer the dates.  We would negotiate whatever we

14   can, if we're forced to do so, but the commitment at this point

15   is -- and I'm forgetting the number, but it's between 35 and

16   40,000.

17           THE COURT:  Can you address that?

18           Can you address that?

19           MR. KRISHNAN:  Are you asking me?

20           THE COURT:  I'm asking defense counsel.

21           MR. SONNETT:  Well, first of all, Your Honor, my

22   understanding of hotel and airline operations during the

23   pandemic is that they've been very liberal with regard to

24   changing dates.  So if hotel arrangements were simply moved

25   rather than canceled, I'm pretty sure that the hotel would be

1   able to honor it so there wasn't a major loss.  If there was

2   some kind of a loss, I'd be happy to negotiate with the

3   plaintiffs to see how we can cover some of that loss, but I

4   don't think the losses are going to be substantial.  And if I'm

5   able to assist them in dealing with hotels or dealing with

6   airlines, I'd be happy to do so.

7          THE COURT:  Do you have any problem with that?

8          MR. KRISHNAN:  A couple of problems.  So, Your Honor,

9   we wouldn't be raising the issue of the hotel contract if it

10  were something we could -- we negotiated it in December based on

11  the dates certain that Your Honor set, and so I think that that

12  will be an issue.  But putting aside whether we can address

13  that, I think there are two other forms of prejudice that I'd

14  like to raise.

15         THE COURT:  Okay, and we'll get to them, but I mean, as

16  far as the expense issue...

17         MR. KRISHNAN:  If we can be covered for the expense

18  that we're out of pocket, yes, Your Honor, that would cover the

19  expense issue.

20         THE COURT:  Okay.  Are we in agreement on that one?

21         MR. SONNETT:  Well, I said in my motion that we'd be

22  happy to discuss that.  I don't know what the amounts are.  I

23  don't know whether or not they are truly nonrefundable, but if

24  the Court grants the continuance that we're requesting, I would

25  think that we would have an obligation to avoid charges that are

1   unnecessary to the plaintiffs and we would certainly negotiate

2   that in good faith.

3          I would like to take a crack at getting the contracts

4   moved without a penalty.

5          THE COURT:  Sure.

6          MR. SONNETT:  I think I can do that, but I'd certainly

7   be happy to negotiate so that there's no loss for the

8   plaintiffs.

9          THE COURT:  Okay.

10          MR. KRISHNAN:  On this point, Your Honor, we're happy

11   to do whatever is necessary to mitigate the loss, but we would

12   ask that we'd be covered for whatever loss there is, but happy

13   to do what we can to mitigate and we can work with Mr. Sonnett

14   on that.

15          THE COURT:  Okay.  What's your next issue?

16          MR. KRISHNAN:  The next two are related, which is that

17   there are only a couple of dates that will work for us going

18   forward in the near future that will not result in and actually

19   have our entire, you know, have our trial team and our -- and

20   really it's for our witness lineup to be actually intact.  So

21   there are two dates in June.  There's June 13th and June 20th

22   that would work for us, and you know, we've kind of gone through

23   the other weeks, basically every week between now and December,

24   and there are other weeks that would work later.  But between

25   now and June there are these two dates, June 13th and June 20th,

1    that would work for us.  Otherwise, we are going to be losing

2    witnesses.  Some dates are just not doable because I won't be

3    available or my co-lead counsel.

4         The other related issue, really, Your Honor, is the

5    amount of redundant attorney time it's going to take to prepare

6    for a trial that was supposed to start in two weeks and then

7    prepare for another trial, canceling those plans and then

8    preparing for another trial that's to start a few months or many

9    months from now.  There will be significant attorney time that

10   will have been spent that will have to be re-spent if a

11   continuance is granted.

12        THE COURT:  Did you want to respond to either of those?

13        MR. SONNETT:  Well, Your Honor, the June dates that

14   have been mentioned is right about what I've asked for, which

15   was 60 to 90 days.  So we could make the June dates work.

16        As far as attorney time, cases get continued all the

17   time, and these folks aren't working on an hourly basis.

18   They're working on a contingency basis and I doubt seriously

19   that moving the trial from February 28th to June, the beginning

20   of June would cost them a lot in terms of attorney time.

21   They've already largely prepared this case.

22        MR. KRISHNAN:  May I respond to that, Your Honor?

23        THE COURT:  Sure.

24        MR. KRISHNAN:  So a couple of points:  First of all,

25   there's an extraordinary amount of asymmetrical expense in this

1    case because Mr. Bravo has a single witness which is himself.

2    We have 10 witnesses who need to be prepared.  They're going to

3    need to be prepared again if we try this in June.  It won't be

4    all of that and it won't be all the same amount of time, but

5    there will be additional time that needs to be taken.

6         The other point here really is the timing of this

7    request.  Mr. Sonnett raised his health issues and the fact that

8    he would be seeking a continuance for the first time on January

9    12th.  That was over a month ago, but didn't file the

10   continuance motion until this morning.  And so during that time,

11   that intervening month, we have been spending time and effort,

12   extraordinary amounts of time and effort both to comply with

13   this Court's deadlines, which Mr. Bravo has not complied with,

14   and actually preparing a case that's, you know, going to require

15   us to have people in town by the end of next week.

16        So there's a significant amount of time that really

17   could have been avoided, and it would be one thing if these

18   issues only arose for the first time today, but that just isn't

19   the case here.

20        MR. SONNETT:  Your Honor, had I had more warning of

21   what my health issues were going to be, I would have filed a

22   motion for continuance earlier, and I told the other side much

23   earlier that I was probably going to have to do that.  I was

24   waiting to hear from my surgeon as to when he wanted to do the

25   surgery on my lung.  So I'm not sure that that's a legitimate

1    reason to argue about it.

2          I'm not healthy enough to try this case beginning

3    February 28th.  I had a little bit of trouble just making it up

4    to the courthouse today, and I don't think I would be able to

5    give my client the representation that he deserves and that I

6    think I've been known for over a long career.  But I'm just not

7    healthy enough to do it now.  I need to have the surgery, but I

8    also need to deal with the migraine headaches which has been the

9    worst part of my health issues, and I think a 60 to 90-day

10   continuance or till June, whatever that is, will give me a

11   chance to have the surgery done, will give me a chance to try

12   some more medications that can work on the migraines.

13         As I said in the motion, I had consulted with and I'm

14   under treatment with a very well-known neurologist.  I've had

15   PET scans of the brain.  I didn't put it in the motion, but when

16   he reviewed that PET scan, he informed me that I had a stroke

17   that I didn't even know about, and that's one of the reasons

18   that I'm walking a little bit unsteady.

19         But I need to take care of my health, not only for me,

20   but for my client because at the moment I'm the only lawyer he

21   has.  I've talked to other lawyers.  I mentioned Steve Davis in

22   the motion for continuance.  That kind of continuance will also

23   allow me to get some other lawyers involved, so that if I'm not

24   any better in June, my client will have the benefit of competent

25   counsel.

1         I think Your Honor can hear from the way I'm talking

2    now that I'm not at peak performance.

3         THE COURT:  Well, and I don't want to be coldhearted

4    about this and I do want to be sensitive to your medical

5    concerns and I want to address them, but I also want to balance

6    that against doing the business of the Court and that is

7    handling this case.

8         And first, let me express my concern for your health

9    and I hope things resolve themselves favorably, sooner rather

10   than later.

11        MR. SONNETT:  Thank you.

12        THE COURT:  But if we proceed down this path of a

13   continuance and you ask for 60 to 90 days, this would put us

14   well past what you had requested for by at least another 30

15   days.  But not knowing or being uncertain about what your health

16   conditions would be at that time, I want to try to avoid a

17   repetition of the concerns that we're trying to address today

18   and can we have some assurance that we won't repeat this again

19   June 13th?

20        MR. SONNETT:  Yes, Your Honor.  If I'm not healthy

21   enough to try the case by June 13th, there will be lawyers in

22   the case that are healthy enough to try it, and I'll make sure

23   that there are no circumstances that will cause me to come

24   before the Court and say I'm not ready yet.  I'll either be

25   ready or there will be a different lawyer here.

 1          THE COURT:  Right, but I don't want to get to the

 2    calendar call for the June 13th trial period to find out that

 3    you're not ready then and we don't have somebody available to

 4    stand in.  So can we address the issue of additional counsel now

 5    who can tell us that they will be available on the 13th?

 6          MR. SONNETT:  Well, I've talked to Steve Davis who said

 7    he would be happy to come into the case once his trial is over.

 8    He has a trial I think on March 10th that should last four or

 9    five days.

10          THE COURT:  But will he be available June 13th?

11          MR. SONNETT:  This is the first I've heard that date,

12    so I would have to check with him.  But I will assure the Court

13    that I will have competent counsel in this case and ready to try

14    the case on June 13th, commencing on June 13th.

15          THE COURT:  Okay.

16          MR. SONNETT:  If it's not Steve Davis, I'll find

17    another set of lawyers.

18          THE COURT:  Okay.  So we've gotten an assurance on that

19    and we can have another status conference just to make sure that

20    we stay on schedule.

21          But here's the other reason -- and by the way, with

22    regard to the expenses, you know, I hope that gets worked out.

23    I mean, you've gotten some reasonable assurances that they will

24    pay if you can't get reimbursed, but I would think, knowing what

25    I know of the seasonal market down here, that giving up dates in

1   February for dates in June, you might make money on the deal.

2   Maybe not, but I don't want to get into the finances of

3   litigation, but February 28th is high season.  By June, most

4   normal people who can do it want to get out of Miami and that

5   includes me, but if I have to be trying a case in the heat and

6   humidity, then, you know, I'm here.  That's what I'm here for.

7        But my other concern is that not just Mr. Sonnett's

8   health concerns, but, you know, making sure that we are ready to

9   go then.  When I look at the state of the docket, I'm not

10   completely satisfied that we would be ready to go in any event,

11   and maybe it's Mr. Sonnett's health issues that have contributed

12   to this, but there is no pretrial stipulation filed by both

13   parties.  And quite frankly, there have been a number of

14   defenses that have been asserted, but one of the sanctions for

15   not filing a bilateral pretrial stipulation is the striking of

16   the affirmative defenses.

17        Now, that doesn't really get us to the merits of the

18   case, which I would prefer to do than not have a party comply

19   with the rules, and there has been no motion practice in the way

20   of motions to dismiss or motions for summary judgment.  It, you

21   know, puts us in, in my mind, an unprepared posture to really

22   try to narrow the issues for trial.  In the absence of a

23   bilateral stipulation, either the facts are admitted or they're

24   all denied, and so everything is up for grabs at that point.

25        So, you know, that was my concern, that are we really

1    ready and, you know, I'm glad to hear that you can get your

2    witnesses deposed within the next two weeks and that kind of

3    satisfies that, but, you know, I'm still not satisfied myself

4    that we're not served by some period of continuance.  I would

5    rather have it be shorter than June 13th, but if that's the date

6    you tell me, then that's the date.  You know, we can live with

7    that date.  I think you've shortened your length of trial.  It's

8    gone from 10 days to five days now.

9         But in deference to counsel's health concerns, I think

10   I would want to show you the same consideration if the shoe were

11   on the other foot, but I do want some assurance that that health

12   concern is not going to be an issue come June 13th, and if that

13   means whether it's Mr. Davis or somebody else -- you're from out

14   of town?  I don't want you to have to fly in here for a hearing

15   like this, but I would at least like to have a follow-up status

16   conference within some short period of time to have additional

17   counsel file a Notice of Appearance, so that I know that we have

18   somebody either co-counseling with Mr. Sonnett or trying the

19   case if for whatever reason Mr. Sonnett is not able to.

20        I know that probably is not satisfactory to you and I

21   know it requires more work and I'm not unsympathetic to that.

22   I've tried my share of cases, and I know how hard it is to get

23   things in order to put on a case.  So I'm certainly, as I said,

24   not unsympathetic to that, but I think, all things considered,

25   this case would be better tried if we had a little more time to

1    do the work that needs to be done to help us narrow the issues.

2             MR. KRISHNAN:  If I could address the narrowing of the

3    issues, Your Honor.

4             I completely appreciate from Your Honor's review of the

5    docket why it may seem that things are not triable, and just to

6    be clear, I appreciate where Your Honor is leaning on the

7    continuance.  And this is unrelated to that.

8             I think that, you know, the events of this case -- it's

9    really a single event that occurred, the shooting of our

10   client's family members, and the claims that are being brought

11   are straightforward claims relating to that event.  There are

12   three claims which are really there for the killing, the

13   attempted killing, and the torture, which in this case is really

14   the pain and suffering endured during the time of the killing.

15   So those are the three claims that we have.  I don't think that

16   they're particularly amenable to motion practice.

17            The way that we have proposed our pretrial stipulation,

18   the unilateral one that we filed, we did include the affirmative

19   defenses and there are several affirmative defenses that are

20   stated in the answer.  A couple of them we didn't include in the

21   pretrial stipulation because they're simply not legally

22   cognizable defenses, and perhaps those could have been addressed

23   in the motion for summary judgment, but they really are sort of

24   facts that would negate the elements of our claim.

25            There is a statute of limitations defense, there is an

1    exhaustion of remedies defense, and then there's the

2    self-defense defense which is an affirmative defense as well.

3    Those are the three I think of the five defenses that are pled

4    in the answer that would be amenable to trial.

5            There's a laches defense which is an equitable defense

6    which wouldn't apply here because these are legal claims, and

7    there is another defense which is just that Mr. Bravo claims

8    that he was exonerated by a military investigation decades ago,

9    which is neither here nor there.  It's something that perhaps

10   Mr. Bravo would want to say at trial, but it's not a legal

11   defense.

12           We could bring summary judgment motions to address that

13   if Your Honor would prefer.  We didn't at the time because we

14   didn't think it was necessary, but I think that the stipulation

15   that we've submitted does -- the case never needed much

16   narrowing, is the point.

17           So I just wanted to put Your Honor somewhat at ease

18   with respect to the status of the preparation.

19           THE COURT:  Well, you haven't, but it was a good

20   effort.  But my concern is that, you know -- I mean, I

21   understand the single issue factually that you're raising, and

22   quite frankly, when you put it in that context, it may not even

23   be a five-day case in front of me.

24           But that being said, the issues that you raise do go to

25   the admissibility of certain items of evidence and they go to

1  the jury instructions.  And, you know, I don't want to be here

2  if I can avoid it in the midst of trial, trying to rule on these

3  admissibility issues in the middle of trial when if we had a

4  ruling on them prior to trial, either through motions for

5  summary judgment or motions in limine -- and not all motions in

6  limine can be ruled upon pretrial -- but to the extent they are

7  either for or against one side or the other, that also helps the

8  lawyers know how they can present or what they can present and

9  what they can't present.  It just makes for a cleaner

10  presentation to a jury and likewise with the jury instructions.

11  I mean, typically by now I would be telling you that you should

12  be having your jury instructions to me -- when?

13      MR. KRISHNAN:  Friday.

14      THE COURT:  This Friday?  So a lot of your jury

15  instructions I assume may go to the issue of assuming that these

16  are valid defenses that can be put to the jury or assuming that

17  this is not a valid defense and so they are not entitled to a

18  jury instruction on that point, and, you know, those are not

19  just factual issues.  Those are legal.

20      You raised a number of, I think, what may have gone to

21  his self-defense or to the exoneration.  There again, that to me

22  seems to be -- isn't that an issue that we could decide

23  pretrial?

24      MR. KRISHNAN:  I assume we could, Your Honor.  I was

25  actually hoping to do that through discussions with counsel, but

 1    can I ask Your Honor what you're contemplating in terms of -- if

 2    we are having a continuance, I think there are certain dates

 3    that we would probably need, perhaps another date for a

 4    bilateral this time stipulation.  I think we would need a later

 5    date for jury instructions because I anticipate that Mr. Sonnett

 6    is not prepared to discuss those by this Friday.  I'm just

 7    wondering what other dates and what other issues.

 8            THE COURT:  I hear what you're saying.  So let's back

 9    it up from June 13th.  Okay?

10            Eric, normally when was that -- if he used that trial

11    date, when would the pretrial stip be due?

12        (There was a brief discussion off the record with the

13    Court's law clerk.)

14            THE COURT:  Well, do you want to propose dates or do

15    you want me just to enter a new scheduling order?

16            MR. KRISHNAN:  Your Honor, I think the scheduling order

17    that we had before -- Your Honor, I think that Your Honor's

18    prior scheduling orders have set appropriate and reasonable

19    times for us to get everything done.  So I do think that the

20    remaining dates are -- we would need another date for submission

21    of Exhibit List and Witness List, pretrial stipulation, and then

22    there's a date for jury instructions.  So we've got kind of two

23    schedules now, one for the December trial and now one for

24    February.  And in either event, we were willing to live by the

25    schedule the Court set.

1          The only issue I raise is whether Your Honor wants

2    additional motions in limine.

3          I know the deadline for motions in limine past quite

4    some time ago, but that may be something that -- we have a few

5    issues that we have raised in the pretrial stipulation that were

6    in the nature of motions in limine.  They were our evidence

7    where no motion in limine was filed, no objections were filed,

8    and we just wanted clarity before openings.  So we could address

9    those again sort of in the form that we've done now in our

10   unilateral stipulation or we could address those in the motions

11   in limine, whatever your preference.

12         THE COURT:  Well, why don't we do this:  Why don't we

13   say we'll get any motions in limine -- today is the 15th -- by

14   March 15th, but what I'd also like to do is have another status

15   conference to make sure that we stay on schedule 30 days from

16   now as well.  I'm going to say March 15th as well, but you know

17   what's going to happen?

18         I'm going to get back to my office and we're going to

19   look at the calendar and we're going to find out that that date

20   doesn't work.  So if it does, that's great, but if it doesn't,

21   I'm telling you now we'll give you a date on or about that

22   period in writing so that you have something more firm, but you

23   get the idea that I want to see you again in 30 days and get

24   those motions in.

25         Your motions will be due then.  They'll have an

1    opportunity to respond.  You can have your reply and we'll tee

2    them up and get them ripe and ruled on well in advance of trial.

3    But let's just use this time now to see what we can do about

4    taking care of Mr. Sonnett's health and at the same time trying

5    to get the case back on track.

6              MR. SONNETT:  Your Honor, I'm hopeful I can get a

7    surgery date quickly and it shouldn't take too long to recover

8    from it, so I can get back into the mix quickly.

9              I know Your Honor doesn't normally do hearings by

10   telephone or Zoom.

11             THE COURT:  Right.

12             MR. SONNETT:  But some of these folks are from the West

13   Coast.  I wonder if you would consider allowing them to

14   participate remotely.

15             THE COURT:  Well, I know they have local counsel here.

16   So if they don't want to appear, that's fine with me.  I mean, I

17   don't know if we need all four of them here anyway, but they're

18   welcome to join us.  And if they can't, then local counsel is

19   here to handle it.

20             MR. KRISHNAN:  Thank you, Your Honor.  We understand.

21             THE COURT:  Okay.  All right.

22             MR. KRISHNAN:  Your Honor, the only thing I ask is --

23   so maybe there are a few things.  I'm wondering whether it would

24   make sense, if we have the motions in limine filed on March

25   15th, would Your Honor contemplate ruling on them at the

1    subsequent pretrial conference and sort of redo what today was

2    supposed to be?

3         THE COURT:  What I would contemplate doing -- we'll get

4    the motions.  We'll get the responses that are due within 10

5    days.  The replies are due five days after that.  And so that

6    kicks us into mid-April.  And as soon as they're ripe, we would

7    try to -- you know, we can expect them coming, but we'll try to

8    get a ruling sometime within the next 30 days, if not less.

9    That would be well in advance of the trial date.

10        MR. KRISHNAN:  Understood.  Thank you, Your Honor.

11        And the other question I had had to do with the new

12   trial date.  Would that be a date certain, Your Honor?  The only

13   reason I ask is it's the same issue that came up in December.

14        THE COURT:  It's a date certain as today's date is

15   certain or this trial date is certain.  I mean, you know, we're

16   not going to put anything else ahead of you on that trial date.

17        MR. KRISHNAN:  Understood.  Thank you, Your Honor.

18        THE COURT:  Okay.  All right.  Anything else we need to

19   take up?

20        MR. KRISHNAN:  I don't think we do.  Thank you, Your

21   Honor.

22        THE COURT:  Okay.

23        MR. SONNETT:  Nor do we, Your Honor.  Thank you.

24        THE COURT:  All right.  Mr. Sonnett, hope all goes

25   well.  We'll see you in 30 days.

1      MR. KRISHNAN:  Thank you, Your Honor.

2      THE COURT:  Thank you.

3   (The hearing concluded at 2:37 p.m.:)

4

5            C E R T I F I C A T E

6      I hereby certify that the foregoing is an accurate

7   transcription of proceedings in the above-entitled matter.

8

9   ____03-11-22____          _____
         Date                 GILDA PASTOR-HERNANDEZ, RPR, FPR, FPR-C
10                            Official United States Court Reporter
                              Wilkie D. Ferguson Jr. U.S. Courthouse
11                            400 North Miami Avenue, Suite 12-2
                              Miami, Florida  33128      305-523-5118
12                            gphofficialreporter@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

able 6:2 9:10 10:1,5 14:4 18:19
about 7:12 8:16 12:14 14:1,17 15:4,15 23:21 24:3
above-entitled 26:7
absence 17:22
accurate 26:6
actually 4:17 11:18,20 13:14 21:25
additional 13:5 16:4 18:16 23:2
address 9:17,18 10:12 15:5,17 16:4 19:2 20:12 23:8,10
addressed 19:22
admissibility 20:25 21:3
admitted 17:23
advance 24:2 25:9
affirmative 17:16 19:18,19 20:2
after 5:25 25:5
afternoon 4:3,10,15
again 13:3 15:18 21:21 23:9,23
against 15:6 21:7
ago 13:9 20:8 23:4
agreement 10:20
ahead 6:19 7:18 25:16
airline 9:22
airlines 10:6
Ajay 1:14 4:8
al 1:5 4:5
ALBERTO 1:5
Alicia 6:6
allow 14:23
allowing 24:13
already 5:11 8:13 12:21
although 5:5
altogether 8:18
amenable 7:7 19:16 20:4
amount 8:21 9:11 12:5,25 13:4 13:16
amounts 10:22 13:12
ANITA 1:18
another 6:3 12:7,8 15:14 16:17 16:19 20:7 22:3,20 23:14
answer 19:20 20:4
anticipate 22:5
anything 25:16,18
anytime 7:23
anyway 24:17
appear 24:16
appearance 6:19 18:17
appearances 1:13 4:6
appearing 6:20
apply 20:6
appreciate 19:4,6
appropriate 22:18
Argentina 5:14 8:5
argue 14:1
arise 5:25
arose 13:18
arrangements 9:24
aside 10:12
asked 12:14
asking 4:24 9:19,20
asserted 17:14
assist 10:5
assume 15:24
assuming 21:15,16
assurance 15:18 16:18 18:11
assurances 16:23
assure 16:12
asymmetrical 12:25
attempted 19:13
attorney 12:5,9,16,20
available 12:3 16:3,5,10
Avenue 2:3 26:11
avoid 10:25 15:16 21:2
avoided 13:17

**B**

back 8:1 22:8 23:18 24:5,8
balance 15:5
barred 6:4
based 10:10
basically 11:23
basis 5:23,24 12:17,18
Battery 1:16
before 1:11 15:24 22:17 23:8
beginning 4:6 12:19 14:2
behalf 6:20
being 15:15 19:10 20:24
believe 8:20
benefit 14:24
better 14:24 18:25
between 5:16 8:18,21 9:15 11:23 11:24
bilateral 17:15,23 22:4
Biscayne 1:23
bit 14:3,18
both 13:12 17:12
Boulevard 1:23
brain 14:15
Bravo 1:8 4:6 6:21 13:1,13 20:7 20:10
brief 5:16 8:9 22:12
bring 20:12
brought 19:10
business 15:6

**C**

C 26:5,5
calendar 16:2 23:19
California 1:16
call 16:2
called 6:23
came 25:13
Camps 1:4,5 4:5
cancel 8:21
canceled 9:25
canceling 12:7
capacity 1:4
care 14:19 24:4
career 14:6
case 1:3 4:4 6:23 7:15 12:21 13:1 13:14,19 14:2 15:7,21,22 16:7 16:13,14 17:5,18 18:19,23,25 19:8,13 20:15,23 24:5
cases 12:16 18:22
cause 15:23
certain 6:25 10:11 20:25 22:2 25:12,14,15,15
certainly 7:7 11:1,6 18:23
Certificate 3:4
certify 26:6
chance 14:11,11
changed 6:4 7:4,11
changing 9:24
charges 10:25
check 16:12
circumstances 7:3,11 15:23
civil 4:4
claim 19:24
claims 19:10,11,12,1 5 20:6,7
clarity 23:8
cleaner 21:9
clear 19:6
clerk 22:13
client 6:6 7:2 14:5,20,24
clients 5:13 6:5
client's 19:10
Coast 24:13
cognizable 19:22
coldhearted 15:3
come 6:1,14 15:23 16:7 18:12
coming 25:7

**C** (continued)

commencing 16:14
commit 8:20
commitment 8:22 9:7,14
committed 9:9
competent 14:24 16:13
completely 17:10 19:4
complied 13:3
comply 13:12 17:18
concern 15:8 17:7,25 18:12 20:20
concerned 7:12
concerns 6:24 15:5,17 17:8 18:9
concluded 26:3
conditions 15:16
conducted 7:16
conference 1:11 7:1 16:19 18:16 23:15 25:1
consider 24:13
consideration 18:10
considered 18:24
consulted 14:13
contemplate 24:25 25:3
contemplating 22:1
CONTENTS 3:1
context 20:22
contingency 12:18
continuance 4:24 5:24 6:24 7:3 7:6 8:1,23,24 9:1 10:24 12:11 13:8,10,22 14:10,22,22 15:13 18:4 19:7 22:2
continued 8:9 12:16
contract 8:17,20 10:9
contracts 11:3
contributed 17:11
correct 5:2,5 7:20 9:6
cost 12:20
counsel 4:6,16,18 6:25 7:17 8:19 9:2,20 12:3 14:25 16:4,13 18:17 21:25 24:15,18
counsel's 18:9
country 6:4
couple 8:25 10:8 11:17 12:24 19:20
Court 1:1 2:2 4:3,10,17,23 5:1,3 5:8,18,21 6:9,11,14,17,19,22 7:5,6,8,10,21,25 8:8,15 9:3,17 9:20 10:7,15,20,24 11:5,9,15 12:12,23 15:3,6,12,24 16:1,10 16:12,15,18 20:19 21:14 22:8 22:14,25 23:12 24:11,15,21 25:3,14,18,22,4 26:2,10
courthouse 2:2 14:4 26:10
courtroom 1:6 4:5 6:13
Court's 13:13 22:13
cover 10:3,18
covered 10:17 11:12
COVID 7:11
co-counseling 18:18
co-lead 12:3
crack 11:3
credited 9:5
current 6:2
currently 8:10
custom 7:13

**D**

D 2:2 26:10
date 8:10 9:2,5 16:11 18:5,6,7 22:3,5,11,20,2 2 23:19,21 24:7 25:9,12,12,14,14,15,1 6 26:9
dates 8:25 9:13,24 10:11 11:17 11:21,25 12:2,13,15 16:25 17:1 22:2,7,14,20
Davis 14:21 16:6,16 18:13
days 12:15 15:13,15 16:9 18:8,8 23:15,23 25:5,5,8,25
deadline 23:3

**D** (continued)

deadlines 13:13
deal 14:8 17:1
dealing 10:5,5
decades 20:8
December 10:10 11:23 22:23 25:13
decide 21:22
Defendant 1:9,22
defense 4:18 9:20 19:25 20:1,2,2 20:5,5,7,11 21:17
defenses 17:14,16 19:19,19,22 20:3 21:16
deference 18:9
denied 17:24
deny 5:9 7:17
depending 8:23 9:2
deposed 18:2
deposition 5:21 7:14,18
depositions 5:10,13,15,1 6 7:16 8:2
DEPUTY 4:5
Description 3:12
deserves 14:5
details 9:7
different 15:25
difficulty 8:8
discount 9:8
discovery 5:22,25
discuss 10:22 22:6
discussion 22:12
discussions 21:25
dismiss 17:20
DISTRICT 1:1,1,12
DIVISION 1:2
doable 12:2
docket 17:9 19:5
doing 15:6 25:3
done 5:21 7:21 14:11 19:1 22:19 23:9
doubt 12:18
down 15:12 16:25
due 22:11 23:25 25:4,5
during 5:17,22 9:22 13:10 19:14

**E**

E 26:5,5
earlier 13:22,23
early 4:17 6:17
ease 20:17
effort 13:11,12 20:20
either 5:15 12:12 15:24 17:23 18:18 21:4,7 22:24
elements 19:24
email 4:20
end 13:15
endured 19:14
enough 14:2,7 15:21,22
enter 6:2 22:15
entered 6:13
entire 11:19
entitled 21:17
equitable 20:5
Eric 22:10
Esq 1:14,14,15,18,2 2 4:2 6:13
ESTATE 1:5
et 1:5 4:5
even 14:17 20:22
event 17:10 19:9,11 22:24
events 19:8
every 11:23
everyone 4:3
everything 17:24 22:19
evidence 3:11 20:25 23:6
exchange 9:8
exhaustion 20:1
Exhibit 22:21
Exhibits 3:9,10

exonerated 20:8
exoneration 21:21
expect 25:7
expense 10:16,17,19 12:25
expenses 8:12,15 16:22
express 15:8
extent 21:6
extraordinary 12:25 13:12

**F**

F 26:5
fact 13:7
facts 17:23 19:24
factual 21:19
factually 20:21
faith 11:2
family 19:10
far 10:16 12:16
favorably 15:9
Fax 1:21,25
February 1:8 12:19 14:3 17:1,3 22:24
Ferguson 2:2 26:10
few 12:8 23:4 24:23
file 13:9 18:17
filed 7:3 13:21 17:12 19:18 23:7 23:7 24:24
filing 4:22 17:15
FINAL 1:11
finances 17:2
find 16:2,16 23:19
fine 24:16
firm 23:22
first 6:18 9:9,21 12:24 13:8,18 15:8 16:11
five 8:6 16:9 18:8 20:3 25:5
five-day 20:23
Florida 1:1,7,20,24 2:3 26:11
fly 18:14
folks 12:17 24:12
following 4:1
follow-up 18:15
foot 18:11
forced 9:14
foregoing 26:6
forgetting 9:15
form 23:9
forms 8:11 10:13
forward 11:18
four 8:4,5,6 16:8 24:17
FPR 2:1 26:9
FPR-C 2:1 26:9
France 5:14
Francisco 1:16
Franco 1:14 4:11
frankly 17:13 20:22
Friday 21:13,14 22:6
from 4:9,11,13,16,2 1 6:4 8:5 12:9,19 13:24 15:1 18:8,13 19:4 22:9 23:15 24:8,12
front 20:23
future 9:5 11:18

**G**

generally 7:10
gets 16:22
getting 11:3
GILDA 2:1 26:9
give 14:5,10,1 1 23:21
giving 16:25
glad 5:9 18:1
go 6:19 7:18 17:9,10 20:24,25 21:15
goes 8:1 25:24
going 5:8,9 10:4 11:17 12:1,5 13:2,14,21,23 18:12 23:16,17 23:18,19 25:16

gone 11:22 18:8 21:20
good 4:3,8,10,15 5:8 6:22 11:2 20:19
gotten 16:18,23
gphofficialreporter@gmail.com 2:4 26:12
grabs 17:24
grant 5:6
granted 12:11
grants 7:6 10:24
great 23:20
GUILLERMO 1:8

**H**

handle 24:19
handling 15:7
happen 23:17
happy 10:2,6,22 11:7,10,12 16:7
hard 18:22
having 7:12,14 21:12 22:2
headaches 14:8
health 13:7,21 14:9,19 15:8,15 17:8,11 18:9,11 24:4
healthy 14:2,7 15:20,22
hear 5:9 13:24 15:1 18:1 22:8
heard 4:21 16:11
hearing 18:14 26:3
hearings 24:9
heat 17:5
held 4:1
help 19:1
helps 21:7
her 1:4 6:7,8
high 17:3
him 4:19,20,21 16:12
himself 13:1
hip 6:7
honor 4:8,15,25 5:5,6 6:16 7:20 7:24 8:12,17 9:6,21 10:1,8,11 10:18 11:10 12:4,13,22 13:20 15:1,20 19:3,6 20:13,17 21:24 22:1,16,17 23:1 24:6,9,20,22 24:25 25:10,12,17,21,23 26:1
HONORABLE 1:11
Honor's 19:4 22:17
hope 15:9 16:22 25:24
hopeful 24:6
hoping 21:25
hotel 8:13,17,20 9:4,8,10,22,24 9:25 10:9
hotels 10:5
hourly 12:17
humidity 17:6

**I**

idea 23:23
Identification 3:11
include 19:18,20
includes 17:5
informed 14:16
instruction 21:18
instructions 21:1,10,12,1 5 22:5 22:22
intact 11:20
intervening 13:11
investigation 20:8
involved 14:23
issue 6:7 8:1 10:9,12,16,19 11:15 12:4 16:4,18 18:12 20:21 21:15 21:22 23:1 25:13
issues 13:7,18,21 14:9 17:11,22 19:1,3 20:24 21:3,19 22:7 23:5
items 20:25

**J**

January 13:8
join 6:15 24:18
Jr 2:2 26:10
JUDGE 1:12
judgment 17:20 19:23 20:12 21:5
June 8:25 11:21,21,21,25,25,25 12:13,15,19,20 13:3 14:10,24 15:19,21 16:2,10,14,14 17:1,3 18:5,12 22:9
jury 21:1,10,10,12,14,16,1 8 22:5 22:22
just 6:1,3 9:13 12:2 13:18 14:3,6 16:19 17:7 19:5 20:7,17 21:9 21:19 22:6,15 23:8 24:3

**K**

K 1:11
Keker 1:15 4:9,11,13
kicks 25:6
killing 19:12,13,14
kind 8:15 10:2 11:22 14:22 18:2 22:22
know 10:22,23 11:19,22 13:14 14:17 16:22,25 17:6,8,21,25 18:1,3,6,17,20,21,22 19:8 20:20 21:1,8,18 23:3,16 24:9 24:15,17 25:7,15
knowing 15:15 16:24
known 14:6
Krishnan 1:14 4:8,8,20,25 5:2,5 5:12,20,23 6:10,12 7:20,23 8:4,11,17 9:6,19 10:8,17 11:10,16 12:22,24 19:2 21:13 21:24 22:16 24:20,22 25:10 25:17,20 26:1
Krueger 6:7

**L**

laches 20:5
largely 9:6 12:21
last 16:8
late 6:7
later 11:24 15:10 22:4
law 22:13
lawyer 14:20 15:25
lawyers 14:21,23 15:21 16:17 21:8
lead 9:2
leaning 19:6
least 15:14 18:15
legal 20:6,10 21:19
legally 19:21
legitimate 13:25
length 8:23 18:7
less 25:8
let 15:8
let's 22:8 24:3
liberal 9:23
like 10:14 11:3 18:15,15 23:14
likewise 21:10
limine 21:5,6 23:2,3,6,7,11,13 24:24
limitations 19:25
Line 3:12,12
lineup 11:20
List 22:21,21
litigation 17:3
little 14:3,18 18:25
live 5:17,18 7:13,18 18:6 22:24
local 4:16 24:15,18
long 14:6 24:7
look 17:9 23:19
losing 9:1,2 12:1
loss 10:1,2,3 11:7,11,12
losses 10:4

lot 12:20 21:14
lung 13:25

**M**

main 8:22
major 10:1
make 12:15 15:22 16:19 17:1 23:15 24:24
makes 6:8 21:9
making 14:3 17:8
many 8:2 12:8
March 16:8 23:14,16 24:24
Margot 1:18 4:15
Marked 3:10
market 16:25
Markus/Moss 1:18 4:16
matter 26:7
may 9:11 12:22 19:5 20:22 21:15,20 23:4
maybe 17:2,11 24:23
mean 7:8,11 10:15 16:23 20:20 21:11 24:16 25:15
means 18:13
medical 15:4
medications 14:12
members 19:10
mentioned 12:14 14:21
merits 17:17
Miami 1:2,7,20,24 2:3,3 17:4 26:11,11
MICHAEL 1:11
middle 21:3
midst 21:2
mid-April 25:6
might 17:1
migraine 14:8
migraines 14:12
military 20:8
mind 17:21
mitigate 11:11,13
mix 24:8
moment 14:20
money 17:1
month 13:9,11
months 12:8,9
MOORE 1:11
more 13:20 14:12 18:21,25 23:22
morning 4:8,22 13:10
Moss 1:18 4:15,15
most 17:3
motion 6:24 7:3 10:21 13:10,22 14:13,15,22 17:19 19:16,23 23:7
motions 17:20,20 20:12 21:4,5,5 23:2,3,6,10,13,24,2 5 24:24 25:4
moved 6:25 9:24 11:4
moving 12:19
much 13:22 20:15
Muzzio 1:14 4:11,11
myself 18:3

**N**

narrow 17:22 19:1
narrowing 19:2 20:16
nature 23:6
Neal 1:22,22 4:2 6:13,20
near 11:18
necessary 11:11 20:14
need 13:2,3 14:7,8,19 22:3,4,20 24:17 25:18
needed 20:15
needing 5:24
needs 13:5 19:1
negate 19:24
negotiate 9:13 10:2 11:1,7

negotiated 10:10
Neha 1:15 4:13
neither 20:9
Nest 1:15 4:9,11,14
neurologist 14:14
never 20:15
new 22:15 25:11
next 7:24 11:15,16 13:15 18:2
  25:8
None 3:13
nonrefundable 9:4 10:23
nonreimbursable 8:12,22
normal 17:4
normally 22:10 24:9
North 2:3 26:11
Northwest 1:19
note 6:19
notice 4:18 5:3 6:23 18:17
November 6:4
number 1:3 7:14 9:15 17:13
  21:20

**O**

objections 23:7
obligation 10:25
occurred 19:9
off 22:12
office 8:19 23:18
Official 2:2 26:10
Okay 4:17,23 5:8,18 6:14,18 7:5
  10:15,20 11:9,15 16:15,18
  22:9 24:21 25:18,22
once 16:7
one 5:13,13,14,2 5 6:5,6,24 10:20
  13:17 14:17 17:14 19:18 21:7
  22:23,23
only 4:21 11:17 13:18 14:19,20
  23:1 24:22 25:12
openings 23:8
operations 9:22
opportunity 24:1
oppose 7:1
opposed 7:2
opposing 5:1
option 5:17
options 5:12,15
order 18:23 22:15,16
orders 22:18
other 5:16 6:6,6,9,10,1 2 8:3,4,9
  10:13 11:23,24 12:4 13:6,22
  14:21,23 16:21 17:7 18:11
  21:7 22:7,7 25:11
otherwise 9:1 12:1
out 7:7 10:18 16:2,22 17:4 18:13
  23:19
outside 4:1
over 13:9 14:6 16:7
owe 8:21

**P**

Page 3:2,12,12
paid 8:13
pain 19:14
pandemic 9:23
Pardon 6:11
part 14:9
participate 24:14
particularly 19:16
parties 17:13
party 17:18
past 15:14 23:3
PASTOR-HERNANDEZ 2:1
  26:9
path 15:12
pay 16:24
peak 15:2
penalty 11:4

Penthouse 1:19
people 13:15 17:4
performance 15:2
perhaps 19:22 20:9 22:3
period 5:22,25 7:21 8:9 16:2
  18:4,16 23:22
personal 1:4
PET 14:15,16
Peters 1:15 4:9,12,14
place 9:9
plaintiff 4:7
plaintiffs 1:6,14 4:9,12,14 6:9,10
  6:12,25 10:3 11:1,8
plaintiff's 6:25 7:17
planning 8:18
plans 12:7
please 4:3,6
pled 20:3
pocket 10:18
point 8:24 9:14 11:10 13:6 17:24
  20:16 21:18
points 12:24
posture 17:21
practice 7:13 17:19 19:16
precedent 7:12
prefer 17:18 20:13
preference 23:11
prejudice 8:12 10:13
preparation 20:18
prepare 12:5,7
prepared 5:6 6:1 12:21 13:2,3
  22:6
preparing 12:8 13:14
presence 4:2
present 21:8,8,9
presentation 21:10
preserved 7:15
pretrial 1:11 17:12,15 19:17,21
  21:6,23 22:11,21 23:5 25:1
pretty 9:25
prior 21:4 22:18
probably 13:23 18:20 22:3
problem 7:14 10:7
problems 10:8
proceed 5:6 15:12
proceedings 4:1 26:7
propose 22:14
proposed 19:17
provides 9:10
provision 9:10,12
purposes 7:19
put 14:15 15:13 18:23 20:17,22
  21:16 25:16
puts 17:21
putting 10:12
P.A 1:22
p.m 4:1 26:3

**Q**

question 7:25 25:11
quickly 24:7,8
quite 17:13 20:22 23:3

**R**

R 1:22,22 6:13 26:5
raise 10:14 20:24 23:1
raised 13:7 21:20 23:5
raises 7:25
raising 10:9 20:21
RAQUEL 1:4
rather 9:25 15:9 18:5
ready 15:24,25 16:3,13 17:8,10
  18:1
really 11:20 12:4 13:6,16 17:17
  17:21,25 19:9,12,13,23
reason 14:1 16:21 18:19 25:13
reasonable 16:23 22:18

reasons 7:14 14:17
Received 3:10
recent 6:6,7
record 22:12
recover 24:7
redo 25:1
reduced 9:11,12
redundant 12:5
regard 9:23 16:22
reimbursed 16:24
related 11:16 12:4
relating 19:11
remaining 22:20
remedies 20:1
remote 5:4 7:7,17
remotely 24:14
repeat 15:19
repetition 15:17
replies 25:5
reply 24:1
REPORTED 2:1
Reporter 2:2 26:10
Reporter's 3:4
representation 14:5
representative 1:4
request 5:7 13:7
requested 15:14
requesting 5:3 10:24
require 13:14
requirements 6:3
requires 18:21
reservations 9:4
resolve 15:9
respect 8:25 20:18
respond 12:12,22 24:1
responses 25:4
result 11:18
review 19:4
reviewed 14:16
re-spent 12:10
right 7:1 12:14 16:1 24:11,21
  25:18,24
ripe 24:2 25:6
Roberto 1:8 6:21
rooms 9:8,11
RPR 2:1 26:9
rule 21:2
ruled 21:6 24:2
rules 17:19
ruling 21:4 24:25 25:8

**S**

S 1:14
Sabharwal 1:15 4:13,13
same 13:4 18:10 24:4 25:13
San 1:16
sanctions 17:14
satisfactory 18:20
satisfied 17:10 18:3
satisfies 18:3
saying 9:3 22:8
scan 14:16
scans 14:15
schedule 16:20 22:25 23:15
scheduled 3:10
schedules 22:23
scheduling 22:15,16,18
season 17:3
seasonal 16:25
seated 4:4
see 4:24 6:22 10:3 23:23 24:3
  25:25
seeking 13:8
seem 19:5
seems 21:22
self-defense 20:2 21:21
sell 9:10

sense 24:24
sensitive 15:4
seriously 12:18
served 18:4
set 10:11 16:17 22:18,25
sets 7:12
setting 8:19
several 19:19
share 18:22
shoe 18:10
shooting 19:9
short 8:24 18:16
shortened 18:7
shorter 18:5
show 18:10
side 13:22 21:7
significant 9:8 12:9 13:16
simply 9:24 19:21
single 13:1 19:9 20:21
sir 7:9
some 10:2,3 12:2 14:12,23 15:18
  16:23 18:4,11,16 23:4 24:12
somebody 16:3 18:13,18
something 10:10 20:9 23:4,22
sometime 25:8
somewhat 20:17
Sonnett 1:22,22 4:2 6:13,14,16
  6:18,20,20 7:2,6,9 9:21 10:21
  11:6,13 12:13 13:7,20 15:11
  15:20 16:6,11,16 18:18,19
  22:5 24:6,12 25:23,24
Sonnett's 17:7,11 24:4
soon 25:6
sooner 15:9
sort 19:23 23:9 25:1
South 1:23
SOUTHERN 1:1
space 8:19
spending 13:11
spent 12:10
stand 16:4
start 12:6,8
state 4:6 17:9
stated 19:20
States 1:1,12 2:2 6:2 8:7 26:10
status 16:19 18:15 20:18 23:14
statute 19:25
stay 16:20 23:15
STENOGRAPHICALLY 2:1
Steve 14:21 16:6,16
still 7:25 8:2 18:3
stip 22:11
stipulation 17:12,15,23 19:17,21
  20:14 22:4,21 23:5,10
straightforward 19:11
Street 1:16,19
striking 17:15
stroke 14:16
submission 22:20
submitted 20:15
subsequent 25:1
substantial 10:4
suffering 19:14
Suite 1:23 2:3 26:11
summary 17:20 19:23 20:12
  21:5
supposed 12:6 25:2
sure 9:25 11:5 12:23 13:25
  15:22 16:19 17:8 23:15
surgeon 13:24
surgery 13:25 14:7,11 24:7

**T**

T 26:5,5
TABLE 3:1
take 4:23 5:13,15 11:3 12:5
  14:19 24:7 25:19

taken 5:11 8:2 13:5
taking 24:4
talked 14:21 16:6
talking 8:15 15:1
team 11:19
tee 24:1
telephone 24:10
tell 16:5 18:6
telling 21:11 23:21
tells 7:17
terms 8:13 12:20 22:1
testify 6:25
testimony 5:4,17,19,2,2 7:7,13
   7:15,18,19
Thank 15:11 24:20 25:10,17,20
   25:23 26:1,2
their 5:15,24
themselves 15:9
thing 13:17 24:22
things 15:9 18:23,24 19:5 24:23
think 4:21 5:12 7:12,25 8:5,6,11
   8:23,24 10:4,11,13,25 11:6
   14:4,6,9 15:1 16:8,24 18:7,9
   18:24 19:8,15 20:3,14,14
   21:20 22:2,4,16,17,19 25:20
thought 6:16
three 8:11 19:12,15 20:3
through 4:21 11:22 21:4,25
till 14:10
time 7:22,23 8:9,19 12:5,9,16,17
   12:20 13:4,5,8,10,11,12,16,18
   15:16 18:16,25 19:14 20:13
   22:4 23:4 24:3,4
times 22:19
timing 13:6
today 4:21 13:18 14:4 15:17
   23:13 25:1
today's 25:14
told 13:22
torture 19:13
touch 4:18,20
town 13:15 18:14
track 24:5
transcription 26:7
transfer 9:13
travel 6:8 8:12,22
traveling 8:3,4,6
treatment 14:14
triable 19:5
trial 5:16,17,22 7:8,15,19 8:1,9
   8:10,20 11:19 12:6,7,8,19
   16:2,7,8 17:22 18:7 20:4,10
   21:2,3,4 22:10,23 24:2 25:9
   25:12,15,16
tried 18:22,25
trouble 14:3
truly 10:23
try 13:3 14:2,11 15:16,21,22
   16:13 17:22 25:7,7
trying 15:17 17:5 18:18 21:2
   24:4
two 5:12,13,15 6:10,12 7:19,24
   10:13 11:16,21,25 12:6 18:2
   22:22
typically 21:11

U

unable 6:8
unavailability 5:24
uncertain 15:15
under 6:2 14:14
understand 7:11 20:21 24:20
understanding 9:22
Understood 5:20 25:10,17
unilateral 19:18 23:10
United 1:1,12 2:2 6:2 8:6 26:10
unnecessary 11:1

unprepared 17:21
unrelated 19:7
unsteady 14:18
unsympathetic 18:21,24
until 5:25 13:10
use 24:3
used 22:10
U.S 26:10

V

vaccine 6:2,3
valid 21:16,17
Van 1:15 4:9,11,13
versus 4:6
very 9:23 14:16
video 5:17,19 7:1,13
view 7:10
vs 1:7

W

waiting 13:24
walking 14:18
want 5:18 12:12 15:3,4,5,5,16
   16:1 17:2,4 18:10,11,14 20:10
   21:1 22:14,15 23:23 24:16
wanted 13:24 20:17 23:8
wants 23:1
warning 13:20
wasn't 10:1
way 7:1 9:7 15:1 16:21 17:19
   19:17
week 11:23 13:15
weeks 7:24 11:23,24 12:6 18:2
welcome 24:18
well 4:17 5:12 7:2,10,15 8:15
   9:21 10:21 12:13 15:3,14 16:6
   20:2,19 22:14 23:12,16,16
   24:2,15 25:9,25
well-known 14:14
were 4:1,20 8:2,9,18,24 9:24
   10:10 13:21 18:10 22:24 23:5
   23:6,7
West 24:12
we'll 10:15 23:13,21 24:1 25:3,4
   25:7,25
we're 4:17 9:1,1,11,14 10:18,24
   11:10 15:17 18:4 23:18,19
   25:15
we've 11:22 16:18 20:15 22:22
   23:9
Wilkie 2:2 26:10
willing 22:24
wish 5:6
witness 11:20 13:1 22:21
witnesses 6:1 7:19 8:3,4,5,6,19
   9:1 12:2 13:2 18:2
wonder 24:13
wondering 22:7 24:23
work 11:13,17,22,24 12:1,15
   14:12 18:21 19:1 23:20
worked 16:22
working 7:7 12:17,18
worst 14:9
wouldn't 10:9 20:6
writing 23:22

Y

yesterday 4:21

Z

Zoom 24:10

$

$35,000 9:3
$40,000 8:22

1

1 1:19
1:53 4:1
10 13:2 18:8 25:4
10th 16:8
12th 13:9
12-2 2:3 26:11
13th 11:21,25 15:19,21 16:2,5
   16:10,14,14 18:5,12 22:9
13-1 1:6
15 1:8
15th 23:13,14,1 6 24:25

2

2 1:23
2:00 6:16,17
2:37 26:3
20th 11:21,25
20-CV-24294 4:5
20-24294-CV-MOORE 1:3
2022 1:8
26 3:4
2600 1:23
28th 12:19 14:3 17:3

3

3rd 1:19
30 15:14 23:15,23 25:8,25
305-358-2000 1:24
305-379-6667 1:20
305-523-5118 2:3 26:11
33128 1:20 2:3 26:11
33131 1:24
35 8:21 9:15

4

40 1:19
40,000 9:16
400 2:3 26:11
415-391-5400 1:17

6

60 12:15 14:9 15:13
633 1:16

7

70s 6:7

8

888-277-0333 1:21,25

9

90 12:15 15:13
90-day 14:9
94111 1:16