**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 120-cv-24294-KMM

RAQUEL CAMPS, et al.,

    Plaintiff,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANT'S MEMORANDUM REGARDING REMAINING EVIDENTIARY DISPUTES [D.E.102]**

Defendant, Roberto Guillermo Bravo, by and through his undersigned counsel, hereby files the following deposition transcripts[1] in support of Defendant's Memorandum Regarding Remaining Evidentiary Disputes [D.E. 102]:

    1.    Deposition Transcript of Carlos Humberto Celi, Session 1, dated February 14, 2022, attached hereto as **Exhibit "A".**

    2.    Deposition Transcript of Carlos Humberto Celi, Session 2, dated February 14, 2022, attached hereto **as Exhibit "B**".

    3.    Deposition Transcript of Alicia Krueger (Bonet), dated March 28, 2022, attached hereto as **Exhibit "C".**

    4.    Deposition Transcript of Marcela Santucho, dated April 5, 2022, attached hereto as **Exhibit "D"**.

---

[1] Deposition transcripts have been highlighted to reflect Defendant's Deposition Designations and Plaintiffs' Counter Designations.

Dated: June 7, 2022

        Respectfully submitted,

        HABER LAW, P.A.
*Counsel for Defendant, ROBERTO GUILLERMO BRAVO*
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

By: */s/ Steven W. Davis*
    STEVEN W. DAVIS, ESQ.
    Florida Bar No.: 347442
    sdavis@haber.law
    mapinto@haber.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2022, a true and correct copy of the foregoing document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

        By: */s/ Steven W. Davis*
            STEVEN W. DAVIS, ESQ.

## **SERVICE LIST**

| | |
|---|---|
| Carmen K. Cheung, Esq.<br>Elzbieta T. Matthews, Esq.<br>Claret Vargas, Esq.<br>Center for Justice and Accountability<br>One Halllidie Plaza, Suite 750<br>San Dransisco, CA 94102<br>E-mail: ccheung@cja.org<br>ematthews@cja.org; cvargas@cja.org<br>*Counsel for Plaintiff, Alicia Krueger, Eduardo Cappello, Raquel Camps, Marcela Santucho* | John W. Keker, Esq.<br>Ajay S. Krishnan<br>Franco Muzzio<br>Keker, Van Nest & Peters, LLP<br>633 Battery Street<br>San Franscisco, CA 94111<br>E-mail: jkeker@keker.com<br>akrishnan@keker.com<br>fmuzzio@keker.com<br>*Counsel for Plaintiff, Alicia Krueger, Marcela Santucho, Raquel Camps* |
| Anita Margot Moss, Esq.<br>40 NW 3rd Street<br>Penthouse One<br>Miami, FL 33128<br>E-mail: mmoss@markus<br>*Counsel for Marcela Santucho* | |