EXHIBIT "A"

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3                     MIAMI DIVISION
 4    _____
 5    RAQUEL CAMPS, in her capacity as    )
      the personal representative of the  )   ▓ Defendant's Initial Designations
 6    ESTATE OF ALBERTO CAMPS,            )
                                          )   ▓ Plaintiffs' Counter Designations
 7    EDUARDO CAPPELLO, in his individual )
      capacity, and in his capacity as    )
 8    the personal representative of the  )
      ESTATE OF EDUARDO CAPPELLO,         )
 9                                        )
      ALICIA KRUEGER, in her individual   )
10    capacity, and in her capacity as    )
      the personal representative of the  )
11    ESTATE OF RUBEN BONET,              )
                                          )
12    and MARCELA SANTUCHO, in her        )
      individual capacity, and in her     )
13    capacity as the personal            )
      representative of the ESTATE OF     )
14    ANA MARIA VILLARREAL DE SANTUCHO,   )
                                          )
15                       Plaintiffs,      )
      v.                                  )No. 1:20-CV-24294-KMM
16    ROBERTO GUILLERMO BRAVO,            )
                       Defendant.         )
17
      _____
18            DEPOSITION OF CARLOS HUMBERTO CELI
                   VOLUME I- FIRST SESSION
19    _____
20                        6:00 a.m.
21                    February 14, 2022
                        Trelew, Argentina
22                 YOM Full Service Reporting
23
24    Reported By:  Judy Robinson, CCR #2171
25    Job No. 5068250

                                                     Page 1
```

### Page 2

```
 1           A P P E A R A N C E S
 2  THE JUDGE:
 3  JUDGE ADELA LUCIA JUAREZ ALDAZABAL
    VALERIA VANINA BLASCO
 4  9 DE JULIO, #261
    Piso, Trelew, Chubut, Argentina
 5  054,280.482.4438
    juzcicotw@juschubut.gov.ar
 6
 7  FOR THE PLAINTIFFS, RAQUEL CAMPS, EDUARDO CAPPELLO,
    ALICIA KREUGER, AND MARCELA SANTUCHO:
 8
    CLARET VARGAS, ESQ.
 9  ELZBIETA T. MATTHEWS, ESQ.
    THE CENTER FOR JUSTICE AND ACCOUNTABILITY
10  One Hallidie Plaza, Suite #750
    San Francisco, California 94102
11  415.544.0444
    cvargas@cja.org
12  ematthews@cja.org
13
    FOR THE DEFENDANT:
14
    NEAL R. SONNETT, PA
15  SONNETT LAW
    1581 Rickell Avenue, Suite #1804
16  Miami, Florida 33129
    305.358.2000
17  nrslaw@sonnett.com
18
    Also Present:  John Macdonell, Videographer
19           Andreas Casanova, Spanish Interpreter
             Kathleen Nygard, Spanish Interpreter
20
21
22
23
24
25
```

### Page 3

```
 1              I N D E X
 2  WITNESS         EXAMINATION      PAGES
 3  CARLOS HUMBERTO CELI
 4         BY MS. BLASCO............ 5-13
 5
 6
 7
 8
 9
10            E X H I B I T S
11        (No exhibits were marked.)
12
...
25
```

### Page 4

 1  BE IT REMEMBERED that the deposition upon oral
 2  examination of CARLOS HUMBERTO CELI was taken on
 3  February 14, 2022, at 6:00 a.m., at 125 South 309th Street,
 4  Federal Way, Washington, 98003, before Judith A. Robinson,
 5  CCR, Notary Public in and for the State of Washington,
 6  residing at Federal Way, Washington.
 7       Whereupon, the following proceedings were had,
 8  to-wit:
 9            * * * * * *
10          ANDREAS CASANOVA
11         Spanish interpreter,
12         having first been duly
13         sworn on oath, interpreted
14         as follows:
15            * * * * * *
16          KATHLEEN NYGARD
17         Spanish interpreter,
18         having first been duly
19         sworn on oath interpreted
20         as follows:
21            * * * * * *
22        CARLOS HUMBERTO CELI
23         having been first duly sworn
24         on oath was examined
25         and testified as follows:

### Page 5

 1       MS. BLASCO:  Good morning, Mr. Carlos.
 2  You have been called as a witness through International
 3  Letters Rogatory.  I'll be asking you some personal
 4  questions, and your answers will be catching our records,
 5  the records of the -- of the court reporter.  The
 6  plaintiffs are Mrs. Raquel Camps, on behalf of --
 7  personally, and on behalf of the estate of -- my apologies.
 8       INTERPRETER:  The interpreter will ask
 9  the judge to repeat the name, please.
10       MS. BLASCO:  The name is Alicia Krueger.
11  The plaintiffs are Raquel Camps, on be -- on -- on
12  behalf of herself and of the estate of Alberto Camps.
13  Personally, and on behalf of the estate of Eduardo
14  Campello, we have Alicia Krueger, personally, and on behalf
15  of Ruben Bonet, and Marcela Santucho, personally, and on
16  behalf of Ana Maria Villarreal De Santucho.  And the
17  defendant is Roberto Guillermo Bravo.
18          E X A M I N A T I O N
19  BY MS. BLASCO:
20  Q.  For the record, please, could you state your full
21  name?
22  A.  Carlos Humberto Celi.
23       INTERPRETER:  The interpreter would ask
24  for clarification about an ID number.
25  BY MS. BLASCO:

| | |
|---|---|
| 1  Q. Please state your ID.<br>2  A. My ID number is 10,422,764.<br>3  Q. Your marital status is married?<br>4  A. Yes.<br>5  Q. Your current occupation?<br>6  A. Retired.<br>7      INTERPRETER: The interpreter is going to<br>8  clarify. The sound is very, very low.<br>9  A. Neighborhood UPCN, House #5.<br>10 BY MS. BLASCO:<br>11 Q. Before we start, I just need to know if you have<br>12 any ties to any of the parties that were previously<br>13 mentioned?<br>14 A. Yes.<br>15 Q. Are they any family members?<br>16 A. No.<br>17 Q. Are you a friend or enemy of any of the parties?<br>18 A. No.<br>19 Q. Have you worked with any of the parties?<br>20 A. No.<br>21 Q. Do you have any personal interests in how this case<br>22 is resolved?<br>23 A. No.<br>24 Q. I'm going to initiate with the specific questions<br>25 related to this case; is that okay?<br>Page 6 | 1  Naval Base? What was your rank?<br>2  A. I was a conscript. I was working. I was working<br>3  at the ticket office at the naval base.<br>4      INTERPRETER: Question for the<br>5  interpreter -- or excuse me -- request for the interpreter.<br>6  There's some other --<br>7      (Telephonic interruption.)<br>8  BY MS. BLASCO:<br>9  Q. Besides the airline ticket office, did you work at<br>10 any other offices on the base?<br>11 A. I occasionally worked at the office of the<br>12 commander of the naval base.<br>13 Q. What was your normal work schedule on the naval<br>14 base?<br>15 A. I don't remember exactly, but I think it was<br>16 between 7:00 and 8:00 o'clock that I started work, and I<br>17 finished at 2:00 p.m.<br>18 Q. Did you ever work -- were you ever working on base<br>19 at night, and if that was the case, what were your tasks or<br>20 obligations when you were working at night?<br>21 A. We would do -- sometimes we'd have to, you know,<br>22 walk around the perimeter of the naval base, or sometimes<br>23 we'd be working the telephones.<br>24     MS. VARGAS: Translation check, please.<br>25 I heard him explain a little more, saying this was the only<br>Page 8 |
| 1  Mr. Celi, where did you work in August of 1972?<br>2  A. I was working on the naval base. I was a<br>3  conscript.<br>4      MS. VARGAS: Can we ask him to clarify<br>5  what base?<br>6      WITNESS: I was at the Almirante Zar<br>7  Naval Base.<br>8  BY MS. BLASCO:<br>9  Q. Where were you living when you were on the naval<br>10 base?<br>11 A. In Trelew on the fourth floor.<br>12 Q. When you were traveling from your home to the naval<br>13 base, how did you travel?<br>14 A. In my private car. I had a Fiat 600.<br>15 Q. Please describe the landscape that was surrounding<br>16 the base and to what distance that landscape continued?<br>17 A. It was all brush. It was open fields. It was just<br>18 ongoing brush.<br>19 Q. What was the town or city to the Almirante Zar<br>20 Naval Base?<br>21 A. Trelew. It was maybe 8 or 9 kilometers.<br>22 Q. How long did it take to travel between the base and<br>23 that city by car?<br>24 A. Ten minutes.<br>25 Q. What was your work or function at the Almirante Zar<br>Page 7 | 1  telephone in the building. Can you double-check, please?<br>2  A. Yes, that is the case. We received, and then we<br>3  would distribute the phone calls through an internal<br>4  telephone service on the base with the only external line<br>5  that came in.<br>6      MS. BLASCO: Just one second, please.<br>7  I'm going to show some documents so the witness can see<br>8  them.<br>9  BY MS. BLASCO:<br>10 Q. Please take a look at this document, and the<br>11 interpreter is going to clarify the record number of the<br>12 document. Please take a look at the document numbered<br>13 PX0088. What is it?<br>14 A. It's a -- the guard building at the military base,<br>15 I think.<br>16 Q. So please, there are some numbers in -- in this<br>17 image. Could you -- can you see those numbers numbering<br>18 each room and area in the image?<br>19 A. Yes, I can.<br>20 Q. Which number corresponds to the ticket office?<br>21 A. It's number 18, if I can properly remember.<br>22 Q. Can you please tell me the numbers of the -- of the<br>23 phone office in this plan, in this outline, in this layout?<br>24 A. It's Number 7.<br>25     INTERPRETER: The interpreter is going to<br>Page 9 |

## Page 10

1  request clarification.
2  BY MS. BLASCO:
3  Q. In August 1972, were there any prisoners at the
4  Almirante Zar Base?
5  A. Yes. I don't remember how many, but it was -- the
6  prisoners were those who had taken over the airport.
7      MS. BLASCO: I'm also going off the
8  recording.
9      (Off the record.)
10 BY MS. BLASCO:
11 Q. After the prisoner's arrival to the base, were
12 there any changes or were there any new orders issued
13 affecting you?
14 A. No.
15     INTERPRETER: The interpreter would like
16 a clarification prior to the answer prior to interpreting.
17 BY MS. BLASCO:
18 Q. During the week that the prisoners were held at the
19 Almirante Zar Base, what was your schedule at the ticket
20 office?
21 A. Same until 2:00 p.m., but we weren't to leave the
22 base. We were ordered not to leave the base. We had
23 orders not to leave the base.
24 Q. Which areas of the building could you see from the
25 office, from the ticket office?

## Page 11

1  A. The building you could see from the office, from
2  the ticket office. We could see the central guard and this
3  passage over here, and he points to some area in the floor
4  plan.
5      MS. VARGAS: Could we ask, please,
6  because we cannot see what he's pointing to, to describe
7  what he's pointing to.
8  A. I will -- -- I will certify what he has pointed out
9  in floor plan PX0088.
10     MS. BLASCO: So the witness has pointed
11 to the aisle along the base. It's the only aisle detailed
12 in this floor plan.
13     MS. VARGAS: For clarity, could we say it
14 is rooms 11, and 14 and 16, and if so, how far to the left
15 and how far to the right could he see?
16     INTERPRETER: Could you please repeat
17 that statement, Ms. Vargas?
18     MS. VARGAS: So, for clarify, is that the
19 hallway between, say, rooms 11 and 16, and if so, how far
20 to the left and right could he see that hallway?
21     WITNESS: So I could see the base
22 entrance and offices 19, 17, 20, 25, 26, 21, 22, and 23.
23     MS. VARGAS: And the same question for
24 when he was in the telephone office. How far could he see?
25     WITNESS: From office Number 7, we have a

## Page 12

1  door, but it remained closed, so we had no way to see
2  anywhere else.
3  BY MS. BLASCO:
4  Q. Did you ever see the prisoners? How and what did
5  you see?
6  A. I saw them because they put us together with them
7  in order to recognize them, to recognize the ones from the
8  airport. We were put in plain clothes, and we were put in
9  line with them.
10 Q. How many?
11 A. All of them. I don't know the exact number.
12 Q. What was your schedule at the telephone office?
13 A. We made guard starting around 9:00 p.m. and all
14 night until 7:00 or 8:00 a.m.
15 Q. What were your duties during the nightguard shift?
16 A. I had to take the phone calls and distribute them
17 to their -- to the internal phone -- through the internal
18 phone system.
19 Q. In the area with the cell blocks, where the
20 prisoners were being held, did that area have guards?
21 A. I don't think so. The area was closed. It was --
22 it was locked.
23 Q. Did you ever see any nightguards or people on night
24 watch?
25 A. No. No, I did not.

## Page 13

1  Q. We're going to go back to the morning of
2  August 22nd, 1972. We're going to go back to what happened
3  on that day. Can you please tell me what happened when you
4  woke up on August 2nd, 1972? What kind of news did you
5  hear? What did you hear from others?
6  A. Well, I woke up. I don't remember exactly at what
7  time, maybe around 8:00 a.m., and we heard that they had
8  tried to escape. I didn't hear anything else.
9  Q. What was your reaction to that news?
10 A. That I was surprised. Nothing more.
11     REPORTER: Can we go off the record?
12     MS. BLASCO: Yes.
13     (The proceeding was concluded at
14 7:38 a.m.)

```
 1
 2
 3
 4
 5     I, CARLOS HUMBERTO CELI, do hereby declare
 6  under penalty of perjury that I have read the
 7  foregoing transcript; that I have made any
 8  corrections as appear noted, in ink, initialed by
 9  me, or attached hereto; that my testimony as
10  contained herein, as corrected, is true and correct.
11     EXECUTED this _____ day of _____,
12  20____, at _____, _____.
              (City)              (State)
13
14
15
16     _____
              CARLOS HUMBERTO CELI
17                 VOLUME I
18
19
20
21
22
23
24
25
                                              Page 14
```

```
 1                  C E R T I F I C A T E
 2
 3  STATE OF WASHINGTON )
 4                      )SS.
    COUNTY OF KING      )
 5
 6     I, Judith A. Robinson, Certified Court Reporter and
 7  an officer of the Court under my commission as a Notary
 8  Public, in and for the State of Washington, do hereby
 9  certify that the foregoing proceeding was transcribed under
10  my direction; that the transcript of the proceeding is a
11  full, true and correct transcript to the best of my
12  ability; that I am neither attorney for, nor a relative or
13  employee of any of the parties to the action or any
14  attorney or Counsel employed by the parties hereto, nor
15  financially interested in the outcome.
16     IN WITNESS WHEREOF, I have hereunto set my hand and
    affixed my official seal this 28th day of February, 2022.
17
18         /s/ Judy Robinson
19         _____
           Judith A. Robinson, Notary Public
20         in and for the State of Washington
           residing at Seattle.
21         My Commission expires November 4,
           2024.
22         CCR License #2171
23
24
25
                                              Page 16
```

```
 1      Certificate of Person Reading
 2           Deposition to Deponent
 3
 4    I, _____, whose address is
 5  _____,
 6   a person who speaks the language of the deponent,
 7   namely, _____, do hereby certify that on
 8   the _____ day of _____,
 9   20____, I did translate the within deposition from English
10   into the _____ language, reading same
11  to the deponent in his/her native tongue to the best of my
12   ability; that all corrections and changes requested by
13   the deponent were made and initialed by the deponent;
14       That upon completion of said reading the
15   deponent did confirm to me that he/she had understood
16           the reading.
17
18         _____
19           Reader/Interpreter
20
21
22
23
24
25
                                              Page 15
```

**[054,280.482.4438 - chubut]**

| 0 | 33129  2:16 | alberto  1:6 5:12 | blocks  12:19 |
|---|---|---|---|
| 054,280.482.4438  2:5 | **4** | aldazabal  2:3 | bonet  1:11 5:15 |
|  | 4  16:21 | alicia  1:9 2:7 5:10  5:14 | bravo  1:16 5:17 |
| **1** | 415.544.0444  2:11 | almirante  7:6,19  7:25 10:4,19 | brush  7:17,18 |
| 10,422,764  6:2 | **5** | ana  1:14 5:16 | building  9:1,14  10:24 11:1 |
| 11  11:14,19 | 5  6:9 | andreas  2:19 4:10 | **c** |
| 125  4:3 | 5-13  3:4 | answer  10:16 | c  2:1 16:1,1 |
| 14  1:21 4:3 11:14 | 5068250  1:25 | answers  5:4 | california  2:10 |
| 1581  2:15 | **6** | apologies  5:7 | called  5:2 |
| 16  11:14,19 | 600  7:14 | appear  14:8 | calls  9:3 12:16 |
| 17  11:22 | 6:00  1:20 4:3 | area  9:18 11:3  12:19,20,21 | campello  5:14 |
| 17662  16:19 | **7** | areas  10:24 | camps  1:5,6 2:7  5:6,11,12 |
| 18  9:21 | 7  9:24 11:25 | argentina  1:21 2:4 | capacity  1:5,7,7  1:10,10,12,13 |
| 1804  2:15 | 750  2:10 | arrival  10:11 | cappello  1:7,8 2:7 |
| 19  11:22 | 7:00  8:16 12:14 | asking  5:3 | car  7:14,23 |
| 1972  7:1 10:3 13:2  13:4 | 7:38  13:14 | attached  14:9 | carlos  1:18 3:3 4:2  4:22 5:1,22 14:5  14:16 |
| 1:20  1:15 | **8** | attorney  16:12,14 | casanova  2:19  4:10 |
| **2** | 8  7:21 | august  7:1 10:3  13:2,4 | case  6:21,25 8:19  9:2 |
| 20  11:22 14:12  15:9 | 8:00  8:16 12:14  13:7 | avenue  2:15 | catching  5:4 |
| 2022  1:21 4:3  16:16 | **9** | **b** | ccr  1:24 4:5 16:22 |
| 2024  16:21 | 9  2:4 7:21 | b  3:10 | celi  1:18 3:3 4:2,22  5:22 7:1 14:5,16 |
| 21  11:22 | 94102  2:10 | back  13:1,2 | cell  12:19 |
| 2171  1:24 16:22 | 98003  4:4 | base  7:2,5,7,10,13  7:16,20,22 8:1,3  8:10,12,14,18,22  9:4,14 10:4,11,19  10:22,22,23 11:11  11:21 | center  2:9 |
| 22  11:22 | 9:00  12:13 |  | central  11:2 |
| 22nd  13:2 | **a** |  | certificate  15:1 |
| 23  11:22 | a.m.  1:20 4:3  12:14 13:7,14 |  | certified  16:6 |
| 24294  1:15 | ability  15:12 16:12 | behalf  5:6,7,12,13  5:14,16 | certify  11:8 15:7  16:9 |
| 25  11:22 | accountability  2:9 | best  15:11 16:11 | changes  10:12  15:12 |
| 26  11:22 | action  16:13 | blasco  2:3 3:4 5:1  5:10,19,25 6:10  7:8 8:8 9:6,9 10:2  10:7,10,17 11:10  12:3 13:12 | check  8:24 9:1 |
| 261  2:4 | address  15:4 |  | chubut  2:4 |
| 28th  16:16 | adela  2:3 |  |  |
| 2:00  8:17 10:21 | affixed  16:16 |  |  |
| 2nd  13:4 | airline  8:9 |  |  |
| **3** | airport  10:6 12:8 |  |  |
| 305.358.2000  2:16 | aisle  11:11,11 |  |  |
| 309th  4:3 |  |  |  |

**[city - interpreter]**

| | | | |
|---|---|---|---|
| **city**  7:19,23 14:12 | **deponent**  15:2,6 | **excuse**  8:5 | **guards**  12:20 |
| **cja.org**  2:11,12 | 15:11,13,13,15 | **executed**  14:11 | **guillermo**  1:16 |
| **claret**  2:8 | **deposition**  1:18 | **exhibits**  3:11 | 5:17 |
| **clarification**  5:24 | 4:1 15:2,9 | **expires**  16:21 | **h** |
| 10:1,16 | **describe**  7:15 11:6 | **explain**  8:25 | **h**  3:10 |
| **clarify**  6:8 7:4 | **detailed**  11:11 | **external**  9:4 | **hallidie**  2:10 |
| 9:11 11:18 | **direction**  16:10 | **f** | **hallway**  11:19,20 |
| **clarity**  11:13 | **distance**  7:16 | **f**  16:1 | **hand**  16:16 |
| **closed**  12:1,21 | **distribute**  9:3 | **family**  6:15 | **happened**  13:2,3 |
| **clothes**  12:8 | 12:16 | **far**  11:14,15,19,24 | **hear**  13:5,5,8 |
| **commander**  8:12 | **district**  1:1,2 | **february**  1:21 4:3 | **heard**  8:25 13:7 |
| **commission**  16:7 | **division**  1:3 | 16:16 | **held**  10:18 12:20 |
| 16:21 | **document**  9:10,12 | **federal**  4:4,6 | **hereto**  14:9 16:14 |
| **completion**  15:14 | 9:12 | **fiat**  7:14 | **hereunto**  16:16 |
| **concluded**  13:13 | **documents**  9:7 | **fields**  7:17 | **home**  7:12 |
| **confirm**  15:15 | **door**  12:1 | **financially**  16:15 | **house**  6:9 |
| **conscript**  7:3 8:2 | **double**  9:1 | **finished**  8:17 | **humberto**  1:18 3:3 |
| **contained**  14:10 | **duly**  4:12,18,23 | **first**  1:18 4:12,18 | 4:2,22 5:22 14:5 |
| **continued**  7:16 | **duties**  12:15 | 4:23 | 14:16 |
| **correct**  14:10 | **e** | **floor**  7:11 11:3,9 | **i** |
| 16:11 | **e**  2:1,1 3:1,10 5:18 | 11:12 | **image**  9:17,18 |
| **corrected**  14:10 | 16:1,1 | **florida**  1:2 2:16 | **individual**  1:7,9 |
| **corrections**  14:8 | **eduardo**  1:7,8 2:7 | **following**  4:7 | 1:12 |
| 15:12 | 5:13 | **follows**  4:14,20,25 | **initialed**  14:8 |
| **corresponds**  9:20 | **elzbieta**  2:9 | **foregoing**  14:7 | 15:13 |
| **counsel**  16:14 | **ematthews**  2:12 | 16:9 | **initiate**  6:24 |
| **county**  16:4 | **employed**  16:14 | **fourth**  7:11 | **ink**  14:8 |
| **court**  1:1 5:5 16:6 | **employee**  16:13 | **francisco**  2:10 | **interested**  16:15 |
| 16:7 | **enemy**  6:17 | **friend**  6:17 | **interests**  6:21 |
| **current**  6:5 | **english**  15:9 | **full**  1:22 5:20 | **internal**  9:3 12:17 |
| **cv**  1:15 | **entrance**  11:22 | 16:11 | 12:17 |
| **cvargas**  2:11 | **escape**  13:8 | **function**  7:25 | **international**  5:2 |
| **d** | **esq**  2:8,9 | **g** | **interpreted**  4:13 |
| **d**  3:1 | **estate**  1:6,8,11,13 | **go**  13:1,2,11 | 4:19 |
| **day**  13:3 14:11 | 5:7,12,13 | **going**  6:7,24 9:7 | **interpreter**  2:19 |
| 15:8 16:16 | **exact**  12:11 | 9:11,25 10:7 13:1 | 2:19 4:11,17 5:8,8 |
| **de**  1:14 2:4 5:16 | **exactly**  8:15 13:6 | 13:2 | 5:23,23 6:7,7 8:4 |
| **declare**  14:5 | **examination**  3:2 | **good**  5:1 | 8:5,5 9:11,25,25 |
| **defendant**  1:16 | 4:2 | **guard**  9:14 11:2 | 10:15,15 11:16 |
| 2:13 5:17 | **examined**  4:24 | 12:13 | 15:19 |

[interpreting - proceedings]

**interpreting** 10:16
**interruption** 8:7
**issued** 10:12

**j**

**job** 1:25
**john** 2:18
**juarez** 2:3
**judge** 2:2,3 5:9
**judith** 4:4 16:6,19
**judy** 1:24
**julio** 2:4
**juschubut.gov.ar** 2:5
**justice** 2:9
**juzcicotw** 2:5

**k**

**kathleen** 2:19 4:16
**kilometers** 7:21
**kind** 13:4
**king** 16:4
**kmm** 1:15
**know** 6:11 8:21 12:11
**kreuger** 2:7
**krueger** 1:9 5:10 5:14

**l**

**landscape** 7:15,16
**language** 15:6,10
**law** 2:15
**layout** 9:23
**leave** 10:21,22,23
**left** 11:14,20
**letters** 5:3
**license** 16:22
**line** 9:4 12:9
**little** 8:25
**living** 7:9
**locked** 12:22

**long** 7:22
**look** 9:10,12
**low** 6:8
**lucia** 2:3

**m**

**m** 5:18
**macdonell** 2:18
**marcela** 1:12 2:7 5:15
**maria** 1:14 5:16
**marital** 6:3
**marked** 3:11
**married** 6:3
**matthews** 2:9
**members** 6:15
**mentioned** 6:13
**miami** 1:3 2:16
**military** 9:14
**minutes** 7:24
**morning** 5:1 13:1

**n**

**n** 2:1 3:1 5:18,18
**name** 5:9,10,21
**native** 15:11
**naval** 7:2,7,9,12 7:20 8:1,3,12,13 8:22
**neal** 2:14
**need** 6:11
**neighborhood** 6:9
**neither** 16:12
**new** 10:12
**news** 13:4,9
**night** 8:19,20 12:14,23
**nightguard** 12:15
**nightguards** 12:23
**normal** 8:13
**notary** 4:5 16:7,19

**noted** 14:8
**november** 16:21
**nrslaw** 2:17
**number** 5:24 6:2 9:11,20,21,24 11:25 12:11
**numbered** 9:12
**numbering** 9:17
**numbers** 9:16,17 9:22
**nygard** 2:19 4:16

**o**

**o** 5:18
**o'clock** 8:16
**oath** 4:13,19,24
**obligations** 8:20
**occasionally** 8:11
**occupation** 6:5
**office** 8:3,9,11 9:20,23 10:20,25 10:25 11:1,2,24,25 12:12
**officer** 16:7
**offices** 8:10 11:22
**official** 16:16
**okay** 6:25
**ones** 12:7
**ongoing** 7:18
**open** 7:17
**oral** 4:1
**order** 12:7
**ordered** 10:22
**orders** 10:12,23
**outcome** 16:15
**outline** 9:23

**p**

**p** 2:1,1
**p.m.** 8:17 10:21 12:13

**pa** 2:14
**pages** 3:2
**parties** 6:12,17,19 16:13,14
**passage** 11:3
**penalty** 14:6
**people** 12:23
**perimeter** 8:22
**perjury** 14:6
**person** 15:1,6
**personal** 1:5,8,10 1:13 5:3 6:21
**personally** 5:7,13 5:14,15
**phone** 9:3,23 12:16,17,18
**piso** 2:4
**plain** 12:8
**plaintiffs** 1:15 2:7 5:6,11
**plan** 9:23 11:4,9 11:12
**plaza** 2:10
**please** 5:9,20 6:1 7:15 8:24 9:1,6,10 9:12,16,22 11:5,16 13:3
**pointed** 11:8,10
**pointing** 11:6,7
**points** 11:3
**present** 2:18
**previously** 6:12
**prior** 10:16,16
**prisoner's** 10:11
**prisoners** 10:3,6 10:18 12:4,20
**private** 7:14
**proceeding** 13:13 16:9,10
**proceedings** 4:7

**[properly - work]**

**properly** 9:21
**public** 4:5 16:8,19
**put** 12:6,8,8
**px0088** 9:13 11:9

**q**

**question** 8:4 11:23
**questions** 5:4 6:24

**r**

**r** 2:1,14 16:1
**rank** 8:1
**raquel** 1:5 2:7 5:6 5:11
**reaction** 13:9
**read** 14:6
**reader** 15:19
**reading** 15:1,10,14 15:16
**received** 9:2
**recognize** 12:7,7
**record** 5:20 9:11 10:9 13:11
**recording** 10:8
**records** 5:4,5
**related** 6:25
**relative** 16:12
**remained** 12:1
**remember** 8:15 9:21 10:5 13:6
**remembered** 4:1
**repeat** 5:9 11:16
**reported** 1:24
**reporter** 5:5 13:11 16:6
**reporting** 1:22
**representative** 1:5 1:8,10,13
**request** 8:5 10:1
**requested** 15:12
**residing** 4:6 16:20

**resolved** 6:22
**retired** 6:6
**rickell** 2:15
**right** 11:15,20
**roberto** 1:16 5:17
**robinson** 1:24 4:4 16:6,19
**rogatory** 5:3
**room** 9:18
**rooms** 11:14,19
**ruben** 1:11 5:15

**s**

**s** 2:1 3:10
**san** 2:10
**santucho** 1:12,14 2:7 5:15,16
**saw** 12:6
**saying** 8:25
**schedule** 8:13 10:19 12:12
**seal** 16:16
**seattle** 16:20
**second** 9:6
**see** 9:7,17 10:24 11:1,2,6,15,20,21 11:24 12:1,4,5,23
**service** 1:22 9:4
**session** 1:18
**set** 16:16
**shift** 12:15
**show** 9:7
**signature** 16:19
**sonnett** 2:14,15
**sonnett.com** 2:17
**sound** 6:8
**south** 4:3
**southern** 1:2
**spanish** 2:19,19 4:11,17
**speaks** 15:6

**specific** 6:24
**ss** 16:4
**start** 6:11
**started** 8:16
**starting** 12:13
**state** 4:5 5:20 6:1 14:12 16:3,8,20
**statement** 11:17
**states** 1:1
**status** 6:3
**street** 4:3
**suite** 2:10,15
**surprised** 13:10
**surrounding** 7:15
**sworn** 4:13,19,23
**system** 12:18

**t**

**t** 2:9 3:10 5:18 16:1,1
**take** 7:22 9:10,12 12:16
**taken** 4:2 10:6
**tasks** 8:19
**telephone** 9:1,4 11:24 12:12
**telephones** 8:23
**telephonic** 8:7
**tell** 9:22 13:3
**ten** 7:24
**testified** 4:25
**testimony** 14:9
**think** 8:15 9:15 12:21
**ticket** 8:3,9 9:20 10:19,25 11:2
**ties** 6:12
**time** 13:7
**tongue** 15:11
**town** 7:19
**transcribed** 16:9

**transcript** 14:7 16:10,11
**translate** 15:9
**translation** 8:24
**travel** 7:13,22
**traveling** 7:12
**trelew** 1:21 2:4 7:11,21
**tried** 13:8
**true** 14:10 16:11

**u**

**understood** 15:15
**united** 1:1
**upcn** 6:9

**v**

**v** 1:15
**valeria** 2:3
**vanina** 2:3
**vargas** 2:8 7:4 8:24 11:5,13,17,18 11:23
**videographer** 2:18
**villarreal** 1:14 5:16
**volume** 1:18 14:17

**w**

**walk** 8:22
**washington** 4:4,5 4:6 16:3,8,20
**watch** 12:24
**way** 4:4,6 12:1
**week** 10:18
**whereof** 16:16
**wit** 4:8
**witness** 3:2 5:2 7:6 9:7 11:10,21,25 16:16
**woke** 13:4,6
**work** 7:1,25 8:9,13 8:16,18

**[worked - zar]**

| |
|---|
| **worked** 6:19 8:11<br>**working** 7:2 8:2,2 8:18,20,23 |
| **x** |
| **x** 3:1,10 5:18 |
| **y** |
| **yom** 1:22 |
| **z** |
| **zar** 7:6,19,25 10:4 10:19 |

Page 5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.