EXHIBIT "B"

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF FLORIDA
 3                     MIAMI DIVISION
 4    _____
                                    )
 5    RAQUEL CAMPS, in her capacity )
      as the personal              )
 6    representative of the ESTATE )
      OF ALBERTO CAMPS, EDUARDO     )
 7    CAPPELLO, in his individual  )No. 1:20-cv-24294-KMM
      capacity, and in his capacity)
 8    as the personal              )
      representative of the ESTATE )
 9    OF EDUARDO CAPPELLO, ALICIA   )
      KRUEGER, in her individual    )
10    capacity, and in her capacity)
      as the personal              )
11    representative of the ESTATE )
      OF RUBEN BONET, and MARCELA   )
12    SANTUCHO, in her individual   )
      capacity, and in her capacity)
13    as the personal              )
      representative of the ESTATE )
14    OF ANA MARIA VILLARREAL DE    )
      SANTUCHO,                     )
15                                  )
              Plaintiffs,           )
16                                  )
         vs.                        )
17                                  )
      ROBERTO GUILLERMO BRAVO,      )
18                                  )
              Defendant.           )
19    _____)
              REMOTE VIDEOTAPED DEPOSITION OF
20                  CARLOS HUMBERTO CELI
                Monday, February 14, 2022
21               Volume I- SECOND SESSION
22
23    Reported by:
      ALEXIS KAGAY
24    CSR No. 13795
      Job No. 5068250
25    PAGES 17 - 54
```

**Defendant's Initial Designations**

**Plaintiffs' Counter Designations**

Page 1

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF MIAMI DIVISION
 3
 4   _____
                          )
 5   RAQUEL CAMPS, in her capacity)
     as the personal           )
 6   representative of the ESTATE )
     OF ALBERTO CAMPS, EDUARDO   )
 7   CAPPELLO, in his individual )No. 1:20-cv-24294-KMM
     capacity, and in his capacity)
 8   as the personal           )
     representative of the ESTATE )
 9   OF EDUARDO CAPPELLO, ALICIA )
     KRUEGER, in her individual  )
10   capacity, and in her capacity)
     as the personal           )
11   representative of the ESTATE )
     OF RUBEN BONET, and MARCELA )
12   SANTUCHO, in her individual )
     capacity, and in her capacity)
13   as the personal           )
     representative of the ESTATE )
14   OF ANA MARIA VILLARREAL DE  )
     SANTUCHO,                  )
15        Plaintiffs,          )
16      vs.                    )
17   ROBERTO GUILLERMO BRAVO,   )
18        Defendant.           )
19   _____)
20
21        Videotaped deposition of CARLOS HUMBERTO CELI,
22   Volume I, with all participants appearing remotely,
23   beginning at 7:40 a.m. and ending at 9:16 a.m. on
24   Monday, February 14, 2022, before ALEXIS KAGAY,
25   Certified Shorthand Reporter No. 13795.
```

**Page 4**

```
 1   For Defendant:
 2     NEAL R. SONNETT, P.A.
 3     BY:  NEAL R. SONNETT
 4     Attorney at Law
 5     2 South Biscayne Boulevard
 6     Suite 2600
 7     Miami, Florida 33131-1819
 8     305.358.2000
 9     nrslaw@sonnett.com
10
11   Videographer:
12     JOHN MACDONNELL
13
14   Interpreters:
15     KATHY NYGARD
16     ANDRES CASANOVA
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES (via Zoom Videoconference):
 2
 3   THE JUDGE:
 4     JUDGE ADELA LUCIA JUAREZ ALDAZABAL VALERIA VANINA
 5     BLASCO
 6     9 De Julio, 261
 7     Piso, Trelew, Chubut, Argentina
 8     054.280.482.4438
 9     Juzciotw@juschubut.gov.ar
10
11
12   For THE PLAINTIFFS RAQUEL CAMPS, ALICIA KREUGER, AND
13   MARCELA SANTUCHO:
14     CENTER FOR JUSTICE & ACCOUNTABILITY
15     BY:  CLARET VARGAS
16     BY:  ELZBIETA T. MATTHEWS
17     Attorneys at Law
18     One Hallidie Plaza
19     Suite 750
20     San Francisco, California 94102
21     415.544.0444
22     CVargas@cja.org
23     EMatthews@cja.org
24
25
```

**Page 5**

```
 1                    INDEX
 2   WITNESS                    EXAMINATION
 3   CARLOS HUMBERTO CELI
 4   Volume I
 5
 6        BY MS. BLASCO            22
 7        BY MS. VARGAS            28
 8        BY MR. SONNETT           37
 9        BY MS. VARGAS            45
10        BY MR. SONNETT           47
11
12
13             EXHIBITS
14        (None.)
15
16
17
18
19        PREVIOUSLY MARKED EXHIBITS
20   NUMBER                     PAGE
21   PX0068                       23
22   PX0069                       26
23
24        Retained by Counsel
25
```

2 (Pages 2 - 5)

1          Monday, February 14, 2022
2              7:40 a.m.
3
4          CARLOS HUMBERTO CELI,
5   having been administered an oath, was examined and
6   testified as follows:
7
8              EXAMINATION
9   BY MS. BLASCO:
10   Q   Was it possible after what happened on the
11   night of August 21st, 1972 and the early morning
12   hours of August 22nd, for those of you who were on
13   the base, were you able to communicate with other
14   people off the base?  If this is the case, how were
15   you able to communicate?  If you were not, why were
16   you not able to communicate?
17   A   No.
18   Q   Not with anyone?
19   A   No, not with anyone.  I would have liked to
20   have communicated with my mom.  She wanted to know
21   what has happened -- what had happened.  We were
22   under an order to stay at the base.  We were not
23   allowed off.
24   Q   You mentioned that you were under an order to
25   stay at the base.  When was that order lifted?

Page 6

1   A   The order was lifted one month later.  The
2   order lasted a month.
3   Q   When the order to remain on the base was
4   lifted, before that order was lifted, did you
5   receive any instructions that you were given before
6   you were allowed to leave the base?
7   A   We were given a summary, a summary of what
8   had happened and what we could say outside to other
9   people.  Nothing more.
10   Q   The information you received, was it
11   accompanied by any other recommendations or further
12   instructions?
13   A   No.  We were read what was in the newspaper,
14   and we were told to -- to stick to that story.
15   MS. BLASCO:  I have shared with the witness
16   the piece of evidence numbered PX0068.  This is a
17   transcript of his testimony that he gave in 2006.  I
18   have given the witness this piece of evidence, and
19   he is currently reading it.
20   (Discussion off the record.)
21   BY MS. BLASCO:
22   Q   So to organize this space a little bit
23   better, prior to continuing with the previous piece
24   of evidence, I would like to return to the question
25   of what happened on the night of August 21st, 1972

Page 7

1   and in the early morning hours of August 22nd, 1972?
2   What happened on the naval base?
3       MS. VARGAS:  Excuse me, nothing was audible.
4       THE WITNESS:  That evening, the night before
5   it happened, we were sleeping.  We were just
6   sleeping in the barracks.  We didn't see anything.
7   It was the next morning when we woke up that we had
8   heard what had happened.
9       MR. SONNETT:  The witness can only testify as
10   to what we he personally saw or said, not what he
11   heard from others.
12   BY MS. BLASCO:
13   Q   On the night of August 21, 1972, was someone
14   on watch, on guard, at the telephone office?  And if
15   that was the case, who was there?
16   A   I -- I don't know.  I don't know if someone
17   was on watch or who that would have been.
18       MR. SONNETT:  Objection; the witness is --
19   hearsay.  I'm objecting because the witness can only
20   refer to what he had originally said.
21       MS. VARGAS:  Translate that to Spanish.
22       MS. BLASCO:  Perfect.
23       THE INTERPRETER:
24       So, Claret, the question that followed in
25   relation to who was on guard in relation to the

Page 8

1   guard, I cannot ask because he did respond that he
2   didn't -- he didn't know, and those can be -- Claret
3   responded that could maybe go back to those when
4   she's asking her questions.
5       MS. BLASCO:  We'll continue.
6       THE INTERPRETER:  The interpreter is going to
7   clarify.
8   BY MS. BLASCO:
9   Q   So before August 21, 1972, had one of your
10   nightguards at the telephone office ever been
11   canceled?
12   A   No.
13   Q   Before August 21, 1972, had you ever seen
14   that the telephone office was left without a guard?
15   A   No.  There was always at least one.
16   Q   All right.  We're going to go back to the
17   declaration that is piece of evidence PX0068.  This
18   document is the declaration given by Mr. Celi in
19   2006.
20       So I gave the witness the declaration so that
21   he would be able to read it and based on that, to
22   continue asking questions.
23       When you gave the declaration in the context
24   of a criminal case, did you -- in relation to the
25   Trelew massacre, did you swear to tell the truth and

Page 9

1 the whole truth? Did you do that?
2    A  Yes.
3    Q  When you gave your declaration in the context
4 of the criminal case for the Trelew massacre, is it
5 possible that today you will remember details that
6 you did not -- you remembered at that time details
7 that you might not remember now?
8    A  Yes, it is possible.  Sometimes memories
9 appear or disappear.
10    Q  Did you read the entire document?
11    A  Yes.
12    Q  Is there anything that you said in that
13 declaration that is not true?
14    A  No.  It's all true.  It's what happened.
15    MS. BLASCO:  I'm going to share evidence
16 number PX0069 with the witness.  This is a hand
17 drawn sketch.
18 BY MR. BLASCO:
19    Q  When you gave your testimony about the Trelew
20 massacre under oath, you were asked to tell the
21 truth.  Did you tell the truth?
22    A  Yes.
23    Q  Do you recognize this document?
24    A  Yes.
25    Q  Did you draw that sketch?

Page 10

1    A  Yes.
2    THE INTERPRETER:  The interpreter is going to
3 ask for clarification.
4 BY MS. BLASCO:
5    Q  When was it drawn?
6    A  I can't remember, but it is my handwriting.
7    THE INTERPRETER:  It seems the court went
8 offline.
9    MS. VARGAS:  Give them a second.  They
10 usually come back on quickly.
11 BY MS. BLASCO:
12    Q  When you were asked to make a statement about
13 the Trelew massacre, is it possible that you could
14 remember then some things that you can't remember
15 now?
16    A  It's possible.
17    Q  Is there something that you drew or marked in
18 document PX009 [sic] that is not true or accurate?
19    A  No.
20    MS. VARGAS:  This is a translator check.  I
21 think she said document PX009.
22    THE INTERPRETER:  That's what the interpreter
23 said, I think.  Let me check.
24    Yes, it's accurate.  The document is PX0069.
25    MS. VARGAS:  Yes, we can hear you now.

Page 11

1 BY MS. BLASCO:
2    Q  The witness has shown the location of the
3 ticket, and the -- the ticket in the phone office in
4 document PX0069, and added that it is not the same
5 drawing in floor plan 0068.
6    MS. BLASCO:  No further questions.
7    MS. VARGAS:  Am I allowed to start follow-up
8 questions?
9    MS. BLASCO:  Yes.
10    MS. VARGAS:  Okay.
11    MS. BLASCO:  In order to comply -- in order
12 to comply with the formalities of our code, we
13 should ask Mr. Sonnett if he agrees.
14    MR. SONNETT:  If I -- if I agree to what?
15    MS. VARGAS:  Follow-up questions by the
16 parties.
17    MR. SONNETT:  Yes, I agree.
18    MS. BLASCO:  So go ahead, Ms. Claret Vargas.
19
20             EXAMINATION
21 BY MS. VARGAS:
22    Q  Okay.  Thank you, Mr. Celi for being here.
23 Let's talk about the location of the telephone
24 office.
25    Can you tell me more or less how far it was

Page 12

1 from the area where the prisoners were held?
2    A  It was in front.
3    Q  Could you hear anything that happened in that
4 area where the prisoners were held?
5    A  No, I never heard anything.
6    Q  To be clear, the questioning from me is --
7 the question is did you not hear anything because
8 nothing loud happened ever or did you not hear
9 anything because it would be impossible to hear
10 anything?
11    A  So the clarification here was whether noises
12 were -- could be heard at some point or was the area
13 tight -- airtight or insulated or soundproof
14 somehow.  The answer is no, I couldn't hear
15 anything.
16    MS. VARGAS:  I believe the witness said
17 something about normal.
18    Can we please translate that.
19    THE INTERPRETER:  Yes.  The interpreter
20 skipped that part.  I'm going to request
21 clarification.
22    About which part exactly?
23    MS. VARGAS:  He said something about it was
24 normal.
25    THE INTERPRETER:  Thanks.

Page 13

4 (Pages 10 - 13)

1    THE WITNESS:  It was normal for things to not
2  be heard.  It was located in front, but the cells
3  were small and usually nothing could be -- could be
4  heard.  It was a long time ago.
5  BY MS. VARGAS:
6    Q  So to be clear, you never heard anybody
7  yelling?
8    A  No, I did not.
9    Q  Okay.  I -- earlier you mentioned that the
10  telephone office was always staffed.  Can you tell
11  me what do you mean by "always"?
12    A  There was always the person who was in charge
13  of the office present.  However, whenever they
14  weren't, then someone who was on guard would be
15  present at the office.
16    Q  So when you say always, do you mean 24 hours
17  a day, seven days a week?
18    A  Yes, it was always like that.
19    Q  Why did the telephone office need to be
20  staffed, always?
21    A  Because that office received all the incoming
22  calls for the base, and they had to -- the phone
23  calls would have to be distributed from that office.
24    Q  Okay.  Did you ever do a night shift at the
25  telephone office while the prisoners were there?

Page 14

1  opposite to the phone office.  There was always a
2  conscript there, but on that day, there was no one
3  there.
4    During the previous days, I had to make guard
5  with a conscript from Santa Fe days prior to the --
6  to the killing.
7  BY MS. VARGAS:
8    Q  Okay.  Does this reflect your recollection
9  about whether you had a nightguard in the telephone
10  office while the prisoners were there?
11    A  No.  As of today, currently, I cannot
12  remember that.
13    Q  But when you gave this testimony, you were
14  telling the truth; is that correct?
15    A  Yes, ma'am.
16    Q  Mr. Celi, let's go back to the night of the
17  21st.  You said you did not have -- you did not
18  serve a guard shift at the telephone office on the
19  night of the 21st; is that correct?
20    A  That is correct.  I didn't -- I didn't -- it
21  wasn't my shift.
22    Q  Why didn't you serve a nightguard shift that
23  night?
24    A  It was not my turn that day, because we had
25  shifts some days and some days not, every other day,

Page 16

1    A  Truth be told, I don't remember.  I honestly
2  can't remember.  As of today, I can't recall.
3    Q  Okay.  Can you look at proof evidence PX0068,
4  please, second page.  Page 2.  Okay.
5    A  Specifically?
6    Q  Can you look at the sentence that the line --
7  wait, the ninth line counting from the bottom
8  beginning (unintelligible).
9    MS. VARGAS:  Translate to Spanish, please.
10    THE INTERPRETER:  You spoke in Spanish.
11    MS. VARGAS:  Did I speak in Spanish?  I'm
12  sorry I will say it in English.
13  BY MS. VARGAS:
14    Q  Can you please look at that second page the
15  line item at the bottom beginning with the words
16  (unintelligible).
17    Can you please read that sentence and the
18  next sentence.  You can read it to yourself.  Please
19  continue reading until the end of that sentence.
20    MR. SONNETT:  Can we get a translation,
21  please.
22    MS. VARGAS:  That's what we're doing.  I'm
23  asking pause so that the interpreter can translate.
24    THE WITNESS:  So there were -- there were
25  five cells on one side up to the end of the wall,

Page 15

1  so we all went to sleep.  I don't think there was
2  any guard there, neither a conscript nor the
3  conscript in charge of the office.
4    Q  Why do you say there was no guard there that
5  night?
6    A  That's what was said, that there was no guard
7  there, and that's what I knew, there was no guard
8  there that night.
9    Q  When you say people said that or someone said
10  that, who said that?
11    MS. VARGAS:  Who said that, I said.
12    THE WITNESS:  No, it was the word among all
13  of us conscripts that there was no one being guard
14  in guard shift.
15  BY MS. VARGAS:
16    Q  So what did the conscripts do that night?
17    A  They all went to sleep, as I did.  We all
18  went to sleep.
19    MS. VARGAS:  Ready?  Okay.  We just switched
20  translators.
21  BY MS. VARGAS:
22    Q  Mr. Celi, have you and I spoken before?
23    MS. VARGAS:  You and I.  Can we just say you
24  and I specifically.
25    THE WITNESS:  Yes, I believe we had a

Page 17

**Page 18**

1  telephone call or there was some sort of
2  communications we had in Mr. Guapa's (phonetic)
3  office.
4  BY MS. VARGAS:
5      Q   Okay.  And do you remember that aside from
6  me, there was another person in the video call?
7      A   No.  It was just myself and from the other --
8  from the other side -- oh, yes, I believe there were
9  other people on the other side as well.
10  BY MS. VARGAS:
11      Q   Did you and I speak of your recollection of
12  the events in August 21st, 1972?
13      A   Yes, yes, you asked me.
14      Q   Did you speak the truth in that interview?
15      A   Yes, I always tell the truth about what I --
16  when I -- when I speak.
17      Q   Do you have any reason to believe you were
18  being untruthful?
19      A   I always tell the truth.  What could happen,
20  however, is that it's 50 years back in my memory and
21  sometimes I may forget something, but I always try
22  to tell the truth, although sometimes I don't
23  remember what happened 50 years ago.
24      Q   Isn't it true that at the interview you and I
25  had, you said that someone told you and the other

**Page 19**

1  conscripts who worked at the telephone office that
2  there would be no guard that night?
3      THE INTERPRETER:  One moment, please.
4      MR. SONNETT:  I object.  I object to the
5  question which calls for hearsay.
6      MS. VARGAS:  Can we please translate exactly
7  as I say.
8  BY MS. VARGAS:
9      Q   Isn't it true that at this interview, you
10  said to me that someone had told you and the other
11  conscripts about the nightguards at the telephone
12  office that there would be no nightguard there that
13  night?
14      MR. SONNETT:  Same objection.
15      MS. VARGAS:  Continue, please.
16      THE INTERPRETER:  He responded already.  I'm
17  going to clarify.  I did not hear the response.
18      THE WITNESS:  No, no, I did not say that.  I
19  could not say that because no one told us anything.
20  BY MS. VARGAS:
21      Q   So it's your testimony today that no one had
22  a guard that night?
23      MS. BLASCO:  I need one moment, please.
24      Can you hear me.
25      MR. SONNETT:  We're not getting any

**Page 20**

1  translation here.
2      MS. VARGAS:  I'm sorry.  We're trying to --
3  she's saying this link will close in 17 minutes.
4      Sorry, Kath, please translate.
5      THE INTERPRETER:  So the court clerk has said
6  that the link will close in 17 minutes, and so to
7  take that into mind in relation to the time that is
8  remaining for this link.
9      We are not allowed to continue, you're not
10  allowed to continue with your own recording once the
11  recording from the Argentinian court terminates.
12      MS. VARGAS:  I'm going to have two more
13  questions and hand it over to Neal.
14  BY MS. VARGAS:
15      Q   So it's your testimony that you don't know
16  why there was no guard that night, that no
17  conscripts were at the guard in the telephone office
18  that night?
19      A   That is correct.
20      Q   Okay.  And how do you know there was nobody
21  at the guard -- on guard in the telephone office
22  that night?
23      A   Because among all the conscripts, we talked
24  about it, the fact that there was no one on guard.
25      MS. VARGAS:  Okay.  In the interest of time,

**Page 21**

1  Neal, I leave the rest of the questions to you.
2      MS. BLASCO:  Please give me one second.  I'm
3  going to see if there's any possibility of extending
4  the time of this current link.
5      MS. VARGAS:  And I reserve any questions of
6  redirect if there's extensions of time.
7      MR. SONNETT:  Are you checking for that or
8  shall I --
9      MS. VARGAS:  She is checking for that.
10      (Recess.)
11      MS. BLASCO:  We're going to reinitiate the
12  space.  Recording has resumed.
13      We can continue with questioning, please.
14      Sir?
15
16          EXAMINATION
17  BY MR. SONNETT:
18      Q   Okay.  I have a few questions, Mr. Celi.
19      I represent Roberto Bravo.  Do you remember
20  him?
21      A   Yes.
22      Q   Did you have any interaction with Mr. Bravo
23  in August 1972?
24      A   No, not with anyone.
25      Q   As far as you knew, Mr. Bravo had an

**Page 22**

1  excellent reputation?
2     A  Yes, he was very rough or I guess hard you
3  could say, but yes, he had a good reputation.
4     Q  He was a dedicated soldier, wasn't he?
5     A  I don't really know.  I couldn't say, but he
6  was an officer.
7     Q  Okay.  Did you have any contacts with the
8  prisoners?
9     A  Myself, no, I didn't have any contact with
10  the prisoners.
11     Q  You were aware that they had escaped from the
12  Rawson prison, weren't you?
13        MS. VARGAS: Objection.
14        Please continue.
15  BY MR. SONNETT:
16     Q  You may answer.
17     A  Can you repeat your question, please.
18     Q  Were you aware that the prisoners had escaped
19  from Rawson prison several days before they came to
20  Trelew?
21        MS. VARGAS: Same objection.
22        THE WITNESS:  Yes.  In fact, coincidentally,
23  I was in Rawson when they escaped.
24  BY MR. SONNETT:
25     Q  Were you aware that when they escaped, they

**Page 23**

1  killed a guard?
2     A  Yes, I had heard -- I did know that they had
3  killed one of the guards on the way out.
4        MS. VARGAS: Same objection.
5  BY MR. SONNETT:
6     Q  And did you hear that they were all
7  terrorists that had been imprisoned because of acts
8  of terrorism?
9        MS. VARGAS:  Objection.
10        THE WITNESS:  Yes, we knew that.  We knew
11  that they were all terrorists.
12  BY MR. SONNETT:
13     Q  That they were all?  I'm sorry, I didn't --
14        MS. VARGAS:  Objection.
15        THE WITNESS:  Terrorists.
16        MR. SONNETT:  I didn't hear -- terrorists,
17  okay.
18  BY MR. SONNETT:
19     Q  Did you -- did you know that some of them or
20  did you hear that some of them were Montoneros?
21        MS. VARGAS:  Objection.
22        Pause for a second.
23        THE WITNESS:  Yes, more than anything they
24  were Guerillas as we would call them at the time.
25  BY MR. SONNETT:

**Page 24**

1     Q  Guerilla, is that what -- is that what I
2  heard?
3     A  Yes.  Yes, Guerillas.  That's what we
4  understood they -- them to be.  That that's -- they
5  were Guerillas, and that's why they were in prison.
6     Q  When they escaped from Rawson and went to the
7  airport, did you become aware that they had hijacked
8  an aircraft?
9        MS. VARGAS:  Objection, both hearsay and
10  vague about who we're referring to.
11  BY MR. SONNETT:
12     Q  Did you hear that some of them had hijacked
13  the aircraft?
14     A  Yes, we all learned about it.
15     Q  And did you learn that those who did escape
16  on the aircraft, on the hijacked aircraft, later
17  were given safe passage to Cuba?
18        MS. VARGAS:  Objection; this is calling for
19  hearsay.  This -- you're asking something about
20  historian.  This is not a historian.  This is a
21  witness, a fact witness.
22        MR. SONNETT:  I'm asking what he heard.
23  BY MR. SONNETT:
24     Q  You can answer, Mr. Celi.
25     A  I heard that they had escaped in the plane.

**Page 25**

1  I don't know what they -- where they left, and I
2  knew that others were left at the airport.
3     Q  Okay.  And it was the people who were left at
4  the airport who later surrendered and were taken
5  to -- to Trelew; is that right?
6        MS. VARGAS:  Objection.
7        THE WITNESS:  Yes, those were the people.
8  BY MR. SONNETT:
9     Q  And you were aware because of what you heard
10  that they were dangerous and that's why they
11  were under guard; is that right?
12        MS. VARGAS:  Objection.
13        THE WITNESS:  Yes, we knew that they were
14  detained.
15        (Interruption in the proceedings.)
16        MR. SONNETT:  I'm losing the interpreter.
17        THE INTERPRETER:  Mr. Sonnett, we lost you
18  for a moment here.  We couldn't hear anything.
19        MR. SONNETT:  I lost you.  Do you have me
20  back?  Can you hear me?
21        THE INTERPRETER:  Yes.
22        MR. SONNETT:  Perhaps the court reporter can
23  read back the last question.
24        THE REPORTER:  Mr. Sonnett, you -- we lost
25  you completely.  The last question I hear was "And

1 you were aware because of what you heard that the
2 they were dangerous and that's why they were under
3 guard; is that right?"
4     MR. SONNETT: Okay.
5 BY MR. SONNETT:
6   Q   You were not on duty the night of the
7 shooting; correct?
8   A   That's correct. I wasn't.
9   Q   The next day, you heard that the prisoners
10 had tried to escape; is that right?
11   A   Yes.
12   Q   Did you have occasion to go into the
13 cellblock after the prisoners had been removed?
14   A   The cells were left open afterwards.
15   Q   And did you see inside the cellblock?
16   A   Truth be told, as of today, I cannot
17 remember. If I'm honest with you, I do not
18 remember.
19   Q   That's okay. Do you remember seeing bullet
20 holes on the walls of the cellblock when you went
21 there after the shootings?
22   A   There were. I don't know if they were bullet
23 holes, but there were holes.
24   Q   Did it look like there had been a fight
25 between the prisoners and the guards?

Page 42

1     MS. VARGAS: Objection; calls for
2 speculation.
3     THE WITNESS: No, I don't think.
4 BY MR. SONNETT:
5   Q   All right. Did you ever see Mr. Bravo after
6 the shootings?
7   A   No, I did not.
8   Q   When were you approached by the lawyers and
9 interviewed regarding your testimony in this case?
10   A   By the end of last year.
11   Q   And did they tell you that they wanted you to
12 testify at a trial?
13   A   No. They told me they wanted to know how
14 things happened.
15   Q   And did they take notes of their interview
16 with you?
17   A   Yes, I guess so.
18   Q   Did they give you those notes to review for
19 accuracy?
20   A   No, they did not.
21   Q   I know it was 50 years ago and memories fail,
22 sometimes, but you distinctly remember that you
23 heard the next day after the shootings that the
24 prisoners had tried to escape; is that correct?
25   A   Yes, that is right.

Page 43

1   Q   Did you hear that from other people who
2 worked with you on the base?
3     THE INTERPRETER: The interpreter is going to
4 request clarification.
5     THE WITNESS: Yeah, the staff -- the base,
6 the staff and all the people who were there.
7 BY MR. SONNETT:
8   Q   They all said that it was an attempt to
9 escape; correct?
10   A   Yes, that was the -- what was said.
11     MR. SONNETT: I have no further questions.
12 Thank you very much, Mr. Celi.
13     MS. VARGAS: I only have two redirect
14 questions or two general questions. Two redirect
15 questions, sorry.
16     MS. BLASCO: Plaintiffs counsel does agree?
17 Sorry, if the plaintiffs -- I'm sorry, if the
18 defendant's attorney agrees with these follow-up
19 questions?
20     MR. SONNETT: Yes.
21     THE INTERPRETER: Was that a yes, sir?
22     MR. SONNETT: Yes, she can ask additional
23 questions.
24     MS. BLASCO: Thank you.
25

Page 44

1     FURTHER EXAMINATION
2 BY MS. VARGAS:
3   Q   Mr. Celi, did you and I speak more than once
4 before today?
5   A   I think we spoke once. What I can recall, we
6 spoke once.
7   Q   Okay. And after -- at the end of our
8 interview, did I ask if you would be willing to
9 present a deposition -- did I ask if you would
10 willing to present a sworn declaration?
11   A   I do not remember. Perhaps I did. I do not
12 remember.
13   Q   Do you remember if you refused a few days
14 later through Mr. Guapa, letting me know through Mr.
15 Guapa?
16   A   Yes, I remember because I said I had a
17 headache and my eye was hurting, so I believe I said
18 so, but apparently, there was no attention paid to
19 that.
20   Q   And did -- do you remember Mr. Guapa trying
21 to convince you to provide a sworn declaration and
22 you refusing?
23   A   No, he said he -- he told me I had to have
24 another conversation, but I said I didn't want to
25 have anything to do with that. I didn't want to

Page 45

8 (Pages 42 - 45)

**Page 46**

```
 1   have anything else to do with that.
 2   Q   And one last question, when you heard in 1972
 3   that there had been an attempted escape, did you
 4   believe that version of the story?
 5       MR. SONNETT:  Objection to the question and
 6   to the language of "version."
 7       MS. VARGAS:  Let me rephrase.
 8   BY MS. VARGAS:
 9   Q   When you heard the news that there had been
10   an attempted escape, did you believe it?
11       MR. SONNETT:  Objection as to what he
12   believed.  He can testify as to what he heard, but
13   not what he believed.
14   BY MS. VARGAS:
15   Q   You can answer, please.
16       THE INTERPRETER:  The interpreter is going to
17   request a clarification.
18       THE WITNESS:  No, I truly did not believe it
19   because of the place where we were.
20   BY MS. VARGAS:
21   Q   Can you explain that what you just said,
22   because of the place where you were, what does that
23   mean?
24       MR. SONNETT:  And the same objection to all
25   of this line of questioning.
```

**Page 47**

```
 1       THE WITNESS:  It was a very small place, no
 2   exits with no windows.  It was almost impossible to
 3   escape.
 4       MS. VARGAS:  I have no further questions.
 5       MR. SONNETT:  Just one question.
 6
 7          FURTHER EXAMINATION
 8   BY MR. SONNETT:
 9   Q   When they escaped from Rawson prison, that
10   was a secure prison, was it not?
11       MS. VARGAS:  Objection.
12       THE WITNESS:  Yes, that is right.
13   BY MR. SONNETT:
14   Q   Rawson had a reputation that it was too
15   difficult to escape from, didn't it?
16       MS. VARGAS:  Objection.
17       THE WITNESS:  Yes, because it's a maximum
18   security prison.
19   BY MR. SONNETT:
20   Q   And they still escaped from the maximum
21   security prison, didn't they?
22       MS. VARGAS:  Objection.
23       THE WITNESS:  Yes, that is right.
24       MR. SONNETT:  Thank you, nothing further.
25       MS. BLASCO:  Ms. Vargas, any more questions?
```

**Page 48**

```
 1       MS. VARGAS:  Please let me check.  I'm almost
 2   sure that I don't have any more.
 3       Just -- okay.  That is all we have.  Thank
 4   you very much.
 5       MS. BLASCO:  Sir?  Mr. Sonnett, did you want
 6   to add anything?
 7       MR. SONNETT:  No, I have no further
 8   questions.  Thank you very much.
 9       MS. BLASCO:  I must ask the witness how he
10   knows information he has shared with us today.
11       THE WITNESS:  I know it, because I was there.
12       MS. BLASCO:  So if there is no further
13   comments, I will conclude the official registry
14   recording of this space.
15       I would like to thank all the attorneys
16   present, the witness, the interpreters and all other
17   parties.  And so with that, we will conclude
18   today's -- today's space.  Thank you so much.
19          (TIME NOTED:  9:16 a.m.)
20
21
22
23
24
25
```

**Page 49**

```
 1
 2
 3
 4
 5       I, CARLOS HUMBERTO CELI, do hereby declare
 6   under penalty of perjury that I have read the
 7   foregoing transcript; that I have made any
 8   corrections as appear noted, in ink, initialed by
 9   me, or attached hereto; that my testimony as
10   contained herein, as corrected, is true and correct.
11       EXECUTED this _____ day of _____,
12   20____, at _____, _____.
              (City)            (State)
13
14
15
16
         _____
              CARLOS HUMBERTO CELI
17                 VOLUME I
18
19
20
21
22
23
24
25
```

**Page 50**

1  Certificate of Person Reading

2  Deposition to Deponent

3

4  I, _____, whose address is

5  _____

6  a person who speaks the language of the deponent,

7  namely, _____, do hereby certify that on

8  the _____ day of _____

9  20____, I did translate the within deposition from English

10  into the _____ language, reading same

11  to the deponent in his/her native tongue to the best of my

12  ability; that all corrections and changes requested by

13  the deponent were made and initialed by the deponent;

14  That upon completion of said reading the

15  deponent did confirm to me that he/she had understood

16  the reading.

17

18  _____

19  Reader/Interpreter

20

21

22

23

24

25

**Page 51**

1

2

3  I, the undersigned, a Certified Shorthand

4  Reporter of the State of California, do hereby

5  certify:

6  That the foregoing proceedings were taken

7  before me at the time and place herein set forth;

8  that any witnesses in the foregoing proceedings,

9  prior to testifying, were placed under oath; that a

10  record of the proceedings was made by me using

11  machine shorthand which was thereafter transcribed

12  under my direction; further, that the foregoing is

13  an accurate transcription thereof.

14  I further certify that I am neither

15  financially interested in the action nor a relative

16  or employee of any attorney of any of the parties.

17  IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated: February 28, 2022

21

22

23  _____

ALEXIS KAGAY

24  CSR NO. 13795

25

**Page 52**

1  Neha Sabharwal, Esq

2  nsabharwal@keker.com

3  February 28, 2022

4  RE: RAQUEL CAMPS vs. ROBERTO GUILLERMO BRAVO

5  February 14, 2022, Carlos Humberto Celi, Vol. I (JOB NO. 5068250)

6  The above-referenced transcript has been

7  completed by Veritext Legal Solutions and

8  review of the transcript is being handled as follows:

9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10  to schedule a time to review the original transcript at

11  a Veritext office.

12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13  Transcript - The witness should review the transcript and

14  make any necessary corrections on the errata pages included

15  below, notating the page and line number of the corrections.

16  The witness should then sign and date the errata and penalty

17  of perjury pages and return the completed pages to all

18  appearing counsel within the period of time determined at

19  the deposition or provided by the Code of Civil Procedure.

20  __ Waiving the CA Code of Civil Procedure per Stipulation of

21  Counsel - Original transcript to be released for signature

22  as determined at the deposition.

23  __ Signature Waived – Reading & Signature was waived at the

24  time of the deposition.

25

**Page 53**

1  __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2  Transcript - The witness should review the transcript and

3  make any necessary corrections on the errata pages included

4  below, notating the page and line number of the corrections.

5  The witness should then sign and date the errata and penalty

6  of perjury pages and return the completed pages to all

7  appearing counsel within the period of time determined at

8  the deposition or provided by the Federal Rules.

9  _X_ Federal R&S Not Requested - Reading & Signature was not

10  requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1 RAQUEL CAMPS vs. ROBERTO GUILLERMO BRAVO

2 Carlos Humberto Celi, Volume I (JOB NO. 5068250)

3      E R R A T A  S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____   _____

24 WITNESS                    Date

25

                       Page 54

Veritext Legal Solutions
866 299-5127

**[& - blasco]**

| & | 3 | address 50:4 | attached 49:9 |
|---|---|---|---|

**&**   3:14 52:23 53:9

**0**

**0068**   12:5
**054.280.482.4438**
   3:8

**1**

**1**   53:1
**11776**   51:23
**13795**   1:24 2:25
   51:24
**14**   1:20 2:24 6:1
   52:5
**17**   1:25 20:3,6
**1972**   6:11 7:25 8:1
   8:13 9:9,13 18:12
   21:23 46:2
**1:20**   1:7 2:7

**2**

**2**   4:5 15:4
**20**   49:12 50:9
**2006**   7:17 9:19
**2022**   1:20 2:24 6:1
   51:20 52:3,5
**2025.520**   52:9,12
**21**   8:13 9:9,13
**21st**   6:11 7:25
   16:17,19 18:12
**22**   5:6
**22nd**   6:12 8:1
**23**   5:21
**24**   14:16
**24294**   1:7 2:7
**26**   5:22
**2600**   4:6
**261**   3:6
**28**   5:7 51:20 52:3

**3**

**30**   53:1
**305.358.2000**   4:8
**33131-1819**   4:7
**37**   5:8

**4**

**415.544.0444**   3:21
**45**   5:9
**47**   5:10

**5**

**50**   18:20,23 43:21
**5068250**   1:24 52:5
   54:2
**54**   1:25

**7**

**750**   3:19
**7:40**   2:23 6:2

**9**

**9**   3:6
**94201**   3:20
**9:16**   2:23 48:19

**a**

**a.m.**   2:23,23 6:2
   48:19
**ability**   50:12
**able**   6:13,15,16
   9:21
**accompanied**   7:11
**accountability**
   3:14
**accuracy**   43:19
**accurate**   11:18,24
   51:13
**action**   51:15
**acts**   23:7
**add**   48:6
**added**   12:4
**additional**   44:22

**address**   50:4
**adela**   3:4
**administered**   6:5
**ago**   14:4 18:23
   43:21
**agree**   12:14,17
   44:16
**agrees**   12:13 44:18
**ahead**   12:18
**aircraft**   24:8,13,16
   24:16
**airport**   24:7 25:2
   25:4
**airtight**   13:13
**alberto**   1:6 2:6
**aldazabal**   3:4
**alexis**   1:23 2:24
   51:23
**alicia**   1:9 2:9 3:12
**allowed**   6:23 7:6
   12:7 20:9,10
**ana**   1:14 2:14
**andres**   4:16
**answer**   13:14
   22:16 24:24 46:15
**anybody**   14:6
**apparently**   45:18
**appear**   10:9 49:8
**appearances**   3:1
**appearing**   2:22
   52:18 53:7
**approached**   43:8
**area**   13:1,4,12
**argentina**   3:7
**argentinian**   20:11
**aside**   18:5
**asked**   10:20 11:12
   18:13
**asking**   9:4,22
   15:23 24:19,22

**attached**   49:9
**attempt**   44:8
**attempted**   46:3,10
**attention**   45:18
**attorney**   4:4 44:18
   51:16
**attorneys**   3:17
   48:15
**audible**   8:3
**august**   6:11,12
   7:25 8:1,13 9:9,13
   18:12 21:23
**aware**   22:11,18,25
   24:7 25:9 42:1

**b**

**b**   53:1
**back**   9:3,16 11:10
   16:16 18:20 25:20
   25:23
**barracks**   8:6
**base**   6:13,14,22,25
   7:3,6 8:2 14:22
   44:2,5
**based**   9:21
**beginning**   2:23
   15:8,15
**believe**   13:16
   17:25 18:8,17
   45:17 46:4,10,18
**believed**   46:12,13
**best**   50:11
**better**   7:23
**biscayne**   4:5
**bit**   7:22
**blasco**   3:5 5:6 6:9
   7:15,21 8:12,22
   9:5,8 10:15,18
   11:4,11 12:1,6,9
   12:11,18 19:23
   21:2,11 44:16,24
   47:25 48:5,9,12

[bonet - document]

**bonet** 1:11 2:11
**bottom** 15:7,15
**boulevard** 4:5
**bravo** 1:17 2:17
  21:19,22,25 43:5
  52:4 54:1
**bullet** 42:19,22

**c**

**ca** 52:9,12,20
**california** 3:20
  51:4
**call** 18:1,6 23:24
**calling** 24:18
**calls** 14:22,23 19:5
  43:1
**camps** 1:5,6 2:5,6
  3:12 52:4 54:1
**canceled** 9:11
**capacity** 1:5,7,7
  1:10,10,12,12 2:5
  2:7,7,10,10,12,12
**cappello** 1:7,9 2:7
  2:9
**carlos** 1:20 2:21
  5:3 6:4 49:5,16
  52:5 54:2
**casanova** 4:16
**case** 6:14 8:15
  9:24 10:4 43:9
**ccp** 52:9,12
**celi** 1:20 2:21 5:3
  6:4 9:18 12:22
  16:16 17:22 21:18
  24:24 44:12 45:3
  49:5,16 52:5 54:2
**cellblock** 42:13,15
  42:20
**cells** 14:2 15:25
  42:14
**center** 3:14

**certificate** 50:1
**certified** 2:25 51:3
**certify** 50:7 51:5
  51:14
**change** 54:4,7,10
  54:13,16,19
**changes** 50:12
**charge** 14:12 17:3
**check** 11:20,23
  48:1
**checking** 21:7,9
**chubut** 3:7
**city** 49:12
**civil** 52:19,20
**cja.org** 3:22,23
**claret** 3:15 8:24
  9:2 12:18
**clarification** 11:3
  13:11,21 44:4
  46:17
**clarify** 9:7 19:17
**clear** 13:6 14:6
**clerk** 20:5
**close** 20:3,6
**code** 12:12 52:9,12
  52:19,20
**coincidentally**
  22:22
**come** 11:10
**comments** 48:13
**communicate** 6:13
  6:15,16
**communicated**
  6:20
**communications**
  18:2
**completed** 52:7,17
  53:6
**completely** 25:25
**completion** 50:14
  53:10

**comply** 12:11,12
**conclude** 48:13,17
**confirm** 50:15
**conscript** 16:2,5
  17:2,3
**conscripts** 17:13
  17:16 19:1,11
  20:17,23
**contact** 22:9 52:9
**contacts** 22:7
**contained** 49:10
**context** 9:23 10:3
**continue** 9:5,22
  15:19 19:15 20:9
  20:10 21:13 22:14
**continuing** 7:23
**conversation**
  45:24
**convince** 45:21
**correct** 16:14,19
  16:20 20:19 42:7
  42:8 43:24 44:9
  49:10
**corrected** 49:10
**corrections** 49:8
  50:12 52:14,15
  53:3,4
**counsel** 5:24 44:16
  52:18,21 53:7
**counting** 15:7
**court** 1:1 2:1 11:7
  20:5,11 25:22
**criminal** 9:24 10:4
**csr** 1:24 51:24
**cuba** 24:17
**current** 21:4
**currently** 7:19
  16:11
**cv** 1:7 2:7
**cvargas** 3:22

**d**

**dangerous** 25:10
  42:2
**date** 51:17 52:16
  53:5 54:24
**dated** 51:20
**day** 14:17 16:2,24
  16:25 42:9 43:23
  49:11 50:8
**days** 14:17 16:4,5
  16:25,25 22:19
  45:13
**de** 1:14 2:14 3:6
**declaration** 9:17
  9:18,20,23 10:3,13
  45:10,21
**declare** 49:5
**dedicated** 22:4
**defendant** 1:18
  2:18 4:1
**defendant's** 44:18
**deponent** 50:2,6
  50:11,13,13,15
**deposition** 1:19
  2:21 45:9 50:2,9
  52:19,22,24 53:8
  53:10
**details** 10:5,6
**detained** 25:14
**determined** 52:18
  52:22 53:7
**difficult** 47:15
**direction** 51:12
**disappear** 10:9
**discussion** 7:20
**distinctly** 43:22
**distributed** 14:23
**district** 1:1,2 2:1,2
**division** 1:3 2:2
**document** 9:18
  10:10,23 11:18,21

Veritext Legal Solutions
866 299-5127

[document - initialed]

11:24 12:4
**doing** 15:22
**draw** 10:25
**drawing** 12:5
**drawn** 10:17 11:5
**drew** 11:17
**duty** 42:6

**e**

**e** 52:9,12 53:1 54:3
54:3,3
**earlier** 14:9
**early** 6:11 8:1
**eduardo** 1:6,9 2:6
2:9
**elzbieta** 3:16
**ematthews** 3:23
**employee** 51:16
**english** 15:12 50:9
**entire** 10:10
**errata** 52:14,16
53:3,5
**escape** 24:15
42:10 43:24 44:9
46:3,10 47:3,15
**escaped** 22:11,18
22:23,25 24:6,25
47:9,20
**esq** 52:1
**estate** 1:6,8,11,13
2:6,8,11,13
**evening** 8:4
**events** 18:12
**evidence** 7:16,18
7:24 9:17 10:15
15:3
**exactly** 13:22 19:6
**examination** 5:2
6:8 12:20 21:16
45:1 47:7
**examined** 6:5

**excellent** 22:1
**excuse** 8:3
**executed** 49:11
**exhibits** 5:13,19
**exits** 47:2
**explain** 46:21
**extending** 21:3
**extensions** 21:6
**eye** 45:17

**f**

**fact** 20:24 22:22
24:21
**fail** 43:21
**far** 12:25 21:25
**fe** 16:5
**february** 1:20
2:24 6:1 51:20
52:3,5
**federal** 53:1,8,9
**fight** 42:24
**financially** 51:15
**five** 15:25
**floor** 12:5
**florida** 1:2 4:7
**follow** 12:7,15
44:18
**followed** 8:24
**follows** 6:6 52:8
**foregoing** 49:7
51:6,8,12
**forget** 18:21
**formalities** 12:12
**forth** 51:7
**francisco** 3:20
**frcp** 53:1
**front** 13:2 14:2
**further** 7:11 12:6
44:11 45:1 47:4,7
47:24 48:7,12
51:12,14

**g**

**general** 44:14
**getting** 19:25
**give** 11:9 21:2
43:18
**given** 7:5,7,18
9:18 24:17
**go** 9:3,16 12:18
16:16 42:12
**going** 9:6,16 10:15
11:2 13:20 19:17
20:12 21:3,11
44:3 46:16
**good** 22:3
**guapa** 45:14,15,20
**guapa's** 18:2
**guard** 8:14,25 9:1
9:14 14:14 16:4
16:18 17:2,4,6,7
17:13,14 19:2,22
20:16,17,21,21,24
23:1 25:11 42:3
**guards** 23:3 42:25
**guerilla** 24:1
**guerillas** 23:24
24:3,5
**guess** 22:2 43:17
**guillermo** 1:17
2:17 52:4 54:1

**h**

**h** 54:3
**hallidie** 3:18
**hand** 10:16 20:13
**handled** 52:8
**handwriting** 11:6
**happen** 18:19
**happened** 6:10,21
6:21 7:8,25 8:2,5
8:8 10:14 13:3,8
18:23 43:14

**hard** 22:2
**headache** 45:17
**hear** 11:25 13:3,7
13:8,9,14 19:17,24
23:6,16,20 24:12
25:18,20,25 44:1
**heard** 8:8,11 13:5
13:12 14:2,4,6
23:2 24:2,22,25
25:9 42:1,9 43:23
46:2,9,12
**hearsay** 8:19 19:5
24:9,19
**held** 13:1,4
**hereto** 49:9
**hijacked** 24:7,12
24:16
**historian** 24:20,20
**holes** 42:20,23,23
**honest** 42:17
**honestly** 15:1
**hours** 6:12 8:1
14:16
**humberto** 1:20
2:21 5:3 6:4 49:5
49:16 52:5 54:2
**hurting** 45:17

**i**

**impossible** 13:9
47:2
**imprisoned** 23:7
**included** 52:14
53:3
**incoming** 14:21
**index** 5:1
**individual** 1:7,9
1:12 2:7,9,12
**information** 7:10
48:10
**initialed** 49:8
50:13

Page 3

[ink - objection]

ink  49:8
inside  42:15
instructions  7:5
  7:12
insulated  13:13
interaction  21:22
interest  20:25
interested  51:15
interpreter  8:23
  9:6,6 11:2,2,7,22
  11:22 13:19,19,25
  15:10,23 19:3,16
  20:5 25:16,17,21
  44:3,3,21 46:16,16
  50:19
interpreters  4:14
  48:16
interruption  25:15
interview  18:14,24
  19:9 43:15 45:8
interviewed  43:9
item  15:15

**j**

job  1:24 52:5 54:2
john  4:12
juarez  3:4
judge  3:3,4
julio  3:6
juschubut.gov.ar
  3:9
justice  3:14
juzciotw  3:9

**k**

kagay  1:23 2:24
  51:23
kath  20:4
kathy  4:15
keker.com  52:2
killed  23:1,3

killing  16:6
kmm  1:7 2:7
knew  17:7 21:25
  23:10,10 25:2,13
know  6:20 8:16,16
  9:2 20:15,20 22:5
  23:2,19 25:1
  42:22 43:13,21
  45:14 48:11
knows  48:10
kreuger  3:12
krueger  1:9 2:9

**l**

language  46:6
  50:6,10
lasted  7:2
law  3:17 4:4
lawyers  43:8
learn  24:15
learned  24:14
leave  7:6 21:1
left  9:14 25:1,2,3
  42:14
legal  52:7
letting  45:14
lifted  6:25 7:1,4,4
liked  10:19
line  15:6,7,15
  46:25 52:15 53:4
  54:4,7,10,13,16,19
link  20:3,6,8 21:4
little  7:22
located  14:2
location  12:2,23
locked  52:12 53:1
long  14:4
look  15:3,6,14
  42:24
losing  25:16
lost  25:17,19,24

loud  13:8
lucia  3:4

**m**

ma'am  16:15
macdonnell  4:12
machine  51:11
marcela  1:11 2:11
  3:13
maria  1:14 2:14
marked  5:19
  11:17
massacre  9:25
  10:4,20 11:13
matthews  3:16
maximum  47:17
  47:20
mean  14:11,16
  46:23
memories  10:8
  43:21
memory  18:20
mentioned  6:24
  14:9
miami  1:3 2:2 4:7
mind  20:7
minutes  20:3,6
mom  6:20
moment  19:3,23
  25:18
monday  1:20 2:24
  6:1
month  7:1,2
montoneros  23:20
morning  6:11 8:1
  8:7

**n**

name  51:18
native  50:11
naval  8:2

neal  4:2,3 20:13
  21:1
necessary  52:14
  53:3
need  14:19 19:23
neha  52:1
neither  17:2 51:14
never  13:5 14:6
news  46:9
newspaper  7:13
night  6:11 7:25 8:4
  8:13 14:24 16:16
  16:19,23 17:5,8,16
  19:2,13,22 20:16
  20:18,22 42:6
nightguard  16:9
  16:22 19:12
nightguards  9:10
  19:11
ninth  15:7
noises  13:11
normal  13:17,24
  14:1
notating  52:15
  53:4
noted  48:19 49:8
notes  43:15,18
nrslaw  4:9
nsabharwal  52:2
number  5:20
  10:16 52:15 53:4
numbered  7:16
nygard  4:15

**o**

oath  6:5 10:20
  51:9
object  19:4,4
objecting  8:19
objection  8:18
  19:14 22:13,21
  23:4,9,14,21 24:9

Veritext Legal Solutions
866 299-5127

[objection - refused]

24:18 25:6,12
43:1 46:5,11,24
47:11,16,22
**occasion** 42:12
**office** 8:14 9:10,14
12:3,24 14:10,13
14:15,19,21,23,25
16:1,10,18 17:3
18:3 19:1,12
20:17,21 52:11
**officer** 22:6
**official** 48:13
**offline** 11:8
**oh** 18:8
**okay** 12:10,22
14:9,24 15:3,4
16:8 17:19 18:5
20:20,25 21:18
22:7 23:17 25:3
42:4,19 45:7 48:3
**once** 20:10 45:3,5
45:6
**open** 42:14
**opposite** 16:1
**order** 6:22,24,25
7:1,2,3,4 12:11,11
**organize** 7:22
**original** 52:10,21
**originally** 8:20
**outside** 7:8

**p**

**p.a.** 4:2
**page** 5:20 15:4,4
15:14 52:15 53:4
54:4,7,10,13,16,19
**pages** 1:25 52:14
52:17,17 53:3,6,6
**paid** 45:18
**part** 13:20,22
**participants** 2:22

**parties** 12:16
48:17 51:16
**passage** 24:17
**pause** 15:23 23:22
**pdf** 52:12 53:1
**penalty** 49:6 52:16
53:5
**people** 6:14 7:9
17:9 18:9 25:3,7
44:1,6
**perfect** 8:22
**period** 52:18 53:7
**perjury** 49:6
52:17 53:6
**person** 14:12 18:6
50:1,6
**personal** 1:5,8,10
1:13 2:5,8,10,13
**personally** 8:10
**phone** 12:3 14:22
16:1
**phonetic** 18:2
**piece** 7:16,18,23
9:17
**piso** 3:7
**place** 46:19,22
47:1 51:7
**placed** 51:9
**plaintiffs** 1:15
2:15 3:12 44:16
44:17
**plan** 12:5
**plane** 24:25
**plaza** 3:18
**please** 13:18 15:4
15:9,14,17,18,21
19:3,6,15,23 20:4
21:2,13 22:14,17
46:15 48:1
**point** 13:12

**possibility** 21:3
**possible** 6:10 10:5
10:8 11:13,16
**present** 14:13,15
45:9,10 48:16
**previous** 7:23 16:4
**previously** 5:19
**prior** 7:23 16:5
51:9
**prison** 22:12,19
24:5 47:9,10,18,21
**prisoners** 13:1,4
14:25 16:10 22:8
22:10,18 42:9,13
42:25 43:24
**procedure** 52:19
52:20
**proceedings** 25:15
51:6,8,10
**proof** 15:3
**provide** 45:21
**provided** 52:19
53:8
**px0068** 5:21 7:16
9:17 15:3
**px0069** 5:22 10:16
11:24 12:4
**px009** 11:18,21

**q**

**question** 7:24 8:24
13:7 19:5 22:17
25:23,25 46:2,5
47:5
**questioning** 13:6
21:13 46:25
**questions** 9:4,22
12:6,8,15 20:13
21:1,5,18 44:11,14
44:14,15,19,23
47:4,25 48:8

**quickly** 11:10

**r**

**r** 4:2,3 54:3,3
**r&s** 53:1,9
**raquel** 1:5 2:5
3:12 52:4 54:1
**rawson** 22:12,19
22:23 24:6 47:9
47:14
**read** 7:13 9:21
10:10 15:17,18
25:23 49:6
**reader** 50:19
**reading** 7:19
15:19 50:1,10,14
50:16 52:23 53:9
**ready** 17:19
**really** 22:5
**reason** 18:17 54:6
54:9,12,15,18,21
**recall** 15:2 45:5
**receive** 7:5
**received** 7:10
14:21
**recess** 21:10
**recognize** 10:23
**recollection** 16:8
18:11
**recommendations**
7:11
**record** 7:20 51:10
**recording** 20:10
20:11 21:12 48:14
**redirect** 21:6
44:13,14
**refer** 8:20
**referenced** 52:6
**referring** 24:10
**reflect** 16:8
**refused** 45:13

Page 5

[refusing - talk]

refusing  45:22
regarding  43:9
registry  48:13
reinitiate  21:11
relation  8:25,25
  9:24 20:7
relative  51:15
released  52:21
remain  7:3
remaining  20:8
remember  10:5,7
  11:6,14,14 15:1,2
  16:12 18:5,23
  21:19 42:17,18,19
  43:22 45:11,12,13
  45:16,20
remembered  10:6
remote  1:19
remotely  2:22
removed  42:13
repeat  22:17
rephrase  46:7
reported  1:23
reporter  2:25
  25:22,24 51:4
represent  21:19
representative  1:6
  1:8,11,13 2:6,8,11
  2:13
reputation  22:1,3
  47:14
request  13:20 44:4
  46:17
requested  50:12
  53:1,9,10
reserve  21:5
respond  9:1
responded  9:3
  19:16
response  19:17

rest  21:1
resumed  21:12
retained  5:24
return  7:24 52:17
  53:6
review  43:18 52:8
  52:10,13 53:2
right  9:16 25:5,11
  42:3,10 43:5,25
  47:12,23
roberto  1:17 2:17
  21:19 52:4 54:1
rough  22:2
ruben  1:11 2:11
rules  53:8

**s**

s  54:3
sabharwal  52:1
safe  24:17
san  3:20
santa  16:5
santucho  1:12,14
  2:12,14 3:13
saw  8:10
saying  20:3
schedule  52:10
second  1:21 11:9
  15:4,14 21:2
  23:22
secure  47:10
security  47:18,21
see  8:6 21:3 42:15
  43:5
seeing  42:19
seen  9:13
sentence  15:6,17
  15:18,19
serve  16:18,22
session  1:21
set  51:7

seven  14:17
share  10:15
shared  7:15 48:10
shift  14:24 16:18
  16:21,22 17:14
shifts  16:25
shooting  42:7
shootings  42:21
  43:6,23
shorthand  2:25
  51:3,11
shown  12:2
sic  11:18
side  15:25 18:8,9
sign  52:16 53:5
signature  51:23
  52:21,23,23 53:9
sir  21:14 44:21
  48:5
sketch  10:17,25
skipped  13:20
sleep  17:1,17,18
sleeping  8:5,6
small  14:3 47:1
soldier  22:4
solutions  52:7
sonnett  4:2,3 5:8
  5:10 8:9,18 12:13
  12:14,17 15:20
  19:4,14,25 21:7,17
  22:15,24 23:5,12
  23:16,18,25 24:11
  24:22,23 25:8,16
  25:17,19,22,24
  42:4,5 43:4 44:7
  44:11,20,22 46:5
  46:11,24 47:5,8,13
  47:19,24 48:5,7
sonnett.com  4:9
sorry  15:12 20:2,4
  23:13 44:15,17,17

sort  18:1
soundproof  13:13
south  4:5
southern  1:2 2:2
space  7:22 21:12
  48:14,18
spanish  8:21 15:9
  15:10,11
speak  15:11 18:11
  18:14,16 45:3
speaks  50:6
specifically  15:5
  17:24
speculation  43:2
spoke  15:10 45:5,6
spoken  17:22
staff  44:5,6
staffed  14:10,20
start  12:7
state  49:12 51:4
  52:9,12
statement  11:12
states  1:1 2:1
stay  6:22,25
stick  7:14
stipulation  52:20
story  7:14 46:4
subscribed  51:18
suite  3:19 4:6
summary  7:7,7
sure  48:2
surrendered  25:4
swear  9:25
switched  17:19
sworn  45:10,21

**t**

t  3:16 54:3,3
take  20:7 43:15
taken  25:4 51:6
talk  12:23

Veritext Legal Solutions
866 299-5127

[talked - years]

**talked** 20:23
**telephone** 8:14
  9:10,14 12:23
  14:10,19,25 16:9
  16:18 18:1 19:1
  19:11 20:17,21
**tell** 9:25 10:20,21
  12:25 14:10 18:15
  18:19,22 43:11
**telling** 16:14
**terminates** 20:11
**terrorism** 23:8
**terrorists** 23:7,11
  23:15,16
**testified** 6:6
**testify** 8:9 43:12
  46:12
**testifying** 51:9
**testimony** 7:17
  10:19 16:13 19:21
  20:15 43:9 49:9
**thank** 12:22 44:12
  44:24 47:24 48:3
  48:8,15,18
**thanks** 13:25
**thereof** 51:13
**things** 11:14 14:1
  43:14
**think** 11:21,23
  17:1 43:3 45:5
**ticket** 12:3,3
**tight** 13:13
**time** 10:6 14:4
  20:7,25 21:4,6
  23:24 48:19 51:7
  52:10,18,24 53:7
**today** 10:5 15:2
  16:11 19:21 42:16
  45:4 48:10
**today's** 48:18,18

**told** 7:14 15:1
  18:25 19:10,19
  42:16 43:13 45:23
**tongue** 50:11
**transcribed** 51:11
**transcript** 7:17
  49:7 52:6,8,10,13
  52:13,21 53:2,2
**transcription**
  51:13
**translate** 8:21
  13:18 15:9,23
  19:6 20:4 50:9
**translation** 15:20
  20:1
**translator** 11:20
**translators** 17:20
**trelew** 3:7 9:25
  10:4,19 11:13
  22:20 25:5
**trial** 43:12
**tried** 42:10 43:24
**true** 10:13,14
  11:18 18:24 19:9
  49:10
**truly** 46:18
**truth** 9:25 10:1,21
  10:21 15:1 16:14
  18:14,15,19,22
  42:16
**try** 18:21
**trying** 20:2 45:20
**turn** 16:24
**two** 20:12 44:13
  44:14,14

**u**

**undersigned** 51:3
**understood** 24:4
  50:15
**unintelligible** 15:8
  15:16

**united** 1:1 2:1
**untruthful** 18:18
**usually** 11:10 14:3

**v**

**vague** 24:10
**valeria** 3:4
**vanina** 3:4
**vargas** 3:15 5:7,9
  8:3,21 11:9,20,25
  12:7,10,15,18,21
  13:16,23 14:5
  15:9,11,13,22 16:7
  17:11,15,19,21,23
  18:4,10 19:6,8,15
  19:20 20:2,12,14
  20:25 21:5,9
  22:13,21 23:4,9,14
  23:21 24:9,18
  25:6,12 43:1
  44:13 45:2 46:7,8
  46:14,20 47:4,11
  47:16,22,25 48:1
**veritext** 52:7,9,11
**version** 46:4,6
**video** 18:6
**videoconference**
  3:1
**videographer** 4:11
**videotaped** 1:19
  2:21
**villarreal** 1:14
  2:14
**vol** 52:5
**volume** 1:21 2:22
  5:4 49:17 54:2
**vs** 1:16 2:16 52:4
  54:1

**w**

**wait** 15:7

**waived** 52:23,23
**waiving** 52:20
**wall** 15:25
**walls** 42:20
**want** 45:24,25
  48:5
**wanted** 6:20 43:11
  43:13
**watch** 8:14,17
**way** 23:3
**week** 14:17
**went** 11:7 17:1,17
  17:18 24:6 42:20
**whereof** 51:17
**willing** 45:8,10
**windows** 47:2
**witness** 5:2 7:15
  7:18 8:4,9,18,19
  9:20 10:16 12:2
  13:16 14:1 15:24
  17:12,25 19:18
  22:22 23:10,15,23
  24:21,21 25:7,13
  43:3 44:5 46:18
  47:1,12,17,23 48:9
  48:11,16 51:17
  52:13,16 53:2,5
  54:24
**witnesses** 51:8
**woke** 8:7
**word** 17:12
**words** 15:15
**worked** 19:1 44:2

**x**

**x** 53:9

**y**

**yeah** 44:5
**year** 43:10
**years** 18:20,23
  43:21

Page 7

**[yelling - zoom]**

| | |
|---|---|
| **yelling** | 14:7 |
| **z** | |
| **zoom** | 3:1 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.