EXHIBIT "C"

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3                    MIAMI DIVISION
                        - - -
 4    RAQUEL CAMPS, in her        )
      capacity as the personal    )     ▢ Defendant's Initial Designations
 5    representative of the       )
      ESTATE OF ALBERTO CAMPS,    )     ▢ Plaintiffs' Counter Designations
 6                                )
      EDUARDO CAPPELLO, in his    )
 7    individual capacity, and in )
      his capacity as the         )
 8    personal representative of  )
      the ESTATE OF EDUARDO       )
 9    CAPPELLO,                    )
                                   )
10    ALICIA KRUEGER, in her       )
      individual capacity, and in )
11    her capacity as the          )
      personal representative of  )
12    the ESTATE OF RUBEN BONET,   )
                                   )
13    And MARCELA SANTUCHO, in     )
      her individual capacity,     )
14    and in her capacity as the   )
      personal representative of  )
15    the ESTATE OF ANA MARIA      )
      VILLARREAL DE SANTUCHO,      )
16                                 )
              Plaintiffs,          )
17                                 )
              vs.                  ) No. 1:20-CV-24924-KMM
18                                 )
      ROBERTO GUILLERMO BRAVO,     )
19                                 )
              Defendants.          )
20                                 )
21
                    DEPOSITION OF
22              ALICIA KRUEGER (BONET)
               Monday, March 28, 2022
23
      Reported By:
24    MICHELLE K. BAILEY, RPR, CSR No. 10713
      Job No. 5150685
25    Pages 1 - 112
```

                                            Page 1

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF FLORIDA
 3            - - -
    RAQUEL CAMPS, in her      )
 4  capacity as the personal  )
    representative of the      )
 5  ESTATE OF ALBERTO CAMPS,  )
                               )
 6  EDUARDO CAPPELLO, in his  )
    individual capacity, and in )
 7  his capacity as the        )
    personal representative of  )
 8  the ESTATE OF EDUARDO      )
    CAPPELLO,                  )
 9                             )
    ALICIA KRUEGER, in her     )
10  individual capacity, and in )
    her capacity as the        )
11  personal representative of  )
    the ESTATE OF RUBEN BONET, )
12                             )
    And MARCELA SANTUCHO, in   )
13  her individual capacity,    )
    and in her capacity as the )
14  personal representative of  )
    the ESTATE OF ANA MARIA    )
15  VILLARREAL DE SANTUCHO,    )
                               )
16      Plaintiffs,            )
                               )
17      vs.       ) No. 1:20-CV-24924-KMM
                               )
18  ROBERTO GUILLERMO BRAVO,   )
                               )
19      Defendants.            )
                               )
20
21      Deposition of ALICIA KRUEGER (BONET), taken on
22  behalf of the Defendants, beginning at 6:01 a.m., and
23  ending at 12:11 p.m., on Monday, March 28, 2022, before
24  MICHELLE K. BAILEY, RPR, CSR No. 10713.
25
```

**Page 3**

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3    KEKER, VAN NEST & PETERS, LLP
         BY:  FRANCO MUZZIO, ESQ.
 4       633 Battery Street
         San Francisco, California  94111
 5       415.391.5400
         akrishnan@keker.com
 6       -and-
 7
         CENTER FOR JUSTICE & ACCOUNTABILITY
 8       BY:  CLARET VARGAS, ESQ.
              CHRISTIE WAN, ESQ.
 9       One Hallidie Plaza
         Suite 750
10       San Francisco, California  94102
         415.544.0444
11       cvargas@cja.org
         ematthews@cja.org
12
13  For the Defendant:
14    LAW OFFICES OF NEAL R. SONNETT, P.A.
         BY:  NEAL R. SONNETT, P.A.
15       2 S. Biscayne Boulevard
         Suite 2600
16       Miami, Florida  33131
         305.358.2000
17       nrslaw@sonnett.com
18       -and-
19    HABER LAW
         BY:  STEVE DAVIS, ESQ.
20       251 NW 23 Street
         Miami, Florida  33127
21       sdavis@haber.law
22
    ALSO PRESENT:
23
         Deborah Alvino, videographer
24       Andres Casanova, interpreter
         Kathleen Nygard, interpreter
25
```

**Page 4**

```
 1            I N D E X
 2
    WITNESS:  ALICIA KRUEGER (BONET)
 3                              PAGE
 4  EXAMINATION BY MS. VARGAS        8
 5  EXAMINATION BY MR. DAVIS        65
 6  FURTHER EXAMINATION BY MS. VARGAS      106
 7
 8        E X H I B I T S
 9  EXHIBIT NO.    DESCRIPTION        PAGE
10  Exhibit 71    Excerpt from Book        43
11  Exhibit 71T   Excerpt from Book with   43
                  Translation
12
    Exhibit 72    Document written by Rogelio    46
13                Lesgart
14  Exhibit 72T   Translation of Document        46
                  written by Rogelio Lesgart
15
    Exhibit 128   Letter to the President of     51
16                Argentina, dated 8/24/05
17  Exhibit 128T  Letter to the President of     51
                  Argentina, dated 8/24/05, with
18                Translation
19  Exhibit 129   Letter to President of         51
20                Argentina, Carlos Menem, from
                  Ms. Bonet, dated 8/16/95
21  Exhibit 129T  Letter to President of         51
                  Argentina, Carlos Menem, from
22                Ms. Bonet, dated 8/16/95, with
                  Translation
23
    Exhibit 130   Open letter to President of    51
24                the Nation, Ministers, Members
                  of the Deputy Chamber, Senate,
25                etc., from Ms. Bonet
```

**Page 5**

```
 1            I N D E X
                (Continued)
 2
 3        E X H I B I T S
 4  EXHIBIT NO.      DESCRIPTION        PAGE
 5  Exhibit 130T   Open letter to President of    51
                  the Nation, Ministers, Members
 6                of the Deputy Chamber, Senate,
                  etc., from Ms. Bonet, with
 7                Translation
 8  Exhibit 131    Letter from Ministry of        60
                  Justice and Human Rights to
 9                Ms. Bonet, dated 5/22/00
10  Exhibit 131T   Letter from Ministry of        60
                  Justice and Human Rights to
11                Ms. Bonet, dated 5/22/00, with
                  Translation
12
13
14
15
16
    QUESTIONS INSTRUCTED     PAGE   LINE
17  NOT TO ANSWER
18                103    9
                      104    14
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

MONDAY, MARCH 28, 2022

6:01 A.M.

THE VIDEOGRAPHER: We are going on the record 06:02:23 at 6:01 a.m., on Monday, March 28th, 2022. Remote audio 06:02:24 and video recording will continue to take place unless 06:02:32 all parties agree to go off the record. This is media 06:02:37 unit 1 of the video recorded deposition of Alicia 06:02:37 Krueger, taken by counsel for plaintiffs in the matter 06:02:42 Raquel Camps, et al., plaintiff, versus Roberto 06:02:50 Guillermo Bravo, in the United States District Court, 06:02:54 Southern District of Florida, Miami Division. Case 06:02:58 number 1:20-CV-24924-KMM. 06:03:02

This deposition is being held in Fontenay, 06:03:06 France and all participants are attending remotely. My 06:03:09 name is Deborah Alvino, from the firm Veritext Legal 06:03:13 Solutions, and I am a certified video legal specialist 06:03:21 and notary. The court reporter is Michelle Bailey, from 06:03:23 Veritext Legal Solutions. I am not related to any party 06:03:25 in this action nor am I financially interested in the 06:03:27 outcome. 06:03:32

Counsel and all present will now state their 06:03:32 appearances and affiliations for the record. If there 06:03:35 are any objections to proceeding, please state them at 06:03:38 the time of your appearance, beginning with the noticing 06:03:41

Page 6

attorney. 06:03:43

MS. VARGAS: Good morning. This is Claret 06:03:46 Vargas, with the Center for Justice and Accountability, 06:03:48 counsel for plaintiffs. With me is Christie Wan, from 06:03:53 the Center of Justice and Accountability, and Franco 06:03:56 Muzzio, from Keker, Van Nest & Peters. 06:04:03

MR. DAVIS: Good morning. Steve Davis Haber 06:04:03 Law, representing the defendant Roberto Bravo. 06:04:06

MR. SONNETT: Good morning. Neal Sonnet, 06:04:11 co-counsel for Roberto Bravo. 06:04:14

THE VIDEOGRAPHER: Will the reporter please 06:04:19 swear in the interpreters and then the witness. 06:04:21

ANDRES CASANOVA and KATHLEEN NYGARD,
having been first duly sworn to
translate the Spanish language into
the English language and the English
language into the Spanish language
to the best of their ability,
interpreted the following:

ALICIA KRUEGER (BONET),
having first been duly sworn
by the reporter, was examined
and testified as follows: 06:04:42

Page 7

EXAMINATION 06:04:42
BY MS. VARGAS:

Q. Good morning, Mrs. Krueger. Can you please 06:05:30 state your full name for the record. 06:05:34

A. Alicia Noemi Leticia Bonet -- Alicia Noemi 06:05:36 Lelchuk -- that's my maiden name -- Bonet, and I am the 06:06:21 spouse of Krueger, one of the victims. 06:06:25

MS. VARGAS: Sorry. Just a translation check. 06:06:30 I believe the witness said vuida de Bonet. Can we 06:06:34 translate that properly? 06:06:43

THE WITNESS: I'm the widow of Krueger -- of 06:06:45 Bonet. Excuse me. 06:06:48

BY MS. VARGAS: 06:06:51

Q. For purposes of today, is it okay if I call you 06:06:51 Mrs. Bonet? 06:06:55

A. Yes. Of course. That's fine. 06:07:09

Q. Ms. Bonet, do you speak English? 06:07:11

A. No. 06:07:17

Q. Do you speak Spanish? 06:07:17

A. Spanish or French. 06:07:19

Q. We have two interpreters today and they will be 06:07:22 switching off every 20 minutes or so. Please take a 06:07:26 pause every two sentences or so to make sure that the 06:07:42 interpreter can correctly translate your testimony to 06:07:47 English. 06:07:57

Page 8

A. Okay. 06:07:58

Q. I will also keep my questions short to make 06:07:58 sure that they can be translated to Spanish accurately. 06:08:01 Is that okay? 06:08:05

A. Yes. 06:08:05

Q. Okay. 06:08:18

Are you here voluntarily? 06:08:20

A. Yes. 06:08:22

Q. You have just taken an oath to tell the truth, 06:08:23 the whole truth, and nothing but the truth. You 06:08:28 understand that, yes? 06:08:32

A. Yes. 06:08:34

Q. And is there any reason why you cannot give a 06:08:41 full, complete, and accurate testimony today? 06:08:46

A. No. None. 06:08:48

Q. Okay. Thank you. 06:08:59

Mrs. Bonet, when and where were you born? 06:09:04

A. I was born in Buenos Aires, Argentina, on 06:09:09 July 7th, 1944. 06:09:37

Q. And where do you live today? 06:09:38

A. In Fontenay, which is in France. 06:09:39

Q. Have you ever been married? 06:09:45

A. Yes. 06:09:47

Q. How many times? 06:09:55

A. Two times. 06:09:59

Page 9

3 (Pages 6 - 9)

## Page 10

```
 1     Q.  Who was your first husband?          06:10:04
 2     A.  Ruben Pedro Bonet.                    06:10:07
 3     Q.  Did you have children with him?       06:10:19
 4     A.  I had one son, Hernan Bonet, and one daughter,  06:10:20
 5  Marianna Bonet.                              06:10:40
 6     Q.  And who is your second husband?       06:10:40
 7     A.  Aldo Krueger.  Yes.                   06:10:43
 8     Q.  And are you still married to him today?  06:11:01
 9     A.  Yes.                                  06:11:03
10     Q.  How long were you married to Ruben Bonet?  06:11:03
11     A.  From 1965 until 1972 when he was executed.  06:11:20
12     Q.  What did Ruben do for a living?       06:11:31
13     A.  He was a worker.  He worked in a factory when I  06:11:35
14  met him.                                     06:11:49
15     Q.  Can you tell me what your family life was like?  06:11:50
16     A.  We had a normal life.  He was working.  So he  06:12:01
17  would come home from work and would rest.  He would  06:12:47
18  change clothes.  Carry out his normal tasks.  He would  06:12:50
19  often have to get up very early for work.  Sometimes he  06:12:55
20  would have a night shift or work very early in the  06:12:59
21  morning.  But it was a normal life.  You know, at home  06:13:02
22  we'd eat, play with the kids, pick them up, drop them  06:13:05
23  off.  It was a very normal life.  He was working and he  06:13:11
24  was a normal father and spouse.             06:13:14
25     Q.  How was he -- tell me a little bit more how he  06:13:17
```

## Page 11

```
 1  was as a father, please.                     06:13:27
 2     A.  He was very, very happy.  He was extremely  06:14:07
 3  happy that his first child was a boy.  It filled him  06:14:10
 4  with great joy.  And shortly after giving birth to my  06:14:14
 5  first child, I became pregnant again just a few months  06:14:19
 6  later.  And we were extremely happy.  He was very, very  06:14:22
 7  happy to be having another child, even more so when he  06:14:25
 8  found out that he was going to be having a girl.  He was  06:14:29
 9  very happy to have that set, a boy and a girl.  06:14:32
10     Q.  Let's talk about the last time you saw Ruben  06:14:35
11  alive.  When was that?  When did you last see Ruben  06:14:42
12  alive?                                       06:14:46
13     A.  I saw him the last time when he was detained.  06:14:47
14  He was going to be going to trial before the national  06:16:26
15  court in the federal capital.  He was being held at  06:16:30
16  Villa Devoto prison at that time.  And he was  06:16:37
17  transferred -- each of the individuals who was going to  06:16:38
18  be giving their testimony was transferred to the court.  06:16:41
19  That procedure was open to the public so people could  06:16:44
20  and watch.  I, however, was not able to go to the trial  06:16:48
21  that day.  However, there was rooms that were next door  06:16:51
22  to the courthouse where I was able to see him and we  06:16:55
23  could talk.  It was a very normal conversation because  06:16:58
24  we didn't know what was going to be happening after what  06:17:01
25  were called at that time the oral testimonies in the  06:17:06
```

## Page 12

```
 1  trials.  It was an oral procedure.             06:17:08
 2     Q.  And what year and approximately month did this  06:17:14
 3  hearing take place?                          06:17:20
 4     A.  It was early 1972.                     06:17:23
 5     Q.  And do you know what the hearing was about?  06:17:44
 6     A.  Not exactly.  Not in detail, no.       06:17:46
 7     Q.  You said this hearing was the last time you saw  06:18:00
 8  Ruben before he was transferred, or you said this  06:18:03
 9  hearing was the last time you saw Ruben, and you just  06:18:07
10  said that he was detained at Villa Devoto prison in  06:18:10
11  Buenos Aires.  Where was Villa Devoto prison?  06:18:23
12     A.  It's in the neighborhood within the federal  06:18:42
13  capital.  I'll try to explain this.  So there's a place  06:19:18
14  call Villa Devoto, within that area or district,  06:19:21
15  there is a prison.  And the prison has that same name,  06:19:26
16  Villa Devoto.                                06:19:31
17     Q.  When you say federal capital, do you mean  06:19:31
18  Buenos Aires?                                06:19:44
19     A.  Yes, I do.                            06:19:45
20     Q.  Do you get to see Ruben when he was in Via  06:19:46
21  Devoto.  Buenos Aires.                       06:19:52
22     A.  Yes.  When he was in Via Devoto, I would go  06:20:05
23  with Hernan and Marianna and we would go visit them.  06:20:12
24     Q.  How old were Hernan and Marianna?      06:20:16
25     A.  Hernan was born in 1966 and Marianna was born  06:20:25
```

## Page 13

```
 1  in 1968.  So if my math is a correct, in 1972, they  06:20:46
 2  would have been about three or four, four or five,  06:20:52
 3  depending on exactly the date.               06:20:55
 4     Q.  Okay.                                 06:20:56
 5        And what city did you -- did your family live  06:20:57
 6  in?                                          06:21:02
 7     A.  My family lived in Buenos Aires, as did I, and  06:21:22
 8  Ruben's family lived in a city called Pergamino, which  06:21:29
 9  in the interior of the country.              06:21:34
10     Q.  Okay.                                 06:21:36
11        But you and Ruben and the children, where did  06:21:37
12  you live?                                    06:21:38
13     A.  In Buenos Aires.                      06:21:39
14     Q.  Before being detained in Villa Devoto, was  06:21:50
15  Ruben detained somewhere else?               06:21:55
16     A.  He was detained one afternoon or evening.  And  06:21:56
17  I realized what had occurred when he did not come home  06:23:27
18  from dinner, as he tended to do.  So at that point, I  06:23:31
19  called my mother so that she could help me with the kids  06:23:35
20  and I would be able to go out and find out what had  06:23:38
21  happened.  These were very hard times in Argentina with  06:23:41
22  a military government that was in control, and there  06:23:45
23  were many arrests and thousands of things that were  06:23:47
24  happening all the time.  And since he was working in a  06:23:50
25  factory, I decided that something could have happened,  06:23:53
```

Veritext Legal Solutions
866 299-5127

**Page 14**

1 and I went out to check and see. I went to the police    06:23:56
2 station that was closest to our home. When I got there,    06:24:00
3 there was no news of Ruben, and they sent me to a police    06:24:02
4 station that was a little farther away. Once again,    06:24:05
5 they didn't have news, and they sent me along my way.    06:24:09
6 And I think it in was the third police station that we    06:24:12
7 found him, and I was able to see him. And my mother    06:24:14
8 came with me. She accompanied me during this procedure.    06:24:20
9    Q. Okay.    06:24:23
10      So once you located him in that police station,    06:24:27
11 were you able -- did you see him immediately?    06:24:31
12    A. Yes, he was there, and I was allowed to see    06:24:45
13 him.    06:25:02
14    Q. Were you able to observe his physical state?    06:25:02
15    A. His face looked really tired. His clothes were    06:25:08
16 quite dirty. His shoes were open. They had no laces    06:26:23
17 on. And he found it difficult to walk and breathe. He    06:26:28
18 was in quite poor condition. He was a big man, very    06:26:32
19 healthy man, but you could tell he was suffering.    06:26:37
20    Q. How long since you had last seen him did you    06:26:39
21 see him in this state?    06:26:44
22    A. I actually can't tell how long it had been.    06:26:46
23    Q. When Ruben was arrested, did he get any legal    06:27:10
24 assistance?    06:27:15
25    A. Once he was arrested at the Via Devoto prison,    06:27:16

**Page 15**

1 there was a group of lawyers in charge of defending    06:28:02
2 detainees, social, political, and student detainees. So    06:28:04
3 I turned to their firm.    06:28:10
4    Q. Do you remember the names of any of the lawyers    06:28:12
5 who assisted you and Ruben then?    06:28:13
6    THE INTERPRETER: The interpreter is going to    06:28:45
7 request clarification on a name.    06:28:47
8    THE WITNESS: The names were --    06:29:16
9    MS. VARGAS: I'm sorry. Someone's microphone    06:29:17
10 needs to be turned off. I hear whispering.    06:29:25
11    THE WITNESS: So the attorneys were Mr. Ortega    06:29:29
12 Pena, Eduardo Duhalde, and Rodolfo Matarollo.    06:29:33
13 BY MS. VARGAS:    06:29:41
14    Q. And what was your role in Ruben's legal defense    06:29:41
15 while he was in prison?    06:29:45
16    A. The attorneys kept me informed. And my job was    06:29:45
17 I used to bring food. I would bring the children,    06:30:22
18 perhaps a book, whatever he asked me to bring him.    06:30:27
19    Q. To your knowledge, had Ruben ever been charged    06:30:35
20 or prosecuted for any crime?    06:30:39
21    A. No. I did not know.    06:30:46
22    Q. To your knowledge, what was he -- why was he    06:30:59
23 being detained?    06:31:05
24    MR. DAVIS: Object to the form of the question.    06:31:07
25    MS. VARGAS: One moment, please. Let me just    06:31:14

**Page 16**

1 rephrase the question.    06:31:16
2 BY MS. VARGAS:    06:31:21
3    Q. You just said that the lawyers kept you    06:31:24
4 informed about Ruben's situation; is that correct?    06:31:26
5    A. Yes.    06:31:54
6    Q. And did they also keep you informed about any    06:31:54
7 charges or any developments in his case?    06:31:57
8    MR. DAVIS: Object to form to the extent it    06:31:59
9 asks for hearsay.   
10 BY MS. VARGAS:   
11    Q. Please answer.   
12    A. Yes. They kept me informed.    06:32:23
13    Q. And as far as you know, what was he charged    06:32:27
14 with in this -- in this particular case?    06:32:32
15    MR. DAVIS: Object to the form of the question.    06:32:36
16    THE INTERPRETER: The interpreter is going to    06:33:22
17 request clarification about a term.    06:33:23
18    THE WITNESS: He was charged because he was    06:33:38
19 found, along with two other people, with -- in a car    06:34:13
20 that had non-matching license plates. He also had --    06:34:19
21 they found he had fliers with requests to improve worker    06:34:26
22 activities and conditions at his workplace.    06:34:33
23 BY MS. VARGAS:    06:34:40
24    Q. And to your knowledge, was Ruben ever    06:34:41
25 convicted?    06:34:43

**Page 17**

1    A. No.    06:34:48
2    Q. Okay.    06:35:01
3      You just said that the last time you saw him    06:35:04
4 alive was at a hearing in early 1972. Can you tell me    06:35:06
5 why you didn't see him after that?    06:35:17
6    A. Early 1972, after the date -- the day in early    06:35:30
7 1972, the military junta, which was led by General    06:36:30
8 Lanusse, decided that all prisoners in all provinces,    06:36:36
9 including Buenos Aires, had to be transferred to Rawson    06:36:42
10 prison in Patagonia, Argentina. Patagonia.    06:36:51
11    Q. And was Ruben among those transferred to Rawson    06:37:00
12 prison?    06:37:04
13    A. Yes.    06:37:04
14    Q. Where is Rawson?    06:37:04
15    A. It's at least 1500 kilometers from the capital    06:37:06
16 city where we lived.    06:37:37
17    Q. Do you have an idea of how long it takes to    06:37:37
18 travel from Buenos Aires to Rawson?    06:37:41
19    A. Yes, because I did travel. It's about two, two    06:37:54
20 and a half hours.    06:37:59
21    Q. Is this by plane or by car or by train?    06:38:00
22    A. By plane.    06:38:07
23    Q. And did Ruben have any family in Rawson?    06:38:13
24    A. No.    06:38:23
25    Q. Were his lawyers in Rawson?    06:38:24

5 (Pages 14 - 17)

| | |
|---|---|
| 1 A. No. 06:38:27 | 1 some food or some blankets or anything to assist. 06:44:44 |
| 2 Q. Were you able to visit Ruben in Rawson? 06:38:32 | 2 Q. And were you able to bring Ruben blankets or 06:44:47 |
| 3 A. No. 06:38:36 | 3 food? 06:44:51 |
| 4 Q. Was anyone else in your family able to visit 06:38:42 | 4 A. We were not able to go and bring these goods. 06:44:51 |
| 5 him? 06:38:46 | 5 We heard on the radio that we would be able to take 06:46:21 |
| 6 A. Yes. 06:38:46 | 6 things to the prison. However, that was not a 06:46:25 |
| 7 Q. And who was that? 06:38:53 | 7 possibility. The prisoners who had attempted the escape 06:46:27 |
| 8 A. Hernan, Marianna, and his parents. They 06:38:56 | 8 were transferred to the Almirante Zar Naval Base. This 06:46:31 |
| 9 visited him in July 1972. 06:39:16 | 9 was a base under the control of the Argentinian Navy. 06:46:37 |
| 10 Q. Is there a reason why you didn't go? 06:39:23 | 10 And it was impossible to go there. It was impossible to 06:46:41 |
| 11 A. I was working. I had to provide for my family. 06:39:34 | 11 get there. It was surrounded by the military. It was 06:46:45 |
| 12 Q. Let's go now to August '72. Did something 06:39:38 | 12 sounded by cars and trucks. And those of us who were 06:46:48 |
| 13 happen on August 15, 1972 connected to Ruben? 06:39:54 | 13 family members, who were out on the street, we were near 06:46:51 |
| 14 A. Yes. 06:40:04 | 14 Rawson in Trelew. We were looking for goods to be able 06:46:56 |
| 15 Q. What happened? 06:40:04 | 15 to bring them and send them to our loved ones. We were 06:46:59 |
| 16 MR. DAVIS: Object to the form of the question. 06:40:10 | 16 told to leave. We were told if we didn't leave, then 06:47:05 |
| 17 BY MS. VARGAS: 06:40:24 | 17 the same thing would happen to us. We were threatened. 06:47:08 |
| 18 Q. Did you hear any news related and connected to 06:40:25 | 18 And in the end, I went home. 06:47:11 |
| 19 Ruben on August 15, 1972? 06:40:27 | 19 Q. Let's now turn to August 22nd, 1972. Did 06:47:17 |
| 20 MR. DAVIS: Object to the form of the question. 06:40:29 | 20 anything connected to Ruben happen that day? 06:47:25 |
| 21 BY MS. VARGAS: 06:40:33 | 21 MR. DAVIS: Object to the form. Sorry. I was 06:47:39 |
| 22 Q. Please answer. 06:40:33 | 22 trying to let you finish. 06:47:42 |
| 23 A. Yes. 06:40:45 | 23 BY MS. VARGAS: 06:47:47 |
| 24 Q. Please tell us what you heard. 06:40:45 | 24 Q. You can answer. 06:47:47 |
| 25 MR. DAVIS: Object to the form of the question. 06:40:54 | 25 A. So on August 26th -- 22nd. On August 22nd, 06:48:41 |
| Page 18 | Page 20 |

| | |
|---|---|
| 1 THE WITNESS: I was getting ready to go to work 06:41:36 | 1 1972, on that morning when I woke up to get ready to go 06:48:47 |
| 2 at the school I worked at, and I heard on the radio a 06:41:38 | 2 to work, to go to school, we heard that the prisoners 06:48:50 |
| 3 group of people in Rawson tried to escape. And then 06:41:43 | 3 who had tried to escape and had been transferred to the 06:48:55 |
| 4 they were informing about the developments of that 06:41:48 | 4 Almirante Zar base had all died. And it was said that 06:49:00 |
| 5 situation. 06:41:51 | 5 they had tried to escape again and that, well, that they 06:49:04 |
| 6 BY MS. VARGAS: 06:41:55 | 6 had been killed. 06:49:09 |
| 7 Q. Did you -- how was this connected to Ruben? 06:41:56 | 7 Q. What did you do after hearing about this? 06:49:14 |
| 8 MR. DAVIS: Object to the form of the question. 06:42:03 | 8 MS. VARGAS: Can I ask that we pause for the 06:52:00 |
| 9 BY MS. VARGAS: 06:42:09 | 9 interpreter to be able to finish, please. 06:52:02 |
| 10 Q. Please answer. 06:42:09 | 10 THE INTERPRETER: Thank you. 06:52:13 |
| 11 A. He was part of the group that was attempting an 06:42:10 | 11 THE WITNESS: So I talked immediately with the 06:52:14 |
| 12 escape. 06:42:24 | 12 lawyers, and they told me to take a flight, that they 06:52:16 |
| 13 Q. Were you present during the attempted escape or 06:42:27 | 13 recommended that I not go to the lawyers' association 06:52:21 |
| 14 immediately after in Rawson? 06:42:32 | 14 because they had been receiving death threats. So I 06:52:24 |
| 15 A. Not at the time. 06:42:35 | 15 took an initial flight to Via Blanca. The initial 06:52:28 |
| 16 Q. Did you travel to Rawson? 06:42:54 | 16 information that we had received was that there was -- 06:52:34 |
| 17 A. Afterwards, I took a plane and traveled to 06:42:57 | 17 15 had died, and some of the individuals, including 06:52:41 |
| 18 Rawson. 06:43:10 | 18 Ruben Bonet, had been transferred. They were on a list. 06:52:46 |
| 19 Q. Once you arrived to Rawson, what did you do? 06:43:10 | 19 And I took a small plane to Via Blanca, which is about 06:52:51 |
| 20 A. It was quite hard to do anything at all. The 06:43:15 | 20 half way between Buenos Aires and Trelew. So the 06:53:00 |
| 21 country at the time was divided in like military zones. 06:44:13 | 21 information we had received was that the people who had 06:53:05 |
| 22 And there were tanks and military personnel everywhere. 06:44:17 | 22 been injured, who had not died in the attack, had been 06:53:08 |
| 23 There was a situation known as the estado de sitio, 06:44:23 | 23 transferred to Via Blanca. So I went there. However, 06:53:12 |
| 24 state of siege, I believe it is. And several relatives 06:44:35 | 24 when I got there, they did not have information on 06:53:15 |
| 25 went over to ask how and where could we bring perhaps 06:44:39 | 25 Ruben. They told me that he was not -- that he was not 06:53:18 |
| Page 19 | Page 21 |

Veritext Legal Solutions
866 299-5127

1 among the injured and that he was dead. So at that 06:53:20
2 point, I returned. I was informed that the military had 06:53:26
3 decided to send the caskets all to the place of birth of 06:53:32
4 the deceased. So at that point, I returned to Buenos 06:53:36
5 Aires. I went to my in-laws home in Pergamino where 06:53:40
6 Ruben's casket had been delivered. I was informed that 06:53:47
7 my father-in-law had been told that he had to sign a 06:53:51
8 document promising that there would be an immediate 06:53:57
9 burial of the casket. 06:54:00
10 BY MS. VARGAS: 06:54:06
11    Q. Let's go back a little bit to when you heard 06:54:08
12 the news about the shooting. You said that you heard in 06:54:13
13 the news that they had attempted to escape again, and 06:54:16
14 that is why they were shot. What was your reaction upon 06:54:19
15 hearing that information? 06:54:25
16    MR. DAVIS: Object to the form of the question. 06:54:27
17    THE WITNESS: After having been at this 06:54:31
18 location, I thought it would be impossible to carry out 06:55:36
19 an escape attempt. It would be impossible to do this 06:55:41
20 because it was surrounded by military. And from what I 06:55:44
21 saw, I couldn't imagine -- I couldn't -- it would -- it 06:55:49
22 was something that was beyond my understanding knowing 06:55:54
23 that they had previously tried to make an escape 06:55:57
24 attempt, that they would try again. 06:56:01
25 ///

Page 22

1 BY MS. VARGAS: 06:56:04
2    Q. Let's now go to talk about your trip to 06:56:07
3 Pergamino that you just mentioned. So you said that you 06:56:13
4 arrived at your in-laws' house. Was it your 06:56:26
5 mother-in-law or your father-in-law who had to sign a 06:56:30
6 paper? 06:56:33
7    A. It was my mother-in-law. My husband was an 06:56:51
8 only child. 06:56:56
9    Q. Okay. 06:56:59
10    Once you talked to your in-laws, did you get 06:57:00
11 any information about where Ruben's body was? 06:57:08
12    A. Yes. 06:57:12
13    Q. And where was it? 06:57:26
14    A. It was at the Pergamino morgue, at the 06:57:30
15 cemetery. The Pergamino morgue. 06:57:44
16    Q. Did you go to that morgue? 06:57:47
17    A. Yes. Yes, I did. 06:57:49
18    Q. Why did you go? 06:57:52
19    A. I wanted to go. I went because I wanted them 06:57:59
20 to open the casket. I wanted to insure myself that it 06:58:18
21 really was his body. 06:58:23
22    Q. And when you got there, were you able to see 06:58:24
23 Ruben's body? 06:58:30
24    A. Yes, I was. However, I had to -- I had to -- 06:58:31
25 it wasn't easy. Due to the situation I mentioned 06:59:25

Page 23

1 before, of military control throughout the country, this 06:59:31
2 was the case also in Pergamino. And I was -- there was 06:59:36
3 a requirement to ask for permission for any procedures 06:59:40
4 that were related to Trelew. So in this case, the local 06:59:44
5 authorities, the police would have to contact the 06:59:50
6 military that was in charge of that area to receive 06:59:52
7 permission to be able to carry out any actions or 06:59:56
8 procedures related to the Trelew case. 06:59:59
9    Q. And did you receive permission to see Ruben's 07:00:01
10 body from -- pardon me. Strike that. 07:00:08
11    And did you receive permission to see Ruben's 07:00:13
12 body? 07:00:17
13    A. Yes. After many problems, I did receive 07:00:17
14 permission to go in and see his remains. 07:00:32
15    Q. And once you went in to see his remains, what 07:00:39
16 did you see? 07:00:44
17    A. I'm not sure. Maybe it's because I'm a teacher 07:00:44
18 by training. But I brought a pencil and a paper in with 07:02:17
19 me. I guess it was just my instinct. Initially, I was 07:02:20
20 able -- first I was able to verify that the remains were 07:02:24
21 my husband, Ruben Bonet, and then I started writing down 07:02:28
22 what I saw. I had never before seen a corpse that had 07:02:32
23 been killed with bullet wounds. And I saw holes on his 07:02:39
24 body. It looked almost like a cigarette burn in 07:02:43
25 different places on his body. I saw these wounds on his 07:02:47

Page 24

1 arm, on his chest, and different areas of his body, as 07:02:51
2 well as bruises around his body. The thing that 07:02:56
3 impacted me most was that his head had been destroyed. 07:03:00
4 They had, in the casket, essentially put it back 07:03:06
5 together so that it would look like a head. 07:03:12
6    Q. After you saw Ruben's body, what did you do? 07:03:14
7    A. I returned to Buenos Aires. I went back to my 07:03:36
8 home. 07:03:42
9    Q. Did you and your family at some point bury 07:03:42
10 Ruben? 07:03:47
11    A. After I left the morgue, he was immediately 07:03:48
12 taken to the Pergamino cemetery. 07:04:13
13    Q. And when you got to Buenos Aires, what did you 07:04:21
14 do? 07:04:23
15    A. When I returned to Buenos Aires, I started a 07:04:29
16 trial against the Navy for damages. It was 07:04:54
17 September 1972. 07:04:59
18    Q. Do you -- did you have a lawyer who assisted 07:05:02
19 you in filing this case? 07:05:05
20    A. Yes. 07:05:22
21    Q. Do you remember his name, or her name? 07:05:22
22    A. Yes. Mario del Ganza. 07:05:23
23    Q. What were you hoping to accomplish with that 07:05:37
24 civil case that you filed in 1972? 07:05:47
25    A. I just wanted the truth to be known and justice 07:06:00

Page 25

7 (Pages 22 - 25)

Page 26

```
 1  to be served.                              07:06:17
 2     Q.  And were you able to accomplish anything with  07:06:19
 3  this case?                                 07:06:30
 4     A.  Yes.  At the beginning, it did happen.  It was  07:06:40
 5  to my surprise because -- because when I started, we had  07:07:31
 6  a regime.  I didn't know what would happen.  So -- and  07:07:38
 7  the court decided to proceed with the case.  And the  07:07:45
 8  first thing they ordered was to have an autopsy  07:07:48
 9  performed on Ruben's body.                 07:07:51
10     Q.  And did you accomplish anything else, aside  07:07:55
11  from getting an order to get an autopsy?   07:07:57
12     A.  Yes.  With the order, the order allowed us to  07:08:04
13  go to Pergamino and have the casket transferred to  07:08:40
14  Buenos Aires in order to have medical examiners perform  07:08:43
15  the autopsy.                               07:08:47
16     Q.  Okay.                              07:08:50
17         And was the autopsy performed?        07:08:50
18     A.  Yes.  And my attorney and I were present  07:08:52
19  waiting for the results.                   07:09:17
20     Q.  And was an autopsy report issued?     07:09:18
21     A.  Yes.                               07:09:33
22     Q.  And did you review it?              07:09:34
23     A.  Yes.                               07:09:38
24     Q.  Do you remember what it said?        07:09:41
25         MR. DAVIS:  Object to the form of the question.  07:09:53
```

Page 27

```
 1  BY MS. VARGAS:                             07:09:56
 2     Q.  Please answer.                      07:09:57
 3     A.  The document contained what I already told you  07:11:08
 4  in technical terms.  The burns that I saw, that I  07:11:12
 5  described were actually the entry wounds of bullets.  07:11:16
 6  The injuries to the body and the head, the head shot was  07:11:22
 7  made with a 45-caliber bullet, and the rest of the  07:11:27
 8  wounds were with -- caused by machine gun fire.  It also  07:11:33
 9  explained the distance at which the shots were made.  07:11:40
10     Q.  Do you have a copy of the original autopsy  07:11:50
11  report?                                    07:11:52
12     A.  No.                                07:11:52
13     Q.  Why not?                           07:11:59
14     A.  Because it was part of the larger file dossier.  07:12:02
15  I had to go to the Devoto prison where the remaining  07:12:44
16  survivors were to take their testimony.    07:12:55
17     Q.  Can you tell me a little more about the -- what  07:13:01
18  you just said, about the survivors' testimony.  Whose  07:13:09
19  testimony was taken in your case?          07:13:13
20         MR. DAVIS:  Object to the form.       07:13:15
21  BY MS. VARGAS:                             07:13:20
22     Q.  Let's go back to the question where I asked you  07:13:21
23  if you accomplished something with the complaint.  You  07:13:26
24  said the autopsies.  Was anything else accomplished  07:13:32
25  through your case?                         07:13:35
```

Page 28

```
 1     A.  I was present when the three survivors gave  07:13:35
 2  their testimony and their accounts of what had happened.  07:14:07
 3     Q.  Who were the survivors?              07:14:12
 4     A.  Berger, Haidar, and Camps.           07:14:28
 5     Q.  And where was this testimony taken?   07:14:32
 6     A.  So they were in the infirmary of the Devoto  07:14:56
 7  prison.  The first one to make a statement or  07:15:44
 8  declaration was Camps because he was the one who could  07:15:46
 9  move a little more.  So he could provide his  07:15:51
10  declaration.  He was surrounded, we were all surrounded  07:16:02
11  by military at every time.  Even when they went to the  07:16:05
12  bathroom and during the statement, the military were  07:16:11
13  always there beside him beside Camps, and myself, and  07:16:15
14  the attorney.                              07:16:18
15     Q.  Before being present at this -- when he gave  07:16:18
16  his testimony, had you heard when Mr. Camps, Mr. Haidar,  07:16:27
17  and Mrs. Berger had to say about what happened in  07:16:32
18  Almirante Zar base?                        07:16:42
19         MR. DAVIS:  Object to the form of the question.  07:16:42
20  Sorry.                                     07:16:44
21         THE WITNESS:  No.  I knew what had been said on  07:16:52
22  the radio.  And every person in Argentina heard about  07:17:05
23  it.                                        07:17:09
24  BY MS. VARGAS:                             07:17:18
25     Q.  Was -- what Mr. Camps, Mr. Haidar and  07:17:19
```

Page 29

```
 1  Ms. Berger had to say different than what was said on  07:17:26
 2  the radio?                                 07:17:29
 3         MR. DAVIS:  Object to the form of the question.  07:17:30
 4         THE WITNESS:  Can I answer?           07:17:50
 5         Yes, it was different.               07:17:53
 6  BY MS. VARGAS:                             07:17:55
 7     Q.  Why were you unable to hear their story before?  07:17:57
 8         MR. DAVIS:  Object to the form of the question.  07:18:01
 9         THE WITNESS:  Because they were severely  07:18:14
10  injured.  And only when they had recovered a little  07:18:27
11  could they be -- could their testimony be heard.  07:18:32
12  BY MS. VARGAS:                             07:18:35
13     Q.  What was your reaction when you heard the  07:18:37
14  testimony of the survivors?                07:18:39
15         MR. DAVIS:  Object to the form of the question.  07:18:41
16  BY MS. VARGAS:                             07:18:50
17     Q.  You can answer.                     07:18:51
18     A.  Camps, then Haidar, and then Berger, a few days  07:19:26
19  later, all said the same things without having heard  07:19:32
20  each other before, and they even drew a map in addition  07:19:36
21  to their accounts saying what had happened.  07:19:41
22     Q.  Let's go back to the original autopsy report.  07:19:44
23  Did you -- do you have any documents from that period,  07:20:06
24  from 1972 and on?                          07:20:10
25         MS. VARGAS:  Sorry.  Can you -- correction for  07:20:33
```

8 (Pages 26 - 29)

1 the translation. The tense of that verb is do you have          07:20:37
2 present any documents from that period.          07:20:40
3     THE WITNESS: No. Personally, personal          07:20:51
4 documents, no, I don't.          07:20:59
5 BY MS. VARGAS:          07:21:01
6   Q. Why not?          07:21:01
7   A. Because after everything that I just said or I          07:21:02
8 told you happened, new regime came to Argentina in 1974.          07:21:54
9 And many people were killed by far right groups,          07:22:01
10 including lawyers and relatives of Trelew.          07:22:07
11   Q. When you say relatives of Trelew, what exactly          07:22:11
12 do you mean?          07:22:14
13     MR. DAVIS: Object to the form.          07:22:18
14 BY MS. VARGAS:          07:22:23
15   Q. Please answer.          07:22:24
16   A. They had already killed mostly the parents who          07:23:32
17 were looking to see their sons, families from all over          07:23:36
18 Argentina. For example, the family of Mariano Pujadas,          07:23:47
19 they were bombed, his parents, cousins, brothers. So          07:23:51
20 members of any family were forced to leave, to          07:23:56
21 disappear. So I was in danger also.          07:23:58
22 BY MS. VARGAS:          07:24:12
23   Q. This is a just a clarification for terminology.          07:24:08
24 When you say Trelew families, are you referring to the          07:24:12
25 family members of those who died or were injured during          07:24:17

1 the August 2nd, 1972, events?          07:24:20
2     MR. DAVIS: Object to the form of the question.          07:24:23
3     THE WITNESS: Yes. I'm referring to the family          07:24:36
4 members of those who were killed in the Trelew incident          07:24:59
5 on August 22nd, 1972.          07:25:03
6 BY MS. VARGAS:          07:25:05
7   Q. Okay.          07:25:09
8     So we were just talking about the year 1974 and          07:25:12
9 a situation that as you referred to it was getting very          07:25:15
10 difficult for you. Can you tell me what happened in          07:25:19
11 1974 to you?          07:25:23
12   A. On July 31st, 1974, in the city of center of          07:25:43
13 Buenos Aires, in the capital, Rodolfo, one of the          07:26:01
14 lawyers, was shot down.          07:26:05
15     THE INTERPRETER: I'm going to clarify the          07:26:10
16 lawyer's last name.          07:26:12
17     THE WITNESS: The name of the lawyer is Rodolfo          07:26:26
18 Ortega Pena.          07:26:34
19     MR. DAVIS: Move to strike as nonresponsive.          07:26:36
20 BY MS. VARGAS:          07:26:38
21   Q. One moment, please.          07:26:38
22     How is this connected to you?          07:26:42
23   A. The lawyer was -- he was a lawyer who had          07:26:53
24 defended Ruben when he was in prison. And what we were          07:27:25
25 hearing was that all of the lawyers were going to be          07:27:30

1 killed. All of the people who were defending those          07:27:32
2 political prisoners and all of the family members --          07:27:39
3 once again, I'm referring to the family members of the          07:27:41
4 Trelew massacre -- that all of these individuals would          07:27:44
5 be killed.          07:27:47
6   Q. And when you heard this information about the          07:27:51
7 family members of the Trelew massacre victims, what did          07:27:56
8 you do?          07:28:02
9     MR. DAVIS: Object to the form of the question.          07:28:02
10     THE WITNESS: So I got together my son and          07:28:48
11 daughter, Hernan and Marianna, and I talked to my          07:28:51
12 husband at that time, Aldo Krueger, and I explained what          07:28:54
13 was happening, and we immediately left our home.          07:28:58
14 BY MS. VARGAS:          07:29:06
15   Q. Did you take anything with you?          07:29:07
16   A. No. Just what we had on our backs.          07:29:08
17   Q. Did you ever return to your home?          07:29:13
18   A. No.          07:29:22
19   Q. Did you ever recover anything you left in that          07:29:22
20 house?          07:29:27
21   A. No.          07:29:28
22   Q. Once you left, what did you do?          07:29:33
23   A. We took a taxi and we went to a friend's home.          07:29:39
24   Q. And then what happened?          07:29:58
25   A. So from there we went to another house. And we          07:30:00

1 were moving from place to place, staying with different          07:31:33
2 people in different places, people that had nothing to          07:31:36
3 do with us and the case. And finally, we rented a home,          07:31:41
4 and then an apartment. And, essentially, from          07:31:47
5 August 1st, 1974, through July 1977, that was our          07:31:53
6 reality. We were in hiding. I had my third child while          07:31:56
7 I was in hiding. And my children, for example, had to          07:32:00
8 say that Aldo was their father, and Hernan and Marianna          07:32:07
9 had to say that they had a different last name. And we          07:32:11
10 were changing our name and we were moving around. And          07:32:14
11 that was our reality until 1977.          07:32:17
12   Q. Going back for a second to July 31st, 1974.          07:32:19
13 Did you at that time have an understanding of who killed          07:32:31
14 Rodolfo Ortega Pena?          07:32:37
15     MR. DAVIS: Object to the form.          07:32:38
16 BY MS. VARGAS:          07:33:00
17   Q. Please answer.          07:33:01
18   A. At that time, people spoke of the AAA -- this          07:33:47
19 was the Argentinian Anticommunist Alliance -- who          07:33:51
20 carried out the killing of different leaders, trade          07:33:55
21 unionists, student organizers, workers, cultural          07:33:59
22 personalities, different individuals who were put on a          07:34:04
23 list of people who needed to be eliminated.          07:34:06
24   Q. Did you have an understanding of whether you          07:34:15
25 were on that list?          07:34:20

| | | |
|---|---|---|
| 1 | MR. DAVIS: Object to the form of the question. | 07:34:20 |
| 2 | MS. VARGAS: I'm sorry. I said if you were | 07:34:34 |
| 3 | included on that list. | 07:34:36 |
| 4 | MR. DAVIS: Same objection. | 07:34:40 |
| 5 | BY MS. VARGAS: | 07:34:44 |
| 6 | Q. Please answer. | 07:34:45 |
| 7 | A. I already responded to that question. Of | 07:34:57 |
| 8 | course I was. I was one of the family members of the | 07:34:59 |
| 9 | Trelew massacre. We were on the list. | 07:35:02 |
| 10 | Q. Let's go back to July 1977. You said you were | 07:35:11 |
| 11 | in hiding from 1974 until 1977. What changed in 1977? | 07:35:16 |
| 12 | A. So what we saw was that on March 24th of 1976, | 07:35:32 |
| 13 | that is when the military government was truly | 07:37:09 |
| 14 | consolidated. The military government with the military | 07:37:12 |
| 15 | leadership from the different branches established | 07:37:19 |
| 16 | policy of disappearing the opposition; that there was -- | 07:37:22 |
| 17 | would be military participation in what was known as | 07:37:29 |
| 18 | Plan Condor. And this was carried out in different | 07:37:37 |
| 19 | countries with support with the US military and US | 07:37:40 |
| 20 | military training schools. And with the establishment | 07:37:43 |
| 21 | and the decision to use Plan Condor, it was decided that | 07:37:46 |
| 22 | the opposition would not be arrested but that there | 07:37:49 |
| 23 | would be a physical elimination of all who were | 07:37:52 |
| 24 | considered to oppose the military regime. | 07:37:56 |
| 25 | MR. DAVIS: Move to strike as nonresponsive. | 07:38:00 |

Page 34

| | | |
|---|---|---|
| 1 | BY MS. VARGAS: | 07:38:04 |
| 2 | Q. How did this affect your situation? | 07:38:04 |
| 3 | MR. DAVIS: Object to the form. | 07:38:06 |
| 4 | MS. VARGAS: Sorry. I said situation. | 07:38:15 |
| 5 | THE WITNESS: So at that time, we saw that | 07:39:41 |
| 6 | there was an implementation of this military strategy | 07:39:44 |
| 7 | where there was patrolling throughout the cities and | 07:39:50 |
| 8 | would stop cars, taxis, buses. Everyone was forced to | 07:39:54 |
| 9 | come off of, for example, the bus with their hands over | 07:39:58 |
| 10 | their head and present their documents. Some people | 07:40:06 |
| 11 | were taken away. Others were released. And also, there | 07:40:06 |
| 12 | was a situation where they would close off neighborhood | 07:40:10 |
| 13 | by neighborhood, and the military would go in searching | 07:40:12 |
| 14 | house by house looking for what they called subversive | 07:40:16 |
| 15 | materials. So in the face of this very difficult | 07:40:21 |
| 16 | situation, we made the decision to leave the country. | 07:40:25 |
| 17 | BY MS. VARGAS: | 07:40:34 |
| 18 | Q. Where did you go? | 07:40:35 |
| 19 | A. So in the context of the July 20th celebration, | 07:40:35 |
| 20 | a national holiday, it was announced that all the | 07:42:19 |
| 21 | children who were at the school after the July vacation | 07:42:23 |
| 22 | said they would have to present their birth certificate, | 07:42:25 |
| 23 | that they were going to begin issuing a national ID | 07:42:30 |
| 24 | card, a registry of all of the children. And so we | 07:42:34 |
| 25 | realized that this process would mean that our true | 07:42:39 |

Page 35

| | | |
|---|---|---|
| 1 | identities would become known and that -- well, they | 07:42:42 |
| 2 | would kill us all. So we decided that we would leave | 07:42:48 |
| 3 | Argentina. We decided to leave as if we were going on | 07:42:53 |
| 4 | vacation to the Iguazu waterfalls. And like we had done | 07:42:56 |
| 5 | previously, we closed and locked the doors and just left | 07:43:01 |
| 6 | with what we were wearing. | 07:43:05 |
| 7 | Q. And what country did you go to? | 07:43:09 |
| 8 | A. So we went to visit the Iguazu waterfalls with | 07:43:33 |
| 9 | another group of tourists in Brazil. | 07:43:38 |
| 10 | Q. And did you stay in Brazil? | 07:43:41 |
| 11 | A. So we visited the waterfalls in Iguazu as if we | 07:43:43 |
| 12 | were tourists. Then after that, we took a two | 07:44:09 |
| 13 | day -- after two days, we took a bus to Rio de Janeiro. | 07:44:14 |
| 14 | Q. How long did you stay in Brazil? | 07:44:24 |
| 15 | THE INTERPRETER: I was just clarifying the | 07:44:46 |
| 16 | date. Excuse me. | 07:44:47 |
| 17 | THE WITNESS: From July 7th, 1977, to | 07:44:48 |
| 18 | January 12th, 1978. | 07:44:54 |
| 19 | BY MS. VARGAS: | 07:44:54 |
| 20 | Q. Where did you go in January 1978? | 07:45:01 |
| 21 | A. We were received as political refugees in | 07:45:16 |
| 22 | France. | 07:45:24 |
| 23 | Q. Once you got to France, what happened? | 07:45:25 |
| 24 | A. We arrived in France on the 13th of January of | 07:45:35 |
| 25 | 1978. We arrived at Orly airport. It was snowing. It | 07:46:32 |

Page 36

| | | |
|---|---|---|
| 1 | was the first time that we saw snow. We were wearing | 07:46:43 |
| 2 | shorts and a T-shirt. That's what we all had -- what we | 07:46:48 |
| 3 | were all wearing. A social worker from the group | 07:46:55 |
| 4 | created to assist refugees approached us, and they took | 07:46:59 |
| 5 | us to Fontenay to a place where refugees were being | 07:47:03 |
| 6 | received. | 07:47:10 |
| 7 | Q. Did you manage to rebuild your life in France? | 07:47:17 |
| 8 | A. Yes. | 07:47:21 |
| 9 | Q. Can you tell me very briefly about that. | 07:47:30 |
| 10 | A. So at that place that we were staying, we could | 07:47:32 |
| 11 | stay for six months. During that time we had to find or | 07:48:25 |
| 12 | to get -- process the documents and permissions for the | 07:48:31 |
| 13 | adults and for children. We had to find a school for | 07:48:37 |
| 14 | the children. We had to learn French. We had to find a | 07:48:40 |
| 15 | job and a place to live. | 07:48:44 |
| 16 | Q. Let's just turn for one minute to the civil | 07:48:55 |
| 17 | suit that you filed in 1974. When you went into hiding | 07:49:00 |
| 18 | in 1974, was the lawsuit still ongoing? | 07:49:03 |
| 19 | A. After I had to go into hiding, it was banned. | 07:49:35 |
| 20 | Q. Let's go back to Ruben's autopsy report. So | 07:49:39 |
| 21 | you said you lost all your documents when you went into | 07:49:59 |
| 22 | hiding. Did you ever attempt to find another copy of | 07:50:02 |
| 23 | the original autopsy after escaping Argentina? | 07:50:10 |
| 24 | A. No. | 07:50:16 |
| 25 | Q. Did you at any point attempt to find the | 07:50:31 |

Page 37

10 (Pages 34 - 37)

| | Page 38 | |
|---|---|---|
| 1 | autopsy report again? | 07:50:38 |
| 2 | MR. DAVIS: Objection; asked and answered. | 07:50:49 |
| 3 | BY MS. VARGAS: | 07:50:53 |
| 4 | Q. Please answer. | 07:50:53 |
| 5 | A. At some point after the military government, we | 07:51:48 |
| 6 | had a new president, Democratic president. So I tried | 07:51:50 |
| 7 | to resume the court. I went to court. But in court they | 07:51:56 |
| 8 | told me all the information, documents had disappeared, | 07:52:01 |
| 9 | including the report and the declarations. | 07:52:05 |
| 10 | MR. DAVIS: Move to strike as nonresponsive. | 07:52:08 |
| 11 | Go ahead. | 07:52:11 |
| 12 | BY MS. VARGAS: | 07:52:11 |
| 13 | Q. So to clarify, did you understand that a copy | 07:52:18 |
| 14 | of the autopsy report was in that file? | 07:52:24 |
| 15 | MR. DAVIS: Object to form. | 07:52:26 |
| 16 | Sorry. You're done with the question? | 07:52:28 |
| 17 | Object to form. | 07:52:31 |
| 18 | MS. VARGAS: I am. | 07:52:31 |
| 19 | THE INTERPRETER: Could you repeat the | 07:52:34 |
| 20 | question, Mrs. Vargas. | 07:52:35 |
| 21 | MS. VARGAS: Sure. | 07:52:37 |
| 22 | BY MS. VARGAS: | 07:52:37 |
| 23 | Q. Did you understand whether the autopsy reports | 07:52:38 |
| 24 | were in the files of that civil case, of your civil | 07:52:43 |
| 25 | case? | 07:52:47 |

Page 38

| | Page 39 | |
|---|---|---|
| 1 | MR. DAVIS: Same objection. | 07:52:47 |
| 2 | Go ahead. | 07:52:47 |
| 3 | THE WITNESS: Yes. They were all together, and | 07:53:06 |
| 4 | they all disappeared. | 07:53:10 |
| 5 | BY MS. VARGAS: | 07:53:13 |
| 6 | Q. Did you look for a copy of the autopsy report | 07:53:14 |
| 7 | in any other government office? | 07:53:16 |
| 8 | A. When I resumed the search, I filed a request to | 07:53:22 |
| 9 | restart the 1972 case. It restarted in May 2012. I | 07:54:22 |
| 10 | did -- I tried with everyone who could help to find the | 07:54:29 |
| 11 | documents, but we had no success at that. | 07:54:33 |
| 12 | Q. You refer to a case from 2012. Is that a | 07:54:39 |
| 13 | criminal case or a civil case? | 07:54:47 |
| 14 | A. It's a criminal case, I believe. I mean, if | 07:54:59 |
| 15 | I'm not wrong. I'm not a lawyer. | 07:55:05 |
| 16 | Q. Did you ever locate any other copies of the | 07:55:14 |
| 17 | autopsy report? | 07:55:16 |
| 18 | A. Yes. | 07:55:25 |
| 19 | Q. How? Pardon me. Where? | 07:55:26 |
| 20 | A. One of the lawyers, Eduardo Duhalde, published | 07:55:33 |
| 21 | a book with Francisco Urondo. It contained -- it talked | 07:56:08 |
| 22 | about the autopsy of my husband. | 07:56:15 |
| 23 | Q. What is the title of the book? | 07:56:18 |
| 24 | A. "La Patria Fusilada," which translates into | 07:56:24 |
| 25 | "The Executed Homeland." | 07:56:40 |

Page 39

| | Page 40 | |
|---|---|---|
| 1 | Q. And do you have a copy of that book? | 07:56:41 |
| 2 | A. Yes. | 07:56:44 |
| 3 | Q. Do you know what year it was published? | 07:56:44 |
| 4 | A. My copy is from 1998. But the first edition | 07:57:03 |
| 5 | was from 1973. | 07:57:07 |
| 6 | Q. Okay. | 07:57:09 |
| 7 | And what connection does this book have with | 07:57:12 |
| 8 | Ruben's autopsy report? | 07:57:15 |
| 9 | MR. DAVIS: Object to the form of the question. | 07:57:16 |
| 10 | BY MS. VARGAS: | 07:57:30 |
| 11 | Q. Please answer. | 07:57:30 |
| 12 | A. It starts with an interview carried out with | 07:58:34 |
| 13 | Francisco Urondo with the three survivors. Then | 07:58:38 |
| 14 | narrates the events that occurred in Argentina, the | 07:58:43 |
| 15 | official communications, communicatas, with the names | 07:58:46 |
| 16 | who made them. It contained the stories of the | 07:58:52 |
| 17 | survivors. They all say the same thing that they told | 07:58:56 |
| 18 | me. Included the perpetrators. And finally, it | 07:58:59 |
| 19 | contained the autopsy, report of the autopsy. | 07:59:03 |
| 20 | Q. I am going to introduce Exhibit Number 71, | 07:59:12 |
| 21 | Plaintiff's Exhibit 71. | 07:59:19 |
| 22 | Alexia, you have a hard copy of that. Can you | 07:59:21 |
| 23 | please look at exhibit marked PX0071. | 07:59:25 |
| 24 | MR. DAVIS: Are you able to share screen that | 07:59:31 |
| 25 | or put it up for us? | 07:59:33 |

Page 40

| | Page 41 | |
|---|---|---|
| 1 | MS. VARGAS: I am. I'm about to do it. And I | 07:59:35 |
| 2 | just shared the translation for the record. I added the | 07:59:38 |
| 3 | certified translation to the shared exhibit file. | 07:59:42 |
| 4 | THE WITNESS: I have the document in front of | 08:00:31 |
| 5 | me. | 08:00:33 |
| 6 | BY MS. VARGAS: | 08:00:35 |
| 7 | Q. Do you recognize this document? | 08:00:35 |
| 8 | A. The autopsy report. | 08:00:39 |
| 9 | Q. Can you tell me what the document is starting | 08:00:57 |
| 10 | with the front cover? | 08:01:04 |
| 11 | MR. DAVIS: Object to form. | 08:01:04 |
| 12 | THE WITNESS: Can you repeat the question. | 08:01:07 |
| 13 | BY MS. VARGAS: | 08:01:20 |
| 14 | Q. Can you tell me what this document is? What | 08:01:20 |
| 15 | are you looking at? | 08:01:24 |
| 16 | A. The autopsy report. | 08:01:24 |
| 17 | Q. And do you know -- I understand you are reading | 08:01:41 |
| 18 | the title of what this is, but can you describe what | 08:01:58 |
| 19 | this is? Have you seen this before? | 08:02:01 |
| 20 | MR. DAVIS: Object to form. | 08:02:04 |
| 21 | MS. VARGAS: I'm sorry. | 08:02:16 |
| 22 | Andre, can you correct your translation? I am | 08:02:18 |
| 23 | asking what this is, not what this is about. | 08:02:21 |
| 24 | THE WITNESS: It's the report of the autopsy | 08:02:35 |
| 25 | performed by the experts on my husband's body. | 08:02:47 |

Page 41

Veritext Legal Solutions
866 299-5127

| | |
|---|---|
| 1 | BY MS. VARGAS:        08:02:50 |
| 2 | Q. And where --        08:02:54 |
| 3 | MR. DAVIS: I can't find it.        08:02:56 |

BY MS. VARGAS:                                    08:02:50

Q. And where --                                  08:02:54

    MR. DAVIS: I can't find it.                  08:02:56

    MS. VARGAS: Excuse me? I heard someone       08:02:58

speaking.                                        08:03:00

    MR. SONNETT: Yeah. It's Neal. I can't find   08:03:02

it.                                              08:03:06

    MS. VARGAS: You can't find --                08:03:11

    MR. SONNETT: Should I be clicking on share   08:03:13

screen?                                          08:03:17

    MS. VARGAS: No.                              08:03:24

    Can someone from Veritext assist Mr. Sonnett? 08:03:25

    THE REPORTER: Can we go off the record for a 08:03:28

minute?                                          08:03:30

    MS. VARGAS: Yeah. Let's go off the record.   08:03:31

    THE VIDEOGRAPHER: We are going off the record 08:03:34

at 8:03 a.m.                                     08:03:36

    (Recess)                                     08:03:49

    THE VIDEOGRAPHER: We are going back on the   08:33:12

record at 8:32 a.m.                              08:33:14

BY MS. VARGAS:                                   08:33:19

Q. Mrs. Bonet, can you look at what's marked as  08:33:22

exhibit PX0071.                                  08:33:28

    And for the record, I'm also adding -- I've  08:33:44

also added to the exhibit folder the translation, the 08:33:48

Page 42

certified translation of this document, marked PX0071T. 08:33:51

    (Exhibits 71 through 71T marked)             08:34:17

BY MS. VARGAS:                                   08:34:17

Q. Do you have -- please let me know when you have 08:34:17

the document marked 71, PX0071 in front of you.  08:34:21

A. I have it right here.                         08:34:36

Q. Okay.                                         08:34:37

    Do you recognize this document?              08:34:37

A. Yes, I do recognize it.                       08:34:43

Q. And what is it?                               08:34:48

A. It is the book called "Trelew" -- "The Executed 08:34:49

Trelew."                                         08:35:02

Q. By whom?                                      08:35:12

A. Francisco Urondo.                             08:35:14

Q. Okay.                                         08:35:24

    Is this document the whole book?             08:35:24

A. Yes.                                          08:35:26

Q. Let me ask again.                             08:35:40

    What page does it begin on, this document? Can 08:35:42

you read the page at the bottom?                 08:35:45

A. It's number 207.                             08:35:46

Q. Okay.                                         08:36:04

    And what is the last page of this document, the 08:36:04

last page number?                               08:36:09

A. It starts on 207, 208, 209, and concludes on 08:36:33

Page 43

210.                                             08:36:39

Q. Okay.                                         08:36:40

    So is this the entire book?                  08:36:40

A. No. It's just one chapter.                    08:36:50

Q. Okay.                                         08:36:51

    And what is this chapter?                    08:36:53

A. Excuse me? Excuse me? I'm sorry. What was     08:37:00

the question?                                    08:37:08

Q. What is this section that you have in front of 08:37:12

you?                                             08:37:14

    MR. DAVIS: Object to the form.               08:37:14

    MS. VARGAS: I'm sorry. Translation check. I  08:37:29

don't believe I said qual but que. What is the section 08:37:34

you have in front of you.                        08:37:43

    THE WITNESS: This is the autopsy, the autopsy 08:37:44

report of Ruben Bonet.                          08:37:52

BY MS. VARGAS:                                   08:37:54

Q. And have you seen this document before?       08:37:54

    MR. DAVIS: Object to form.                   08:37:55

    THE WITNESS: Yes.                            08:37:59

BY MS. VARGAS:                                   08:38:00

Q. Can you please read to yourself quietly the   08:38:03

section that begins with "El dia 26," in the English 08:38:09

version, "on the 26th," at the top of page 208, until 08:38:22

page 209, with the sentence that ends in "forjar 134," 08:38:22

Page 44

or "page 134," in parentheses. So pages 208 to 209. 08:38:30

    MR. DAVIS: Object to form.                   08:38:34

    You're just asking her to read it. You're just 08:38:35

not --                                           08:38:38

    MS. VARGAS: To herself. Yeah. No, not about  08:38:39

the content. I'm asking her to read it to herself. 08:38:42

BY MS. VARGAS:                                   08:38:45

Q. And let me know when you're done.             08:38:45

A. I have seen.                                  08:40:58

Q. Does the section you just read correctly      08:41:06

reflect what you recall the contents of Ruben Bonet's 08:41:09

autopsy to be?                                   08:41:15

    MR. DAVIS: Object to the form of the question. 08:41:15

    THE WITNESS: Yes.                            08:41:16

    MS. VARGAS: Give me one second, please. Let  08:41:36

me change my headphones.                         08:41:38

BY MS. VARGAS:                                   08:41:54

Q. Did you ever share this section of La Patria  08:41:55

Fusilada, the book, with anyone?                 08:42:00

A. During the 2012 trial, this document was      08:42:02

presented by the lawyers and accepted as evidence, but 08:42:32

in the context of trial.                         08:42:36

    MR. DAVIS: Move to strike as nonresponsive.  08:42:38

BY MS. VARGAS:                                   08:42:40

Q. Did you present this document?                08:42:41

Page 45

| | |
|---|---|
| 1   MR. DAVIS: Object to the form. 08:42:46 | 1 definitely will try and do that. 08:49:55 |
| 2   THE WITNESS: Yes. 08:42:47 | 2   MS. VARGAS: Okay. Thank you. 08:49:55 |
| 3 BY MS. VARGAS: 08:42:52 | 3   Can you repeat the translation of my question, 08:50:01 |
| 4   Q. And did The Court accept this document? 08:42:54 | 4 please. 08:50:03 |
| 5   MR. DAVIS: Object to the form. 08:42:57 | 5   THE INTERPRETER: Can you repeat the question, 08:50:08 |
| 6   THE WITNESS: Yes, it did. 08:43:01 | 6 please. 08:50:10 |
| 7 BY MS. VARGAS: 08:43:05 | 7 BY MS. VARGAS: 08:50:11 |
| 8   Q. How do you know? 08:43:08 | 8   Q. Have you seen this document before? 08:50:12 |
| 9   MR. DAVIS: Object to the form. 08:43:12 | 9   MR. DAVIS: Object to form. 08:50:13 |
| 10   THE WITNESS: It was accepted as the testimony 08:43:13 | 10 BY MS. VARGAS: 08:50:16 |
| 11 on Ruben's death. 08:43:25 | 11   Q. Please answer. 08:50:17 |
| 12 BY MS. VARGAS: 08:43:26 | 12   A. Yes. 08:50:17 |
| 13   Q. Were you present when it was accepted? 08:43:29 | 13   Q. How did you receive this document? 08:50:18 |
| 14   MR. DAVIS: Object to the form of the question. 08:43:32 | 14   A. For the 2012 trial. 08:50:38 |
| 15   THE WITNESS: Yes. Of course I was. 08:43:35 | 15   MR. DAVIS: Move to strike. Nonresponsive. 08:50:42 |
| 16 BY MS. VARGAS: 08:44:24 | 16 BY MS. VARGAS: 08:50:45 |
| 17   Q. Bear with me for a second. I'm going to 08:44:25 | 17   Q. Can you tell me how you received this document? 08:50:45 |
| 18 introduce another document. 08:44:27 | 18 Who gave it to you? 08:50:55 |
| 19   So I have introduced exhibit marked Plaintiff's 08:45:21 | 19   A. I was given this document by the brother of 08:50:56 |
| 20 Exhibit 0072, PX0072. 08:45:26 | 20 Susana Lesgart to use when providing my testimony. This 08:51:36 |
| 21   (Exhibits 72 through 72T marked) 08:45:29 | 21 was to show that it was not only in the autopsy of Ruben 08:51:42 |
| 22 BY MS. VARGAS: 08:45:29 | 22 Pedro Bonet who had this kind of death, but there were 08:51:48 |
| 23   Q. Mrs. Bonet, can you look at the document 08:45:30 | 23 other individuals who suffered the same kind of death. 08:51:53 |
| 24 marked PX0072, please. 08:45:32 | 24   MR. DAVIS: Move to strike. Nonresponsive to 08:51:56 |
| 25   A. Yes. 08:45:50 | 25 the question of who gave her the document. 08:51:59 |
| Page 46 | Page 48 |

| | |
|---|---|
| 1   Q. Can you just take a moment to read it. 08:45:51 | 1 BY MS. VARGAS: 08:52:05 |
| 2   Let me know when you're ready. 08:47:36 | 2   Q. Did you present this document while you were 08:52:06 |
| 3   A. Okay. 08:48:05 | 3 giving testimony to The Court in Argentina in the 2012 08:52:08 |
| 4   Q. Do you recognize this document? 08:48:07 | 4 trial? 08:52:11 |
| 5   MR. DAVIS: Object to the form. 08:48:14 | 5   MR. DAVIS: Object to form. 08:52:13 |
| 6 BY MS. VARGAS: 08:48:22 | 6   Sorry. 08:52:15 |
| 7   Q. Please answer. 08:48:23 | 7   THE WITNESS: Yes. 08:52:15 |
| 8   A. Yes. This document was given to me by Susana 08:48:39 | 8 BY MS. VARGAS: 08:52:27 |
| 9 Lesgart's brother in the context of my testimony for the 08:48:44 | 9   Q. And did The Court in Argentina accept this 08:52:30 |
| 10 2012 trial. 08:48:48 | 10 document? 08:52:33 |
| 11   Q. What is this document? 08:48:49 | 11   MR. DAVIS: Object to the form. 08:52:35 |
| 12   A. This is the autopsy of Susana Lesgart, who was 08:48:59 | 12   THE WITNESS: Yes, they did accept it. 08:52:36 |
| 13 killed in Trelew alongside my husband, Ruben Bonet. 08:49:05 | 13 BY MS. VARGAS: 08:52:46 |
| 14   MR. DAVIS: Move to strike. Nonresponsive 08:49:11 | 14   Q. Did they do this in your presence? 08:52:47 |
| 15 answer. 08:49:13 | 15   MR. DAVIS: Object to the form. 08:52:49 |
| 16 BY MS. VARGAS: 08:49:26 | 16   THE WITNESS: Yes. I was present. 08:52:49 |
| 17   Q. And have you seen this document before? 08:49:28 | 17   I hear you. 08:53:10 |
| 18   MR. DAVIS: Object to form. 08:49:29 | 18   THE INTERPRETER: The witness is asking for a 08:53:16 |
| 19   THE WITNESS: Excuse me? 08:49:32 | 19 brief pause. 08:53:17 |
| 20   MS. VARGAS: Steve, would it be possible to 08:49:39 | 20   THE WITNESS: Okay. I'm back. Sorry. 08:53:28 |
| 21 object after the translator -- either before or after 08:49:40 | 21 BY MS. VARGAS: 08:53:33 |
| 22 the translator is speaking, but not while she's 08:49:43 | 22   Q. It's okay. 08:53:33 |
| 23 speaking? 08:49:46 | 23   A. Sorry. Excuse me. 08:53:34 |
| 24   MR. DAVIS: I am trying to do that. But 08:49:46 | 24   Q. Not a problem. 08:53:38 |
| 25 sometimes -- obviously, there's inefficiencies. I 08:49:48 | 25 We talked already about the civil suit you 08:53:42 |
| Page 47 | Page 49 |

13 (Pages 46 - 49)

Page 50

```
1   presented in 1972.  Aside from that suit, did you do    08:53:46
2   anything else to seek justice for Ruben?               08:53:52
3       A.  All the time.  This entire time when the trial  08:53:57
4   was not able to be carried out and due to different    08:55:16
5   reasons, different political reasons with the various   08:55:21
6   governments of turn, I was constantly sending letters.  08:55:24
7   I was sending letters to different principalities or    08:55:29
8   individuals in Argentina and -- to call for the trial to 08:55:33
9   move forward, which never came to happen.  I was doing  08:55:37
10  this while I was still in Argentina, but also when I was 08:55:42
11  already -- when I moved out the of the country.  I would 08:55:46
12  ask people to present the letters in my name.  I never   08:55:49
13  stopped this struggle to look for truth and justice.  I  08:55:55
14  did not want this case to be lost in oblivion.          08:55:59
15      MS. VARGAS:  Neal, was that an objection or         08:56:21
16  comment?                                                08:56:24
17  BY MS. VARGAS:                                          08:56:26
18      Q.  Okay.
19      I'm going to -- if you could look for               08:56:46
20  Exhibit PX0129, please.                                 08:56:48
21      Ms. Bonet, in the meantime, I'm going to put it     08:56:51
22  up in the Exhibit Share file.                           08:56:53
23      A.  All right.  I got it.                           08:57:09
24      Q.  And I'm just going to go ahead and add exhibits 08:57:10
25  129, 130 and 128, the translations, to the shared       08:57:14
```

Page 51

```
1   exhibit file.                                           08:57:27
2       (Exhibits 128 through 130 marked)                   08:57:27
3   BY MS. VARGAS:                                          08:58:29
4       Q.  Okay.  Can you look at Exhibit PX0129, please.  08:58:29
5       Do you recognize this document?                     08:58:37
6       A.  Yes, I do recognize the document.               08:58:38
7       Q.  What is it?                                      08:58:50
8       A.  It's a letter that I wrote to the president of   08:58:55
9   Argentina in 1995.  It was President Carlos Menem.      08:59:09
10      Q.  And what is this letter about, in general       08:59:16
11  terms?                                                  08:59:19
12      MR. DAVIS:  Object to the form.                     08:59:25
13  BY MS. VARGAS:                                          08:59:30
14      Q.  Please answer.                                   08:59:31
15      A.  Yes.                                             09:00:06
16      It contains a summary of my actions seeking         09:00:06
17  justice for the death of my husband.  And I asked him to 09:00:09
18  intervene as the president.                             09:00:12
19      Q.  Did you ever receive a response to this letter?  09:00:14
20      A.  No.                                             09:00:21
21      MS. VARGAS:  Neal, can you stop sharing your        09:00:39
22  screen, please?                                          09:00:41
23      MR. DAVIS:  Ask you a quick question.  Is what      09:00:50
24  I see in the exhibit file translated copies and your --  09:00:51
25  what she's actually testifying on are the Spanish       09:00:58
```

Page 52

```
1   versions of them?                                       09:00:59
2       MS. VARGAS:  Which I'm introducing.                 09:01:00
3       MR. DAVIS:  No.  I understand.  I just wanted       09:01:02
4   to make sure.                                           09:01:04
5       MS. VARGAS:  That's correct.
6       MR. DAVIS:  Thank you.                              09:01:05
7       MS. VARGAS:  So I am going to introduce PX0130.     09:01:05
8   BY MS. VARGAS:                                          09:01:15
9       Q.  If you could look at that document.            09:01:15
10      A.  Yes.                                             09:01:38
11      Q.  Do you recognize this document?                 09:01:38
12      A.  Yes.                                             09:01:53
13      Q.  What is it?                                      09:01:57
14      A.  It's an open letter published in one of        09:01:59
15  Argentina's newspapers calling to the president, the    09:02:57
16  nation, ministers, members of chamber and senate --     09:03:01
17      THE INTERPRETER:  The interpreter apologizes.       09:03:06
18      THE WITNESS:  It's an open letter published in      09:03:10
19  one of Argentina's newspapers calling to political union 09:03:11
20  students, leaders of Argentinian people to know, to be   09:03:12
21  aware about the fact that at the time, it was 25 years   09:03:19
22  after the Trelew massacre, and asking them to continue   09:03:24
23  joining me in pushing the trial forward.                09:03:28
24  BY MS. VARGAS:                                          09:03:33
25      Q.  And just to be clear, at that time, there was   09:03:33
```

Page 53

```
1   no trial going on, or was there a trial going on?       09:03:35
2       A.  The trial was abandoned at the time.           09:03:38
3       Q.  And did you receive any response to this?      09:03:52
4       A.  No.  None.                                      09:03:59
5       Q.  Okay.                                           09:04:06
6       Can you please look at Exhibit PX0128.             09:04:10
7       A.  Yes.                                            09:04:26
8       Q.  Just give me a chance to introduce this        09:04:27
9   document via Exhibit Share.                             09:04:35
10      Do you recognize this document?                    09:05:04
11      A.  Yes, I do.                                      09:05:05
12      Q.  What is it?                                      09:05:09
13      THE INTERPRETER:  The interpreter is going to       09:05:46
14  request clarification of one of the names.              09:05:48
15      THE WITNESS:  It's a request I made from           09:06:24
16  people, including Toschi, Capello's wife, the attorney   09:06:26
17  of Mujeres, Sabelli, and Sanguinetti on behalf of the    09:06:30
18  class and myself.                                       09:06:38
19  BY MS. VARGAS:                                          09:06:39
20      Q.  To whom was this request?                       09:06:40
21      A.  It was addressed to the president.              09:06:45
22      Q.  And when was it sent?                           09:06:51
23      A.  On August 24th, 2005.                           09:06:57
24      Q.  And if you look at the document, you'll see     09:07:05
25  that there's enumerated sections.  Can you please read   09:07:15
```

14 (Pages 50 - 53)

| | |
|---|---|
| 1  section 2.                                       09:07:21 | 1  Argentinian government do anything to respond to your   09:12:40 |
| 2     MR. SONNETT:  Object to the form.       09:07:37 | 2  requests for an investigation?                09:12:44 |
| 3     Go ahead.  You can respond.            09:07:38 | 3     MR. DAVIS:  Object to the form.       09:12:48 |
| 4  BY MS. VARGAS:                            09:07:41 | 4     THE WITNESS:  No.                   09:13:11 |
| 5  Q.  Please continue.                        09:07:42 | 5  BY MS. VARGAS:                            09:13:12 |
| 6  A.  "A comprehensive and exhaustive report of the  09:08:00 | 6  Q.  When did you find out where Roberto Bravo   09:13:23 |
| 7  Navy on the events and actions of those responsible is  09:08:04 | 7  actually was?                               09:13:27 |
| 8  required with precise information about later and   09:08:07 | 8  A.  So in 1972 during the first trial, I had the   09:13:28 |
| 9  current destination and employment situation."   09:08:10 | 9  chance to speak to the attorney for the Navy.  He told   09:16:55 |
| 10  Q.  Were you requesting this?  Was this one of your  09:08:17 | 10  me and others that were asking for information that he   09:16:58 |
| 11  requests?                                     09:08:20 | 11  was defending the Argentinian Navy.  During the trial,   09:17:01 |
| 12  A.  The request from all of the people signing the   09:08:20 | 12  it was said he was in South Africa.  In -- when the 2006   09:17:05 |
| 13  document.                                    09:08:33 | 13  inquiry started, there was a series of issues and   09:17:10 |
| 14  Q.  And why did you request this?           09:08:36 | 14  problems.  And around 2008, we were trying to find out   09:17:14 |
| 15     THE INTERPRETER:  The interpreter is going to   09:08:53 | 15  about Bravo, as well as the whereabouts of other persons   09:17:19 |
| 16  request clarification.                          09:08:55 | 16  involved in the events.  We found that some were in   09:17:23 |
| 17     THE WITNESS:  Because the criminal case at the   09:09:24 | 17  Argentina.  Although, there is no full and clear   09:17:27 |
| 18  time was not open.  I wanted to reopen it in order to   09:09:26 | 18  information.  And in 2008, I read in the newspaper some   09:17:31 |
| 19  allow the legal proceedings to continue with the purpose  09:09:30 | 19  information about the whereabouts of one of the   09:17:36 |
| 20  of finding justice.                            09:09:34 | 20  perpetrators.  I found out he was in Miami, or that's   09:17:40 |
| 21  BY MS. VARGAS:                            09:09:35 | 21  what they said.  So I started an information lookup.  I   09:17:44 |
| 22  Q.  All right.                                09:09:35 | 22  found a lot of information about the life of this   09:17:48 |
| 23     I'm going -- looking again at section request   09:09:36 | 23  person.  And that's when we started to try to pinpoint   09:17:51 |
| 24  number 2, please.  Can you -- just reviewing information  09:09:40 | 24  his location.                                 09:17:54 |
| 25  you are requesting.  Why were you requesting this   09:09:46 | 25  Q.  So around 2008, you knew that Mr. Bravo was in   09:17:58 |
| Page 54 | Page 56 |
| 1  information?                                  09:09:49 | 1  Miami, in the United States?                 09:18:06 |
| 2     MR. DAVIS:  Object to the form.         09:09:51 | 2  A.  That's what they said.  Yes.           09:18:20 |
| 3     THE WITNESS:  Because that was the only way to   09:09:52 | 3  Q.  Once you knew this, what did you do to hold   09:18:23 |
| 4  know what had happened and to have these people present  09:10:23 | 4  Mr. Bravo accountable for Ruben's death?   09:18:29 |
| 5  or to know about their whereabouts.           09:10:26 | 5     MR. DAVIS:  Object to the form.       09:18:36 |
| 6  BY MS. VARGAS:                            09:10:30 | 6     Go ahead.                             09:18:38 |
| 7  Q.  Did you send a letter like this -- letters like   09:10:31 | 7     THE WITNESS:  That was taken care of by the   09:18:38 |
| 8  this every year?                              09:10:33 | 8  lawyers.  They were in charge of those actions.  I   09:19:08 |
| 9  A.  No.                                      09:10:40 | 9  continued my actions to achieve the trial.   09:19:11 |
| 10  Q.  Did you send letters requesting -- actually,   09:10:47 | 10  BY MS. VARGAS:                            09:19:17 |
| 11  strike that.                                   09:10:51 | 11  Q.  And can you clarify what trial you're referring   09:19:17 |
| 12     Did the Argentinian government ever respond to   09:10:51 | 12  to?                                          09:19:20 |
| 13  you or other family -- to this letter?         09:10:57 | 13  A.  To the trial that was finally carried out in   09:19:32 |
| 14  A.  Resulting from this letter and these meetings,   09:11:01 | 14  2012.                                        09:19:34 |
| 15  we were being heard again.  And next year a case was   09:11:37 | 15  Q.  Did you expect Mr. Bravo to be tried in that   09:19:35 |
| 16  started.                                      09:11:46 | 16  trial?                                        09:19:43 |
| 17  Q.  Had you been heard before?              09:11:54 | 17     MR. DAVIS:  Objection to form.          09:19:44 |
| 18     MR. DAVIS:  Object to the form of the question.   09:11:56 | 18     THE WITNESS:  Yes.  He was on the list of   09:20:07 |
| 19     THE WITNESS:  I already answered that question.   09:12:08 | 19  people who had participated in the events on   09:20:08 |
| 20  BY MS. VARGAS:                            09:12:12 | 20  August 22nd.                                 09:20:11 |
| 21  Q.  I think something was lost in translation,   09:12:12 | 21  BY MS. VARGAS:                            09:20:11 |
| 22  Ms. Bonet, so I'm going to try and ask this question   09:12:15 | 22  Q.  Did you have confidence that the trial in   09:20:15 |
| 23  again.                                       09:12:17 | 23  Argentina against the perpetrators of the Trelew   09:20:17 |
| 24     You said in 2005 you were listened to, and that   09:12:17 | 24  massacre would move forward?                09:20:25 |
| 25  in 2006, investigation began.  Before 2005, did the   09:12:31 | 25     MR. DAVIS:  Object to form.            09:20:27 |
| Page 55 | Page 57 |

| | | |
|---|---|---|
| 1 | THE WITNESS: Yes. | 09:20:29 |
| 2 | BY MS. VARGAS: | 09:20:39 |
| 3 | Q. And you said Mr. Bravo was in the list of the | 09:20:40 |
| 4 | participants. Do you have an understanding of whether | 09:20:43 |
| 5 | the Argentinian government was attempting to also try | 09:20:47 |
| 6 | him in Argentina? | 09:20:55 |
| 7 | MR. DAVIS: Object to the form. | 09:21:08 |
| 8 | BY MS. VARGAS: | 09:21:11 |
| 9 | Q. Please answer. | 09:21:12 |
| 10 | A. Yes. | 09:21:13 |
| 11 | Q. To your knowledge, what actions was the | 09:21:13 |
| 12 | government of Argentina taking to be able to try | 09:21:20 |
| 13 | Mr. Bravo? | 09:21:24 |
| 14 | MR. DAVIS: Object to the form. | 09:21:33 |
| 15 | BY MS. VARGAS: | 09:21:37 |
| 16 | Q. Please answer. | 09:21:37 |
| 17 | A. These actions were taking place in the context | 09:22:03 |
| 18 | of the 2012 trial. Prior to that, and through my | 09:22:05 |
| 19 | actions, his extradition to participate in the trial had | 09:22:09 |
| 20 | not been achieved. | 09:22:13 |
| 21 | Q. Let's go back a little bit. Were you aware | 09:22:14 |
| 22 | that there was an extradition request back then in -- | 09:22:19 |
| 23 | before the trial took place against Mr. Bravo? | 09:22:25 |
| 24 | MR. DAVIS: Could you specify a time period, | 09:22:30 |
| 25 | please? | 09:22:31 |

Page 58

| | | |
|---|---|---|
| 1 | MS. VARGAS: Sure. | 09:22:32 |
| 2 | BY MS. VARGAS: | 09:22:33 |
| 3 | Q. In the period between 2008 and thereafter, were | 09:22:33 |
| 4 | you aware of any extradition requests for Mr. Bravo from | 09:22:37 |
| 5 | the government of Argentina? | 09:22:42 |
| 6 | A. Yes. There was an extradition request. | 09:22:44 |
| 7 | Q. And do you have an understanding of what | 09:23:06 |
| 8 | happened with that extradition request? | 09:23:08 |
| 9 | A. If I remember correctly, Mr. Bravo paid a bond | 09:23:10 |
| 10 | of millions of dollars bond to avoid extradition. | 09:23:38 |
| 11 | MR. DAVIS: Move to strike. Nonresponsive. | 09:23:45 |
| 12 | BY MS. VARGAS: | 09:23:52 |
| 13 | Q. Do you know if the extradition was successful | 09:23:53 |
| 14 | or not back then, in the period of 2008 to 2010? | 09:23:55 |
| 15 | A. I was not alone in these efforts. There were | 09:24:00 |
| 16 | other family members from the Trelew massacre who also | 09:24:40 |
| 17 | had presented extradition requests from their own | 09:24:47 |
| 18 | lawyers. | 09:24:50 |
| 19 | Q. Was Mr. Bravo ever extradited? | 09:24:51 |
| 20 | A. No. Not -- until today, he's not been | 09:24:55 |
| 21 | extradited. | 09:25:07 |
| 22 | Q. Did you expect him to be extradited? | 09:25:08 |
| 23 | MR. DAVIS: Object to the form. | 09:25:12 |
| 24 | THE WITNESS: Yes. I believed that in that | 09:25:29 |
| 25 | way, it would be possible to conclude the Trelew trial. | 09:25:32 |

Page 59

| | | |
|---|---|---|
| 1 | BY MS. VARGAS: | 09:25:42 |
| 2 | Q. Okay. Let's switch gears. Let me just ask you | 09:25:42 |
| 3 | a clarification question. | 09:25:49 |
| 4 | In 1974, you said you went into hiding. Can | 09:25:55 |
| 5 | you please specifically tell me what caused you to go | 09:26:00 |
| 6 | into hiding in 1974? | 09:26:04 |
| 7 | A. As I mentioned before, at this point in time, | 09:27:27 |
| 8 | different personalities, individuals, leaders, et | 09:27:30 |
| 9 | cetera, were being killed, including the lawyer that I | 09:27:35 |
| 10 | mentioned before, Lawyer Ortega Pena. At that moment in | 09:27:38 |
| 11 | time, I was pregnant. I was actually on maternity leave | 09:27:42 |
| 12 | when the Navy went to the school that I had worked at to | 09:27:47 |
| 13 | ask about me. So one of my colleagues alerted me and | 09:27:50 |
| 14 | let me know that the Navy was looking for me. So | 09:27:56 |
| 15 | this -- these different situations together led me to | 09:28:01 |
| 16 | the decision to go into hiding. | 09:28:04 |
| 17 | Q. Okay. Let me switch to something else. | 09:28:12 |
| 18 | Did you ever receive any benefits from the | 09:28:15 |
| 19 | Argentinian government as a result of Ruben's death? | 09:28:18 |
| 20 | A. Yes. Yes, I did. | 09:28:23 |
| 21 | Q. Can you please look at Exhibit 131, please. | 09:28:41 |
| 22 | (Exhibits 131 and 131T marked) | |
| 23 | THE WITNESS: Yes. | 09:29:10 |
| 24 | MS. VARGAS: I'm copying the translation, | 09:29:10 |
| 25 | Counsel, into the Exhibit Share folder. | 09:29:12 |

Page 60

| | | |
|---|---|---|
| 1 | BY MS. VARGAS: | 09:29:44 |
| 2 | Q. So looking at Exhibit PX0131, do you recognize | 09:29:46 |
| 3 | this document? | 09:29:49 |
| 4 | MR. DAVIS: I'm sorry. I don't -- I'm looking | 09:29:50 |
| 5 | at the -- is it on the share file now? I don't see it. | 09:29:52 |
| 6 | MS. VARGAS: It is. | 09:29:56 |
| 7 | MR. DAVIS: Maybe I've got to refresh it. | 09:29:57 |
| 8 | MS. VARGAS: I think we can e-mail it to you | 09:30:12 |
| 9 | right now just in case. | 09:30:14 |
| 10 | Christie, would you mind e-mailing? | 09:30:16 |
| 11 | MR. DAVIS: I got it right now. Actually, I | 09:30:18 |
| 12 | just had to refresh it. Sorry. | 09:30:21 |
| 13 | BY MS. VARGAS: | 09:30:23 |
| 14 | Q. Okay. | 09:30:23 |
| 15 | So could you please look at Exhibit 131. | 09:30:28 |
| 16 | Do you recognize this document? | 09:30:32 |
| 17 | A. Yes, I do recognize it. | 09:30:33 |
| 18 | Q. And what is it? | 09:30:57 |
| 19 | A. Yes. This is Resolution 24.411. This is a | 09:30:58 |
| 20 | resolution from the government of Argentina issued for | 09:31:19 |
| 21 | all family members of individuals who had died, were | 09:31:23 |
| 22 | killed, or disappeared at the hands of the armed forces | 09:31:27 |
| 23 | during that time period. | 09:31:30 |
| 24 | Q. Okay. | 09:31:33 |
| 25 | And was this document addressed to you? | 09:31:33 |

Page 61

```
1     A. Yes, it was.                    09:31:42
2     Q. And did you take any steps to collect the   09:31:43
3  benefits under law 24.411 after receiving this document?  09:31:57
4     A. Yes.  I had to fill out some documents that   09:32:03
5  specified my address.                09:32:24
6     Q. Okay.                       09:32:27
7     And did you receive these benefits in the end?   09:32:28
8     A. Yes, I did.                   09:32:30
9     Q. Okay.                       09:32:36
10    Mr. Bonet, we're almost done.  Let me ask you   09:32:38
11 about -- strike that.                09:32:48
12    Can you travel to Miami this June to present   09:32:55
13 your testimony in person?            09:32:57
14    A. No, I cannot.                 09:32:59
15    Q. Why not?                     09:33:13
16    A. That's because at this time, I can barely walk.  09:33:16
17 I'm pending a major hip operation that impedes me -- the  09:34:01
18 hip problems I'm having today impede me from walking   09:34:08
19 easily.  So I'm going to be having a major operation.   09:34:10
20 However, the date has not been set at this time.   09:34:14
21 They're still going to be carrying out some preliminary   09:34:16
22 tests and procedures, and then I will have, as I said,   09:34:20
23 this major operation on my hip.  So it's a long process   09:34:24
24 where, over a three to five month period, I will not be   09:34:29
25 able to travel.                      09:34:34
                                        Page 62
```

```
1     Q. What kind of an operation on your hip is it?   09:34:34
2     A. They're going to do -- I don't necessarily know  09:34:42
3  all the medical terms.  I'm not a doctor.  But like a   09:35:15
4  hip replacement surgery due to atrophy and use and age.   09:35:19
5  They're going to have to replace my hip, and they're   09:35:23
6  going to insert some sort of device.   09:35:26
7     Q. Okay.                       09:35:32
8     And just to be clear, how long do you   09:35:32
9  understand you will need to recover after you have a hip   09:35:38
10 replacement surgery?                 09:35:45
11    A. Four to five months.           09:35:56
12    Q. And do you have any upcoming appointments or   09:35:58
13 exams for this surgery?              09:36:03
14    A. On Thursday I have the first interview or first  09:36:05
15 appointment with the surgeon.        09:36:29
16    Q. Is this this Thursday, March 31st?   09:36:35
17    A. Exactly.                     09:36:38
18    Q. If you could testify in person in Miami, would   09:36:43
19 you do it?                         09:36:53
20    A. If I would have been able to, yes.   09:36:53
21    Q. Mrs. Bonet, how did the death of your husband   09:37:01
22 impact you and your family?           09:37:14
23    A. Starting on August 22nd, our life was totally   09:37:16
24 transformed.  I went from being a mother and a teacher,   09:38:12
25 having my kids at school, to facing a situation, well,   09:38:15
                                        Page 63
```

```
1  that led us to ending up in France.  And everything, all  09:38:21
2  the experiences that we experienced along that way where  09:38:24
3  we were facing risks, myself, my children, my second   09:38:28
4  husband all faced the risk of being killed along the way  09:38:32
5  at any time.                       09:38:36
6     Q. And how -- how would you describe the impact of  09:38:40
7  the death of your husband in personal terms?   09:38:45
8     A. Ruben?  Ruben's death?         09:38:49
9     Q. Yes.                         09:39:11
10    A. It was a cold blooded murder at the hands of   09:39:27
11 the Argentinian Navy, him and all the others.   09:39:31
12    MR. DAVIS: Move to strike as nonresponsive.   09:39:36
13 BY MS. VARGAS:                      09:39:38
14    Q. What is it like to see your children having   09:39:40
15 lost their father?                 09:39:44
16    A. It was a very painful thing.  In July, they had  09:39:45
17 held some sort of a party at Rawson.  They set up a   09:41:12
18 place like a gym where relatives could meet their   09:41:20
19 families.  And they brought over food.  It was like a   09:41:22
20 continuation from the visit that they could pay at Via   09:41:26
21 Devoto prison.  So when I was told that he had been   09:41:32
22 killed, I had to -- I struggled to find the right words   09:41:34
23 to tell them.                      09:41:39
24    Q. Okay.  I have no further questions.   09:41:44
25    MR. DAVIS:  We will have some questions.  Can   09:41:52
                                        Page 64
```

```
1  we take about a ten-minute break, and then we can   09:41:54
2  resume?  I don't know the questions will be more than --  09:41:57
3  it could be as long as an hour.  It might be shorter.   09:42:00
4  But it will definitely be some questioning.  So if the   09:42:05
5  witness needs to take a little bit longer break, I'm   09:42:08
6  happy to do that.  But I'd want at least a ten-minute   09:42:11
7  break right now.                   09:42:15
8     MS. VARGAS:  Let's take a ten-minute break.  I   09:42:16
9  think that the witness, it's late over there, and she   09:42:18
10 wants to finish, you know, a bedtime.  So a   09:42:20
11 ten-minute break will be good.        09:42:25
12    MR. DAVIS:  Okay.  Thank you.  We'll be back   09:42:27
13 in -- well, it's 12:42 here.  I guess it's 9:42 there.   09:42:30
14 So we'll be back at 1:02 our time.    09:42:36
15    MS. VARGAS:  Great.              09:42:40
16    Can we get placed in a breakout room, please."   09:42:40
17    THE VIDEOGRAPHER:  Yes.           09:42:45
18    We are going off the record at 9:42 a.m.   09:42:46
19    (Recess)                       09:46:17
20    THE VIDEOGRAPHER:  We are going back on the   09:58:50
21 record at 9:58 a.m.                09:58:53
22                                   09:58:55
23    EXAMINATION                     09:58:55
24 BY MR. DAVIS:                       
25    Q. Hello, ma'am.  My name is Steve Davis.  I'm   09:58:57
                                        Page 65
```

17 (Pages 62 - 65)

**Page 66**

```
 1   going to ask you a few questions.  Before I begin, let   09:58:59
 2   me ask you to please let me know, through the          09:59:04
 3   translator, whether or not you understand my question or 09:59:10
 4   not.  Is that agreeable to you?                         09:59:14
 5       A.  All right.                                      09:59:15
 6       Q.  When did -- and I see on your Zoom screen, you  09:59:33
 7   list your name as Alicia Krueger.  Which name do you    09:59:41
 8   prefer to go by, ma'am?                                 09:59:45
 9       A.  There's no problem.  You can choose whichever   10:00:00
10   you want.  I am Alicia Krueger and Alicia Bonet.  So it 10:00:09
11   doesn't matter.                                         10:00:51
12       Q.  I mean no disrespect.  I just wanted to call    10:00:14
13   you by the proper name.                                 10:00:17
14       A.  Thanks.                                         10:00:28
15       Q.  When did you marry Mr. Krueger?                 10:00:28
16       A.  On May 17th, 1974.                              10:00:42
17       Q.  When did you first meet Mr. Krueger?            10:00:48
18       A.  Six months before.                              10:00:51
19       Q.  So that would be sometime in late 1973?         10:01:02
20       A.  Exactly.                                        10:01:09
21       Q.  And whatever time that you were -- you saw each 10:01:20
22   other before you got married, have you continuously     10:01:26
23   lived with Mr. Krueger since May 17th of 1974?          10:01:29
24       THE INTERPRETER:  Mr. Davis, could you please       10:01:46
25   repeat your question.  I missed a part of it.  Sorry,   10:01:49
```

**Page 67**

```
 1   sir.                                                    10:01:51
 2   BY MR. DAVIS:                                           10:01:52
 3       Q.  Have you continuously lived with Mr. Krueger    10:01:53
 4   since May 17, 1974?                                     10:01:56
 5       A.  Yes.                                            10:02:09
 6       Q.  And how many children did you have with         10:02:09
 7   Mr. Krueger?                                            10:02:11
 8       A.  Two.                                            10:02:12
 9       Q.  When were they born?                            10:02:21
10       A.  Laura Krueger was born on February 7th, 1975,   10:02:23
11   and Yvonne Krueger was born on May 17th, 1979.          10:02:53
12       Q.  And you told us that you had two children prior 10:03:06
13   to Mr. Krueger.  Did the six of you all live together   10:03:10
14   continuously in France?                                 10:03:17
15       A.  Yes.                                            10:03:37
16       Q.  And do your children, your oldest two children, 10:03:37
17   do they still live in France today?                     10:03:44
18       A.  Yes.                                            10:03:52
19       Q.  And based on the testimony on the dates, your   10:03:52
20   youngest child would have been born in France; correct? 10:04:02
21       A.  Yes.  Correct.                                  10:04:05
22       Q.  And was it Lara you said was born on            10:04:18
23   February 2nd, 1975?                                     10:04:28
24       A.  Yes.                                            10:04:28
25       Q.  Where was she born?                             10:04:37
```

**Page 68**

```
 1       A.  She was born in Buenos Aires, Argentina while I 10:04:38
 2   was living in hiding.                                   10:04:54
 3       Q.  Do all of your children -- maybe -- how many of 10:04:55
 4   your children have citizenships in Argentina in addition 10:05:06
 5   to any other country?                                   10:05:12
 6       MS. VARGAS:  Objection; relevance.                  10:05:13
 7   BY MR. DAVIS:                                           10:05:15
 8       Q.  You can answer, ma'am.                          10:05:15
 9       A.  All four have Argentinian nationality because   10:05:51
10   France allows having dual nationality.  The first three 10:05:54
11   have their nationality as born in Argentina, and the    10:05:58
12   fourth has the acquired right to the Argentinian        10:06:02
13   nationality and preserve the French nationality.        10:06:06
14       Q.  Have any of your children ever resumed -- have  10:06:13
15   any of your children ever lived in Argentina after you  10:06:17
16   first got to France?                                    10:06:21
17       MS. VARGAS:  Objection; relevance.                  10:06:27
18       THE WITNESS:  All four have traveled on             10:06:57
19   different occasions and different periods to Argentina,  10:07:00
20   and they have all returned to Argentina.                10:07:04
21   BY MR. DAVIS:                                           10:07:09
22       Q.  And to follow-up with that, when you say        10:07:10
23   they've returned to Argentina, you mean they visited    10:07:12
24   Argentina or they actually lived in Argentina?          10:07:15
25       A.  No.  That they have visited Argentina.  My      10:07:19
```

**Page 69**

```
 1   apologies.                                              10:07:35
 2       Q.  I'd like to talk about your first husband.  You 10:07:42
 3   told us a little bit about him.  But what was his exact  10:07:45
 4   occupation?                                             10:08:02
 5       MS. VARGAS:  Objection; asked and answered.         10:08:05
 6       THE WITNESS:  He was a worker at a factory.         10:08:22
 7   BY MR. DAVIS:                                           10:08:24
 8       Q.  What was his education background?              10:08:25
 9       A.  After elementary and secondary and high school, 10:08:26
10   he took two years of higher education.                 10:08:59
11       Q.  Did he receive any degrees?                     10:09:03
12       A.  No.                                             10:09:04
13       Q.  Do you know what he studied?                    10:09:11
14       A.  For sure he finished high school.  And then he  10:09:25
15   attempted higher education.  But I don't remember       10:09:28
16   exactly.                                                10:09:30
17       Q.  Do you remember what other jobs he had in his   10:09:37
18   career?                                                 10:09:40
19       A.  Ever since I met him, he worked at the factory. 10:09:58
20   I don't recall any other jobs.                          10:10:03
21       Q.  So he only had that -- in the time that you     10:10:15
22   were with him, he only had the one job that you can     10:10:17
23   remember?                                               10:10:20
24       MS. VARGAS:  Objection; misstates testimony.        10:10:26
25   ///
```

18 (Pages 66 - 69)

**Page 70**

```
1   BY MR. DAVIS:                                   10:10:30
2       Q.  You may answer, ma'am.                  10:10:30
3           MR. DAVIS:  I'm sorry.  Translator, I'm sorry.  10:10:42
4   You need to translate the objections.          10:10:46
5           THE INTERPRETER:  Interpreter apologizes.  10:10:50
6           Ms. Vargas, could you please repeat the reason  10:10:51
7   for your objection.                            10:10:57
8           MS. VARGAS:  Sure.  Objection.  It misstates  10:10:58
9   the testimony.                                 10:11:03
10          THE INTERPRETER:  Come again, please.  10:11:04
11          MR. DAVIS:  And, Counsel, just so you're aware,  10:11:04
12  the Southern District has very specific limitations on
13  what counsel can say in an objection.  And you're
14  allowed to instruct or ask speaking objections.  10:11:08
15          MS. VARGAS:  I understand that.        10:11:08
16          MR. DAVIS:  I believe you violated with that  10:11:09
17  objection.  Anyway...                          10:11:10
18          MS. VARGAS:  Okay.  As has counsel for  10:11:11
19  defendant incessantly.  So I understand this.  10:11:13
20  BY MR. DAVIS:                                   10:11:22
21      Q.  Ma'am, you can answer the question.    10:11:23
22      A.  He worked at a factory when I met him and ever  10:11:28
23  since.                                         10:11:42
24      Q.  Did he ever take any political stands against  10:11:46
25  the Argentine government?                      10:11:55
```

**Page 71**

```
1       A.  I don't specifically recall anything.  10:11:59
2       Q.  You were asked on your direct examination about  10:12:18
3   what your husband was charged with when he was arrested.  10:12:22
4   Do you recall being asked about that?          10:12:25
5       A.  When he was detained and we went to find him,  10:12:27
6   because he didn't return home on time, and when we found  10:13:25
7   him, we were told that he was arrested because he was  10:13:28
8   found with another two people in a car with non-matching  10:13:31
9   license plates.  Apparently, it was a stolen car.  10:13:38
10      Q.  Had your husband ever been arrested before?  10:13:45
11          MS. VARGAS:  Objection; foundation.   10:13:54
12          THE WITNESS:  Not that I know of.      10:13:55
13  BY MR. DAVIS:
14      Q.  What was the date that your husband -- oh.  I'm  10:14:15
15  sorry.                                         10:14:17
16          THE INTERPRETER:  Excuse me, sir.      10:14:18
17          THE WITNESS:  We met when we were 20, 22.  We  10:14:20
18  were very young at the time.                    10:14:22
19  BY MR. DAVIS:                                   10:14:26
20      Q.  What was the date that your husband was  10:14:26
21  arrested?                                      10:14:28
22      A.  It was early 1972.                      10:14:29
23      Q.  The last time you saw your husband was in  10:14:43
24  January of 1972?                               10:14:49
25          MS. VARGAS:  Objection; asked and answered.  10:14:59
```

**Page 72**

```
1           You can answer.                        10:15:11
2           THE WITNESS:  I could see him during the  10:15:40
3   hearing.  There was a chance you could say hi to him  10:15:41
4   It was a hearing about the case that I just told you  10:15:50
5   about, the car with the license plates.        10:15:52
6   BY MR. DAVIS:                                   10:15:54
7       Q.  When was that?                          10:15:55
8       A.  Early 1972.                             10:15:55
9       Q.  Did you have any correspondence with your  10:16:06
10  husband between the last time you saw him and August of  10:16:23
11  1972?                                          10:16:25
12      A.  I would go and visit him at the Via Devoto  10:16:26
13  prison with the children.  We'd go on the weekends.  10:16:47
14      Q.  My question may not have been clear.  So I'm  10:16:51
15  asking, after the last time you saw your husband, which  10:16:54
16  you've told us is early 1972, from that point until your  10:16:58
17  husband died, did you have any communication with your  10:17:04
18  husband?                                       10:17:06
19      A.  It was mostly the kids who were in       10:18:33
20  correspondence with their father.  They would send him  10:18:37
21  pictures, and he would send drawings back.  But he would  10:18:40
22  also send recommendations that the kids behave  10:18:43
23  themselves, that they would listen to their mother, that  10:18:47
24  they were beautiful children, and also to me to be  10:18:49
25  strong as a mother.  But, you know, it was mostly  10:18:52
```

**Page 73**

```
1   intimate communications.  And mostly, as I said before,  10:18:55
2   they were drawings.  Drawings that the children would  10:18:59
3   send to him, and he would be able to put up in his cell.  10:19:02
4   And then he would send pictures back to them.  10:19:05
5       Q.  Did you have any telephone conversations with  10:19:11
6   your husband after the last time you physically saw him  10:19:13
7   until he died?                                 10:19:16
8       A.  No.                                     10:19:17
9       Q.  Did you ever receive any information as to why  10:19:29
10  your husband attempted to escape from their prison  10:19:40
11  he was in?                                     10:19:44
12          MS. VARGAS:  Objection; foundation.     10:19:44
13          THE WITNESS:  No.  I never received any  10:19:45
14  information about any of that.  I've heard about it all  10:20:10
15  through the radio.                             10:20:13
16  BY MR. DAVIS:                                   10:20:22
17      Q.  After your husband died, at one point you  10:20:22
18  learned that Mr. Roberto Bravo may have had some  10:20:26
19  connection to that; correct?                    10:20:34
20          MS. VARGAS:  Objection; asked and answered.  10:20:48
21          THE WITNESS:  Yes.  I did receive that  10:20:55
22  information.                                   10:20:58
23  BY MR. DAVIS:                                   10:20:58
24      Q.  And, in fact, you learned that in pretty short  10:20:59
25  order after your husband's death.               10:21:01
```

Page 74

```
1    A.  Yes.  That's correct.                          10:21:15
2    Q.  Were you aware that there was a military       10:21:16
3    proceeding involving Mr. Bravo related to your husband's  10:21:18
4    death in 1973?                                     10:21:22
5        MS. VARGAS:  Objection.                        10:21:26
6        THE WITNESS:  This was in October of 1972 when 10:22:22
7    there was a procedure with Camps, and Haidar, and  10:22:26
8    Berger.  And this was at the Via Devoto infirmary where  10:22:35
9    they presented their testimony and explained what had  10:22:39
10   happened.                                          10:22:41
11   BY MR. DAVIS:                                      10:22:44
12   Q.  How did you learn about that proceeding?       10:22:45
13       MS. VARGAS:  Objection; asked and answered.    10:22:57
14       THE WITNESS:  On the radio, as I mentioned.  On 10:23:04
15   August 22nd, I found out what happened on the radio.  On 10:23:17
16   August 15th, I found out what happened via the radio.  10:23:23
17   BY MR. DAVIS:                                      10:23:25
18   Q.  I'm now talking about proceedings after your   10:23:25
19   husband's death.  When did you find out about that?  10:23:28
20       MS. VARGAS:  Objection; vague.                 10:23:42
21   Steve, could we just clarify which of the          10:23:44
22   proceedings you're talking about?                  10:23:47
23       MR. DAVIS:  Well, I -- I had asked her a       10:23:49
24   question -- I'm sorry.  Go ahead and translate.    10:23:51
25       THE WITNESS:  I am referring to the civil      10:24:05
```

Page 75

```
1    claim, civil case that I filed in September of 1972  10:24:27
2    against the Argentinian Naval -- Navy in relation to  10:24:31
3    death of my husband on August 22nd, 1972.          10:24:35
4    BY MR. DAVIS:                                      10:24:40
5    Q.  And you told us about that in your direct      10:24:40
6    testimony.  I'm asking were you aware that there was a  10:24:43
7    military proceeding, not initiated by you, related to  10:24:45
8    Mr. Bravo's alleged involvement?                   10:24:48
9        MS. VARGAS:  Objection; mischaracterizes.      10:24:53
10       THE WITNESS:  Maybe there's something that I am 10:26:49
11   not understanding your question.  I'm referring to what  10:26:51
12   happened in 1972 when trial began, which led to the  10:26:53
13   realization of the autopsy, where there was the    10:26:57
14   testimonies of the three survivors.  As I had mentioned  10:27:02
15   before, there was a testimony from first one, and then  10:27:06
16   the other, and then the third survivor when they talked  10:27:09
17   about what happened in the Trelew massacre when 19  10:27:14
18   people -- where there was the attempted murder of 19  10:27:19
19   individuals.  This case included Mr. Bravo as well as  10:27:22
20   the other military personnel who was -- who had      10:27:27
21   participated.                                      10:27:31
22   BY MS. VARGAS:                                     10:27:32
23   Q.  All I'm asking is you told us about the        10:27:36
24   proceeding that you initiated against the Navy.  Are you  10:27:38
25   aware of any other proceedings in 1972 or 1973 relating  10:27:40
```

Page 76

```
1    to what happened to your husband?                  10:27:44
2        A.  No.  I do not have knowledge of any other case.  10:27:47
3        Q.  You were -- you told us in your direct     10:28:13
4    testimony that as a result of law 24.411 and sometime  10:28:18
5    around April 5th of 2000, you received compensation.  10:28:27
6    How much compensation did you receive?             10:28:31
7        MS. VARGAS:  Objection.                        10:28:34
8        THE WITNESS:  Yes.  I can tell you how much I  10:28:34
9    received.  Yes, I can tell you.  I received 30,000  10:29:03
10   Argentinian pesos.  And as indicated by the lawyer, half  10:29:24
11   was for myself and the other half was divided between  10:29:29
12   Hernan and Marianna.                               10:29:32
13   BY MR. DAVIS:                                      10:29:39
14   Q.  Is that the only compensation that you ever    10:29:40
15   received related to your husband's death?          10:29:42
16   A.  No.  I later received another compensation.    10:29:44
17   This was from another government that provided     10:30:14
18   compensation to the family members of murdered     10:30:16
19   individuals.                                       10:30:18
20   Q.  And how much was that?                         10:30:22
21   A.  I don't remember.  I don't have those numbers  10:30:23
22   in my head.                                        10:30:36
23   Q.  What year did you receive that money?          10:30:37
24   A.  That was -- that must be about 2011 or 2012.   10:30:41
25   No.  I'm pretty sure it was 2011.                  10:31:12
```

Page 77

```
1    Q.  And do you know under what proceeding or what  10:31:17
2    authority that money was paid to you?              10:31:21
3    A.  Is the question what president was in office   10:31:45
4    or --                                             10:31:49
5    Q.  Well, under what -- you told us about law      10:31:49
6    24.411 providing compensation to you in the year 2000.  10:31:53
7    And then you said you've received other compensation  10:31:57
8    from another proceeding.  And I'm just trying to    10:32:00
9    identify what you know about that other proceeding or  10:32:03
10   under what basis you received that compensation.    10:32:07
11   A.  So in this case, we just had to present         10:33:18
12   information about where our family member's remains had  10:33:22
13   been found.  This wasn't -- this wasn't a case.  It  10:33:27
14   was -- this indemnification or compensation process was  10:33:31
15   carried out based on the incident.  So we presented the  10:33:36
16   information about what happened in Trelew.  And then  10:33:39
17   there was decision made whether or not we had the right  10:33:42
18   to compensation.  But it was not a court case.     10:33:46
19   Q.  Was it the same as the first proceeding under  10:33:57
20   law 24.411 that you had to split whatever recovery you  10:34:02
21   had or share whatever recovery you had with your    10:34:08
22   children?                                          10:34:10
23   A.  Of course.  Yes, it was.                       10:34:11
24   Q.  So other than those two circumstances that     10:34:30
25   we've just talked about, are there any other -- have you  10:34:32
```

20 (Pages 74 - 77)

**Page 78**

1　been compensated in any other way as a result of your　10:34:38
2　husband's death?　10:34:43
3　　　A. No.　10:34:44
4　　　Q. Did you ever file suit, other than -- we have　10:34:59
5　this case that's pending in the Southern District of　10:35:15
6　Florida, and we have the case that you initiated in 1972　10:35:19
7　right after your husband's death. Did you initiate any　10:35:22
8　other actions against anyone regarding your husband's　10:35:25
9　death?　10:35:30
10　　　A. Not currently. The only one I have currently　10:36:01
11　is the one with my lawyer, Claret Vargas.　10:36:12
12　　　Q. Just so I'm clear though, I'm just asking -- we　10:36:19
13　all understand that this case is pending. We're talking　10:36:21
14　about are there any other cases that you ever initiated　10:36:24
15　against anyone regarding your husband's death that you　10:36:28
16　didn't already talk about?　10:36:30
17　　　A. Currently, the only case that we have is this　10:36:52
18　one.　10:36:54
19　　　Q. You use the word "currently," and that's what's　10:36:54
20　throwing me off. Are you aware of any other proceedings　10:37:01
21　that you ever initiated, other than this one?　10:37:05
22　　　A. I had previously mentioned the 2002 -- excuse　10:38:09
23　me -- 2012 case where there was a ruling that the crime　10:38:12
24　was a crime against humanity and that all the of the　10:38:18
25　perpetrators who were present during the Trelew massacre　10:38:22

**Page 79**

1　were convicted. They were convicted with a sentence --　10:38:27
2　excuse me.　10:38:33
3　　　THE INTERPRETER: Interpreter check.　10:38:37
4　　　THE WITNESS: Life in prison for that crime.　10:38:41
5　BY MS. VARGAS:　10:38:48
6　　　Q. I'm just, again, trying to exhaust what you　10:38:48
7　know about any -- these criminal proceedings which you　10:38:51
8　told us about which I believe is a 2012 proceeding. Are　10:38:55
9　you aware of any other civil proceedings, other than　10:38:58
10　this one and the one you initiated in 1972?　10:39:00
11　　　A. No.　10:39:26
12　　　Q. Are you aware of law 24043 in Argentina?　10:39:26
13　　　MS. VARGAS: Objection.　10:39:48
14　　　THE WITNESS: No.　10:39:52
15　BY MS. VARGAS:　10:39:53
16　　　Q. And do you remember whether you received, in　10:39:56
17　December of 2011, 531,059 Argentine pesos?　10:39:59
18　　　THE INTERPRETER: Mr. Davis, could you please　10:40:09
19　repeat the amount.　10:40:11
20　　　MR. DAVIS: 531,059.　10:40:12
21　　　THE WITNESS: Probably. Could be. I mean, I　10:40:38
22　already said I can't remember.　10:40:40
23　BY MS. VARGAS:　10:40:42
24　　　Q. And do you remember making a specific　10:40:42
25　application for that money in 2011?　10:40:44

**Page 80**

1　　　MS. VARGAS: Objection; asked and answered.　10:40:50
2　　　THE WITNESS: It's probably like you are　10:40:53
3　mentioning it.　10:41:09
4　BY MS. VARGAS:　10:41:11
5　　　Q. And would that money have -- that's the amount　10:41:11
6　of money that you would have split with your children,　10:41:15
7　or would that have been the money that would have gone　10:41:17
8　straight to you?　10:41:20
9　　　MS. VARGAS: Objection; asked and answered.　10:41:30
10　　　THE WITNESS: My memory tells me that　10:41:31
11　everything we received, we split it between the three of　10:41:46
12　us.　10:41:50
13　BY MS. VARGAS:　10:41:50
14　　　Q. Do you have an Argentine national　10:41:57
15　identification number?　10:41:59
16　　　MS. VARGAS: Objection; relevance.　10:42:02
17　　　THE WITNESS: What do you mean by　10:42:03
18　identification number?　10:42:26
19　BY MS. VARGAS:　10:42:26
20　　　Q. A number under which you would submit an　10:42:28
21　application for benefits from the government of　10:42:32
22　Argentina in connection with your husband's death.　10:42:35
23　　　A. No. I don't have that. I don't have a clue　10:42:51
24　about what you're talking about. But I don't. I don't　10:43:04
25　have.　10:43:11

**Page 81**

1　　　Q. But you do remember making an application at　10:43:11
2　least twice for benefits from the Argentine government　10:43:14
3　in connection with your husband's death?　10:43:17
4　　　MS. VARGAS: Objection; asked and answered.　10:43:18
5　　　THE WITNESS: Are we talking about 2011 again?　10:43:20
6　BY MS. VARGAS:　10:43:35
7　　　Q. I'm talking about -- you've identified two　10:43:35
8　times on the record, once in 2000, once in 2011. I'm　10:43:38
9　just trying to understand how many times you've applied　10:43:43
10　for benefits in connection with your husband's death.　10:43:45
11　Is it only these two times or are there other times?　10:43:48
12　　　A. Twice. Once again, I'm talking about 2000 and　10:43:51
13　2011. In 2000, under the first law that was issued, and　10:44:57
14　then a second line of benefits was opened for those　10:45:02
15　people who lost relatives in 2011. After that, I have　10:45:07
16　no further connections after 2012, I have no connections　10:45:10
17　with Argentina.　10:45:15
18　　　Q. In this lawsuit, you claim to be the　10:45:16
19　representative of the estate your late husband. How did　10:45:30
20　you get that capacity, ma'am?　10:45:35
21　　　MS. VARGAS: Objection.　10:45:41
22　　　THE WITNESS: Because I got in touch with　10:45:41
23　attorney Claret Vargas.　10:46:07
24　BY MS. VARGAS:　10:46:08
25　　　Q. How did you get to Ms. Vargas?　10:46:11

| | Page 82 | |
|---|---|---|
| 1 | MS. VARGAS:  Objection. | 10:46:14 |
| 2 | THE WITNESS:  Because I found out there were | 10:46:14 |
| 3 | lawyers in the United States that could continue with my | 10:46:40 |
| 4 | process requesting the extradition of Mr. Bravo. | 10:46:44 |
| 5 | BY MS. VARGAS: | 10:46:51 |
| 6 | Q.  Are you familiar with something called the | 10:46:51 |
| 7 | Center of Legal and Social Studies, which is an | 10:46:53 |
| 8 | Argentine organization? | 10:46:57 |
| 9 | MS. VARGAS:  Objection; relevance. | 10:47:11 |
| 10 | THE WITNESS:  Yes.  I'm aware of them.  They're | 10:47:12 |
| 11 | a center that provides counsel. | 10:47:28 |
| 12 | BY MS. VARGAS: | 10:47:32 |
| 13 | Q.  When did you first contact them in connection | 10:47:32 |
| 14 | with your husband's death? | 10:47:34 |
| 15 | MS. VARGAS:  Objection. | 10:47:43 |
| 16 | You're getting quite close to privileged | 10:47:44 |
| 17 | information, Steve. | 10:47:46 |
| 18 | THE WITNESS:  When I started the 2012 trial. | 10:47:56 |
| 19 | BY MS. VARGAS: | 10:48:08 |
| 20 | Q.  Can you identify the name of the person, of the | 10:48:08 |
| 21 | attorney that you contacted? | 10:48:09 |
| 22 | A.  I cannot recall the names.  They were lawyers | 10:48:10 |
| 23 | incorporated with me in the 2012 case, but I can't | 10:48:45 |
| 24 | recall the names right now.  It has been over ten years. | 10:48:49 |
| 25 | So my memory can't hold that much detail. | 10:49:05 |

| | Page 84 | |
|---|---|---|
| 1 | even to collect the damages for the compensations. | 10:52:36 |
| 2 | BY MS. VARGAS: | 10:52:40 |
| 3 | Q.  When did you start traveling back to Argentina? | 10:52:48 |
| 4 | You told us you left Argentina in the '70s, and then you | 10:52:50 |
| 5 | went to Brazil first, and then you went to France.  When | 10:52:54 |
| 6 | did you start traveling back to Argentina? | 10:52:58 |
| 7 | A.  After the military junta was finished.  Perhaps | 10:53:00 |
| 8 | it was 1986.  But I didn't travel immediately.  Probably | 10:54:03 |
| 9 | around 2005 was the first time I traveled, and then in | 10:54:07 |
| 10 | 2011 or 2012. | 10:54:11 |
| 11 | Q.  To the best of your memory, 2005 is the first | 10:54:17 |
| 12 | time you traveled back to Argentina from the 1970s? | 10:54:20 |
| 13 | MS. VARGAS:  Objection; asked and answered. | 10:54:33 |
| 14 | THE WITNESS:  2005 and 2012, or 2011, 2012, | 10:54:34 |
| 15 | around that time, because of the trial that was opened | 10:54:51 |
| 16 | in 2012.  That is, for the years after the events had | 10:55:09 |
| 17 | happened. | 10:55:14 |
| 18 | BY MS. VARGAS: | 10:55:14 |
| 19 | Q.  Do any of your family members travel to | 10:55:20 |
| 20 | Argentina, other than those two times? | 10:55:23 |
| 21 | A.  My children have traveled to Argentina -- my | 10:55:25 |
| 22 | children have traveled on different occasions.  I do not | 10:56:08 |
| 23 | recall the dates.  It's impossible to recall the dates. | 10:56:11 |
| 24 | But after all the problems ceased, they have traveled as | 10:56:15 |
| 25 | adults, either individually or in couples. | 10:56:20 |

| | Page 83 | |
|---|---|---|
| 1 | Q.  Going back to my first questions about you as a | 10:49:07 |
| 2 | personal representative or representative of the estate | 10:49:13 |
| 3 | of your late husband.  Have you ever been appointed by a | 10:49:15 |
| 4 | court anywhere to be -- to hold that capacity? | 10:49:19 |
| 5 | MS. VARGAS:  Objection. | 10:49:26 |
| 6 | THE WITNESS:  No.  Because as the wife of my | 10:49:44 |
| 7 | late husband, I had the capacity to start any case, | 10:50:09 |
| 8 | whether criminal or civil or -- regarding his estate. | 10:50:14 |
| 9 | BY MS. VARGAS: | 10:50:22 |
| 10 | Q.  What is your basis for saying that? | 10:50:23 |
| 11 | MS. VARGAS:  Objection. | 10:50:30 |
| 12 | You're asking her information that only her -- | 10:50:31 |
| 13 | a legal expert can answer.  This is a lay witness. | 10:50:33 |
| 14 | THE WITNESS:  Overall, whenever I had to start | 10:51:21 |
| 15 | a case or file a suit or anything, I would need to have | 10:51:24 |
| 16 | the birth and death certificate of my husband and our | 10:51:29 |
| 17 | marriage certificate.  That was what was necessary to | 10:51:32 |
| 18 | start them. | 10:51:35 |
| 19 | BY MS. VARGAS: | 10:51:39 |
| 20 | Q.  But other than those two documents, you don't | 10:51:40 |
| 21 | have any other documents that give you a legal authority | 10:51:42 |
| 22 | to assert a claim on behalf of your late husband? | 10:51:45 |
| 23 | MS. VARGAS:  Objection. | 10:51:50 |
| 24 | THE WITNESS:  Not that I recall.  Those were | 10:51:50 |
| 25 | the documents that I used to work with the lawyers and | 10:52:34 |

| | Page 85 | |
|---|---|---|
| 1 | Q.  In your direct testimony, you indicated that | 10:56:24 |
| 2 | you learned that Roberto Bravo was living in the United | 10:56:37 |
| 3 | States in 2018.  Do you recall that testimony? | 10:56:42 |
| 4 | MS. VARGAS:  I'm sorry.  Translation check. | 10:56:56 |
| 5 | You didn't say the year that counsel mentioned in his | 10:56:58 |
| 6 | question. | 10:57:02 |
| 7 | THE INTERPRETER:  I believe I said 2008.  Let | 10:57:10 |
| 8 | me restate. | 10:57:12 |
| 9 | Better even, Mr. Davis, can you please repeat | 10:57:14 |
| 10 | the question. | 10:57:17 |
| 11 | MR. DAVIS:  Okay.  I just would note, I | 10:57:18 |
| 12 | don't -- you may be right on the translation.  But we | 10:57:19 |
| 13 | have an independent translator who was translating, and | 10:57:22 |
| 14 | that's what they're paid to do.  And I don't think you | 10:57:27 |
| 15 | have a right to change the translation.  If the | 10:57:29 |
| 16 | translator's -- if you're not happy with the | 10:57:31 |
| 17 | translation, then we should get new translators.  So I | 10:57:35 |
| 18 | don't -- | 10:57:38 |
| 19 | MS. VARGAS:  This is a translation check. | 10:57:38 |
| 20 | Translation checks is something that we've been doing | 10:57:41 |
| 21 | across the board in these, and it's for the accuracy of | 10:57:42 |
| 22 | it. | 10:57:44 |
| 23 | MR. DAVIS:  I'm not ascribing any evil motive | 10:57:44 |
| 24 | or anything like that.  I am only saying I don't -- I | 10:57:49 |
| 25 | think it's appropriate only for the translator to do the | 10:57:51 |

**Page 86**

1  translation, not counsel.  So that's all that I'm  10:57:53
2  saying.  10:57:58
3  BY MR. DAVIS:  10:58:02
4  Q.  So that being said, ma'am, I'll just ask you a  10:57:58
5  question.  You told us on your direct that you learned  10:58:04
6  in 2008 that Roberto Bravo was living in Miami.  Do you  10:58:11
7  recall that?  10:58:15
8  A.  Yes.  10:58:15
9  Q.  Why didn't you sue him then?  10:58:19
10  A.  Because I didn't know at the time how to  10:58:21
11  proceed.  I had read about that in the news, in  10:58:50
12  Argentinian newspapers and even in one in France.  I  10:58:55
13  didn't have an idea about how I could proceed.  I didn't  10:59:25
14  know that there was a possibility of having a lawyer in  10:59:29
15  the United States where, you know, we could have a case  10:59:29
16  such as the case today.  I didn't have that  10:59:35
17  understanding or information to proceed at that time.  10:59:37
18  Q.  Did you -- strike that.  10:59:46
19  Did you talk to any of the other -- there were  10:59:46
20  some other survivors that -- strike that.  10:59:49
21  Can you bring up Exhibit 129.  11:00:08
22  MS. VARGAS:  I think you should be able to  11:00:18
23  access it through the marked exhibits folder.  11:00:20
24  MR. DAVIS:  I can access it.  I'd like it on  11:00:23
25  the share screen so I can have it right now.  Is that  11:00:26

**Page 87**

1  not possible?  11:00:29
2  MS. VARGAS:  Sure.  I think you can share your  11:00:29
3  own screen.  11:00:37
4  MR. DAVIS:  Well, maybe I can and maybe I  11:00:39
5  can't.  Let me see here.  Hold on.  11:00:41
6  MS. VARGAS:  And, Counsel, as it's getting  11:01:07
7  quite late in Paris, in France, can I get a sense of how  11:01:09
8  much longer you expect to be?  11:01:14
9  MR. DAVIS:  It's going to take me a minute to  11:01:16
10  figure out the share screen.  And I'll continue to ask  11:01:20
11  questions.  And certainly if the witness needs to take a  11:01:23
12  break, she's welcome to take a break.  And if she needs  11:01:25
13  to go onto another day, I'm happy to go onto another  11:01:31
14  day.  I don't want to start an endurance contest.  But  11:01:34
15  it's going to take me a couple minutes to find these  11:01:37
16  documents on the screen share, and that's just my  11:01:40
17  technological limitations.  So I'm doing the best I can.  11:01:42
18  THE WITNESS:  I prefer to continue today and  11:02:14
19  conclude today.  11:02:17
20  BY MR. DAVIS:  11:02:18
21  Q.  I understand.  I'm trying to get up  11:02:18
22  Exhibit 129.  I was asking if someone can get it up, and  11:02:20
23  I'm now just -- I have it up.  I don't know how to share  11:02:22
24  screen based upon the number of windows I have open in  11:02:26
25  my computer right now.  So I apologize for that.  So I  11:02:29

**Page 88**

1  will do the best I can.  11:02:36
2  MS. VARGAS:  Counsel, the witness has  11:02:37
3  Exhibit 129 printed in front of her, if that helps.  11:02:42
4  BY MR. DAVIS:  11:02:50
5  Q.  Ma'am, can you look at Exhibit 129.  It's dated  11:02:51
6  August 16th, 1995.  It's a letter addressed to the  11:02:56
7  president of Argentina, Dr. Carlos Menem.  So can you  11:03:01
8  look at that.  11:03:07
9  A.  Yes.  I have it before me.  It's a document  11:03:08
10  from August 16th, 1995.  11:03:41
11  Q.  Is this the first letter that you ever wrote to  11:03:43
12  anyone in Argentina -- strike that -- to the Argentinian  11:03:51
13  president regarding your husband's death?  11:03:58
14  A.  To a president?  I believe this is the first  11:04:00
15  one, yes.  Yes.  I believe this was the first letter  11:04:17
16  that I had written to a president, the first request  11:04:56
17  I've made because it was the first time that that was a  11:04:59
18  possibility due to the fact that this was a different  11:05:02
19  government, that the previous governments had been  11:05:06
20  military governments.  11:05:08
21  Q.  So you felt the government in 1995 in Argentina  11:05:11
22  would be more receptive to your claims?  11:05:17
23  MS. VARGAS:  Objection; misstates testimony.  11:05:30
24  BY MR. DAVIS:  11:05:45
25  Q.  You can answer, ma'am.  11:05:45

**Page 89**

1  A.  Yes.  I -- my efforts were to ensure that what  11:06:23
2  happened at Trelew not be forgotten.  So I sought out  11:06:28
3  all possible paths that I saw before me, including  11:06:32
4  sending a letter to the president calling for the  11:06:35
5  Argentinian authorities to open a case and to respond to  11:06:39
6  what had happened in Trelew.  11:06:42
7  Q.  What other communications did you have with the  11:06:48
8  Argentine government between this letter in 1995 and the  11:06:51
9  time in 2000 when the law was passed that you got your  11:06:57
10  initial compensation?  11:07:01
11  A.  I wrote another letter in 1997 on the 20th  11:07:02
12  anniversary.  But I just want to mention that in no way,  11:07:44
13  at least in how I understood what I was doing or knew,  11:08:24
14  was there a relationship between my letters, my call for  11:08:27
15  the governing authorities to open a case, and the  11:08:33
16  compensation.  I was -- I wasn't, through my case,  11:08:35
17  seeking compensation.  How I understood, these were  11:08:39
18  separate incidents.  11:08:43
19  Q.  I'm not asking about your motive, ma'am.  I'm  11:08:47
20  just asking about what actions you took.  So, again, you  11:08:50
21  said you wrote a letter in 1997.  Did you write any  11:08:55
22  other letters to anyone in the Argentine government  11:08:58
23  between 1997 and 2000 when law 24.411 was enacted?  11:09:02
24  MS. VARGAS:  Objection; asked and answered.  11:09:11
25  THE WITNESS:  I never asked for that law.  My  11:09:12

**Page 90**

1  trouble was not related to the law.  The letters I wrote   11:10:00
2  were not related to that law.  I was not a part of that.   11:10:03
3  BY MR. DAVIS:   11:10:06
4     Q.  That law was passed in the year 2000.  As I   11:10:07
5  understand it, you never traveled to Argentina until   11:10:11
6  after 2000; is that right?   11:10:14
7     A.  Here we see in the letter that it was   11:10:15
8  Administrative Justice of the Human Rights Department   11:10:36
9  that sent me a letter saying that I could receive   11:10:36
10  compensation.   11:10:40
11     I'm sorry.  Could you repeat your question,   11:10:44
12  Counsel.   11:10:48
13     MR. DAVIS:  Yes.   11:10:48
14  BY MR. DAVIS:   11:10:49
15     Q.  Ma'am, I was trying to understand what actions   11:10:49
16  you took with respect to the Argentine government.  And   11:10:51
17  as I understand it, you wrote the letter in 1995, which   11:10:53
18  we have it as I think it's Exhibit 131; and then we have   11:10:57
19  the letter that you mentioned to us a minute ago, which   11:11:03
20  is not an exhibit to this lawsuit, to this deposition,   11:11:07
21  which you wrote in 1997; and then we have the law that   11:11:11
22  you testified about, law 24.411 in April 5th of 2000 in   11:11:16
23  which you received some compensation -- received   11:11:23
24  compensation.  I'm just asking now about contact you had   11:11:26
25  were the Argentine government.  What other contact did   11:11:29

**Page 91**

1  you have with the Argentine government, other than those   11:11:32
2  two letters you mentioned, before April 5th of 2000?   11:11:36
3     MS. VARGAS:  Objection; asked and answered.   11:11:43
4     THE WITNESS:  I didn't have any contact, any   11:11:45
5  other contact with the government.  And none of the   11:12:59
6  letters that I sent to the government were ever   11:13:02
7  responded to.   11:13:04
8  BY MR. DAVIS:   11:13:09
9     Q.  After the year 2000, after law 24.411 was   11:13:09
10  enacted, you produced Exhibit 128, which was a letter   11:13:14
11  dated August 24, 2005.  Do you have that in front of   11:13:20
12  you, ma'am?   11:13:27
13     A.  Yes.  I have it here.   11:13:27
14     Q.  Did you write --   11:13:56
15     A.  These two pieces of evidence are not related.   11:13:58
16     Q.  I'm just using them for date references, ma'am.   11:14:09
17     Did you write any letters between the time of   11:14:11
18  the -- of law 24.411, on April 5th of 2000, and the   11:14:15
19  exhibit we're just looking at?   11:14:23
20     MS. VARGAS:  Steve, after this question, we   11:14:37
21  would like a small break, I think.  After you finish.   11:14:39
22     MR. DAVIS:  If we finish.  Why don't we take a   11:14:46
23  break now.  Somehow -- I'm just -- my apologies.  I've   11:14:49
24  got like 46 windows up in my computer and trouble to   11:14:53
25  find things.  We'll take a break now.  Withdraw the   11:14:58

**Page 92**

1  question.  We'll be back in five minutes?  Ten minutes?   11:15:01
2  What do you want?   11:15:05
3     MS. VARGAS:  Let's do ten minutes.  I assume   11:15:06
4  people will need bathroom breaks.  I assume we're   11:15:09
5  getting -- can you get an estimate of how much longer   11:15:11
6  you think, just so we --   11:15:14
7     MR. DAVIS:  I'm going to speak to Neal on the   11:15:15
8  break.  And I'll be able to tell you better after that.   11:15:20
9  And then -- you're in California; right?  So it's a   11:15:21
10  different story.   11:15:24
11     MS. VARGAS:  It's very early for me.  That's   11:15:24
12  not a problem at all.  And I think --   11:15:27
13     MR. DAVIS:  You're not missing lunch.   11:15:28
14     MS. VARGAS:  No, I'm not.  I'm so sorry.  But I   11:15:30
15  think we can finish today.  So we'll take this break and   11:15:32
16  we'll scarf down some food, and we'll see you in ten   11:15:37
17  minutes.   11:15:40
18     MR. DAVIS:  Thank you.   11:15:40
19     MS. VARGAS:  Okay.   11:15:41
20     Could we get put in a breakout room, please?   11:15:42
21  And again, if people could just -- if you all could   11:15:46
22  invite us to one because we don't know how to get in   11:15:47
23  them.   11:15:51
24     THE VIDEOGRAPHER:  Yes.   11:15:52
25     MS. VARGAS:  Thank you.   11:15:55

**Page 93**

1     THE VIDEOGRAPHER:  We are going off the record   11:15:54
2  at 11:15 a.m.   11:15:55
3     (Recess)   11:15:57
4     THE VIDEOGRAPHER:  We are going back on the   11:31:47
5  record at 11:31 a.m.   11:32:01
6     MR. DAVIS:  I apologize.  I was too anxious to   11:32:04
7  start.   11:32:08
8  BY MR. DAVIS:   11:32:09
9     Q.  Ma'am, I'd like you to take a look at   11:32:09
10  Exhibit 128, which is a letter that you wrote, dated   11:32:13
11  August 24, 2005, addressed to the president.  Do you   11:32:19
12  have that letter in front of you?   11:32:23
13     A.  Yes, I do have that.   11:32:24
14     Q.  And again, I'm just trying to get, you know,   11:32:45
15  the chronology of your contacts with the Argentine   11:32:49
16  government relative to your husband's death.  And so I'm   11:32:52
17  using as a place marker the law 24.411 and April 5,   11:32:56
18  2000, date as a time where you received some   11:33:05
19  compensation for your late husband's death.  Between   11:33:08
20  that time and the letter, which I have -- which you have   11:33:13
21  in front of you, dated August 24, 2005, did you write   11:33:17
22  any other letters to anyone in the Argentine government   11:33:24
23  relative to your husband's death?   11:33:27
24     A.  I've already answered all this.  Are we coming   11:33:29
25  back to start with this all again?  I've already   11:34:37

24 (Pages 90 - 93)

1   answered.                                    11:34:40
2       Q. I did not hear and I did not ask you a question   11:34:41
3   about letters you wrote between April 5th of 2000 and   11:34:43
4   August 24th of 2005. And so the question is very   11:34:49
5   simple. Did you write any letters to the Argentine   11:34:52
6   government in that time period, that five year time   11:34:56
7   period?                                      11:34:58
8       MS. VARGAS: Objection. That's been asked and   11:35:27
9   answered.                                    11:35:38
10      THE WITNESS: This letter, the letter that was   11:35:38
11  to the Argentinian government.               11:35:41
12  BY MR. DAVIS:                                11:35:43
13      Q. Again, I'm only asking whether you wrote any   11:35:44
14  other letters besides the one between the year 2000 and   11:35:47
15  the year 2005. Very simple question.         11:35:51
16      A. I did not write any other letters between 2000   11:36:09
17  and 2005. But give me a second. I'll look at all my   11:36:18
18  letters. I don't want to make any mistakes. So give me   11:36:29
19  just a second. We have the three letters in order.   11:36:49
20      Q. The next -- well, there were three letters that   11:37:03
21  you testified about on your direct that are exhibits   11:37:05
22  128, 129 and 130. Let's see.                 11:37:09
23      A. So as I mentioned before, there was a letter   11:37:25
24  that was written in 1995. This letter was directed to   11:38:16
25  President Carlos Menem; there was another letter that   11:38:19

Page 94

1   was written in 1997, and this was written to the   11:38:22
2   president and the team of ministers; and then a letter   11:38:25
3   that was written in 2005. These are the only letters   11:38:29
4   that I wrote to people in power who would have the power   11:38:32
5   to be able to carry out the trial that I was calling   11:38:36
6   for.                                         11:38:39
7       Q. I'd like you to look at Exhibit 128 in the   11:38:39
8   signature line. Can you get that in front of you? Just   11:38:44
9   tell me when you have it.                    11:38:48
10      A. I have to here.                        11:38:59
11      Q. You are one of the signatories to this letter.   11:39:00
12  And I'm going to go through and ask you questions about   11:39:05
13  some of the other signatories. And so I'll start   11:39:07
14  with Ms. -- I assume it's Ms. Toschi, T-o-s-c-h-i. Do   11:39:16
15  you know her?                                11:39:22
16      A. What do I have to say on their behalf? I can   11:39:23
17  only speak on my behalf, not on behalf of anyone else.   11:39:59
18      Q. I understand that. But I'm asking right now,   11:40:04
19  did you have communications with Ms. Toschi prior to   11:40:07
20  sending this letter?                         11:40:10
21      A. I don't have recollection, but probably.   11:40:11
22      Q. Have you ever met Ms. Toschi?            11:40:41
23      A. Yes.                                   11:40:45
24      Q. When?                                  11:41:05
25      A. When our husbands were killed.          11:41:07

Page 95

1       Q. So you've known Ms. Toschi since 1972?   11:41:09
2       A. Yes.                                   11:41:38
3       Q. Have you had discussions with her in trying to   11:41:41
4   seek to get justice for your husband, as you put it in   11:41:47
5   your testimony? Did you have discussions with her about   11:41:51
6   the steps you were taking to seek justice?   11:41:55
7       A. I can't recall.                        11:42:02
8       Q. When's the last time you spoke to Ms. Toschi?   11:42:15
9       A. I don't have the slightest idea.       11:42:18
10      Q. What about -- and I know you don't know the   11:42:28
11  first name -- the person named Cappelo, C-a-p-p-e-l-o?   11:42:37
12  Do you know that man or woman?               11:42:47
13      A. Mrs. Cappelo died a few years ago. But I knew   11:42:49
14  her. And both her children were killed.     11:43:15
15      Q. Who is Eduardo Cappelo?                 11:43:19
16      A. I don't know. Probably one of the survivors of   11:43:23
17  the family. Because they were almost -- almost everyone   11:43:36
18  was killed.                                  11:43:39
19      Q. Have you ever had a conversation with Eduardo   11:43:40
20  Cappelo?                                     11:43:48
21      A. I can't recall.                        11:43:49
22      Q. Do you know Mariano Pujadas?            11:43:52
23      A. No.                                    11:44:03
24      Q. Do you know who Mariano Pujadas got to be a   11:44:04
25  signatory on the letter that you sent to the president   11:44:12

Page 96

1   on August 24th, 2005?                        11:44:17
2       A. He was at the meeting, and then he was bombed.   11:44:20
3   He was killed with a dynamite attack. So I have no more   11:44:49
4   information about it.                        11:44:53
5       Q. What meeting was he at?                 11:44:54
6       THE INTERPRETER: Come again, Mr. Davis,   11:44:57
7   please.                                      11:44:59
8       MR. DAVIS: Sure.                          11:45:00
9   BY MR. DAVIS:                                11:45:00
10      Q. What meeting was he at?                 11:45:00
11      Ma'am, I know you held up something. And I'm   11:45:16
12  sorry. The Zoom screen does not capture it. So can you   11:45:18
13  please describe for us in words what you were showing   11:45:23
14  me.                                          11:45:25
15      A. I showed you the letter that we gave the   11:45:25
16  president in 2005.                           11:45:54
17      Q. That letter. And I'm just asking you   11:45:55
18  about the communications you had with these witnesses --   11:45:58
19  excuse me -- with these signatories. And you mentioned   11:46:00
20  a meeting. And I'm asking what meeting did you attend   11:46:02
21  with Mr. Pujadas?                            11:46:04
22      A. Someone from his family was -- from their   11:46:40
23  family was there. Because it says here that it's by   11:46:43
24  proxy. So that's the person who attended the meeting.   11:46:47
25  ///

Page 97

25 (Pages 94 - 97)

**Page 98**

1 BY MR. DAVIS:                                11:46:51
2    Q.  So you did not attend the meeting with    11:46:52
3 Mr. Pujadas.  You attended the meeting with the person   11:46:55
4 listed as proxy, which looks to be Monserate -- I assume   11:46:58
5 it's also Pujadas.                           11:47:05
6    A.  Yes.  That is accurate.               11:47:13
7    Q.  And what was discussed at that meeting?   11:47:17
8       MS. VARGAS:  Objection; relevance.      11:47:23
9       THE WITNESS:  It was to agree on what we had to   11:47:46
10 ask for in order to push the trial forward.   11:47:49
11 BY MR. DAVIS:                               11:47:53
12    Q.  Was the meeting before or after this letter was   11:47:56
13 sent, which is dated August 24th, 2005?       11:48:02
14    A.  I don't have a clue.  I don't remember.   11:48:08
15    Q.  Do you recall how this letter was prepared?   11:48:22
16 And by that I mean, did you have a meeting?  Did you   11:48:26
17 have a telephone call?  How did it work?      11:48:29
18    A.  I do not remember.  I can't recall.    11:48:30
19    Q.  You can't -- so you can't recall whether it was   11:49:11
20 a meeting, a phone call, or -- you have no memory of how   11:49:14
21 this letter was prepared?                    11:49:18
22       MS. VARGAS:  Objection; asked and answered.   11:49:20
23       You can answer.                       11:49:42
24       THE INTERPRETER:  The interpreter needs   11:49:51
25 clarification.                              11:49:53

**Page 99**

1       THE WITNESS:  This letter was made with the   11:50:07
2 presence of some of the -- at least one of the   11:50:11
3 signatories.                                11:50:15
4 BY MR. DAVIS:                               11:50:16
5    Q.  Well, I'm looking at the bottom of it and, of   11:50:16
6 course, I don't have the original.  And I assume you   11:50:19
7 don't have the original either.  I assume the original   11:50:21
8 was sent to the president.  But was someone in charge of   11:50:23
9 physically gathering the signatures?         11:50:28
10    A.  I do not recall.                      11:50:32
11    Q.  Looking at this letter, it appears to me -- but   11:50:49
12 I'm asking you because you were there -- that you signed   11:50:52
13 it twice, once on your own, and then the other as a   11:50:55
14 proxy for Liliana -- I don't know to say her last   11:50:59
15 name -- Segart [sic].  Is that correct, ma'am?   11:51:07
16    A.  Mrs. Lesgart, because she couldn't travel to   11:51:11
17 the meeting, so she asked me to be her proxy.   11:51:44
18    Q.  So was the meeting in Argentina?       11:51:48
19    A.  Yes.                                 11:51:50
20    Q.  And would the meeting have been somewhere   11:51:57
21 around August 24th of 2005, the date the letter is   11:52:08
22 written?                                    11:52:12
23       MS. VARGAS:  Objection; asked and answered.   11:52:14
24       You can answer.                       11:52:31
25       THE WITNESS:  I can tell you the date on the   11:52:34

**Page 100**

1 letter.  It's August 24th, 2005.             11:52:42
2 BY MR. DAVIS:                               11:52:47
3    Q.  And I'm only asking about the date of the   11:52:47
4 meeting.  Was the meeting immediately before you sent   11:52:49
5 the letter or was it way before you sent the letter?   11:52:55
6    A.  On the date stated there.             11:52:59
7    Q.  And did you speak to Liliana -- did you speak   11:53:17
8 to Liliana about you signing on her behalf?   11:53:25
9    A.  That's what it says there.  That's how it's   11:53:27
10 written.  But I don't remember any further details.   11:53:42
11    Q.  You don't believe you would have written that   11:53:45
12 if you weren't authorized by Liliana to sign her name?   11:53:47
13       MS. VARGAS:  Objection; speculation.    11:53:52
14       THE WITNESS:  We already went through this with   11:53:53
15 the other lawyer, your colleague.  This is just more   11:54:44
16 speculation, and I have no interest in answering   11:54:50
17 anything else about this letter.  It's going back and   11:54:53
18 forth, and I will answer no further questions about the   11:54:56
19 letter.                                     11:54:58
20 BY MR. DAVIS:                               11:54:59
21    Q.  Well, I get to ask the questions, and if you   11:55:00
22 don't respond, then we'll take it up with the court.  So   11:55:03
23 I again would ask you, did you also sign as a proxy for   11:55:06
24 Luis?  It looks to be that you also signed below Liliana   11:55:17
25 mas you signed as a proxy for Luis -- I can't   11:55:21

**Page 101**

1 remember -- read his last name.  Is that correct, ma'am?   11:55:28
2    A.  No.  I was proxy only for Liliana.     11:55:30
3    Q.  And I'm looking below Liliana's signature.  And   11:56:07
4 you're saying that is not your signature there, where it   11:56:12
5 looks like -- it looks to me like it says Alicia?   11:56:15
6       MR. DAVIS:  Can you translate her answer?   11:56:42
7       THE INTERPRETER:  Yes, sir.  I was thinking   11:56:45
8 about translating your question.  But I will translate   11:56:47
9 the continuation.                           11:56:50
10       THE WITNESS:  I'm not the only Alicia.  But   11:56:51
11 there was another Alicia there.  Alicia Sanguinetti.   11:56:52
12 That's a totally different person.            11:56:58
13 BY MS. VARGAS:                              11:57:00
14    Q.  And did Alicia Sanguinetti have a family member   11:57:00
15 that died in 1972?                          11:57:05
16       MS. VARGAS:  Objection; foundation.     11:57:18
17       THE WITNESS:  I don't know this person's story.   11:57:19
18 BY MS. VARGAS:                              11:57:31
19    Q.  Did -- at the meeting that you had when you   11:57:32
20 signed this, how many people were physically present?   11:57:36
21    A.  I don't recall.                      11:57:43
22    Q.  Other than this meeting in 2005 when you signed   11:58:04
23 this exhibit, this letter dated August 24, 2005, did you   11:58:08
24 have any other joint meetings with other family members   11:58:21
25 who believed they were victims in 1972?       11:58:27

26 (Pages 98 - 101)

1   A. No.                                      11:58:39
2   Q. But you continued to work together with these   11:58:58
3   other individuals starting from 2005 forward; isn't that   11:59:08
4   correct, ma'am?                             11:59:13
5   A. I lived in France. I traveled for some   11:59:13
6   proceedings and to prepare the criminal case in 2008.   12:00:00
7   But I did not live in Argentina with them.   12:00:05
8   Q. But you would agree that you supported and   12:00:12
9   participated in the criminal prosecution of the alleged   12:00:14
10  perpetrators of the Trelew massacre from 2005 forward?   12:00:18
11  A. I'm sorry. I didn't understand the question.   12:00:43
12  Q. Well, you were working with other victims from   12:00:50
13  2005 forward; correct?                       12:00:54
14  A. What other victims? I only worked with the   12:01:10
15  ones that were killed in Trelew. I don't have any other   12:01:23
16  victims.                                     12:01:26
17  Q. Ma'am, in the lawsuit that is filed in the   12:01:27
18  Southern District of Florida, there are three other   12:01:30
19  families besides yours that are making claims. Are you   12:01:33
20  aware of that?                               12:01:38
21      MS. VARGAS: Objection.                   12:02:03
22      THE WITNESS: I'm not aware.              12:02:03
23  BY MR. DAVIS:                                12:02:07
24  Q. Did you read the complaint that was filed on   12:02:09
25  your behalf in -- that was filed in the Southern   12:02:11

Page 102

1   District of Florida?                         12:02:14
2       MS. VARGAS: Objection.                   12:02:16
3       THE WITNESS: Can you please repeat the   12:02:19
4   question.                                    12:02:32
5   BY MR. DAVIS:                                12:02:35
6   Q. Did you read the complaint that was filed in   12:02:35
7   this lawsuit?                                12:02:37
8   A. No, I don't think I read it. I'm not sure.   12:02:37
9   Q. How is it that you learned that you could file   12:03:08
10  this action?                                 12:03:13
11      MS. VARGAS: Objection; calls for privileged   12:03:23
12  information.                                 12:03:25
13      I'm going to instruct Alicia not to answer this   12:03:34
14  question.                                    12:03:37
15      THE WITNESS: I'm not going to respond.   12:03:43
16  BY MR. DAVIS:                                12:04:11
17  Q. Well, did you authorize the lawsuit to be filed   12:04:11
18  on your behalf, ma'am?                       12:04:13
19  A. In the United States?                     12:04:14
20  Q. Yes.                                      12:04:25
21  A. Yes, in the United States.                12:04:34
22  Q. Who did you give that authorization to?   12:04:35
23  A. My lawyer, Claret Vargas.                 12:04:37
24  Q. And were you -- and you were introduced to   12:04:45
25  Ms. Vargas through the Center of Legal and Social   12:04:59

Page 103

1   Studies in Argentina?                        12:05:03
2       MS. VARGAS: Objection. Here again, asking for   12:05:05
3   privileged information. I have to instruct Alicia not   12:05:07
4   to answer.                                   12:05:13
5   BY MR. DAVIS:                                12:05:13
6   Q. Did the --                                12:05:13
7       MR. DAVIS: I'm sorry. Go ahead. She can hear   12:05:16
8   what she said.                               12:05:19
9       THE WITNESS: I'm not going to respond.   12:05:33
10  BY MS. VARGAS:                               12:05:35
11  Q. Did the Center of Legal and Social Studies   12:05:35
12  represent you as a lawyer?                    12:05:38
13  A. Not in the United States.                 12:05:39
14  Q. Did they recruit you to bring this lawsuit?   12:05:49
15      MS. VARGAS: Again, objection. This is   12:05:58
16  privileged information, and I'm instructing Alicia not   12:05:59
17  to answer.                                   12:06:05
18      THE WITNESS: I'm not going to answer that   12:06:05
19  question.                                    12:06:18
20  BY MS. VARGAS:                               12:06:18
21  Q. So if I were to ask you questions about the   12:06:26
22  details in the complaint that was filed on your behalf,   12:06:29
23  you said you've not read that and you cannot testify one   12:06:33
24  way or the other about those allegations; is that right?   12:06:37
25      MS. VARGAS: Objection. You're calling for her   12:06:40

Page 104

1   to speculate about your future questions.   12:06:44
2       MR. DAVIS: I'm asking what the witness knows.   12:06:49
3   BY MR. DAVIS:                                12:06:51
4   Q. Anyway, please answer the question.       12:06:52
5   A. Yes. I feel it's speculation. You continue to   12:06:59
6   ask me questions about what I've already said and what   12:07:39
7   I've already explained.                      12:07:42
8   Q. Ma'am, did you meet with your lawyers when we   12:07:45
9   took the break just now?                     12:07:47
10      MS. VARGAS: Objection. Again, you're getting   12:07:57
11  close to privilege.                          12:08:00
12  BY MR. DAVIS:                                12:08:09
13  Q. I don't want to know what was said. But if --   12:08:09
14  A. I'm not going to answer that question.   12:08:11
15  Q. Well, I'm asking whether or not you met.   12:08:14
16  Because under the court rules, if you're going to be   12:08:18
17  offered as a trial list, you're not supposed to talk to   12:08:21
18  your lawyers during cross-examination. So I want to   12:08:25
19  know, while your cross-examination is still pending, I   12:08:27
20  want to know whether or not you talked to your lawyers   12:08:29
21  while this cross-examination was still pending. It's a   12:08:31
22  yes or no question.                          12:08:36
23      MS. VARGAS: Once more I am objecting on the   12:08:53
24  basis of privilege.                          12:08:56
25      MR. DAVIS: So you're not going to let her   12:09:03

Page 105

27 (Pages 102 - 105)

1 answer the question that she met with you during the    12:09:05
2 break?                                                 12:09:07
3       THE WITNESS:  No.                                12:09:17
4 BY MR. DAVIS:                                          12:09:17
5    Q.  Okay.  Well, we'll address that with the court.    12:09:18
6       Subject to that, I don't have any other          12:09:20
7 questions.                                             12:09:22
8       MS. VARGAS:  I have one follow-up question.      12:09:30
9
10       FURTHER EXAMINATION
11 BY MS. VARGAS:
12    Q.  In 2008 -- Mrs. Bonet, you earlier testified    12:09:41
13 that in 2008, you did not consider presenting a lawsuit    12:09:46
14 against Mr. Bravo in the United States.  Can you clarify    12:09:49
15 why?                                                  12:09:53
16       MR. DAVIS:  I object to the form and I --        12:09:57
17 object to the form.                                   12:10:00
18       THE WITNESS:  Because in 2008, for the first    12:10:27
19 time, we were finally starting to move forward with the    12:10:43
20 criminal case that had been presented in Argentina.  And    12:10:45
21 I believed that Bravo would be present and would go on    12:10:49
22 trial in that case.                                   12:10:53
23 BY MS. VARGAS:                                        12:10:59
24    Q.  Thank you.                                     12:11:00
25       I have no further questions?                    12:11:00

Page 106

---

1       MR. DAVIS:  All right.  I don't have anything    12:11:09
2 else, thank you, subject to addressing the communication    12:11:10
3 with counsel.                                         12:11:13
4       MS. VARGAS:  Thank you.                          12:11:25
5       THE VIDEOGRAPHER:  Are you ready to go off the    12:11:30
6 record?                                               12:11:32
7       MS. VARGAS:  Ready to go off the record.  Thank    12:11:33
8 you.                                                  12:11:34
9       MR. DAVIS:  I think the deposition is done.      12:11:34
10       THE VIDEOGRAPHER:  We are going off the record    12:11:35
11 at 12:11 p.m.  This concludes today's testimony given by    12:11:37
12 Alicia Krueger.  The media will be retained by Veritext    12:11:42
13 Legal Solutions.                                      12:11:47
14       (The deposition concluded at 12:11 p.m.)
15                 * * *
16
17
18
19
20
21
22
23
24
25

Page 107

---

        DECLARATION UNDER PENALTY OF PERJURY
2
3       I, ALICIA KRUEGER (BONET), do hereby certify under
4 penalty of perjury that I have read the foregoing
5 transcript of my deposition taken March 28, 2022; that I
6 have made such corrections as appear noted herein, in
7 ink, initialed by me; that my testimony as contained
8 herein, as corrected, is true and correct.
9
10       DATED this _____ day of _____, 2021,
11 at _____, California.
12
13
14
15

       _____
16       ALICIA KRUEGER (BONET)
17
18
19
20
21
22
23
24
25

Page 108

---

        REPORTER'S CERTIFICATION
2
3       I, Michelle K. Bailey, Certified Shorthand
4 Reporter, in and for the State of California, do hereby
5 certify:
6
7       That the foregoing witness was by me duly sworn;
8 that the deposition was then taken before me at the time
9 and place herein set forth; that the testimony and
10 proceedings were reported stenographically by me and
11 later transcribed into typewriting under my direction;
12 that the foregoing is a true record of the testimony and
13 proceedings taken at that time.
14
15       IN WITNESS WHEREOF, I have subscribed my name this
16 12th day of April, 2021.
17
18
19
20
21       Michelle Bailey
        Michelle K. Bailey
22       RPR, CSR No. 10713
23
24
25

Page 109

---

28 (Pages 106 - 109)

1 FRANCO MUZZIO, ESQ.

2 akrishnan@keker.com

3                              APRIL 12, 2022

4 RE: CAMPS V. BRAVO

5 MARCH 28, 2022, ALICIA KRUEGER, JOB NO. 5150685

6 The above-referenced transcript has been

7 completed by Veritext Legal Solutions and

8 review of the transcript is being handled as follows:

9 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10    to schedule a time to review the original transcript at

11    a Veritext office.

12 __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13    Transcript - The witness should review the transcript and

14    make any necessary corrections on the errata pages included

15    below, notating the page and line number of the corrections.

16    The witness should then sign and date the errata and penalty

17    of perjury pages and return the completed pages to all

18    appearing counsel within the period of time determined at

19    the deposition or provided by the Code of Civil Procedure.

20 __ Waiving the CA Code of Civil Procedure per Stipulation of

21    Counsel - Original transcript to be released for signature

22    as determined at the deposition.

23 __ Signature Waived – Reading & Signature was waived at the

24    time of the deposition.

25

Page 110

1 __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2    Transcript - The witness should review the transcript and

3    make any necessary corrections on the errata pages included

4    below, notating the page and line number of the corrections.

5    The witness should then sign and date the errata and penalty

6    of perjury pages and return the completed pages to all

7    appearing counsel within the period of time determined at

8    the deposition or provided by the Federal Rules.

9 _X_ Federal R&S Not Requested - Reading & Signature was not

10    requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 111

1 CAMPS V. BRAVO

2 ALICIA KRUEGER (#5150685)

3          E R R A T A   S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____    _____

24 WITNESS                          Date

25

Page 112

29 (Pages 110 - 112)

**[& - 2nd]**

| & |
| --- |
| **&**   3:3,7 7:6 110:23 111:9 |

| 0 |
| --- |
| **0072**   46:20 |

| 1 |
| --- |

**1**   1:25 6:8 111:1
**103**   5:18
**104**   5:18
**106**   4:6
**10713**   1:24 2:24 109:22
**112**   1:25
**11:15**   93:2
**11:31**   93:5
**12**   110:3
**128**   4:15 50:25 51:2 91:10 93:10 94:22 95:7
**128t**   4:17
**129**   4:19 50:25 86:21 87:22 88:3 88:5 94:22
**129t**   4:21
**12:11**   2:23 107:11 107:14
**12:42**   65:13
**12th**   36:18 109:16
**130**   4:23 50:25 51:2 94:22
**130t**   5:5
**131**   5:8 60:21,22 61:15 90:18
**131t**   5:10 60:22
**134**   44:25 45:1
**13th**   36:24
**14**   5:18
**15**   18:13,19 21:17
**1500**   17:15

**15143**   109:21
**15th**   74:16
**16th**   88:6,10
**17**   67:4
**17th**   66:16,23 67:11
**19**   75:17,18
**1944**   9:19
**1965**   10:11
**1966**   12:25
**1968**   13:1
**1970s**   84:12
**1972**   10:11 12:4 13:1 17:4,6,7 18:9 18:13,19 20:19 21:1 25:17,24 29:24 31:1,5 37:17 39:9 50:1 56:8 71:22,24 72:8,11,16 74:6 75:1,3,12,25 78:6 79:10 96:1 101:15 101:25
**1973**   40:5 66:19 74:4 75:25
**1974**   30:8 31:8,11 31:12 33:5,12 34:11 37:18 60:4 60:6 66:16,23 67:4
**1975**   67:10,23
**1976**   34:12
**1977**   33:5,11 34:10 34:11,11 36:17
**1978**   36:18,20,25
**1979**   67:11
**1986**   84:8
**1995**   51:9 88:6,10 88:21 89:8 90:17 94:24

**1997**   89:11,21,23 90:21 95:1
**1998**   40:4
**1:02**   65:14
**1:20**   1:17 2:17 6:13
**1st**   33:5

| 2 |
| --- |

**2**   3:15 54:1,24
**20**   8:22 71:17
**2000**   76:5 77:6 81:8,12,13 89:9,23 90:4,6,22 91:2,9 91:18 93:18 94:3 94:14,16
**2002**   78:22
**2005**   53:23 55:24 55:25 84:9,11,14 91:11 93:11,21 94:4,15,17 95:3 97:1,16 98:13 99:21 100:1 101:22,23 102:3 102:10,13
**2006**   55:25 56:12
**2008**   56:14,18,25 59:3,14 85:7 86:6 102:6 106:12,13 106:18
**2010**   59:14
**2011**   76:24,25 79:17,25 81:5,8,13 81:15 84:10,14
**2012**   39:9,12 45:20 47:10 48:14 49:3 57:14 58:18 76:24 78:23 79:8 81:16 82:18,23 84:10,14 84:14,16
**2018**   85:3

**2021**   108:10 109:16
**2022**   1:22 2:23 6:1 6:5 108:5 110:3,5
**2025.520**   110:9,12
**207**   43:21,25
**208**   43:25 44:24 45:1
**209**   43:25 44:25 45:1
**20th**   35:19 89:11
**210**   44:1
**22**   71:17
**22nd**   20:19,25,25 31:1,5 57:20 63:23 74:15 75:3
**23**   3:20
**24**   91:11 93:11,21 101:23
**24.411**   62:3 76:4 77:6,20 89:23 90:22 91:9,18 93:17
**24.411.**   61:19
**24043**   79:12
**24924**   1:17 2:17 6:13
**24th**   34:12 53:23 94:4 97:1 98:13 99:21 100:1
**25**   52:21
**251**   3:20
**26**   44:23
**2600**   3:15
**26th**   20:25 44:24
**28**   1:22 2:23 6:1 108:5 110:5
**28th**   6:5
**2nd**   67:23

Veritext Legal Solutions
866 299-5127

[30 - anniversary]

| | | | |
|---|---|---|---|
| **3** | **7th** 9:19 36:17 67:10 | **accountability** 3:7 7:3,5 | 74:24 104:7 |
| **30** 111:1 | | **accountable** 57:4 | **aires** 9:18 12:11 12:18,21 13:7,13 |
| **30,000** 76:9 | **8** | **accounts** 28:2 29:21 | 17:9,18 21:20 22:5 25:7,13,15 |
| **305.358.2000** 3:16 | **8** 4:4 | **accuracy** 85:21 | 26:14 31:13 68:1 |
| **31st** 31:12 33:12 63:16 | **8/16/95** 4:20,22 | **accurate** 9:14 98:6 | **airport** 36:25 |
| **33127** 3:20 | **8/24/05** 4:16,17 | **accurately** 9:3 | **akrishnan** 3:5 110:2 |
| **33131** 3:16 | **8:03** 42:17 | **achieve** 57:9 | **al** 6:10 |
| | **8:32** 42:20 | **achieved** 58:20 | **alberto** 1:5 2:5 |
| **4** | | **acquired** 68:12 | **aldo** 10:7 32:12 33:8 |
| **415.391.5400** 3:5 | **9** | **action** 6:20 103:10 | **alerted** 60:13 |
| **415.544.0444** 3:10 | **9** 5:18 | **actions** 24:7 51:16 54:7 57:8,9 58:11 | **alexia** 40:22 |
| **43** 4:10,11 | **94102** 3:10 | 58:17,19 78:8 89:20 90:15 | **alicia** 1:10,22 2:9 2:21 4:2 6:8 7:22 |
| **45** 27:7 | **94111** 3:4 | **activities** 16:22 | 8:5,5 66:7,10,10 |
| **46** 4:12,14 91:24 | **9:42** 65:13,18 | **add** 50:24 | 101:5,10,11,11,14 103:13 104:3,16 |
| | **9:58** 65:21 | **added** 41:2 42:25 | 107:12 108:3,16 110:5 112:2 |
| **5** | | **adding** 42:24 | **alive** 11:11,12 17:4 |
| **5** 93:17 | **a** | **addition** 29:20 68:4 | **allegations** 104:24 |
| **5/22/00** 5:9,11 | **a.m.** 2:22 6:2,5 42:17,20 65:18,21 | **address** 62:5 106:5 | **alleged** 75:8 102:9 |
| **51** 4:15,17,19,21 4:23 5:5 | 93:2,5 | **addressed** 53:21 61:25 88:6 93:11 | **alliance** 33:19 |
| **5150685** 1:24 110:5 112:2 | **aaa** 33:18 | **addressing** 107:2 | **allow** 54:19 |
| **531,059** 79:17,20 | **abandoned** 53:2 | **administrative** 90:8 | **allowed** 14:12 26:12 70:14 |
| **5th** 76:5 90:22 91:2,18 94:3 | **ability** 7:19 | **adults** 37:13 84:25 | **allows** 68:10 |
| | **able** 11:20,22 13:20 14:7,11,14 | **affect** 35:2 | **almirante** 20:8 21:4 28:18 |
| **6** | 18:2,4 20:2,4,5,14 | **affiliations** 6:23 | **alongside** 47:13 |
| **60** 5:8,10 | 21:9 23:22 24:7 24:20,20 26:2 | **africa** 56:12 | **alvino** 3:23 6:16 |
| **633** 3:4 | 40:24 50:4 58:12 | **afternoon** 13:16 | **amount** 79:19 80:5 |
| **65** 4:5 | 62:25 63:20 73:3 86:22 92:8 95:5 | **age** 63:4 | **ana** 1:15 2:14 |
| **6:01** 2:22 6:2,5 | **accept** 46:4 49:9 | **ago** 90:19 96:13 | **andre** 41:22 |
| | 49:12 | **agree** 6:7 98:9 102:8 | **andres** 3:24 7:14 |
| **7** | **accepted** 45:21 46:10,13 | **agreeable** 66:4 | **anniversary** 89:12 |
| **70s** 84:4 | **access** 86:23,24 | **ahead** 38:11 39:2 50:24 54:3 57:6 | |
| **71** 4:10 40:20,21 43:2,5 | **accompanied** 14:8 | | |
| **71t** 4:11 43:2 | **accomplish** 25:23 26:2,10 | | |
| **72** 4:12 18:12 46:21 | **accomplished** 27:23,24 | | |
| **72t** 4:14 46:21 | | | |
| **750** 3:9 | | | |

**[announced - autopsy]**

**announced** 35:20
**answer** 5:17 16:11
    18:22 19:10 20:24
    27:2 29:4,17
    30:15 33:17 34:6
    38:4 40:11 47:7
    47:15 48:11 51:14
    58:9,16 68:8 70:2
    70:21 72:1 83:13
    88:25 98:23 99:24
    100:18 101:6
    103:13 104:4,17
    104:18 105:4,14
    106:1
**answered** 38:2
    55:19 69:5 71:25
    73:20 74:13 80:1
    80:9 81:4 84:13
    89:24 91:3 93:24
    94:1,9 98:22
    99:23
**answering** 100:16
**anticommunist**
    33:19
**anxious** 93:6
**anyway** 70:17
    105:4
**apartment** 33:4
**apologies** 69:1
    91:23
**apologize** 87:25
    93:6
**apologizes** 52:17
    70:5
**apparently** 71:9
**appear** 108:6
**appearance** 6:25
**appearances** 3:1
    6:23
**appearing** 110:18
    111:7

**appears** 99:11
**application** 79:25
    80:21 81:1
**applied** 81:9
**appointed** 83:3
**appointment**
    63:15
**appointments**
    63:12
**approached** 37:4
**appropriate** 85:25
**approximately**
    12:2
**april** 76:5 90:22
    91:2,18 93:17
    94:3 109:16 110:3
**area** 12:14 24:6
**areas** 25:1
**argentina** 4:16,17
    4:19,21 9:18
    13:21 17:10 28:22
    30:8,18 36:3
    37:23 40:14 49:3
    49:9 50:8,10 51:9
    56:17 57:23 58:6
    58:12 59:5 61:20
    68:1,4,11,15,19,20
    68:23,24,24,25
    79:12 80:22 81:17
    84:3,4,6,12,20,21
    88:7,12,21 90:5
    99:18 102:7 104:1
    106:20
**argentina's** 52:15
    52:19
**argentine** 70:25
    79:17 80:14 81:2
    82:8 89:8,22
    90:16,25 91:1
    93:15,22 94:5

**argentinian** 20:9
    33:19 52:20 55:12
    56:1,11 58:5
    60:19 64:11 68:9
    68:12 75:2 76:10
    86:12 88:12 89:5
    94:11
**arm** 25:1
**armed** 61:22
**arrested** 14:23,25
    34:22 71:3,7,10,21
**arrests** 13:23
**arrived** 19:19 23:4
    36:24,25
**ascribing** 85:23
**aside** 26:10 50:1
**asked** 15:18 27:22
    38:2 51:17 69:5
    71:2,4,25 73:20
    74:13,23 80:1,9
    81:4 84:13 89:24
    89:25 91:3 94:8
    98:22 99:17,23
**asking** 41:23 45:3
    45:6 49:18 52:22
    56:10 72:15 75:6
    75:23 78:12 83:12
    87:22 89:19,20
    90:24 94:13 95:18
    97:17,20 99:12
    100:3 104:2 105:2
    105:15
**asks** 16:9
**assert** 83:22
**assist** 20:1 37:4
    42:12
**assistance** 14:24
**assisted** 15:5
    25:18
**association** 21:13

**assume** 92:3,4
    95:14 98:4 99:6,7
**atrophy** 63:4
**attack** 21:22 97:3
**attempt** 22:19,24
    37:22,25
**attempted** 19:13
    20:7 22:13 69:15
    73:10 75:18
**attempting** 19:11
    58:5
**attend** 97:20 98:2
**attended** 97:24
    98:3
**attending** 6:15
**attorney** 7:1 26:18
    28:14 53:16 56:9
    81:23 82:21
**attorneys** 15:11,16
**audio** 6:5
**august** 18:12,13
    18:19 20:19,25,25
    31:1,5 33:5 53:23
    57:20 63:23 72:10
    74:15,16 75:3
    88:6,10 91:11
    93:11,21 94:4
    97:1 98:13 99:21
    100:1 101:23
**authorities** 24:5
    89:5,15
**authority** 77:2
    83:21
**authorization**
    103:22
**authorize** 103:17
**authorized** 100:12
**autopsies** 27:24
**autopsy** 26:8,11
    26:15,17,20 27:10
    29:22 37:20,23

Veritext Legal Solutions
866 299-5127

[autopsy - calling]

38:1,14,23 39:6,17
39:22 40:8,19,19
41:8,16,24 44:15
44:15 45:12 47:12
48:21 75:13
**avoid** 59:10
**aware** 52:21 58:21
59:4 70:11 74:2
75:6,25 78:20
79:9,12 82:10
102:20,22

**b**

**b** 4:8 5:3 111:1
**back** 22:11 25:4,7
27:22 29:22 33:12
34:10 37:20 42:19
49:20 58:21,22
59:14 65:12,14,20
72:21 73:4 83:1
84:3,6,12 92:1
93:4,25 100:17
**background** 69:8
**backs** 32:16
**bailey** 1:24 2:24
6:18 109:3,21
**banned** 37:19
**barely** 62:16
**base** 20:8,9 21:4
28:18
**based** 67:19 77:15
87:24
**basis** 77:10 83:10
105:24
**bathroom** 28:12
92:4
**battery** 3:4
**bear** 46:17
**beautiful** 72:24
**bedtime** 65:10
**began** 55:25 75:12

**beginning** 2:22
6:25 26:4
**begins** 44:23
**behalf** 2:22 53:17
83:22 95:16,17,17
100:8 102:25
103:18 104:22
**behave** 72:22
**believe** 8:9 19:24
39:14 44:13 70:16
79:8 85:7 88:14
88:15 100:11
**believed** 59:24
101:25 106:21
**benefits** 60:18
62:3,7 80:21 81:2
81:10,14
**berger** 28:4,17
29:1,18 74:8
**best** 7:19 84:11
87:17 88:1
**better** 85:9 92:8
**beyond** 22:22
**big** 14:18
**birth** 11:4 22:3
35:22 83:16
**biscayne** 3:15
**bit** 10:25 22:11
58:21 65:5 69:3
**blanca** 21:15,19
21:23
**blankets** 20:1,2
**blooded** 64:10
**board** 85:21
**body** 23:11,21,23
24:10,12,24,25
25:1,2,6 26:9 27:6
41:25
**bombed** 30:19
97:2

**bond** 59:9,10
**bonet** 1:12,22 2:11
2:21 4:2,20,22,25
5:6,9,11 7:22 8:5
8:6,9,12,15,17
9:17 10:2,4,5,10
21:18 24:21 42:22
44:16 46:23 47:13
48:22 50:21 55:22
62:10 63:21 66:10
106:12 108:3,16
**bonet's** 45:11
**book** 4:10,11
15:18 39:21,23
40:1,7 43:11,16
44:3 45:19
**born** 9:17,18
12:25,25 67:9,10
67:11,20,22,25
68:1,11
**bottom** 43:20 99:5
**boulevard** 3:15
**boy** 11:3,9
**branches** 34:15
**bravo** 1:18 2:18
6:11 7:8,10 56:6
56:15,25 57:4,15
58:3,13,23 59:4,9
59:19 73:18 74:3
75:19 82:4 85:2
86:6 106:14,21
110:4 112:1
**bravo's** 75:8
**brazil** 36:9,10,14
84:5
**break** 65:1,5,7,8
65:11 87:12,12
91:21,23,25 92:8
92:15 105:9 106:2
**breakout** 65:16
92:20

**breaks** 92:4
**breathe** 14:17
**brief** 49:19
**briefly** 37:9
**bring** 15:17,17,18
19:25 20:2,4,15
86:21 104:14
**brother** 47:9
48:19
**brothers** 30:19
**brought** 24:18
64:19
**bruises** 25:2
**buenos** 9:18 12:11
12:18,21 13:7,13
17:9,18 21:20
22:4 25:7,13,15
26:14 31:13 68:1
**bullet** 24:23 27:7
**bullets** 27:5
**burial** 22:9
**burn** 24:24
**burns** 27:4
**bury** 25:9
**bus** 35:9 36:13
**buses** 35:8

**c**

**c** 95:14 96:11
**ca** 110:9,12,20
**caliber** 27:7
**california** 3:4,10
92:9 108:11 109:4
**call** 8:14 12:14
50:8 66:12 89:14
98:17,20
**called** 11:25 13:8
13:19 35:14 43:11
82:6
**calling** 52:15,19
89:4 95:5 104:25

Page 4

[calls - compensation]

calls  103:11
camps  1:4,5 2:3,5
 6:10 28:4,8,13,16
 28:25 29:18 74:7
 110:4 112:1
capacity  1:4,7,7
 1:10,11,13,14 2:4
 2:6,7,10,10,13,13
 81:20 83:4,7
capello's  53:16
capital  11:15
 12:13,17 17:15
 31:13
cappello  1:6,9 2:6
 2:8
cappelo  96:11,13
 96:15,20
capture  97:12
car  16:19 17:21
 71:8,9 72:5
card  35:24
care  57:7
career  69:18
carlos  4:19,21
 51:9 88:7 94:25
carried  33:20
 34:18 40:12 50:4
 57:13 77:15
carry  10:18 22:18
 24:7 95:5
carrying  62:21
cars  20:12 35:8
casanova  3:24
 7:14
case  6:12 16:7,14
 24:2,4,8 25:19,24
 26:3,7 27:19,25
 33:3 38:7,24,25
 39:9,12,13,13,14
 50:14 54:17 55:15
 61:9 72:4 75:1,19

76:2 77:11,13,18
 78:5,6,13,17,23
 82:23 83:7,15
 86:15,16 89:5,15
 89:16 102:6
 106:20,22
cases  78:14
casket  22:6,9
 23:20 25:4 26:13
caskets  22:3
caused  27:8 60:5
ccp  110:9,12
ceased  84:24
celebration  35:19
cell  73:3
cemetery  23:15
 25:12
center  3:7 7:3,5
 31:12 82:7,11
 103:25 104:11
certainly  87:11
certificate  35:22
 83:16,17
certification  109:1
certified  6:17 41:3
 43:1 109:3
certify  108:3
 109:5
cetera  60:9
chamber  4:24 5:6
 52:16
chance  53:8 56:9
 72:3
change  10:18
 45:16 85:15 112:4
 112:7,10,13,16,19
changed  34:11
changing  33:10
chapter  44:4,6
charge  15:1 24:6
 57:8 99:8

charged  15:19
 16:13,18 71:3
charges  16:7
check  8:8 14:1
 44:12 79:3 85:4
 85:19
checks  85:20
chest  25:1
child  11:3,5,7 23:8
 33:6 67:20
children  10:3
 13:11 15:17 33:7
 35:21,24 37:13,14
 64:3,14 67:6,12,16
 67:16 68:3,4,14,15
 72:13,24 73:2
 77:22 80:6 84:21
 84:22 96:14
choose  66:9
christie  3:8 7:4
 61:10
chronology  93:15
cigarette  24:24
circumstances
 77:24
cities  35:7
citizenships  68:4
city  13:5,8 17:16
 31:12
civil  25:24 37:16
 38:24,24 39:13
 49:25 74:25 75:1
 79:9 83:8 110:19
 110:20
cja.org  3:11,11
claim  75:1 81:18
 83:22
claims  88:22
 102:19
claret  3:8 7:2
 78:11 81:23

103:23
clarification  15:7
 16:17 30:23 53:14
 54:16 60:3 98:25
clarify  31:15
 38:13 57:11 74:21
 106:14
clarifying  36:15
class  53:18
clear  52:25 56:17
 63:8 72:14 78:12
clicking  42:9
close  35:12 82:16
 105:11
closed  36:5
closest  14:2
clothes  10:18
 14:15
clue  80:23 98:14
code  110:9,12,19
 110:20
cold  64:10
colleague  100:15
colleagues  60:13
collect  62:2 84:1
come  10:17 13:17
 35:9 70:10 97:6
coming  93:24
comment  50:16
communicatas
 40:15
communication
 72:17 107:2
communications
 40:15 73:1 89:7
 95:19 97:18
compensated  78:1
compensation
 76:5,6,14,16,18
 77:6,7,10,14,18
 89:10,16,17 90:10

[compensation - davis]

90:23,24 93:19
**compensations**
  84:1
**complaint** 27:23
  102:24 103:6
  104:22
**complete** 9:14
**completed** 110:7
  110:17 111:6
**completion** 111:10
**comprehensive**
  54:6
**computer** 87:25
  91:24
**conclude** 59:25
  87:19
**concluded** 107:14
**concludes** 43:25
  107:11
**condition** 14:18
**conditions** 16:22
**condor** 34:18,21
**confidence** 57:22
**connected** 18:13
  18:18 19:7 20:20
  31:22
**connection** 40:7
  73:19 80:22 81:3
  81:10 82:13
**connections** 81:16
  81:16
**consider** 106:13
**considered** 34:24
**consolidated**
  34:14
**constantly** 50:6
**contact** 24:5 82:13
  90:24,25 91:4,5
  110:9
**contacted** 82:21

**contacts** 93:15
**contained** 27:3
  39:21 40:16,19
  108:7
**contains** 51:16
**content** 45:6
**contents** 45:11
**contest** 87:14
**context** 35:19
  45:22 47:9 58:17
**continuation**
  64:20 101:9
**continue** 6:6 52:22
  54:5,19 82:3
  87:10,18 105:5
**continued** 5:1 57:9
  102:2
**continuously**
  66:22 67:3,14
**control** 13:22 20:9
  24:1
**conversation**
  11:23 96:19
**conversations**
  73:5
**convicted** 16:25
  79:1,1
**copies** 39:16 51:24
**copy** 27:10 37:22
  38:13 39:6 40:1,4
  40:22
**copying** 60:24
**corpse** 24:22
**correct** 13:1 16:4
  41:22 52:5 67:20
  67:21 73:19 74:1
  99:15 101:1 102:4
  102:13 108:8
**corrected** 108:8
**correction** 29:25

**corrections** 108:6
  110:14,15 111:3,4
**correctly** 8:24
  45:10 59:9
**correspondence**
  72:9,20
**counsel** 6:9,22 7:4
  7:10 60:25 70:11
  70:13,18 82:11
  85:5 86:1 87:6
  88:2 90:12 107:3
  110:18,21 111:7
**countries** 34:19
**country** 13:9
  19:21 24:1 35:16
  36:7 50:11 68:5
**couple** 87:15
**couples** 84:25
**course** 8:16 34:8
  46:15 77:23 99:6
**court** 1:1 2:1 6:11
  6:18 11:15,18
  26:7 38:7,7 46:4
  49:3,9 77:18 83:4
  100:22 105:16
  106:5
**courthouse** 11:22
**cousins** 30:19
**cover** 41:10
**created** 37:4
**crime** 15:20 78:23
  78:24 79:4
**criminal** 39:13,14
  54:17 79:7 83:8
  102:6,9 106:20
**cross** 105:18,19,21
**csr** 1:24 2:24
  109:22
**cultural** 33:21
**current** 54:9

**currently** 78:10,10
  78:17,19
**cv** 1:17 2:17 6:13
**cvargas** 3:11

       **d**

**d** 4:1 5:1
**damages** 25:16
  84:1
**danger** 30:21
**date** 13:3 17:6
  36:16 62:20 71:14
  71:20 91:16 93:18
  99:21,25 100:3,6
  110:16 111:5
  112:24
**dated** 4:16,17,20
  4:22 5:9,11 88:5
  91:11 93:10,21
  98:13 101:23
  108:10
**dates** 67:19 84:23
  84:23
**daughter** 10:4
  32:11
**davis** 3:19 4:5 7:7
  7:7 15:24 16:8,15
  18:16,20,25 19:8
  20:21 22:16 26:25
  27:20 28:19 29:3
  29:8,15 30:13
  31:2,19 32:9
  33:15 34:1,4,25
  35:3 38:2,10,15
  39:1 40:9,24
  41:11,20 42:3
  44:11,19 45:2,13
  45:23 46:1,5,9,14
  47:5,14,18,24 48:9
  48:15,24 49:5,11
  49:15 51:12,23
  52:3,6 55:2,18

[davis - drew]

56:3 57:5,17,25
58:7,14,24 59:11
59:23 61:4,7,11
64:12,25 65:12,24
65:25 66:24 67:2
68:7,21 69:7 70:1
70:3,11,16,20
71:13,19 72:6
73:16,23 74:11,17
74:23 75:4 76:13
79:18,20 85:9,11
85:23 86:3,24
87:4,9,20 88:4,24
90:3,13,14 91:8,22
92:7,13,18 93:6,8
94:12 97:6,8,9
98:1,11 99:4
100:2,20 101:6
102:23 103:5,16
104:5,7 105:2,3,12
105:25 106:4,16
107:1,9
**day**   11:21 17:6
20:20 36:13 87:13
87:14 108:10
109:16
**days**   29:18 36:13
**de**   1:15 2:15 8:9
19:23 36:13
**dead**   22:1
**death**   21:14 46:11
48:22,23 51:17
57:4 60:19 63:21
64:7,8 73:25 74:4
74:19 75:3 76:15
78:2,7,9,15 80:22
81:3,10 82:14
83:16 88:13 93:16
93:19,23
**deborah**   3:23 6:16

**deceased**   22:4
**december**   79:17
**decided**   13:25
17:8 22:3 26:7
34:21 36:2,3
**decision**   34:21
35:16 60:16 77:17
**declaration**   28:8
28:10 108:1
**declarations**   38:9
**defendant**   3:13
7:8 70:19
**defendants**   1:19
2:19,22
**defended**   31:24
**defending**   15:1
32:1 56:11
**defense**   15:14
**definitely**   48:1
65:4
**degrees**   69:11
**del**   25:22
**delivered**   22:6
**democratic**   38:6
**department**   90:8
**depending**   13:3
**deposition**   1:21
2:21 6:8,14 90:20
107:9,14 108:5
109:8 110:19,22
110:24 111:8,10
**deputy**   4:24 5:6
**describe**   41:18
64:6 97:13
**described**   27:5
**description**   4:9
5:4
**destination**   54:9
**destroyed**   25:3
**detail**   12:6 82:25

**details**   100:10
104:22
**detained**   11:13
12:10 13:14,15,16
15:23 71:5
**detainees**   15:2,2
**determined**
110:18,22 111:7
**developments**
16:7 19:4
**device**   63:6
**devoto**   11:16
12:10,11,14,16,21
12:22 13:14 14:25
27:15 28:6 64:21
72:12 74:8
**dia**   44:23
**died**   21:4,17,22
30:25 61:21 72:17
73:7,17 96:13
101:15
**different**   24:25
25:1 29:1,5 33:1,2
33:9,20,22 34:15
34:18 50:4,5,7
60:8,15 68:19,19
84:22 88:18 92:10
101:12
**difficult**   14:17
31:10 35:15
**dinner**   13:18
**direct**   71:2 75:5
76:3 85:1 86:5
94:21
**directed**   94:24
**direction**   109:11
**dirty**   14:16
**disappear**   30:21
**disappeared**   38:8
39:4 61:22

**disappearing**
34:16
**discussed**   98:7
**discussions**   96:3,5
**disrespect**   66:12
**distance**   27:9
**district**   1:1,2 2:1,2
6:11,12 12:14
70:12 78:5 102:18
103:1
**divided**   19:21
76:11
**division**   1:3 6:12
**doctor**   63:3
**document**   4:12,14
22:8 27:3 41:4,7,9
41:14 43:1,5,8,16
43:19,23 44:18
45:20,25 46:4,18
46:23 47:4,8,11,17
48:8,13,17,19,25
49:2,10 51:5,6
52:9,11 53:9,10,24
54:13 61:3,16,25
62:3 88:9
**documents**   29:23
30:2,4 35:10
37:12,21 38:8
39:11 62:4 83:20
83:21,25 87:16
**doing**   50:9 85:20
87:17 89:13
**dollars**   59:10
**door**   11:21
**doors**   36:5
**dossier**   27:14
**dr**   88:7
**drawings**   72:21
73:2,2
**drew**   29:20

Page 7

[drop - file]

**drop** 10:22
**dual** 68:10
**due** 23:25 50:4
  63:4 88:18
**duhalde** 15:12
  39:20
**duly** 7:15,23 109:7
**dynamite** 97:3

**e**

**e** 4:1,8 5:1,3 61:8
  61:10 96:11 110:9
  110:12 111:1
  112:3,3,3
**earlier** 106:12
**early** 10:19,20
  12:4 17:4,6,6
  71:22 72:8,16
  92:11
**easily** 62:19
**easy** 23:25
**eat** 10:22
**edition** 40:4
**eduardo** 1:6,8 2:6
  2:8 15:12 39:20
  96:15,19
**education** 69:8,10
  69:15
**efforts** 59:15 89:1
**either** 47:21 84:25
  99:7
**el** 44:23
**elementary** 69:9
**eliminated** 33:23
**elimination** 34:23
**emathews** 3:11
**employment** 54:9
**enacted** 89:23
  91:10
**ends** 44:25
**endurance** 87:14

**english** 7:17,17
  8:17,25 44:23
**ensure** 89:1
**entire** 44:3 50:3
**entry** 27:5
**enumerated** 53:25
**errata** 110:14,16
  111:3,5
**escape** 19:3,12,13
  20:7 21:3,5 22:13
  22:19,23 73:10
**escaping** 37:23
**esq** 3:3,8,8,19
  110:1
**essentially** 25:4
  33:4
**established** 34:15
**establishment**
  34:20
**estado** 19:23
**estate** 1:5,8,12,15
  2:5,8,11,14 81:19
  83:2,8
**estimate** 92:5
**et** 6:10 60:8
**evening** 13:16
**events** 31:1 40:14
  54:7 56:16 57:19
  84:16
**evidence** 45:21
  91:15
**evil** 85:23
**exact** 69:3
**exactly** 12:6 13:3
  30:11 63:17 66:20
  69:16
**examination** 4:4,5
  4:6 8:1 65:23 71:2
  105:18,19,21
  106:10

**examined** 7:24
**examiners** 26:14
**example** 30:18
  33:7 35:9
**exams** 63:13
**excerpt** 4:10,11
**excuse** 8:12 36:16
  42:4 44:7,7 47:19
  49:23 71:16 78:22
  79:2 97:19
**executed** 10:11
  39:25 43:11
**exhaust** 79:6
**exhaustive** 54:6
**exhibit** 4:9,10,11
  4:12,14,15,17,19
  4:21,23 5:4,5,8,10
  40:20,21,23 41:3
  42:23,25 46:19,20
  50:20,22 51:1,4,24
  53:6,9 60:21,25
  61:2,15 86:21
  87:22 88:3,5
  90:18,20 91:10,19
  93:10 95:7 101:23
**exhibits** 43:2
  46:21 50:24 51:2
  60:22 86:23 94:21
**expect** 57:15 59:22
  87:8
**experienced** 64:2
**experiences** 64:2
**expert** 83:13
**experts** 41:25
**explain** 12:13
**explained** 27:9
  32:12 74:9 105:7
**extent** 16:8
**extradited** 59:19
  59:21,22

**extradition** 58:19
  58:22 59:4,6,8,10
  59:13,17 82:4
**extremely** 11:2,6

**f**

**face** 14:15 35:15
**faced** 64:4
**facing** 63:25 64:3
**fact** 52:21 73:24
  88:18
**factory** 10:13
  13:25 69:6,19
  70:22
**familiar** 82:6
**families** 30:17,24
  64:19 102:19
**family** 10:15 13:5
  13:7,8 17:23 18:4
  18:11 20:13 25:9
  30:18,20,25 31:3
  32:2,3,7 34:8
  55:13 59:16 61:21
  63:22 76:18 77:12
  84:19 96:17 97:22
  97:23 101:14,24
**far** 16:13 30:9
**farther** 14:4
**father** 10:24 11:1
  22:7 23:5 33:8
  64:15 72:20
**february** 67:10,23
**federal** 11:15
  12:12,17 111:1,8,9
**feel** 105:5
**felt** 88:21
**figure** 87:10
**file** 27:14 38:14
  41:3 50:22 51:1
  51:24 61:5 78:4
  83:15 103:9

Veritext Legal Solutions
866 299-5127

[filed - good]

filed   25:24 37:17
39:8 75:1 102:17
102:24,25 103:6
103:17 104:22
files   38:24
filing   25:19
fill   62:4
filled   11:3
finally   33:3 40:18
57:13 106:19
financially   6:20
find   13:20 37:11
37:13,14,22,25
39:10 42:3,6,8
56:6,14 64:22
71:5 74:19 87:15
91:25
finding   54:20
fine   8:16
finish   20:22 21:9
65:10 91:21,22
92:15
finished   69:14
84:7
fire   27:8
firm   6:16 15:3
first   7:15,23 10:1
11:3,5 24:20 26:8
28:7 37:1 40:4
56:8 63:14,14
66:17 68:10,16
69:2 73:10 75:15
77:19 81:13 82:13
83:1 84:5,9,11
88:11,14,15,16,17
96:11 106:18
five   13:2 62:24
63:11 92:1 94:6
fliers   16:21
flight   21:12,15

florida   1:2 2:2
3:16,20 6:12 78:6
102:18 103:1
folder   42:25 60:25
86:23
follow   68:22 106:8
following   7:20
follows   7:25 110:8
fontenay   6:14 9:21
37:5
food   15:17 20:1,3
64:19 92:16
forced   30:20 35:8
forces   61:22
foregoing   108:4
109:7,12
forgotten   89:2
forjar   44:25
form   15:24 16:8
16:15 18:16,20,25
19:8 20:21 22:16
26:25 27:20 28:19
29:3,8,15 30:13
31:2 32:9 33:15
34:1 35:3 38:15
38:17 40:9 41:11
41:20 44:11,19
45:2,13 46:1,5,9
46:14 47:5,18
48:9 49:5,11,15
51:12 54:2 55:2
55:18 56:3 57:5
57:17,25 58:7,14
59:23 106:16,17
forth   100:18 109:9
forward   50:9
52:23 57:24 98:10
102:3,10,13
106:19
found   11:8 14:7,17
16:19,21 56:16,20

56:22 71:6,8
74:15,16 77:13
82:2
foundation   71:11
73:12 101:16
four   13:2,2 63:11
68:9,18
fourth   68:12
france   6:15 9:21
36:22,23,24 37:7
64:1 67:14,17,20
68:10,16 84:5
86:12 87:7 102:5
francisco   3:4,10
39:21 40:13 43:14
franco   3:3 7:5
110:1
frcp   111:1
french   8:20 37:14
68:13
friend's   32:23
front   41:4,10 43:5
44:9,14 88:3
91:11 93:12,21
95:8
full   8:4 9:14 56:17
further   4:6 64:24
81:16 100:10,18
106:10,25
fusilada   39:24
45:19
future   105:1

g

ganza   25:22
gathering   99:9
gears   60:2
general   17:7 51:10
getting   19:1 26:11
31:9 82:16 87:6
92:5 105:10

girl   11:8,9
give   9:13 45:15
53:8 83:21 94:17
94:18 103:22
given   47:8 48:19
107:11
giving   11:4,18
49:3
go   6:7 11:19,20
12:22,23 13:20
18:10,12 19:1
20:4,10 21:1,2,13
22:11 23:2,16,18
23:19 24:14 26:13
27:15,22 29:22
34:10 35:13,18
36:7,20 37:19,20
38:11 39:2 42:13
42:15 50:24 54:3
57:6 58:21 60:5
60:16 66:8 72:12
72:13 74:24 87:13
87:13 95:12 104:7
106:21 107:5,7
going   6:4 11:8,14
11:14,17,24 15:6
16:16 31:15,25
33:12 35:23 36:3
40:20 42:16,19
46:17 50:19,21,24
52:7 53:1,1,13
54:15,23 55:22
62:19,21 63:2,5,6
65:18,20 66:1
83:1 87:9,15 92:7
93:1,4 95:12
100:17 103:13,15
104:9,18 105:14
105:16,25 107:10
good   7:2,7,9 8:3
65:11

[goods - individual]

**goods** 20:4,14
**governing** 89:15
**government** 13:22
  34:13,14 38:5
  39:7 55:12 56:1
  58:5,12 59:5
  60:19 61:20 70:25
  76:17 80:21 81:2
  88:19,21 89:8,22
  90:16,25 91:1,5,6
  93:16,22 94:6,11
**governments** 50:6
  88:19,20
**great** 11:4 65:15
**group** 15:1 19:3
  19:11 36:9 37:3
**groups** 30:9
**guess** 24:19 65:13
**guillermo** 1:18
  2:18 6:11
**gun** 27:8
**gym** 64:18

**h**

**h** 4:8 5:3 95:14
  112:3
**haber** 3:19 7:7
**haber.law** 3:21
**haidar** 28:4,16,25
  29:18 74:7
**half** 17:20 21:20
  76:10,11
**hallidie** 3:9
**handled** 110:8
**hands** 35:9 61:22
  64:10
**happen** 18:13
  20:17,20 26:4,6
  50:9
**happened** 13:21
  13:25 18:15 28:2
  28:17 29:21 30:8

31:10 32:24 36:23
  55:4 59:8 74:10
  74:15,16 75:12,17
  76:1 77:16 84:17
  89:2,6
**happening** 11:24
  13:24 32:13
**happy** 11:2,3,6,7,9
  65:6 85:16 87:13
**hard** 13:21 19:20
  40:22
**head** 25:3,5 27:6,6
  35:10 76:22
**headphones** 45:16
**healthy** 14:19
**hear** 15:10 18:18
  29:7 49:17 94:2
  104:7
**heard** 18:24 19:2
  20:5 21:2 22:11
  22:12 28:16,22
  29:11,13,19 32:6
  42:4 55:15,17
  73:14
**hearing** 12:3,5,7,9
  17:4 21:7 22:15
  31:25 72:3,4
**hearsay** 16:9
**held** 6:14 11:15
  64:17 97:11
**hello** 65:25
**help** 13:19 39:10
**helps** 88:3
**hernan** 10:4 12:23
  12:24,25 18:8
  32:11 33:8 76:12
**hi** 72:3
**hiding** 33:6,7
  34:11 37:17,19,22
  60:4,6,16 68:2

**high** 69:9,14
**higher** 69:10,15
**hip** 62:17,18,23
  63:1,4,5,9
**hold** 57:3 82:25
  83:4 87:5
**holes** 24:23
**holiday** 35:20
**home** 10:17,21
  13:17 14:2 20:18
  22:5 25:8 32:13
  32:17,23 33:3
  71:6
**homeland** 39:25
**hoping** 25:23
**hour** 65:3
**hours** 17:20
**house** 23:4 32:20
  32:25 35:14,14
**human** 5:8,10 90:8
**humanity** 78:24
**husband** 10:1,6
  23:7 24:21 32:12
  39:22 47:13 51:17
  63:21 64:4,7 69:2
  71:3,10,14,20,23
  72:10,15,17,18
  73:6,10,17 75:3
  76:1 81:19 83:3,7
  83:16,22 96:4
**husband's** 41:25
  73:25 74:3,19
  76:15 78:2,7,8,15
  80:22 81:3,10
  82:14 88:13 93:16
  93:19,23
**husbands** 95:25

**i**

**idea** 17:17 86:13
  96:9

**identification**
  80:15,18
**identified** 81:7
**identify** 77:9
  82:20
**identities** 36:1
**iguazu** 36:4,8,11
**imagine** 22:21
**immediate** 22:8
**immediately** 14:11
  19:14 21:11 25:11
  32:13 84:8 100:4
**impact** 63:22 64:6
**impacted** 25:3
**impede** 62:18
**impedes** 62:17
**implementation**
  35:6
**impossible** 20:10
  20:10 22:18,19
  84:23
**improve** 16:21
**incessantly** 70:19
**incident** 31:4
  77:15
**incidents** 89:18
**included** 34:3
  40:18 75:19
  110:14 111:3
**including** 17:9
  21:17 30:10 38:9
  53:16 60:9 89:3
**incorporated**
  82:23
**indemnification**
  77:14
**independent** 85:13
**indicated** 76:10
  85:1
**individual** 1:7,10
  1:13 2:6,10,13

Page 10

[individually - larger]

**individually** 84:25
**individuals** 11:17
  21:17 32:4 33:22
  48:23 50:8 60:8
  61:21 75:19 76:19
  102:3
**inefficiencies**
  47:25
**infirmary** 28:6
  74:8
**information** 21:16
  21:21,24 22:15
  23:11 32:6 38:8
  54:8,24 55:1
  56:10,18,19,21,22
  73:9,14,22 77:12
  77:16 82:17 83:12
  86:17 97:4 103:12
  104:3,16
**informed** 15:16
  16:4,6,12 22:2,6
**informing** 19:4
**initial** 21:15,15
  89:10
**initialed** 108:7
**initially** 24:19
**initiate** 78:7
**initiated** 75:7,24
  78:6,14,21 79:10
**injured** 21:22 22:1
  29:10 30:25
**injuries** 27:6
**ink** 108:7
**inquiry** 56:13
**insert** 63:6
**instinct** 24:19
**instruct** 70:14
  103:13 104:3
**instructed** 5:16
**instructing** 104:16

**insure** 23:20
**interest** 100:16
**interested** 6:20
**interior** 13:9
**interpreted** 7:20
**interpreter** 3:24
  3:24 8:24 15:6,6
  16:16,16 21:9,10
  31:15 36:15 38:19
  48:5 49:18 52:17
  52:17 53:13,13
  54:15,15 66:24
  70:5,5,10 71:16
  79:3,3,18 85:7
  97:6 98:24,24
  101:7
**interpreters** 7:12
  8:21
**intervene** 51:18
**interview** 40:12
  63:14
**intimate** 73:1
**introduce** 40:20
  46:18 52:7 53:8
**introduced** 46:19
  103:24
**introducing** 52:2
**investigation**
  55:25 56:2
**invite** 92:22
**involved** 56:16
**involvement** 75:8
**involving** 74:3
**issued** 26:20 61:20
  81:13
**issues** 56:13
**issuing** 35:23

**j**

**janeiro** 36:13
**january** 36:18,20
  36:24 71:24

**job** 1:24 15:16
  37:15 69:22 110:5
**jobs** 69:17,20
**joining** 52:23
**joint** 101:24
**joy** 11:4
**july** 9:19 18:9
  31:12 33:5,12
  34:10 35:19,21
  36:17 64:16
**june** 62:12
**junta** 17:7 84:7
**justice** 3:7 5:8,10
  7:3,5 25:25 50:2
  50:13 51:17 54:20
  90:8 96:4,6

**k**

**k** 1:24 2:24 109:3
  109:21
**kathleen** 3:24 7:14
**keep** 9:2 16:6
**keker** 3:3 7:6
**keker.com** 3:5
  110:2
**kept** 15:16 16:3,12
**kids** 10:22 13:19
  63:25 72:19,22
**kill** 36:2
**killed** 21:6 24:23
  30:9,16 31:4 32:1
  32:5 33:13 47:13
  60:9 61:22 64:4
  64:22 95:25 96:14
  96:18 97:3 102:15
**killing** 33:20
**kilometers** 17:15
**kind** 48:22,23 63:1
**kmm** 1:17 2:17
  6:13
**knew** 28:21 56:25
  57:3 89:13 96:13

**know** 10:21 11:24
  12:5 15:21 16:13
  26:6 40:3 41:17
  43:4 45:8 46:8
  47:2 52:20 55:4,5
  59:13 60:14 63:2
  65:2,10 66:2
  69:13 71:12 72:25
  77:1,9 79:7 86:10
  86:14,15 87:23
  92:22 93:14 95:15
  96:10,10,12,16,22
  96:24 97:11 99:14
  101:17 105:13,19
  105:20
**knowing** 22:22
**knowledge** 15:19
  15:22 16:24 58:11
  76:2
**known** 19:23
  25:25 34:17 36:1
  96:1
**knows** 105:2
**krueger** 1:10,22
  2:9,21 4:2 6:9
  7:22 8:3,7,11 10:7
  32:12 66:7,10,15
  66:17,23 67:3,7,10
  67:11,13 107:12
  108:3,16 110:5
  112:2

**l**

**l** 96:11
**la** 39:24 45:18
**laces** 14:16
**language** 7:16,17
  7:18,18
**lanusse** 17:8
**lara** 67:22
**larger** 27:14

[late - map]

late 65:9 66:19
81:19 83:3,7,22
87:7 93:19
laura 67:10
law 3:14,19 7:8
22:7 23:5,5,7 62:3
76:4 77:5,20
79:12 81:13 89:9
89:23,25 90:1,2,4
90:21,22 91:9,18
93:17
laws 22:5 23:4,10
lawsuit 37:18
81:18 90:20
102:17 103:7,17
104:14 106:13
lawyer 25:18
31:17,23,23 39:15
60:9,10 76:10
78:11 86:14
100:15 103:23
104:12
lawyer's 31:16
lawyers 15:1,4
16:3 17:25 21:12
21:13 30:10 31:14
31:25 39:20 45:21
57:8 59:18 82:3
82:22 83:25 105:8
105:18,20
lay 83:13
leaders 33:20
52:20 60:8
leadership 34:15
learn 37:14 74:12
learned 73:18,24
85:2 86:5 103:9
leave 20:16,16
30:20 35:16 36:2
36:3 60:11

led 17:7 60:15
64:1 75:12
left 25:11 32:13,19
32:22 36:5 84:4
legal 6:16,17,19
14:23 15:14 54:19
82:7 83:13,21
103:25 104:11
107:13 110:7
lelchuk 8:6
lesgart 4:13,14
47:12 48:20 99:16
lesgart's 47:9
leticia 8:5
letter 4:15,17,19
4:21,23 5:5,8,10
51:8,10,19 52:14
52:18 55:7,13,14
88:6,11,15 89:4,8
89:11,21 90:7,9,17
90:19 91:10 93:10
93:12,20 94:10,10
94:23,24,25 95:2
95:11,20 96:25
97:15,17 98:12,15
98:21 99:1,11,21
100:1,5,5,17,19
101:23
letters 50:6,7,12
55:7,10 89:14,22
90:1 91:2,6,17
93:22 94:3,5,14,16
94:18,19,20 95:3
license 16:20 71:9
72:5
life 10:15,16,21,23
37:7 56:22 63:23
79:4
liliana 99:14 100:7
100:8,12,24 101:2

liliana's 101:3
limitations 70:12
87:17
line 5:16 81:14
95:8 110:15 111:4
112:4,7,10,13,16
112:19
list 21:18 33:23,25
34:3,9 57:18 58:3
66:7 105:17
listed 98:4
listen 72:23
listened 55:24
little 10:25 14:4
22:11 27:17 28:9
29:10 58:21 65:5
69:3
live 9:20 13:5,12
37:15 67:13,17
102:7
lived 13:7,8 17:16
66:23 67:3 68:15
68:24 102:5
living 10:12 68:2
85:2 86:6
llp 3:3
local 24:4
locate 39:16
located 14:10
location 22:18
56:24
locked 36:5
110:12 111:1
long 10:10 14:20
14:22 17:17 36:14
62:23 63:8 65:3
longer 65:5 87:8
92:5
look 25:5 39:6
40:23 42:22 46:23
50:13,19 51:4

52:9 53:6,24
60:21 61:15 88:5
88:8 93:9 94:17
95:7
looked 14:15
24:24
looking 20:14
30:17 35:14 41:15
54:23 60:14 61:2
61:4 91:19 99:5
99:11 101:3
looks 98:4 100:24
101:5,5
lookup 56:21
lost 37:21 50:14
55:21 64:15 81:15
lot 56:22
loved 20:15
luis 100:24,25
lunch 92:13

### m

ma'am 65:25 66:8
68:8 70:2,21
81:20 86:4 88:5
88:25 89:19 90:15
91:12,16 93:9
97:11 99:15 101:1
102:4,17 103:18
105:8
machine 27:8
maiden 8:6
mail 61:8
mailing 61:10
major 62:17,19,23
making 79:24 81:1
102:19
man 14:18,19
96:12
manage 37:7
map 29:20

Veritext Legal Solutions
866 299-5127

[marcela - near]

**marcela** 1:13 2:12
**march** 1:22 2:23
  6:1,5 34:12 63:16
  108:5 110:5
**maria** 1:15 2:14
**marianna** 10:5
  12:23,24,25 18:8
  32:11 33:8 76:12
**mariano** 30:18
  96:22,24
**mario** 25:22
**marked** 40:23
  42:22 43:1,2,5
  46:19,21,24 51:2
  60:22 86:23
**marker** 93:17
**marriage** 83:17
**married** 9:22 10:8
  10:10 66:22
**marry** 66:15
**mas** 100:25
**massacre** 32:4,7
  34:9 52:22 57:24
  59:16 75:17 78:25
  102:10
**matarollo** 15:12
**matching** 16:20
  71:8
**materials** 35:15
**maternity** 60:11
**math** 13:1
**matter** 6:9 66:11
**mean** 12:17 30:12
  35:25 39:14 66:12
  68:23 79:21 80:17
  98:16
**media** 6:7 107:12
**medical** 26:14
  63:3
**meet** 64:18 66:17
  105:8

**meeting** 97:2,5,10
  97:20,20,24 98:2,3
  98:7,12,16,20
  99:17,18,20 100:4
  100:4 101:19,22
**meetings** 55:14
  101:24
**member** 101:14
**member's** 77:12
**members** 4:24 5:5
  20:13 30:20,25
  31:4 32:2,3,7 34:8
  52:16 59:16 61:21
  76:18 84:19
  101:24
**memory** 80:10
  82:25 84:11 98:20
**menem** 4:19,21
  51:9 88:7 94:25
**mention** 89:12
**mentioned** 23:3,25
  60:7,10 74:14
  75:14 78:22 85:5
  90:19 91:2 94:23
  97:19
**mentioning** 80:3
**met** 10:14 69:19
  70:22 71:17 95:22
  105:15 106:1
**miami** 1:3 3:16,20
  6:12 56:20 57:1
  62:12 63:18 86:6
**michelle** 1:24 2:24
  6:18 109:3,21
**microphone** 15:9
**military** 13:22
  17:7 19:21,22
  20:11 22:2,20
  24:1,6 28:11,12
  34:13,14,14,17,19
  34:20,24 35:6,13

38:5 74:2 75:7,20
  84:7 88:20
**millions** 59:10
**mind** 61:10
**ministers** 4:24 5:5
  52:16 95:2
**ministry** 5:8,10
**minute** 37:16
  42:14 65:1,6,8,11
  87:9 90:19
**minutes** 8:22
  87:15 92:1,1,3,17
**mischaracterizes**
  75:9
**missed** 66:25
**missing** 92:13
**misstates** 69:24
  70:8 88:23
**mistakes** 94:18
**moment** 15:25
  31:21 47:1 60:10
**monday** 1:22 2:23
  6:1,5
**money** 76:23 77:2
  79:25 80:5,6,7
**monserate** 98:4
**month** 12:2 62:24
**months** 11:5 37:11
  63:11 66:18
**morgue** 23:14,15
  23:16 25:11
**morning** 7:2,7,9
  8:3 10:21 21:1
**mother** 13:19 14:7
  23:5,7 63:24
  72:23,25
**motive** 85:23
  89:19
**move** 28:9 31:19
  34:25 38:10 45:23
  47:14 48:15,24

50:9 57:24 59:11
  64:12 106:19
**moved** 50:11
**moving** 33:1,10
**mujeres** 53:17
**murder** 64:10
  75:18
**murdered** 76:18
**muzzio** 3:3 7:6
  110:1

| n |
|---|

**n** 4:1 5:1
**name** 6:16 8:4,6
  12:15 15:7 25:21
  25:21 31:16,17
  33:9,10 50:12
  65:25 66:7,7,13
  82:20 96:11 99:15
  100:12 101:1
  109:15
**named** 96:11
**names** 15:4,8
  40:15 53:14 82:22
  82:24
**narrates** 40:14
**nation** 4:24 5:5
  52:16
**national** 11:14
  35:20,23 80:14
**nationality** 68:9
  68:10,11,13,13
**naval** 20:8 75:2
**navy** 20:9 25:16
  54:7 56:9,11
  60:12,14 64:11
  75:2,24
**neal** 3:14,14 7:9
  42:6 50:15 51:21
  92:7
**near** 20:13

[necessarily - paper]

**necessarily** 63:2
**necessary** 83:17
  110:14 111:3
**need** 63:9 70:4
  83:15 92:4
**needed** 33:23
**needs** 15:10 65:5
  87:11,12 98:24
**neighborhood**
  12:12 35:12,13
**nest** 3:3 7:6
**never** 24:22 50:9
  50:12 73:13 89:25
  90:5
**new** 30:8 38:6
  85:17
**news** 14:3,5 18:18
  22:12,13 86:11
**newspaper** 56:18
**newspapers** 52:15
  52:19 86:12
**night** 10:20
**noemi** 8:5,5
**non** 16:20 71:8
**nonresponsive**
  31:19 34:25 38:10
  45:23 47:14 48:15
  48:24 59:11 64:12
**normal** 10:16,18
  10:21,23,24 11:23
**notary** 6:18
**notating** 110:15
  111:4
**note** 85:11
**noted** 108:6
**noticing** 6:25
**nrslaw** 3:17
**number** 6:13
  40:20 43:21,24
  54:24 80:15,18,20
  87:24 110:15

  111:4
**numbers** 76:21
**nw** 3:20
**nygard** 3:24 7:14

**o**

**o** 95:14 96:11
**oath** 9:9
**object** 15:24 16:8
  16:15 18:16,20,25
  19:8 20:21 22:16
  26:25 27:20 28:19
  29:3,8,15 30:13
  31:2 32:9 33:15
  34:1 35:3 38:15
  38:17 40:9 41:11
  41:20 44:11,19
  45:2,13 46:1,5,9
  46:14 47:5,18,21
  48:9 49:5,11,15
  51:12 54:2 55:2
  55:18 56:3 57:5
  57:25 58:7,14
  59:23 106:16,17
**objecting** 105:23
**objection** 34:4
  38:2 39:1 50:15
  57:17 68:6,17
  69:5,24 70:7,8,13
  70:17 71:11,25
  73:12,20 74:5,13
  74:20 75:9 76:7
  79:13 80:1,9,16
  81:4,21 82:1,9,15
  83:5,11,23 84:13
  88:23 89:24 91:3
  94:8 98:8,22
  99:23 100:13
  101:16 102:21
  103:2,11 104:2,15
  104:25 105:10

**objections** 6:24
  70:4,14
**oblivion** 50:14
**observe** 14:14
**obviously** 47:25
**occasions** 68:19
  84:22
**occupation** 69:4
**occurred** 13:17
  40:14
**october** 74:6
**offered** 105:17
**office** 39:7 77:3
  110:11
**offices** 3:14
**official** 40:15
**oh** 71:14
**okay** 8:14 9:1,4,6
  9:16 13:4,10 14:9
  17:2 23:9 26:16
  31:7 40:6 43:7,15
  43:22 44:2,5 47:3
  48:2 49:20,22
  50:18 51:4 53:5
  60:2,17 61:14,24
  62:6,9 63:7 64:24
  65:12 70:18 85:11
  92:19 106:5
**old** 12:24
**oldest** 67:16
**once** 14:4,10,25
  19:19 23:10 24:15
  32:3,22 36:23
  57:3 81:8,8,12
  99:13 105:23
**ones** 20:15 102:15
**ongoing** 37:18
**open** 4:23 5:5
  11:19 14:16 23:20
  52:14,18 54:18
  87:24 89:5,15

**opened** 81:14
  84:15
**operation** 62:17
  62:19,23 63:1
**oppose** 34:24
**opposition** 34:16
  34:22
**oral** 11:25 12:1
**order** 26:11,12,12
  26:14 54:18 73:25
  94:19 98:10
**ordered** 26:8
**organization** 82:8
**organizers** 33:21
**original** 27:10
  29:22 37:23 99:6
  99:7,7 110:10,21
**orly** 36:25
**ortega** 15:11 31:18
  33:14 60:10
**outcome** 6:21
**overall** 83:14

**p**

**p** 96:11,11
**p.a.** 3:14
**p.m.** 2:23 107:11
  107:14
**page** 4:3,9 5:4,16
  43:19,20,23,24
  44:24,25 45:1
  110:15 111:4
  112:4,7,10,13,16
  112:19
**pages** 1:25 45:1
  110:14,17,17
  111:3,6,6
**paid** 59:9 77:2
  85:14
**painful** 64:16
**paper** 23:6 24:18

Veritext Legal Solutions
866 299-5127

**[pardon - president]**

**pardon** 24:10
  39:19
**parentheses** 45:1
**parents** 18:8 30:16
  30:19
**paris** 87:7
**part** 19:11 27:14
  66:25 90:2
**participants** 6:15
  58:4
**participate** 58:19
**participated** 57:19
  75:21 102:9
**participation**
  34:17
**particular** 16:14
**parties** 6:7
**party** 6:19 64:17
**passed** 89:9 90:4
**patagonia** 17:10
  17:10
**paths** 89:3
**patria** 39:24 45:18
**patrolling** 35:7
**pause** 8:23 21:8
  49:19
**pay** 64:20
**pdf** 110:12 111:1
**pedro** 10:2 48:22
**pena** 15:12 31:18
  33:14 60:10
**penalty** 108:1,4
  110:16 111:5
**pencil** 24:18
**pending** 62:17
  78:5,13 105:19,21
**people** 11:19
  16:19 19:3 21:21
  30:9 32:1 33:2,2
  33:18,23 35:10
  50:12 52:20 53:16

54:12 55:4 57:19
  71:8 75:18 81:15
  92:4,21 95:4
  101:20
**perform** 26:14
**performed** 26:9
  26:17 41:25
**pergamino** 13:8
  22:5 23:3,14,15
  24:2 25:12 26:13
**period** 29:23 30:2
  58:24 59:3,14
  61:23 62:24 94:6
  94:7 110:18 111:7
**periods** 68:19
**perjury** 108:1,4
  110:17 111:6
**permission** 24:3,7
  24:9,11,14
**permissions** 37:12
**perpetrators**
  40:18 56:20 57:23
  78:25 102:10
**person** 28:22
  56:23 62:13 63:18
  82:20 96:11 97:24
  98:3 101:12
**person's** 101:17
**personal** 1:4,8,11
  1:14 2:4,7,11,14
  30:3 64:7 83:2
**personalities**
  33:22 60:8
**personally** 30:3
**personnel** 19:22
  75:20
**persons** 56:15
**pesos** 76:10 79:17
**peters** 3:3 7:6
**phone** 98:20

**physical** 14:14
  34:23
**physically** 73:6
  99:9 101:20
**pick** 10:22
**pictures** 72:21
  73:4
**pieces** 91:15
**pinpoint** 56:23
**place** 6:6 12:3,13
  22:3 33:1,1 37:5
  37:10,15 58:17,23
  64:18 93:17 109:9
**placed** 65:16
**places** 24:25 33:2
**plaintiff** 3:2 6:10
**plaintiff's** 40:21
  46:19
**plaintiffs** 1:16
  2:16 6:9 7:4
**plan** 34:18,21
**plane** 17:21,22
  19:17 21:19
**plates** 16:20 71:9
  72:5
**play** 10:22
**plaza** 3:9
**please** 6:24 7:11
  8:3,22 11:1 15:25
  16:11 18:22,24
  19:10 21:9 27:2
  30:15 31:21 33:17
  34:6 38:4 40:11
  40:23 43:4 44:22
  45:15 46:24 47:7
  48:4,6,11 50:20
  51:4,14,22 53:6,25
  54:5,24 58:9,16,25
  60:5,21,21 61:15
  65:16 66:2,24
  70:6,10 79:18

85:9 92:20 97:7
  97:13 103:3 105:4
**point** 13:18 22:2,4
  25:9 37:25 38:5
  60:7 72:16 73:17
**police** 14:1,3,6,10
  24:5
**policy** 34:16
**political** 15:2 32:2
  36:21 50:5 52:19
  70:24
**poor** 14:18
**possibility** 20:7
  86:14 88:18
**possible** 47:20
  59:25 87:1 89:3
**power** 95:4,4
**precise** 54:8
**prefer** 66:8 87:18
**pregnant** 11:5
  60:11
**preliminary** 62:21
**prepare** 102:6
**prepared** 98:15,21
**presence** 49:14
  99:2
**present** 3:22 6:22
  19:13 26:18 28:1
  28:15 30:2 35:10
  35:22 45:25 46:13
  49:2,16 50:12
  55:4 62:12 77:11
  78:25 101:20
  106:21
**presented** 45:21
  50:1 59:17 74:9
  77:15 106:20
**presenting** 106:13
**preserve** 68:13
**president** 4:15,17
  4:19,21,23 5:5

Veritext Legal Solutions
866 299-5127

[president - recall]

| | | | |
|---|---|---|---|
| 38:6,6 51:8,9,18 | 77:1,8,9,19 79:8 | **px0071t** 43:1 | **r** |
| 52:15 53:21 77:3 | **proceedings** 54:19 | **px0072** 46:20,24 | **r** 3:14,14 112:3,3 |
| 88:7,13,14,16 89:4 | 74:18,22 75:25 | **px0128** 53:6 | **r&s** 111:1,9 |
| 93:11 94:25 95:2 | 78:20 79:7,9 | **px0129** 50:20 51:4 | **radio** 19:2 20:5 |
| 96:25 97:16 99:8 | 102:6 109:10,13 | **px0130** 52:7 | 28:22 29:2 73:15 |
| **pretty** 73:24 76:25 | **process** 35:25 | **px0131** 61:2 | 74:14,15,16 |
| **previous** 88:19 | 37:12 62:23 77:14 | **q** | **raquel** 1:4 2:3 |
| **previously** 22:23 | 82:4 | **qual** 44:13 | 6:10 |
| 36:5 78:22 | **produced** 91:10 | **que** 44:13 | **rawson** 17:9,11,14 |
| **principalities** 50:7 | **promising** 22:8 | **question** 15:24 | 17:18,23,25 18:2 |
| **printed** 88:3 | **proper** 66:13 | 16:1,15 18:16,20 | 19:3,14,16,18,19 |
| **prior** 58:18 67:12 | **properly** 8:10 | 18:25 19:8 22:16 | 20:14 64:17 |
| 95:19 | **prosecuted** 15:20 | 26:25 27:22 28:19 | **reaction** 22:14 |
| **prison** 11:16 12:10 | **prosecution** 102:9 | 29:3,8,15 31:2 | 29:13 |
| 12:11,15,15 14:25 | **provide** 18:11 | 32:9 34:1,7 38:16 | **read** 43:20 44:22 |
| 15:15 17:10,12 | 28:9 | 38:20 40:9 41:12 | 45:3,6,10 47:1 |
| 20:6 27:15 28:7 | **provided** 76:17 | 44:8 45:13 46:14 | 53:25 56:18 86:11 |
| 31:24 64:21 72:13 | 110:19 111:8 | 48:3,5,25 51:23 | 101:1 102:24 |
| 73:10 79:4 | **provides** 82:11 | 55:18,19,22 60:3 | 103:6,8 104:23 |
| **prisoners** 17:8 | **providing** 48:20 | 66:3,25 70:21 | 108:4 |
| 20:7 21:2 32:2 | 77:6 | 72:14 74:24 75:11 | **reading** 41:17 |
| **privilege** 105:11 | **provinces** 17:8 | 77:3 85:6,10 86:5 | 110:23 111:9 |
| 105:24 | **proxy** 97:24 98:4 | 90:11 91:20 92:1 | **ready** 19:1 21:1 |
| **privileged** 82:16 | 99:14,17 100:23 | 94:2,4,15 101:8 | 47:2 107:5,7 |
| 103:11 104:3,16 | 100:25 101:2 | 102:11 103:4,14 | **reality** 33:6,11 |
| **probably** 79:21 | **public** 11:19 | 104:19 105:4,14 | **realization** 75:13 |
| 80:2 84:8 95:21 | **published** 39:20 | 105:22 106:1,8 | **realized** 13:17 |
| 96:16 | 40:3 52:14,18 | **questioning** 65:4 | 35:25 |
| **problem** 49:24 | **pujadas** 30:18 | **questions** 5:16 9:2 | **really** 14:15 23:21 |
| 66:9 92:12 | 96:22,24 97:21 | 64:24,25 65:2 | **reason** 9:13 18:10 |
| **problems** 24:13 | 98:3,5 | 66:1 83:1 87:11 | 70:6 112:6,9,12,15 |
| 56:14 62:18 84:24 | **purpose** 54:19 | 95:12 100:18,21 | 112:18,21 |
| **procedure** 11:19 | **purposes** 8:14 | 104:21 105:1,6 | **reasons** 50:5,5 |
| 12:1 14:8 74:7 | **push** 98:10 | 106:7,25 | **rebuild** 37:7 |
| 110:19,20 | **pushing** 52:23 | **quick** 51:23 | **recall** 45:11 69:20 |
| **procedures** 24:3,8 | **put** 25:4 33:22 | **quietly** 44:22 | 71:1,4 82:22,24 |
| 62:22 | 40:25 50:21 73:3 | **quite** 14:16,18 | 83:24 84:23,23 |
| **proceed** 26:7 | 92:20 96:4 | 19:20 82:16 87:7 | 85:3 86:7 96:7,21 |
| 86:11,13,17 | **px0071** 40:23 | | 98:15,18,19 99:10 |
| **proceeding** 6:24 | 42:23 43:5 | | 101:21 |
| 74:3,12 75:7,24 | | | |

Veritext Legal Solutions
866 299-5127

[receive - risk]

receive  24:6,9,11
24:13 48:13 51:19
53:3 60:18 62:7
69:11 73:9,21
76:6,23 90:9
received  21:16,21
36:21 37:6 48:17
73:13 76:5,9,9,15
76:16 77:7,10
79:16 80:11 90:23
90:23 93:18
receiving  21:14
62:3
receptive  88:22
recess  42:18 65:19
93:3
recognize  41:7
43:8,9 47:4 51:5,6
52:11 53:10 61:2
61:16,17
recollection  95:21
recommendations
72:22
recommended
21:13
record  6:4,7,23
8:4 41:2 42:13,15
42:16,20,24 65:18
65:21 81:8 93:1,5
107:6,7,10 109:12
recorded  6:8
recording  6:6
recover  32:19 63:9
recovered  29:10
recovery  77:20,21
recruit  104:14
refer  39:12
referenced  110:6
references  91:16
referred  31:9

referring  30:24
31:3 32:3 57:11
74:25 75:11
reflect  45:11
refresh  61:7,12
refugees  36:21
37:4,5
regarding  78:8,15
83:8 88:13
regime  26:6 30:8
34:24
registry  35:24
related  6:19 18:18
24:4,8 74:3 75:7
76:15 90:1,2
91:15
relating  75:25
relation  75:2
relationship  89:14
relative  93:16,23
relatives  19:24
30:10,11 64:18
81:15
released  35:11
110:21
relevance  68:6,17
80:16 82:9 98:8
remaining  27:15
remains  24:14,15
24:20 77:12
remember  15:4
25:21 26:24 59:9
69:15,17,23 76:21
79:16,22,24 81:1
98:14,18 100:10
101:1
remote  6:5
remotely  6:15
rented  33:3
reopen  54:18

repeat  38:19 41:12
48:3,5 66:25 70:6
79:19 85:9 90:11
103:3
rephrase  16:1
replace  63:5
replacement  63:4
63:10
report  26:20 27:11
29:22 37:20 38:1
38:9,14 39:6,17
40:8,19 41:8,16,24
44:16 54:6
reported  1:23
109:10
reporter  6:18 7:11
7:24 42:13 109:4
reporter's  109:1
reports  38:23
represent  104:12
representative  1:5
1:8,11,14 2:4,7,11
2:14 81:19 83:2,2
representing  7:8
request  15:7 16:17
39:8 53:14,15,20
54:12,14,16,23
58:22 59:6,8
88:16
requested  111:1,9
111:10
requesting  54:10
54:25,25 55:10
82:4
requests  16:21
54:11 56:2 59:4
59:17
required  54:8
requirement  24:3
resolution  61:19
61:20

respect  90:16
respond  54:3
55:12 56:1 89:5
100:22 103:15
104:9
responded  34:7
91:7
response  51:19
53:3
responsible  54:7
rest  10:17 27:7
restart  39:9
restarted  39:9
restate  85:8
result  60:19 76:4
78:1
resulting  55:14
results  26:19
resume  38:7 65:2
resumed  39:8
68:14
retained  107:12
return  32:17 71:6
110:17 111:6
returned  22:2,4
25:7,15 68:20,23
review  26:22
110:8,10,13 111:2
reviewing  54:24
right  30:9 43:6
50:23 54:22 61:9
61:11 64:22 65:7
66:5 68:12 77:17
78:7 82:24 85:12
85:15 86:25 87:25
90:6 92:9 95:18
104:24 107:1
rights  5:8,10 90:8
rio  36:13
risk  64:4

[risks - situations]

**risks**  64:3
**roberto**  1:18 2:18
    6:10 7:8,10 56:6
    73:18 85:2 86:6
**rodolfo**  15:12
    31:13,17 33:14
**rogelio**  4:12,14
**role**  15:14
**room**  65:16 92:20
**rooms**  11:21
**rpr**  1:24 2:24
    109:22
**ruben**  1:12 2:11
    10:2,10,12 11:10
    11:11 12:8,9,20
    13:11,15 14:3,23
    15:5,19 16:24
    17:11,23 18:2,13
    18:19 19:7 20:2
    20:20 21:18,25
    24:21 25:10 31:24
    44:16 45:11 47:13
    48:21 50:2 64:8
**ruben's**  13:8 15:14
    16:4 22:6 23:11
    23:23 24:9,11
    25:6 26:9 37:20
    40:8 46:11 57:4
    60:19 64:8
**rules**  105:16 111:8
**ruling**  78:23

**s**

**s**  3:15 4:8 5:3
    95:14 112:3
**sabelli**  53:17
**san**  3:4,10
**sanguinetti**  53:17
    101:11,14
**santucho**  1:13,15
    2:12,15

**saw**  11:10,13 12:7
    12:9 17:3 22:21
    24:22,23,25 25:6
    27:4 34:12 35:5
    37:1 66:21 71:23
    72:10,15 73:6
    89:3
**saying**  29:21 83:10
    85:24 86:2 90:9
    101:4
**says**  97:23 100:9
    101:5
**scarf**  92:16
**schedule**  110:10
**school**  19:2 21:2
    35:21 37:13 60:12
    63:25 69:9,14
**schools**  34:20
**screen**  40:24 42:10
    51:22 66:6 86:25
    87:3,10,16,24
    97:12
**sdavis**  3:21
**search**  39:8
**searching**  35:13
**second**  10:6 33:12
    45:15 46:17 64:3
    81:14 94:17,19
**secondary**  69:9
**section**  44:9,13,23
    45:10,18 54:1,23
**sections**  53:25
**see**  11:11,22 12:20
    14:1,7,11,12,21
    17:5 23:22 24:9
    24:11,14,15,16
    30:17 51:24 53:24
    61:5 64:14 66:6
    72:2 87:5 90:7
    92:16 94:22

**seek**  50:2 96:4,6
**seeking**  51:16
    89:17
**seen**  14:20 24:22
    41:19 44:18 45:9
    47:17 48:8
**segart**  99:15
**senate**  4:24 5:6
    52:16
**send**  20:15 22:3
    55:7,10 72:20,21
    72:22 73:3,4
**sending**  50:6,7
    89:4 95:20
**sense**  87:7
**sent**  14:3,5 53:22
    90:9 91:6 96:25
    98:13 99:8 100:4
    100:5
**sentence**  44:25
    79:1
**sentences**  8:23
**separate**  89:18
**september**  25:17
    75:1
**series**  56:13
**served**  26:1
**set**  11:9 62:20
    64:17 109:9
**severely**  29:9
**share**  40:24 42:9
    45:18 50:22 53:9
    60:25 61:5 77:21
    86:25 87:2,10,16
    87:23
**shared**  41:2,3
    50:25
**sharing**  51:21
**shift**  10:20
**shirt**  37:2

**shoes**  14:16
**shooting**  22:12
**short**  9:2 73:24
**shorter**  65:3
**shorthand**  109:3
**shortly**  11:4
**shorts**  37:2
**shot**  22:14 27:6
    31:14
**shots**  27:9
**show**  48:21
**showed**  97:15
**showing**  97:13
**sic**  99:15
**siege**  19:24
**sign**  22:7 23:5
    100:12,23 110:16
    111:5
**signatories**  95:11
    95:13 97:19 99:3
**signatory**  96:25
**signature**  95:8
    101:3,4 109:21
    110:21,23,23
    111:9
**signatures**  99:9
**signed**  99:12
    100:24,25 101:20
    101:22
**signing**  54:12
    100:8
**simple**  94:5,15
**sir**  67:1 71:16
    101:7
**sitio**  19:23
**situation**  16:4 19:5
    19:23 23:25 31:9
    35:2,4,12,16 54:9
    63:25
**situations**  60:15

Veritext Legal Solutions
866 299-5127

[six - taken]

**six** 37:11 66:18
67:13
**slightest** 96:9
**small** 21:19 91:21
**snow** 37:1
**snowing** 36:25
**social** 15:2 37:3
82:7 103:25
104:11
**solutions** 6:17,19
107:13 110:7
**someone's** 15:9
**son** 10:4 32:10
**sonnet** 7:9
**sonnett** 3:14,14
7:9 42:6,9,12 54:2
**sonnett.com** 3:17
**sons** 30:17
**sorry** 8:8 15:9
20:21 28:20 29:25
34:2 35:4 38:16
41:21 44:7,12
49:6,20,23 61:4,12
66:25 70:3,3
71:15 74:24 85:4
90:11 92:14 97:12
102:11 104:7
**sort** 63:6 64:17
**sought** 89:2
**sounded** 20:12
**south** 56:12
**southern** 1:2 2:2
6:12 70:12 78:5
102:18,25
**spanish** 7:16,18
8:19,20 9:3 51:25
**speak** 8:17,19 56:9
92:7 95:17 100:7
100:7
**speaking** 42:5
47:22,23 70:14

**specialist** 6:17
**specific** 70:12
79:24
**specifically** 60:5
71:1
**specified** 62:5
**specify** 58:24
**speculate** 105:1
**speculation**
100:13,16 105:5
**split** 77:20 80:6,11
**spoke** 33:18 96:8
**spouse** 8:7 10:24
**stands** 70:24
**start** 83:7,14,18
84:3,6 87:14 93:7
93:25 95:13
**started** 24:21
25:15 26:5 55:16
56:13,21,23 82:18
**starting** 41:9
63:23 102:3
106:19
**starts** 40:12 43:25
**state** 6:22,24 8:4
14:14,21 19:24
109:4 110:9,12
**stated** 100:6
**statement** 28:7,12
**states** 1:1 2:1 6:11
57:1 82:3 85:3
86:15 103:19,21
104:13 106:14
**station** 14:2,4,6,10
**stay** 36:10,14
37:11
**staying** 33:1 37:10
**stenographically**
109:10
**steps** 62:2 96:6

**steve** 3:19 7:7
47:20 65:25 74:21
82:17 91:20
**stipulation** 110:20
**stolen** 71:9
**stop** 35:8 51:21
**stopped** 50:13
**stories** 40:16
**story** 29:7 92:10
101:17
**straight** 80:8
**strategy** 35:6
**street** 3:4,20 20:13
**strike** 24:10 31:19
34:25 38:10 45:23
47:14 48:15,24
55:11 59:11 62:11
64:12 86:18,20
88:12
**strong** 72:25
**struggle** 50:13
**struggled** 64:22
**student** 15:2 33:21
**students** 52:20
**studied** 69:13
**studies** 82:7 104:1
104:11
**subject** 106:6
107:2
**submit** 80:20
**subscribed** 109:15
**subversive** 35:14
**success** 39:11
**successful** 59:13
**sue** 86:9
**suffered** 48:23
**suffering** 14:19
**suit** 37:17 49:25
50:1 78:4 83:15
**suite** 3:9,15

**summary** 51:16
**support** 34:19
**supported** 102:8
**supposed** 105:17
**sure** 8:23 9:3
24:17 38:21 52:4
59:1 69:14 70:8
76:25 87:2 97:8
103:8
**surgeon** 63:15
**surgery** 63:4,10
63:13
**surprise** 26:5
**surrounded** 20:11
22:20 28:10,10
**survivor** 75:16
**survivors** 27:16,18
28:1,3 29:14
40:13,17 75:14
86:20 96:16
**susana** 47:8,12
48:20
**swear** 7:12
**switch** 60:2,17
**switching** 8:22
**sworn** 7:15,23
109:7

**t**

**t** 4:8 5:3 37:2
95:14 112:3,3
**take** 6:6 8:22 12:3
20:5 21:12 27:16
32:15 47:1 62:2
65:1,5,8 70:24
87:9,11,12,15
91:22,25 92:15
93:9 100:22
**taken** 2:21 6:9 9:9
25:12 27:19 28:5
35:11 57:7 108:5
109:8,13

Page 19

takes 17:17
talk 11:10,23 23:2
  69:2 78:16 86:19
  105:17
talked 21:11 23:10
  32:11 39:21 49:25
  75:16 77:25
  105:20
talking 31:8 74:18
  74:22 78:13 80:24
  81:5,7,12
tanks 19:22
tasks 10:18
taxi 32:23
taxis 35:8
teacher 24:17
  63:24
team 95:2
technical 27:4
technological
  87:17
telephone 73:5
  98:17
tell 9:9 10:15,25
  14:19,22 17:4
  18:24 27:17 31:10
  37:9 41:9,14
  48:17 60:5 64:23
  76:8,9 92:8 95:9
  99:25
tells 80:10
ten 65:1,6,8,11
  82:24 92:1,3,16
tended 13:18
tense 30:1
term 16:17
terminology 30:23
terms 27:4 51:11
  63:3 64:7
testified 7:25
  90:22 94:21

106:12
testify 63:18
  104:23
testifying 51:25
testimonies 11:25
  75:14
testimony 8:24
  9:14 11:18 27:16
  27:18,19 28:2,5,16
  29:11,14 46:10
  47:9 48:20 49:3
  62:13 67:19 69:24
  70:9 74:9 75:6,15
  76:4 85:1,3 88:23
  96:5 107:11 108:7
  109:9,12
tests 62:22
thank 9:16 21:10
  48:2 52:6 65:12
  92:18,25 106:24
  107:2,4,7
thanks 66:14
thing 20:17 25:2
  26:8 40:17 64:16
things 13:23 20:6
  29:19 91:25
think 14:6 55:21
  61:8 65:9 85:14
  85:25 86:22 87:2
  90:18 91:21 92:6
  92:12,15 103:8
  107:9
thinking 101:7
third 14:6 33:6
  75:16
thought 22:18
thousands 13:23
threatened 20:17
threats 21:14
three 13:2 28:1
  40:13 62:24 68:10

75:14 80:11 94:19
  94:20 102:18
throwing 78:20
thursday 63:14,16
time 6:25 11:10,13
  11:16,25 12:7,9
  13:24 17:3 19:15
  19:21 28:11 32:12
  33:13,18 35:5
  37:1,11 50:3,3
  52:21,25 53:2
  54:18 58:24 60:7
  60:11 61:23 62:16
  62:20 64:5 65:14
  66:21 69:21 71:6
  71:18,23 72:10,15
  73:6 84:9,12,15
  86:10,17 88:17
  89:9 91:17 93:18
  93:20 94:6,6 96:8
  106:19 109:8,13
  110:10,18,24
  111:7
times 9:24,25
  13:21 81:8,9,11,11
  84:20
tired 14:15
title 39:23 41:18
today 8:14,21 9:14
  9:20 10:8 59:20
  62:18 67:17 86:16
  87:18,19 92:15
today's 107:11
told 20:16,16
  21:12,25 22:7
  27:3 30:8 38:8
  40:17 56:9 64:21
  67:12 69:3 71:7
  72:4,16 75:5,23
  76:3 77:5 79:8
  84:4 86:5

top 44:24
toschi 53:16 95:14
  95:19,22 96:1,8
totally 63:23
  101:12
touch 81:22
tourists 36:9,12
trade 33:20
train 17:21
training 24:18
  34:20
transcribed
  109:11
transcript 108:5
  110:6,8,10,13,13
  110:21 111:2,2
transferred 11:17
  11:18 12:8 17:9
  17:11 20:8 21:3
  21:18,23 26:13
transformed
  63:24
translate 7:16
  8:10,24 70:4
  74:24 101:6,8
translated 9:3
  51:24
translates 39:24
translating 85:13
  101:8
translation 4:11
  4:14,18,22 5:7,11
  8:8 30:1 41:2,3,22
  42:25 43:1 44:12
  48:3 55:21 60:24
  85:4,12,15,19,20
  86:1
translations 50:25
translator 47:21
  47:22 66:3 70:3
  85:13,25

[translator's - videographer]

**translator's** 85:16
**translators** 85:17
  85:17
**travel** 17:18,19
  19:16 62:12,25
  84:8,19 99:16
**traveled** 19:17
  68:18 84:9,12,21
  84:22,24 90:5
  102:5
**traveling** 84:3,6
**trelew** 20:14 21:20
  24:4,8 30:10,11,24
  31:4 32:4,7 34:9
  43:11,12 47:13
  52:22 57:23 59:16
  59:25 75:17 77:16
  78:25 89:2,6
  102:10,15
**trial** 11:14,20
  25:16 45:20,22
  47:10 48:14 49:4
  50:3,8 52:23 53:1
  53:1,2 56:8,11
  57:9,11,13,16,22
  58:18,19,23 59:25
  75:12 82:18 84:15
  95:5 98:10 105:17
  106:22
**trials** 12:1
**tried** 19:3 21:3,5
  22:23 38:6 39:10
  57:15
**trip** 23:2
**trouble** 90:1 91:24
**trucks** 20:12
**true** 35:25 108:8
  109:12
**truly** 34:13
**truth** 9:9,10,10
  25:25 50:13

**try** 12:13 22:24
  48:1 55:22 56:23
  58:5,12
**trying** 20:22 47:24
  56:14 77:8 79:6
  81:9 87:21 90:15
  93:14 96:3
**turn** 20:19 37:16
  50:6
**turned** 15:3,10
**twice** 81:2,12
  99:13
**two** 8:21,23 9:25
  16:19 17:19,19
  36:12,13 67:8,12
  67:16 69:10 71:8
  77:24 81:7,11
  83:20 84:20 91:2
  91:15
**typewriting**
  109:11

**u**

**unable** 29:7
**understand** 9:11
  38:13,23 41:17
  52:3 63:9 66:3
  70:15,19 78:13
  81:9 87:21 90:5
  90:15,17 95:18
  102:11
**understanding**
  22:22 33:13,24
  58:4 59:7 75:11
  86:17
**understood** 89:13
  89:17
**union** 52:19
**unionists** 33:21
**unit** 6:8
**united** 1:1 2:1 6:11
  57:1 82:3 85:2

86:15 103:19,21
  104:13 106:14
**upcoming** 63:12
**urondo** 39:21
  40:13 43:14
**use** 34:21 48:20
  63:4 78:19

**v**

**v** 110:4 112:1
**vacation** 35:21
  36:4
**vague** 74:20
**van** 3:3 7:6
**vargas** 3:8 4:4,6
  7:2,3 8:2,8,13
  15:9,13,25 16:2,10
  16:23 18:17,21
  19:6,9 20:23 21:8
  22:10 23:1 27:1
  27:21 28:24 29:6
  29:12,16,25 30:5
  30:14,22 31:6,20
  32:14 33:16 34:2
  34:5 35:1,4,17
  36:19 38:3,12,18
  38:20,21,22 39:5
  40:10 41:1,6,13,21
  42:1,4,8,11,15,21
  43:3 44:12,17,21
  45:5,7,15,17,24
  46:3,7,12,16,22
  47:6,16,20 48:2,7
  48:10,16 49:1,8,13
  49:21 50:15,17
  51:3,13,21 52:2,5
  52:7,8,24 53:19
  54:4,21 55:6,20
  56:5 57:10,21
  58:2,8,15 59:1,2
  59:12 60:1,24
  61:1,6,8,13 64:13

65:8,15 68:6,17
  69:5,24 70:6,8,15
  70:18 71:11,25
  73:12,20 74:5,13
  74:20 75:9,22
  76:7 78:11 79:5
  79:13,15,23 80:1,4
  80:9,13,16,19 81:4
  81:6,21,23,24,25
  82:1,5,9,12,15,19
  83:5,9,11,19,23
  84:2,13,18 85:4,19
  86:22 87:2,6 88:2
  88:23 89:24 91:3
  91:20 92:3,11,14
  92:19,25 94:8
  98:8,22 99:23
  100:13 101:13,16
  101:18 102:21
  103:2,11,23,25
  104:2,10,15,20,25
  105:10,23 106:8
  106:11,23 107:4,7
**various** 50:5
**verb** 30:1
**verify** 24:20
**veritext** 6:16,19
  42:12 107:12
  110:7,9,11
**version** 44:24
**versions** 52:1
**versus** 6:10
**victims** 8:7 32:7
  101:25 102:12,14
  102:16
**video** 6:6,8,17
**videographer** 3:23
  6:4 7:11 42:16,19
  65:17,20 92:24
  93:1,4 107:5,10

[villa - zoom]

| | | | |
|---|---|---|---|
| **villa**  11:16 12:10 12:11,14,16 13:14 | 23:19 24:15 25:7 28:11 32:23,25 | 98:9 99:1,25 100:14 101:10,17 | **x** |
| **villarreal**  1:15 2:15 | 36:8 37:17,21 38:7 60:4,12 | 102:22 103:3,15 104:9,18 105:2 | **x**  4:1,8 5:1,3 111:9 |
| **violated**  70:16 | 63:24 71:5 84:5,5 | 106:3,18 109:7,15 | **y** |
| **visit**  12:23 18:2,4 36:8 64:20 72:12 | 100:14 | 110:13,16 111:2,5 112:24 | **yeah**  42:6,15 45:5 |
| **visited**  18:9 36:11 68:23,25 | **when's**  96:8 | **witnesses**  97:18 | **year**  12:2 31:8 40:3 55:8,15 |
| **voluntarily**  9:7 | **whereabouts**  55:5 56:15,19 | **woke**  21:1 | 76:23 77:6 85:5 |
| **vs**  1:17 2:17 | **whereof**  109:15 | **woman**  96:12 | 90:4 91:9 94:6,14 |
| **vuida**  8:9 | **whichever**  66:9 | **word**  78:19 | 94:15 |
| **w** | **whispering**  15:10 | **words**  64:22 97:13 | **years**  52:21 69:10 82:24 84:16 96:13 |
| **waiting**  26:19 | **widow**  8:11 | **work**  10:17,19,20 19:1 21:2 83:25 | **young**  71:18 |
| **waived**  110:23,23 | **wife**  53:16 83:6 | 98:17 102:2 | **youngest**  67:20 |
| **waiving**  110:20 | **windows**  87:24 91:24 | **worked**  10:13 19:2 60:12 69:19 70:22 | **yvonne**  67:11 |
| **walk**  14:17 62:16 | **withdraw**  91:25 | 102:14 | **z** |
| **walking**  62:18 | **witness**  4:2 7:12 8:9,11 15:8,11 | **worker**  10:13 16:21 37:3 69:6 | **zar**  20:8 21:4 28:18 |
| **wan**  3:8 7:4 | 16:18 19:1 21:11 | **workers**  33:21 | **zones**  19:21 |
| **want**  50:14 65:6 66:10 87:14 89:12 | 22:17 28:21 29:4 29:9 30:3 31:3,17 | **working**  10:16,23 13:24 18:11 | **zoom**  66:6 97:12 |
| 92:2 94:18 105:13 105:18,20 | 32:10 35:5 36:17 39:3 41:4,12,24 | 102:12 | |
| **wanted**  23:19,19 23:20 25:25 52:3 | 44:15,20 45:14 46:2,6,10,15 47:19 | **workplace**  16:22 | |
| 54:18 66:12 | 49:7,12,16,18,20 | **wounds**  24:23,25 27:5,8 | |
| **wants**  65:10 | 52:18 53:15 54:17 55:3,19 56:4 57:7 | **write**  89:21 91:14 91:17 93:21 94:5 | |
| **watch**  11:20 | 57:18 58:1 59:24 | 94:16 | |
| **waterfalls**  36:4,8 36:11 | 60:23 65:5,9 68:18 69:6 71:12 | **writing**  24:21 | |
| **way**  14:5 21:20 55:3 59:25 64:2,4 | 71:17 72:2 73:13 73:21 74:6,14,25 | **written**  4:12,14 88:16 94:24 95:1 | |
| 78:1 89:12 100:5 104:24 | 75:10 76:8 79:4 79:14,21 80:2,10 | 95:1,3 99:22 100:10,11 | |
| **we've**  77:25 85:20 | 80:17 81:5,22 82:2,10,18 83:6,13 | **wrong**  39:15 | |
| **wearing**  36:6 37:1 37:3 | 83:14,24 84:14 87:11,18 88:2 | **wrote**  51:8 88:11 89:11,21 90:1,17 | |
| **weekends**  72:13 | 89:25 91:4 94:10 | 90:21 93:10 94:3 | |
| **welcome**  87:12 | | 94:13 95:4 | |
| **went**  14:1,1 19:25 20:18 21:23 22:5 | | | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.