EXHIBIT "D"

```
 1              UNITED STATES DISTRICT COURT
 2      SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION CASE NO.
 3                 1:20-CV-24294-KMM
 4      RAQUEL CAMPS, in her capacity        )
        as the personal representative       )
 5      of the ESTATE OF ALBERTO CAMPS,      )
        EDUARDO CAPPELLO, in his              )
 6      individual capacity, and in his       )
        capacity as the personal             )
 7      representative of the ESTATE OF       )
        EDUARDO CAPPELLO, ALICIA KRUEGER,    )
 8      in her individual capacity, and in   )
        her capacity as the personal          )
 9      representative of the ESTATE OF       )
        RUBÉN BONET, and, MARCELA SANTUCHO,  )
10      in her individual capacity, and in   )
        her capacity as the personal          )
11      representative of the ESTATE OF       )
        ANA MARÍA VILLARREAL DE SANTUCHO,    )
12                                            )
                   Plaintiffs,               )
13                                            )
              v.                              )
14                                            )
        ROBERTO GUILLERMO BRAVO,             )
15                                            )
                   Defendant.                )
16      ----------------------------------)
17
18              REMOTE PROCEEDINGS OF THE
19         VIDEOTAPED DEPOSITION OF MARCELA SANTUCHO
20                 TUESDAY, APRIL 5, 2022
21
22
23      REPORTED BY NANCY J. MARTIN
24      CSR. NO. 9504, RMR, RPR
25      PAGES 1 - 109
```

Defendant's initial deposition designations

Plaintiffs' counter designations.

Page 1

| | |
|---|---|
| 1      UNITED STATES DISTRICT COURT | 1             I N D E X |

```
 1          UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION CASE NO.
 3          1:20-CV-24294-KMM
 4  RAQUEL CAMPS, in her capacity    )
    as the personal representative   )
 5  of the ESTATE OF ALBERTO CAMPS,  )
    EDUARDO CAPPELLO, in his         )
 6  individual capacity, and in his  )
    capacity as the personal         )
 7  representative of the ESTATE OF  )
    EDUARDO CAPPELLO, ALICIA KRUEGER,)
 8  in her individual capacity, and in)
    her capacity as the personal     )
 9  representative of the ESTATE OF  )
    RUBÉN BONET, and, MARCELA SANTUCHO,)
10  in her individual capacity, and in)
    her capacity as the personal     )
11  representative of the ESTATE OF  )
    ANA MARÍA VILLARREAL DE SANTUCHO, )
12                                   )
          Plaintiffs,        )
13                                   )
       v.                            )
14                                   )
    ROBERTO GUILLERMO BRAVO,      )
15                                   )
          Defendant.        )
16  ----------------------------------)
17
18               - - -
19          Tuesday, April 5, 2022
20               - - -
21
22      Remote Videotaped Deposition of MARCELA SANTUCHO,
23  beginning at 8:09 a.m., before Nancy J. Martin, a
24  Registered Merit Reporter, Certified Shorthand
25  Reporter.
                                              Page 2
```

```
 1                    I N D E X
 2
    TESTIMONY OF MARCELA SANTUCHO            PAGE
 3
    BY MS. SABHARWAL                6
 4
    BY MR. DAVIS                    38
 5
    BY MS. SABHARWAL                101
 6
 7          E X H I B I T S
 8  NUMBER        DESCRIPTION        MARKED
 9  Exhibit PX0106    Newspaper article, "Police  17
                      Mobilization," 3 pages
10
    Exhibit PX0132    Photo of Ana Maria       11
11                    Villarreal, 1 page
12  Exhibit PX0133    Photo of Ana Maria       12
                      Villarreal with
13                    Ms. Santucho, 1 page
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1  A P P E A R A N C E S :
 2
    NEHA SABHARWAL, ATTORNEY AT LAW
 3  FRANCO MUZZIO, ESQ.
    KEKER VAN NEST & PETERS LLP
 4  633 Battery Street
    San Francisco, California 94111-1809
 5  (415) 391-5400
    nsabharwal@keker.com
 6  Counsel for Plaintiffs
 7  Elzbieta "Ela" Matthews
    CENTER FOR JUSTICE & ACCOUNTABILITY
 8  One Hallidie Plaza
    Suite 406
 9  San Francisco, California 94102
    (415) 322-5018
10  ematthews@cja.org
    Counsel for Plaintiffs
11
12  STEVE DAVIS, ESQ.
    NEAL SONNETT, ESQ.
13  HABER LAW
    251 NW 23rd Street
14  Miami, Florida  33127
    (305) 379-2400
15  sdavis@haber.law
    Counsel for Defendant
16
17  ALSO PRESENT:
18  CHRISTIE WAN
19  KATERINA SIEFKAS
20  ANDRES CASANOVA, SPANISH INTERPRETER
21  KATHLEEN NYGARD, SPANISH INTERPRETER
22  CLARET VARGAS, SPANISH CHECK INTERPRETER
23  DEBORAH ALVINO, LEGAL VIDEOGRAPHER
24
25
                                              Page 3
```

```
 1  IGUAZU MISIONES, ARGENTINA, TUESDAY, APRIL 5, 2022;
 2               8:09 A.M.
 3               - - -
 4      THE VIDEOGRAPHER:  We are going on the record
 5  at 8:09 a.m. on Tuesday, April 5, 2022.
 6      Remote audio and video recording will
 7  continue to take place unless all parties agree to go
 8  off the record.
 9      This is Media Unit 1 of the video recorded
10  deposition of Marcela Santucho, taken by counsel for
11  plaintiffs in the matter of Raquel Camps, et al.,
12  plaintiffs vs. Roberto Guillermo Bravo, defendant, in
13  the United States District Court, Southern District of
14  Florida, Miami Division, Case No. 120-CV-24294-KMM.
15      This deposition is being held in
16  Iguazu Misiones, Argentina, and all participants are
17  attending remotely.
18      My name is Deborah Alvino from the firm
19  Veritext Legal Solutions, and I'm a certified legal
20  video specialist and notary.  The court reporter is
21  Nancy Martin with Veritext Legal Solutions.
22      I am not related to any party in this action
23  nor am I financially interested in the outcome.
24      Counsel and all present will now state their
25  appearances and affiliations for the record.  If there
                                              Page 5
```

2 (Pages 2 - 5)

1 are any objections to proceeding, please state them at
2 the time of your appearance, beginning with the
3 noticing attorney.
4    MS. SABHARWAL:  Neha Sabharwal with Keker
5 Van Nest & Peters representing the plaintiffs.
6    MR. DAVIS:  Steve Davis and Neal Sonnett
7 representing the defendant, Roberto Bravo.
8    REPORTER MARTIN:  I'm going to go ahead and
9 swear in the two interpreters.
10
11    ANDRES CASANOVA and KATHLEEN NYGARD,
12 having been sworn to translate the testimony from
13 English/Spanish and vice versa to the best of their
14    ability, were sworn in.
15
16    MARCELA SANTUCHO,
17    having been sworn/affirmed,
18    was examined and testified as follows:
19
20    EXAMINATION
21 BY MS. SABHARWAL:
22    Q.  Good morning, Ms. Santucho.  Could I quickly
23 ask you to adjust your screen so the camera captures
24 your entire face.
25    A.  Okay.

Page 6

1    Q.  Ms. Santucho, could you please state your
2 full name for the record.
3    A.  Marcela Ava Santucho Villarreal.
4    Q.  Ms. Santucho, we have two interpreters here
5 with us today.  They will be switching off every
6 20 minutes or so.  Please try to take a pause every
7 few sentences to make sure that the interpreter can
8 correctly capture your testimony in English.
9    Is that okay?
10    A.  Yes, that's fine.
11    Q.  Ms. Santucho, are you here voluntarily?
12    A.  Yes, I am.
13    Q.  And you've just taken an oath to tell the
14 truth, the whole truth, and nothing but the truth.
15    Do you understand that?
16    A.  Yes, ma'am.
17    Q.  Is there any reason why you cannot give full,
18 complete, and accurate testimony today?
19    A.  No.
20    Q.  Ms. Santucho, when and where were you born?
21    A.  That was Santiago del Estero on November 5,
22 1962.
23    Q.  And what was that neighborhood in Santiago
24 del Estero like when you were growing up?
25    A.  It was a small, rural area in the

Page 7

1 countryside.  It was calm.  It was hot, but my early
2 years were very calm, relaxed, until I was about seven
3 years old.
4    Q.  And where do you currently live?
5    A.  I live in Iguazu Missions in Iguazu on the
6 Brazilian/Payaguayan border near the Iguazu
7 waterfalls.
8    Q.  And what's your occupation?
9    A.  I am retired.  However, so that I can make
10 ends meet, I also give French classes.
11    Q.  And what did you do prior to retiring?
12    A.  I did give French classes, and I also did
13 some translation.
14    Q.  And how long have you been teaching French?
15    A.  The last 10 years, since I returned to
16 Argentina from exile.
17    Q.  And can you tell us what your connection to
18 this case is?
19    A.  I'm one of the four plaintiffs.
20    Q.  And what is your relationship to the case?
21    A.  I am the daughter of Ana Maria Villarreal.
22    Q.  And what is her relationship to the case?
23    A.  She was murdered in the Trelew Massacre.
24    MR. DAVIS:  Move to strike as nonresponsive.
25    Excuse me, ma'am.

Page 8

1    (The Reporter requested clarification.)
2    INTERPRETER NYGARD:  Trelew, T-r-e-l-e-w.
3 BY MS. SABHARWAL:
4    Q.  And what was the Trelew massacre?
5    MR. DAVIS:  Object to the form of the
6 question.
7    THE WITNESS:  I didn't understand the
8 question.  Excuse me.
9 BY MS. SABHARWAL:
10    Q.  You said that your mother was killed in the
11 Trelew Massacre.  What was the Trelew Massacre?
12    MR. DAVIS:  Objection.  Form.
13    THE WITNESS:  That was when 19 undefended
14 political prisoners were murdered.
15 BY MS. SABHARWAL:
16    Q.  And when did this event take place?
17    A.  On August 22, 1972.
18    Q.  And where did it occur?
19    A.  This was on the Almirante Zar Naval Base in
20 Trelew in Chubut Province of Argentina.
21    Q.  And what was your mother's name?
22    A.  Ana Maria Villarreal.
23    Q.  And in your own words, who was Ana Maria
24 Villarreal?
25    A.  She was an art teacher.  She had married my

Page 9

3 (Pages 6 - 9)

1  father, had three daughters. She was a sweet woman.
2  She often acted in solidarity and was fairly shy.
3      Q. Do you have any other memories of her?
4      A. So I was nine years old when my mother was
5  murdered, and I remember her being a good mother. I
6  have a story that I could share with you that I
7  remember, but maybe I should wait until after the
8  translation is done.
9      MR. DAVIS: Move to strike as nonresponsive.
10 BY MS. SABHARWAL:
11     Q. Could you share the story that you just
12 referenced.
13     MR. DAVIS: Object to form.
14     THE WITNESS: Yes, I remember this time we
15 went to the bakery and we bought a cake, and I was
16 hungry. I really wanted this cake, but after we went
17 to the bakery, we stopped by this woman's house. She
18 was a poor woman, and my mother left the cake.
19     And when we were going to leave, I said,
20 "Mom, what about the cake? I want the cake too." And
21 she said that no, she was going to leave the cake even
22 though she didn't have enough money to buy another one
23 for me.
24     MS. SABHARWAL: All right. Ms. Santucho, I'm
25 showing you what has been marked as Exhibit PX0132.

Page 10

1  We're going to speak about this exhibit, but please
2  first confirm when you can see it in front of you.
3      (Deposition Exhibit PX0132 was marked for
4      identification.)
5      THE WITNESS: I saw the picture of my mother.
6  BY MS. SABHARWAL:
7      Q. Do you recognize this photograph?
8      A. Yes. In this picture it shows our simple
9  home. We had a simple life, I guess you could say.
10 In that photo was washing dishes. My father
11 decided to take a picture, and it shows her and how
12 she was with her simple clothing, but also her smile,
13 her sweet nature.
14     MR. DAVIS: Move to strike as nonresponsive.
15     Are you going to put the picture up? I don't
16 see it on my -- is it still on share screen?
17     MS. SABHARWAL: Yes. It should be added to
18 the "Marked Exhibits" folder, but I can share the
19 screen.
20     MR. DAVIS: Thank you.
21     MS. SABHARWAL: Can you see the image?
22     MR. DAVIS: Thank you. I have it now.
23 BY MS. SABHARWAL:
24     Q. Ms. Santucho, what do you like most about
25 this picture?

Page 11

1      MR. DAVIS: Object to the form of the
2  question.
3      THE WITNESS: I like her demeanor a lot, like
4  her simplicity, her sweetness, and the way she looked
5  at us.
6      (A discussion was held off the record.)
7      MS. SABHARWAL: Could we go off the record
8  briefly so I can pull up the exhibit share link.
9      THE VIDEOGRAPHER: We are going off the
10 record at 8:29 a.m.
11     (A recess was taken from 8:29 a.m.
12     to 8:30 a.m.)
13     THE VIDEOGRAPHER: We are going back on the
14 record at 8:30 a.m.
15     MS. SABHARWAL: Okay. I am sharing what has
16 been marked as Exhibit PX0133.
17     Q. Are you able to see this picture in front of
18 you, Ms. Santucho?
19     (Deposition Exhibit PX0133 was marked for
20     identification.)
21     THE WITNESS: Yes, I can.
22 BY MS. SABHARWAL:
23     Q. And do you recognize this photograph?
24     A. Yes, the picture is of my mother holding me
25 in her arms, smiling and happy to have me in her arms.

Page 12

1      Q. And do you have any reactions to this
2  photograph?
3      MR. DAVIS: Object to the form.
4      THE WITNESS: Yes. The love that she had for
5  me at the time and that I wasn't able to enjoy more
6  during my teenage years and during the rest of my
7  life.
8  BY MS. SABHARWAL:
9      Q. When did you last see your mother alive?
10     A. When I visited her at the Rawson Prison on
11 July 1972.
12     Q. And where were you living while she was at
13 Rawson Prison?
14     A. At Buenos Aires. Buenos Aires is located
15 1,400 kilometers from Rawson. So it was quite far.
16 Plane tickets were expensive at the time. So we had
17 to travel by land, but it was too far.
18     Q. And how long did it take you to get there
19 when you visited her in July of 1972?
20     A. It took us almost one day.
21     Q. What do you remember from your visit in July
22 of 1972?
23     A. We got the chance to take a walk around where
24 she was, where the beds of the inmates were, and I was
25 able to hug her and have a conversation, to chat with

Page 13

4 (Pages 10 - 13)

1  her.
2      Q.  How did you feel when you saw her there?
3          MR. DAVIS:  Object to the form of the
4  question.
5          THE WITNESS:  I was -- I felt very glad to
6  see her because I couldn't visit her frequently due to
7  the distance.  So I was very glad to see her.
8  BY MS. SABHARWAL:
9      Q.  Did you know anything about the reasons why
10 she was being held at Rawson Prison?
11     A.  I knew she was taken there from Buenos Aires
12 with other political prisoners, but I was too young to
13 really understand or to know what was going on.
14     Q.  And how old were you on August 22, 1972?
15     A.  I was nine years old.
16     Q.  And this was the date, you testified, when
17 the Trelew Massacre took place; correct?
18         MR. DAVIS:  Objection to the form of the
19 question.
20         THE WITNESS:  Yes, that is correct.
21 BY MS. SABHARWAL:
22     Q.  What's the significance of that date to you?
23         MR. DAVIS:  Object to the form of the
24 question.
25         THE WITNESS:  It's an ugly thing because I

Page 14

1  Q.  And when was that?
2      A.  At the funeral, at the same funeral with two
3  other people who were killed.  They opened the casket
4  window, and I was able to see her.  She looked like
5  she was asleep.
6      Q.  And when you say the "other two people who
7  were killed," what are you referring to?
8          INTERPRETER CASANOVA:  The interpreter is
9  going to request clarification of the second name.
10         THE WITNESS:  Angelica Sabelli and Cappello.
11         (The interpreter requested clarification.)
12         INTERPRETER CASANOVA:  Yeah.  I'm referring
13 to Angelica Sabelli and Cappello, Eduardo Cappello, I
14 think.
15 BY MS. SABHARWAL:
16     Q.  Were they killed at the same event as your
17 mother?
18     A.  Yes.
19     Q.  And how did you feel when you saw your mother
20 in the coffin?
21     A.  I didn't want to really accept or recognize I
22 wasn't going to be able to see her anymore.  I was too
23 young at the time to really understand the -- what had
24 happened and the fact that she had been murdered.
25     Q.  And what else do you remember about your

Page 16

1  lost my mother there, not to an accident nor deceased,
2  but she was executed while being in prison.
3  BY MS. SABHARWAL:
4      Q.  And what date was she executed in prison?
5          MR. DAVIS:  Object to form.
6          THE WITNESS:  On August 22, 1972.
7  BY MS. SABHARWAL:
8      Q.  And how did you learn that she was killed on
9  August 22, 1972?
10     A.  I learned it from the TV.  I was home with my
11 grandmother in Buenos Aires with also my aunt and some
12 other relatives.  They didn't know how to give me the
13 news.  So I saw it on the TV where they started
14 reading the names of the 19 people that had been
15 executed, including my mother's name.
16     Q.  And what was your aunt's name?
17     A.  Manuela Santucho.
18     Q.  And what is her -- what's her -- what is her
19 relationship to you?
20     A.  She's my father's sister, and she's the one
21 who took care of me after my mother died.  She's my
22 second mother.
23     Q.  And did there come a time afterwards when you
24 saw your mother's body after her death?
25     A.  Yes.

Page 15

1  mother's funeral?
2      A.  There were reprisals.  They tried to prevent
3  us to -- from paying tribute to them.  They wanted to
4  take the caskets.  The police came in, and there's
5  pictures and video of everything.
6      Q.  When you say, "they," who are you referring
7  to?
8          MR. DAVIS:  Objection.  Form.
9          THE WITNESS:  I'm referring about the police,
10 depending from the Lanus government at the time.
11 BY MS. SABHARWAL:
12     Q.  Were there a lot of police?
13     A.  Yes, they came riding horses, a tank, and
14 large vehicles.  They threw tear gas to push people
15 away, and I felt my ears itch, and I couldn't breath.
16         CHECK INTERPRETER VARGAS:  Translation check.
17 Can you double check if the witness said "ears" or
18 "eyes."
19         INTERPRETER CASANOVA:  The witness said
20 "eyes."  I apologize if I mistranslated.  It's "eyes."
21         MS. SABHARWAL:  I am sharing what has been
22 marked as Exhibit PX0106.
23         (Deposition Exhibit PX0106 was marked for
24         identification.)
25         MS. SABHARWAL:  And specifically a page

Page 17

5 (Pages 14 - 17)

1   that -- yes, PX0106.
2       Q.  Are you able to see the exhibit in front of
3   you?
4       A.  Yes, I can.
5       Q.  Do you recognize these -- what's in these
6   images?
7       A.  Yes, I recognize it's the police and the
8   crowd attending the funeral.  I do recognize it.
9       Q.  And this was the funeral for your mother?
10      A.  Yes.
11      Q.  And could you describe what -- what else is
12  in these pictures?
13      MR. DAVIS:  Object to the form of the
14  question.
15      THE WITNESS:  Yes, I see here also the
16  sources, which are particularly scary because they
17  were very close to people to try to push them back, as
18  well as motorcycles.  It was a very intimidating
19  moment.
20  BY MS. SABHARWAL:
21      Q.  Did you observe anything at the time that
22  required that many police to be there with tanks and
23  horses?
24      A.  No, it was not justified.  People were just
25  saying good bye to the three individuals that had been

Page 18

1   murdered.
2       MR. DAVIS:  Move to strike as nonresponsive.
3   BY MS. SABHARWAL:
4       Q.  Do you remember leaving the wake?
5       A.  Yes, when the police arrived, my grandmother
6   said, "No, let's go.  It's time to go.  You guys are
7   very small."  And that's when we went out onto the
8   street, and at that moment is when I felt the burn of
9   the tear gas and I saw the police and the repression
10  that was taking place.
11      Q.  Where was your mother ultimately buried?
12      A.  She was originally buried in a cemetery in
13  Buenos Aires, but her remains didn't remain there for
14  long.  My grandfather, her father, was able to have
15  her remains transferred to Salta, which is where she
16  was originally from.
17      Q.  Did your grandfather tell you why he wanted
18  to bury her there?
19      A.  To be close to her, but also to ensure that
20  no one would attack her tomb.
21      Q.  Can you describe your life in Argentina after
22  your mother died?
23      A.  Yes, I was living in Buenos Aires.  So I was
24  essentially going to school, although I was sad and
25  distracted and maybe I wasn't able to pay attention as

Page 19

1   I normally would have.  I think my teacher, she knew
2   that I was the daughter of one of the victims, and in
3   the end, she held me back.  This upset me because I
4   felt like it wasn't justified and it wasn't -- it
5   wasn't fair.
6       Q.  Did anyone in your family ever do anything to
7   seek justice for your mother's death?
8       MR. DAVIS:  Object to the form of the
9   question.
10      THE WITNESS:  Yes, my aunt, Manuela Santucho,
11  she was a lawyer.
12  BY MS. SABHARWAL:
13      Q.  And did she pursue a lawsuit to seek justice
14  for your mother's killing?
15      MR. DAVIS:  Object to the form of the
16  question.
17      MS. SABHARWAL:  I'll rephrase the question.
18      Q.  What did Aunt Manuela do?
19      A.  She filed a complaint with the justice
20  system.  However, this was not taken into account.
21      Q.  And what -- what happened to -- what happened
22  to her efforts?
23      A.  She was persecuted due to her work as a
24  lawyer, and eventually she was forced to stop working
25  as -- in the legal field.  She received threats, and

Page 20

1   in 1976 she was kidnapped.  She is still considered
2   disappeared today.
3       MR. DAVIS:  Move to strike as nonresponsive.
4   BY MS. SABHARWAL:
5       Q.  What do you know about her kidnapping in
6   1976?
7       MR. DAVIS:  Object to the form of the
8   question.
9       THE WITNESS:  She was in her apartment in
10  Buenos Aires with her one-year-old child.  The
11  military came in.  This was after the military regime
12  was in power, and so March 24, 1976.  Her one-year-old
13  child was left behind in the apartment and the
14  neighbors were alerted that they could tell the family
15  to come and pick the child up.
16  BY MS. SABHARWAL:
17      Q.  And is she still alive?
18      A.  She was seen by two survivors in detention
19  camps.  However, after 1977 there was no further
20  information about her.  She was killed.
21      Q.  How do you know about what happened to her?
22      MR. DAVIS:  Object to the form of the
23  question.
24      THE WITNESS:  We -- my grandmother received a
25  phone call to alert her to the kidnapping.  That's how

Page 21

6 (Pages 18 - 21)

1  we received this very bad news.  We were all concerned
2  because of the fact that it would be very difficult
3  for her to remain alive in the context of the military
4  government.
5  BY MS. SABHARWAL:
6      Q.  After your mother's death, were you ever the
7  victim of persecution by the military?
8      MR. DAVIS:  Object to the form of the
9  question.
10     THE WITNESS:  Yes, I was also kidnapped in
11 December of 1975.
12 BY MS. SABHARWAL:
13     Q.  And what do you remember about your abduction
14 by the Argentine military in December of 1975?
15     MR. DAVIS:  Objection.
16     THE WITNESS:  Yes, I was playing in the front
17 yard of my aunt's house with some of my cousins when
18 armed and hooded men arrived.  They were carrying long
19 arms, and they went into the home, and when they saw
20 that we were young people, they asked us to get out of
21 the house because it could get dangerous.  So they
22 were in the home, and they went through all the
23 possessions in the home, and we were all very scared.
24 My aunt, my cousins, we were all very scared.
25 BY MS. SABHARWAL:

Page 22

1      Q.  And what happened next?
2      MR. DAVIS:  Object to form.
3      THE WITNESS:  We were taken to Campo de Mayo,
4  which is the main military installation in
5  Buenos Aires.
6      CHECK INTERPRETER VARGAS:  Sorry.
7  Clarification.
8      You said it's the military -- I didn't catch
9  the next word.
10     THE WITNESS:  It was a military field.  It
11 was a big, open area that was under the military
12 control.  A site, I guess you could say.
13 BY MS. SABHARWAL:
14     Q.  And who was with you during this kidnapping?
15     MR. DAVIS:  Object to the form.
16     THE WITNESS:  My two sisters, one of whom is
17 one year old, and my four cousins, my aunt, and
18 another child was with us at the time.
19 BY MS. SABHARWAL:
20     Q.  And did they take all of you to
21 Campo de Mayo?
22     A.  Yes.
23     Q.  And what were your -- what is your sister's
24 and cousins' names?
25     INTERPRETER NYGARD:  The interpreter is going

Page 23

1  to clarify some of those names.
2      THE WITNESS:  So it was Anna Santucho and
3  Gabriella Santucho, who are my sisters, as well as
4  Marie Antonia -- Mario Antonia, who is my cousin, as
5  well as Maria Ofelia, Maria Susana, Sylvia, Emilia,
6  and my aunt, Ofelia.
7      (The Reporter requested clarification.)
8  BY MS. SABHARWAL:
9      Q.  And tell me what happened at Campo de Mayo.
10     MR. DAVIS:  Object to the form of the
11 question.
12     THE WITNESS:  We spent all night in a car.  I
13 was with my siblings, Gabriella and Mario, as well as
14 my cousin Emilia and Esteban, who was the other child
15 who was with us.  We spent all night in the car.
16 BY MS. SABHARWAL:
17     Q.  And what happened to Mario, Ofelia, and Anna?
18     MR. DAVIS:  Object to the form of the
19 question.
20     THE WITNESS:  They were tied up and their
21 eyes were covered.  They were left on the floor in a
22 building with other political prisoners while they
23 were interrogated about my father.
24 BY MS. SABHARWAL:
25     Q.  Were you given anything to eat or drink while

Page 24

1  you were held at Campo de Mayo?
2      MR. DAVIS:  Object to the form of the
3  question.
4      THE WITNESS:  No, nothing.  In fact, my
5  little brother, they didn't change the diaper or
6  didn't receive any milk, and he was just crying all
7  the time, and the next morning we realized that they
8  had been bitten by mosquitoes during the night.
9  BY MS. SABHARWAL:
10     Q.  And were you able to go to the bathroom at
11 all while you were held in this car?
12     MR. DAVIS:  Objection.  Form.
13     THE WITNESS:  No.  I was afraid.  I was
14 afraid that something bad would happen if I were to
15 leave.  And also during the night I heard the screams
16 of the people who were being tortured.
17 BY MS. SABHARWAL:
18     Q.  Were you ever released from being held at
19 Campo de Mayo?
20     MR. DAVIS:  Object to the form of the
21 question.
22     THE WITNESS:  Yes.  The next day we were
23 taken to a police station where we were held for
24 almost a week.  At that point we were transferred to a
25 hotel, and after two days we were released because

Page 25

7 (Pages 22 - 25)

1  while we were very small, and they decided they didn't
2  want to kill kids.
3  BY MS. SABHARWAL:
4    Q. How did you feel during the kidnapping?
5    A. I didn't know if I was going to survive.  I
6  didn't know if I would die after being brutally
7  tortured.
8    Q. I'll repeat my question.
9    What happened after you were released?
10   MR. DAVIS:  Object to the form of the
11 question.
12   THE WITNESS:  We were released to have our
13 father or some of their partners pick us up so they
14 could follow him, but we were able to leave the
15 country on our own and went into exile.
16 BY MS. SABHARWAL:
17   Q. And did you ever move back to Argentina?
18   A. Yes.  The first time was in 1989.  Then a
19 couple times more, until I returned definitely on
20 2008.
21   Q. And where were you living before Argentina?
22   A. Prior to returning to Argentina, I lived in
23 Switzerland with my grandparents because they had
24 requested and were granted asylum.  So I said I wanted
25 to go with them.

Page 26

1    Q. And what did you do in Switzerland?
2    A. Well, first of all, I studied the language,
3  and then I started to work and got married.  I saved
4  some money, looking forward to returning when the
5  political situation improved.
6    Q. And do you have any children?
7    A. No, because I had suffered so much and for so
8  long that I didn't feel able to raise children, as I
9  had been an orphan for a long time after I lost my
10 mother and my aunt.
11   MR. DAVIS:  Move to strike as nonresponsive.
12 BY MS. SABHARWAL:
13   Q. And why did you leave Switzerland?
14   A. Because at the time the reparation laws
15 issued by the new government were starting to become
16 in force, and they started paying victims -- to the
17 victims of the events.  So I started applying and
18 carrying out the processes and the documents so I
19 could have my own house and finally return to
20 Argentina.
21   CHECK INTERPRETER VARGAS:  Translation check.
22 "Victims of the events."  Can you double check if the
23 witness said "victim of the events" or something else?
24   (Interpreter Casanova conversed with
25   witness.)

Page 27

1    THE WITNESS:  Yes, I'm talking about the
2  victims of state terrorism in 1976.
3    MR. DAVIS:  Move to strike as nonresponsive.
4  BY MS. SABHARWAL:
5    Q. And was there anything else happening in
6  Argentina in 2008, or in this time frame, that allowed
7  you to return?
8    A. Yes, the time there was the trial against the
9  Trelew murderers.  I took part in that criminal trial.
10   Q. Before returning to Argentina, while you were
11 an adult, did you make any effort to seek justice
12 for your mother's death?
13   MR. DAVIS:  Object to the form of the
14 question.
15   THE WITNESS:  Yes, I took part in the claim
16 or the cause requesting the extradition of Bravo
17 because he was the only one who wasn't there.
18 BY MS. SABHARWAL:
19   Q. I'll clarify my question.
20   I asked before returning to Argentina, while
21 you were an adult, did you ever make any effort to
22 seek justice for your mother's death?
23   MR. DAVIS:  Object to the form of the
24 question.
25   THE WITNESS:  I could not because at the

Page 28

1  time, there was not enough information available in
2  Europe to file a claim.  The Internet at the time --
3  it was the early days of the Internet.  So there was
4  no significant ability to gather information.
5  BY MS. SABHARWAL:
6    Q. How did you feel about Manuela's efforts to
7  seek justice for your mother's death?
8    MR. DAVIS:  Objection.
9    THE WITNESS:  I found it appropriate.  I mean
10 denouncing was necessary, and she and Amilka served as
11 lawyers to my mother.  There's video footage of him --
12 of her -- of them together, and it's very few minutes
13 of my mom while alive.
14 BY MS. SABHARWAL:
15   Q. And what was -- how did Aunt Manuela's death
16 affect you?
17   MR. DAVIS:  Objection.  Form.
18 BY MS. SABHARWAL:
19   Q. You can answer.
20   A. It was very painful.  I was a little older.
21 I was 14 at the time, and I loved her dearly as a
22 mother.  So it was a really hard blow for me.
23   Q. At the time that you returned to Argentina,
24 did you know who was responsible for your mother's
25 death?

Page 29

8 (Pages 26 - 29)

| | |
|---|---|
| 1 MR. DAVIS: Object to form. | 1 MR. DAVIS: Object to the form of the |
| 2 THE WITNESS: Prior to returning, no, I did | 2 question. |
| 3 not know. I was too young, and there was no available | 3 THE WITNESS: I'm sorry. I didn't understand |
| 4 information. Only during the criminal case was I able | 4 the question because I think I already talked about |
| 5 to learn. | 5 that. Could you please repeat the question once |
| 6 REPORTER MARTIN: Counsel, we've been going | 6 again? |
| 7 for a little over an hour. Would it be okay to take a | 7 BY MS. SABHARWAL: |
| 8 quick break? | 8 Q. I'll repeat the question. What, if any, |
| 9 MS. SABHARWAL: We have no objection. | 9 effect did your Aunt Manuela's death have on your |
| 10 THE VIDEOGRAPHER: We are going off the | 10 family's efforts to seek -- |
| 11 record at 9:23 a.m. | 11 (A discussion was held off the record.) |
| 12 (A recess was taken from 9:23 a.m. | 12 MS. SABHARWAL: I'll repeat the question. |
| 13 to 9:47 a.m.) | 13 Q. What, if any, effect -- |
| 14 THE VIDEOGRAPHER: We are going back on the | 14 MS. SABHARWAL: Should we go off the record. |
| 15 record at 9:47 a.m. | 15 I couldn't hear if counsel was speaking. |
| 16 BY MS. SABHARWAL: | 16 Q. What, if any, effect did your Aunt Manuela's |
| 17 Q. Ms. Santucho, you mentioned previously that | 17 death have on your family's efforts to seek justice |
| 18 your Aunt Manuela represented your mother after your | 18 for your mother's death? |
| 19 mother was killed. Can you explain what you meant by | 19 MR. DAVIS: Object to form. |
| 20 that? | 20 THE WITNESS: She was threatened and |
| 21 MR. DAVIS: Object to the form. | 21 persecuted for being the lawyer to political |
| 22 THE WITNESS: Yes. She took care of me. She | 22 prisoners. She had to leave her work as a lawyer and |
| 23 changed my clothes. She brought in my clothes, and | 23 had to go into hiding with false documents. I don't |
| 24 she comforted me. | 24 know if that's what you were asking or if that answers |
| 25 BY MS. SABHARWAL: | 25 your question. |
| Page 30 | Page 32 |

| | |
|---|---|
| 1 Q. And you mentioned briefly that she | 1 BY MS. SABHARWAL: |
| 2 represented your mother after your mother was killed. | 2 Q. And what was the effect of your mother's |
| 3 Can you explain what that means? | 3 killing on your life? |
| 4 MR. DAVIS: Objection. Form. | 4 A. It meant a lot of things. I would see my |
| 5 THE WITNESS: Well, she didn't have any | 5 friends with their mothers. Their mothers would take |
| 6 children, and she loved us very much. She loved kids. | 6 care of them. They would cook for them. They'd have |
| 7 So she was very kind to us. | 7 holidays, Christmas. And I saw all of that. I felt |
| 8 BY MS. SABHARWAL: | 8 very distant from that experience. Also, I had to |
| 9 Q. Did she make any efforts to seek justice for | 9 begin working from a very young age. I had to figure |
| 10 your mother's death? | 10 things out or fix things for myself. |
| 11 MR. DAVIS: Object to form. | 11 Q. Did you have any concerns after your mother's |
| 12 THE WITNESS: Yes. She was my mother's | 12 killing? |
| 13 attorney while she lived. Then after her death, she | 13 MR. DAVIS: Object to the form of the |
| 14 made efforts to seek justice for her. | 14 question. |
| 15 BY MS. SABHARWAL: | 15 THE WITNESS: Yes, my family had to also |
| 16 Q. And what were those efforts that she made to | 16 move. We had to change our documents. We were |
| 17 seek justice for your mother? | 17 eventually forced to go into hiding. We had to change |
| 18 MR. DAVIS: Objection. | 18 our last name, and this was all up until the point |
| 19 THE WITNESS: She turned to justice, seeking | 19 where I was kidnapped. |
| 20 for justice. She sought to bring the perpetrators to | 20 BY MS. SABHARWAL: |
| 21 trial, but she didn't succeed. | 21 Q. You mentioned that in the 2008 timeframe |
| 22 BY MS. SABHARWAL: | 22 there was a criminal trial in Argentina. |
| 23 Q. And what, if any, effect did Aunt Manuela's | 23 What do you know about that trial? |
| 24 death have on your family's efforts to seek justice | 24 A. Yes, there was a case that began in 2008, |
| 25 for your mother's death? | 25 2009 when I had just recently returned to the country. |
| Page 31 | Page 33 |

9 (Pages 30 - 33)

1  There was a conviction that took place in 2012, which
2  was then approved, or was reinforced by the lower
3  house in 2015. It was upheld.
4      Q. And this trial was about -- in connection
5  with your mother's killing?
6      MR. DAVIS: Objection. Form.
7      THE WITNESS: Yes. It was the trial for the
8  19 executed prisoners, including my mother.
9  BY MS. SABHARWAL:
10     Q. Was Mr. Bravo prosecuted during the trial?
11     A. No, because he was not in the country. He
12 was in the United States.
13     Q. When did you find out he was in the
14 United States?
15     A. During the Argentinian case.
16     Q. And why did you not sue Bravo once you knew
17 about his involvement in your mother's death and that
18 he was in the United States?
19     INTERPRETER NYGARD: Excuse me. Mr. Davis,
20 would it be possible to turn off your mike when you're
21 not speaking. It's hard to hear the witness when
22 you're clearing your throat.
23     Sorry.
24     THE WITNESS: Because I knew for the
25 extradition to take place, that this was something

Page 34

1      Q. Ms. Santucho, can you travel to Miami to
2  present your testimony in person for the trial in this
3  case?
4      A. No, because I do not fulfill the vaccination
5  requirements that are necessary to travel to the
6  United States.
7      Q. If you were able to testify in person in
8  Miami, would you do so?
9      A. Yes. This is something that's very important
10 to me. I've been without my mother for many years,
11 and what I seek is justice.
12     Q. How would you describe the impact that your
13 mother's death has had on your life?
14     MR. DAVIS: My apologies. I muted to help
15 the interpreter.
16     Move to strike the last answer as
17 nonresponsive.
18     THE WITNESS: Well, I had to go to a
19 psychologist. I often felt very -- very alone, and I
20 experienced a lot of suffering due to the murder of my
21 mother. She was a very knowledgeable person. She was
22 very educated. I admired my mother a lot, and I
23 wasn't able to go to her for advice during my
24 childhood, about my adolescence, becoming a woman.
25     She was someone I really valued in my life.

Page 36

1  that would have to be carried out by the Argentinian
2  government.
3  BY MS. SABHARWAL:
4      Q. And could you clarify for me when you found
5  out about Mr. Bravo's involvement in the shootings
6  that led to your mother's death?
7      MR. DAVIS: Object to form.
8      THE WITNESS: I found out that Bravo was a
9  participant in the massacre that led to my mother's
10 death during the trial. That's when a lot of the
11 information about what had taken place, and it came to
12 light.
13 BY MS. SABHARWAL:
14     Q. And which trial was this?
15     A. This was a criminal case that took place in
16 Argentina. I was one of the plaintiffs.
17     Q. And what year did that lawsuit begin?
18     A. In 2008, 2009.
19     Q. Did you receive any benefits from the
20 Argentine government as a result of your mother's
21 killing?
22     A. Yes.
23     Q. Did you take any steps to collect those
24 benefits?
25     A. Yes, I carried out the necessary paperwork.

Page 35

1  She was, as I said, educated and knowledgeable, and I
2  couldn't talk to her. I couldn't learn from her, from
3  her experience.
4      I'm sorry. The interpreter would like to
5  make a correction. I didn't want to have children due
6  to the experience I suffered as a result of her
7  murder.
8  BY MS. SABHARWAL:
9      Q. Ms. Santucho, what does this case against
10 Mr. Bravo mean to you?
11     MR. DAVIS: Object to the form.
12     THE WITNESS: As I mentioned before, the fact
13 that my mother didn't die of an illness or in an
14 accident, but instead, that she was killed,
15 defenseless while she was in her cell is something
16 that has an impact on me.
17     This situation was proven through the
18 Argentinian case. And so I'm seeking justice. I'm
19 seeking this kind of humane sense of justice.
20     MR. DAVIS: Move to strike as nonresponsive.
21     MS. SABHARWAL: All right. No further
22 questions from me. I'll pass the witness.
23 ///
24 ///
25 ///

Page 37

10 (Pages 34 - 37)

EXAMINATION

BY MR. DAVIS:

1 Q. It's good afternoon here, ma'am. I assume
it's afternoon where you are as well. My name is
Steve Davis. I represent the defendant, Mr. Bravo.
I'm going to ask you some questions today.

MR. DAVIS: Please go ahead and translate.

Q. Is there anyone with you this -- is there
anyone with you today, helping you answer the
questions?

A. No, I'm by myself.

Q. Okay. Did you speak to your lawyers over the
last 2-1/2 hours?

A. No. Just technical questions with my lawyers
via WhatsApp for example. You know, "Don't forget
your computer charger," or things like that.

Q. What vaccine requirements do you not satisfy
that will not enable you to attend the trial here in
the United States?

A. I don't have the three vaccines. I do have
the Sputnik vaccination, however, which is not
accepted in the United States.

Q. What was your father's name?

A. Mario Roberto Santucho.

Q. And was your father ever charged with any

Page 38

---

crime or arrested by the Argentinian government?

MS. SABHARWAL: Objection. Relevance.

THE WITNESS: Yes. My father was also
detained.

BY MR. DAVIS:

Q. When was he arrested?

MS. SABHARWAL: Objection.

THE WITNESS: I don't remember exactly. I
was very young at the time, but I believe it was in
1971.

BY MS. SABHARWAL:

Q. Was it the same time as your mother was
arrested?

A. No, my mother was detained when she was
traveling to Tucuman Salta, which is where her father
lived, her family. She was taken off a bus on the
journey there and was never -- excuse me, from Tucuman
Salta, and she was never able to collect us.

Q. Who was arrested first, your mother or your
father?

MS. SABHARWAL: Objection. Relevance.

THE WITNESS: I believe my father was
arrested first.

BY MR. DAVIS:

Q. And do you know what the timing was between

Page 39

---

the time your father was arrested and the time your
mother was arrested?

MS. SABHARWAL: Objection. Relevance.

THE WITNESS: No, I don't remember. I was
only eight years old at the time. I wasn't given a
lot of information. They didn't really talk politics
with me.

BY MS. SABHARWAL:

Q. Do you know what your father was charged
with?

MS. SABHARWAL: Objection. Form.

THE WITNESS: No. I personally didn't
experience. I don't have knowledge of that.

BY MR. DAVIS:

Q. And what were you told your mother was
charged with?

A. They provided assistance to workers in unions
and farmers in Tucuman to claim payment. So I know
they were persecuted because of that.

Q. They were persecuted by the government?

A. Yes. The Lanusse dictatorship and even worse
after with the military.

Q. I know -- and we'll talk about what happened
in the prison, but before your mother went into the
prison, what form did that persecution take?

Page 40

---

MS. SABHARWAL: Objection. Form.

THE WITNESS: There were raids to my
grandparents' house on my father's side. They didn't
have anything to do with that. They had no political
affiliations. And they would toss things, look
through books, letters. It was very intimidating.

BY MR. DAVIS:

Q. Did they ever do that -- let me back up.
You lived at home with your mother until she
was arrested?

A. A little before that she used to leave us
with her parents or my father's parents to take care
of us.

Q. Did the parents live close to where you lived
with your mother?

A. So, no, my mother's parents lived in Salta,
which is north -- in the northern part of the country,
whereas my father's parents lived in
Santiago del Estero.

Q. I don't know the geography, but maybe if you
could tell me -- you were nine when your mother died.
How much time did you live with your mother in those
nine years compared to how much time you lived with
your grandparents or others?

MS. SABHARWAL: Objection. Form.

Page 41

---

11 (Pages 38 - 41)

Page 42

1    THE WITNESS: I lived with my mother until I
2    was seven. Then she and my father decided to -- that
3    I would need to go to elementary school while living
4    with my parents because they were always home as
5    opposed to my parents, since they had to travel a lot.
6    So at age eight I lived in Santiago with my
7    grandmother.
8    BY MR. DAVIS:
9        Q. Why did your parents have to travel a lot
10   when you were age seven?
11       A. Not only because they had to travel, but
12   since they were being persecuted and they had been
13   detained, they feared we would have to be left alone
14   at home.
15       Q. What did they do when they traveled? Did
16   they call you? Did they write to you?
17       MS. SABHARWAL: Objection. Compound.
18       INTERPRETER CASANOVA: Ms. Sabharwal, would
19   you please repeat the grounds for your objection.
20       MS. SABHARWAL: Compound.
21       INTERPRETER CASANOVA: Compound. Thank you.
22       THE WITNESS: Yes, they called, and after
23   they were arrested, they wrote us letters and we got
24   the chance to write letters back to them.
25   BY MR. DAVIS:

Page 43

1        Q. And I know you said your father was arrested
2    before your mother. What prison was your father
3    detained in?
4        A. In Tucuman. I believe the name of the prison
5    is Villa Urquiza.
6        INTERPRETER CASANOVA: Should I spell it for
7    the reporter?
8        REPORTER MARTIN: Yes, please.
9        INTERPRETER CASANOVA: Villa, V-i-l-l-a.
10   Urquiza, U-r-q-u-i-z-a.
11   BY MR. DAVIS:
12       Q. What happened to your father?
13       MS. SABHARWAL: Objection. Relevance.
14       THE WITNESS: They came to his apartment.
15   They found out his address on July 19, 1976. Some
16   military people came to his apartment to kidnap him.
17   And he opened fire, and they died.
18   BY MR. DAVIS:
19       Q. Your father was killed in that interchange
20   with the military authorities of the Argentinian
21   government in 1976?
22       MS. SABHARWAL: Objection. Form.
23       THE WITNESS: Yes.
24   BY MR. DAVIS:
25       Q. Did you ever live with your father between

Page 44

1    1972 and 1976?
2        A. Yes, '74 and '75.
3        Q. You lived with him full time?
4        A. Not only with him, but also with his
5    partners. I don't have full information about that
6    because I wasn't given any information about politics.
7        Q. What is it about his partners that you
8    believe related to politics?
9        MS. SABHARWAL: Objection. Foundation.
10       THE WITNESS: I didn't understand the
11   question. I apologize.
12   BY MR. DAVIS:
13       Q. Well, you -- in your previous answer you
14   mentioned the word "politics," that your father had
15   individuals living with him, but you didn't know about
16   their -- the politics, and I was trying to understand
17   what is it that you associated with those individuals
18   that lived with your father that related to politics.
19       MS. SABHARWAL: Counsel, I'm going to object
20   to this entire line of questioning on foundation and
21   relevance.
22   BY MR. DAVIS:
23       Q. You can answer, ma'am.
24       A. All I can say is that they were very young
25   and joyful, united people. They took care of all

Page 45

1    their home tasks and their chores. They were happy.
2    They were college people. I have no names or
3    information about what they used to do.
4        Q. How many people lived with you?
5        MS. SABHARWAL: Same objections.
6        THE WITNESS: At times it would be one
7    couple. Sometimes one partner. They were not always
8    the same people. During those two years, there would
9    be changes.
10   BY MR. DAVIS:
11       Q. Was the apartment -- I'm sorry. Were you
12   living in a house or an apartment?
13       A. A house at that time.
14       Q. And how many people from your family lived in
15   that house during 1975 -- 1974, 1975?
16       MS. SABHARWAL: Objection. Vague.
17       THE WITNESS: Only my two sisters, and then
18   afterwards, my younger brother, who was born in 1975.
19   BY MR. DAVIS:
20       Q. Did your parents get divorced while they
21   were -- strike that.
22       Did your parents ever get divorced?
23       A. No. No. They loved each other until the
24   last moment.
25       Q. Well, you just mentioned that you had a

12 (Pages 42 - 45)

1 brother who was born in 1975. Did your father remarry
2 or have a companion or girlfriend?
3     MS. SABHARWAL: Objection. Relevance.
4 BY MS. SABHARWAL:
5     Q. You can answer, ma'am.
6     A. Yes, in late 1974, after the Trelew Massacre,
7 he got with another partner.
8     Q. Did they marry?
9     MS. SABHARWAL: Same objection.
10    THE WITNESS: No.
11 BY MR. DAVIS:
12    Q. Did they live together?
13    MS. SABHARWAL: Same objection.
14    THE WITNESS: Yes.
15 BY MR. DAVIS:
16    Q. And when you were living with your father in
17 1974, 1975, was your father's companion with you?
18    A. Yes.
19    Q. After your father died, what happened? Where
20 did she go?
21    MS. SABHARWAL: Objection. Foundation.
22    THE WITNESS: They kidnapped her the same day
23 my father died, and the neighbors saw her very
24 frightened because my father had been killed.
25 BY MR. DAVIS:

Page 46

1     Q. Was that the last time you saw your father's
2 companion, in 1976?
3     MR. DAVIS: Same objection.
4     THE WITNESS: I can't remember because I was
5 not present at the time of the shooting. At that
6 moment, I was with my grandparents.
7 BY MR. DAVIS:
8     Q. Well, but as you sit here today, you would
9 know whether you've ever seen her again; right?
10    INTERPRETER CASANOVA: Sir, there was an
11 audio problem. Could you please repeat your question.
12    MR. DAVIS: Sure.
13    Q. Since 1976 -- let me back up. What was your
14 father's companion's name?
15    A. Liliana Delfino.
16    Q. Have you seen Ms. Delfino since 1976?
17    A. No. She was kidnapped and she was taken to
18 Campo de Mayo. She was seen there, but not
19 afterwards. So I believe she was killed.
20    Q. What happened to -- what was your brother's
21 name?
22    A. Mario Antonio.
23    Q. Where is Mario Antonio today?
24    A. In Buenos Aires.
25    Q. Who took care of him after your father was

Page 47

1 killed and his mother was removed?
2     MS. SABHARWAL: Objection. Vague.
3     THE WITNESS: We lived with an older couple.
4 We lived with my father and an older couple. They
5 were probably in their 50's. And so because we'd
6 known him since my father was killed, they raised my
7 brother.
8 BY MS. SABHARWAL:
9     Q. What year did you move to Switzerland?
10    A. In '89.
11    Q. And until 1989, did you live in Argentina?
12    A. No, I lived in Cuba before.
13    Q. When did you go to Cuba?
14    MS. SABHARWAL: Objection. Relevance.
15    THE WITNESS: When I left the country, when I
16 left Argentina to save my life, it was the only
17 country where we weren't required to have further
18 documentation, where we were granted exile. So we
19 were given the -- we were taken to Cuba in exile.
20 BY MR. DAVIS:
21    Q. Was that in 1976?
22    CHECK INTERPRETER VARGAS: Translation check,
23 please.
24    I believe that the witness did not say,
25 "exile," and in addition, she spoke about a safe

Page 48

1 conduct. Can we please double check with her.
2     (Interpreter and witness confer.)
3     THE WITNESS: Yes, I was granted political
4 exile to go to Cuba, and I was given safe conduct to
5 travel by air to Cuba.
6 BY MR. DAVIS:
7     Q. What year were you given the privileges of
8 traveling to Cuba?
9     A. I believe it was 1977.
10    Q. Did you live continuously in Cuba from 1977
11 until 1989 when you moved to Switzerland?
12    MS. SABHARWAL: I'm going to object to this
13 entire line of questioning on relevance.
14    THE WITNESS: Yes. I was a minor, and so I
15 wasn't able to make decisions for myself. It was when
16 I was about 22 or 23 that I talked to my grandmother,
17 and we went to Switzerland.
18 BY MR. DAVIS:
19    Q. You were born in 1962, which means when you
20 went to Cuba you were either 14 or 15; is that
21 correct?
22    A. Yes.
23    Q. Who did you live with in Cuba?
24    A. We lived with my brother's guardians, the
25 couple that I mentioned before that had lived with us

Page 49

13 (Pages 46 - 49)

**Page 50**

1  in Argentina, but I actually mostly lived in the
2  school because I was going to school six days a week.
3  I was at boarding school.
4      MS. SABHARWAL:  Same objections.
5  BY MR. DAVIS:
6      Q.  And your two sisters were also with you?
7      A.  Yes.
8      Q.  Did they go to the same boarding school?
9      A.  The older did, but the younger went to a
10  different school because she was younger.
11     Q.  I don't think I heard that.  What are the
12  ages of -- the names and ages of your other two
13  sisters?
14     A.  Anna Santucho was born in 1961.  I was born
15  in '62, and Gabriella was born in '63.
16     Q.  And other than the one brother we talked
17  about, do you have any other siblings?
18     A.  No.
19     Q.  Had you traveled to Cuba prior to 1977?
20     MS. SABHARWAL:  Same objection.
21     THE WITNESS:  We went briefly after my
22  mother's death.  My father wanted us to go there to
23  study.  He wanted us to stay.  But we wanted to return
24  to be closer.  So we returned.
25     CHECK INTERPRETER VARGAS:  Translation check.

**Page 51**

1      I believe I heard the witness say something
2  about safety.  Can you please double check?
3      (Interpreter and witness converse.)
4      THE WITNESS:  Yes.  My father wanted us to
5  be -- to have a life that was free of persecution and
6  the raids, all the problems.  So my father wanted us
7  to study there to be safe.
8  BY MR. DAVIS:
9      Q.  So your father looked at Cuba as a safe place
10  for you and your family in 1972?
11     A.  Yes, because from the context of the military
12  coup in Chile, Cuba was accepting Chilean exiles,
13  political exiles, and there were some individuals from
14  Argentina who were suffering persecution who had also
15  been granted exile.
16     Q.  How long did you stay in Cuba this time when
17  your father took you?
18     A.  About three months.
19     Q.  Do you remember the precise year?
20     A.  I would imagine it was '73.
21     Q.  During those three months you were in Cuba,
22  did you go to school?
23     A.  Yes.
24     Q.  Did your sisters go to school?
25     A.  Yes.

**Page 52**

1      Q.  How is it that your father decided to --
2  well, strike that.
3      Why did your father leave Cuba in 1973?
4      MS. SABHARWAL:  Objection.  Foundation.
5      THE WITNESS:  I don't know.  My father didn't
6  talk about those kinds of decisions with me.  I know
7  he was busy.  I know he had a lot of activities, but
8  we didn't talk about that.
9  BY MR. DAVIS:
10     Q.  What kind of activities did your father have?
11     MS. SABHARWAL:  Objection.  Calls for
12  speculation.
13     THE WITNESS:  I know he was fighting for
14  workers' rights.  He was fighting for justice in the
15  context of the regime for social justice.  But, once
16  again, I was young.  He didn't really talk to me
17  about -- really about that kind of stuff.  I have no
18  further information.
19  BY MR. DAVIS:
20     Q.  So when he was in Cuba, he was fighting for
21  workers' rights.  Was he fighting for workers' rights
22  in Argentina?
23     MS. SABHARWAL:  Objection.  Foundation.
24     THE WITNESS:  Yes.  My father was always
25  focused on the well being of Cuba.  If he went to --

**Page 53**

1  excuse me, the well being of Argentina.  If he went to
2  Cuba, it was just a visit.  It was not his intention
3  to stay.
4  BY MR. DAVIS:
5      Q.  How many times did your father go to Cuba
6  before this time you went in 1973?
7      MS. SABHARWAL:  Objection.  Foundation.
8      THE WITNESS:  I believe that in 1972 he went
9  first to Chile and then went to Cuba.  However, at
10  that time my father was in hiding.  So we weren't able
11  to -- he wasn't able to tell me where he was or give
12  me more precise information.
13  BY MR. DAVIS:
14     Q.  How many times did your mother go to Cuba?
15     MS. SABHARWAL:  Objection.  Foundation.
16     THE WITNESS:  I don't think my mother did.  I
17  don't remember my mother ever traveling to Cuba.
18  BY MS. SABHARWAL:
19     Q.  Did either your mother or your father tell
20  you that they were members of the Communist Party?
21     MS. SABHARWAL:  Objection.  Foundation.
22     THE WITNESS:  No.  My parents were not
23  members of the Communist Party.  They had a lot of
24  differences, actually, with the Communist Party.  I
25  would say my father was an indigenist.  He believed in

1  defending the rights of the indigenous people.  So,
2  yeah, I would say he wasn't a communist.  He was an
3  indigenist.
4  BY MR. DAVIS:
5      Q.  I don't know what that means.  What does an
6  indigenist mean?
7      A.  My father was a member of the grass roots
8  revolutionary -- the Indo-American Revolutionary
9  Front.  This was a movement that fought for the rights
10  of the brown people, and these are the dark-haired,
11  dark-eyed people that were originally from Argentina,
12  the first nations people who were marginalized, who
13  were impoverished, who were not allowed access to
14  education, who were excluded.  That's where he was.
15      Q.  How would you describe that?  Is that a
16  political belief, or how do you describe being a
17  member of the indigenous party?  I'm using that
18  loosely.  Is that considered a party?  Explain to me
19  how -- what that classification means to you.
20      MS. SABHARWAL:  Objection.  Foundation.
21      THE WITNESS:  Well, we can even talk about
22  the situation today.  In Argentina, with the Mapuche
23  people, who are in the Patagonia region, in part of
24  Chile, who are politically persecuted.  They're
25  political prisoners, oftentimes today, who continue to

Page 54

1  demand their ancestral lands that were stolen from
2  them.
3      They were taken away, and these people, the
4  Mapuches, were left without land.  But it's not just
5  the Mapuche people.  There are a variety of different
6  ethnic groups throughout the region in the northern or
7  southern parts of Argentina who are all calling for
8  the rights that they lost with the arrival of
9  Columbus.
10  BY MR. DAVIS:
11      Q.  Was your mother -- strike that.
12      Did your mother share the same beliefs,
13  political beliefs, that you just described that your
14  father had?
15      MS. SABHARWAL:  Objection.  Foundation.
16      THE WITNESS:  Yes.  She was also an
17  indigenist.  She fought for the rights of those people
18  that had been crushed of those rights and violated.
19  When she had us, she had no intention to go into these
20  politics because she wanted to be with us, but finally
21  she got involved, and it was a hard decision to do so.
22  BY MR. DAVIS:
23      Q.  And was the decision to get involved, as you
24  just described it, did that occur by the time you
25  turned seven when you went to live with your

Page 55

1  grandparents?
2      A.  Yes.  She wrote letters to my father, telling
3  him that it was hard for her to leave -- to leave me
4  with my grandparents because I cried.  My sister was
5  also very sad.  She said it was a very painful thing.
6      Q.  You said your mother wrote to your father.
7  Were your mother and father living separately when you
8  were age seven and living with your grandparents?
9      MS. SABHARWAL:  Objection.  Foundation.
10      THE WITNESS:  Yes, because my dad had been in
11  prison a little before.  Then he was released, and
12  then he was taken back to prison.  That's when they
13  wrote letters.
14  BY MR. DAVIS:
15      Q.  I'm just trying to understand the timing of
16  things.
17      You went to live with your grandparents when
18  you were age seven.  So that would have been around
19  1970 or 1969?
20      A.  Yes, around those years.
21      Q.  So from, say 1969 until 1972, where did your
22  mother live before she was arrested?
23      MS. SABHARWAL:  Objection.  Foundation.
24      THE WITNESS:  In Tucuman because she had
25  already graduated as a teacher.  So she was teaching

Page 56

1  over there.
2  BY MR. DAVIS:
3      Q.  And how many times did you see your mother
4  from the time you started living with your
5  grandparents up until the time your mother was
6  arrested?
7      A.  Well, she visited us whenever she could.  I
8  was seven at the time.  So I don't really know the
9  number of times she came over.
10      Q.  Were the visits a few days or were they for a
11  month?  How long were the visits?
12      A.  Several days.
13      Q.  And do you have any sense of the number of
14  times per year that she would visit?  Was it once a
15  quarter, once every six months?  How often was it?
16      A.  Two times every quarter.
17      Q.  Was your father ever with her on any of these
18  visits, or was your father already in jail somewhere
19  else?
20      MS. SABHARWAL:  Objection.  Foundation.
21      THE WITNESS:  I think they came together
22  once, and then the rest of the times she came by
23  herself.
24  BY MR. DAVIS:
25      Q.  On your direct testimony you said you visited

Page 57

Veritext Legal Solutions
866 299-5127

1    your mother in July of 1972 in Rawson Prison.
2        Do you remember that?
3        A. Yes.
4        Q. Did you visit her more than once in Rawson
5    Prison?
6        A. I can't remember because it was too far. I
7    remember the last time I went there -- I'm sorry. I'm
8    quite tired because I haven't had any lunch yet.
9    Sorry.
10       MS. SABHARWAL: Counsel, could I, recognizing
11   the time difference, request that we take a brief
12   break so that the witness --
13       MR. DAVIS: I was going to offer that.
14       And, ma'am, I should have said at the
15   beginning, but I'm happy to take a break. I have at
16   least an hour. So do you have a half hour break now?
17   Do you want to take an hour -- you tell me, ma'am.
18   It's up to you. This is not an endurance contest. So
19   I want you to be able to answer the questions.
20       THE WITNESS: Probably 40 minutes will do it.
21       MR. DAVIS: Okay. All right.
22       And then is that agreeable to everyone else
23   that we'll start back at -- let's see, what's it, 2:45
24   Eastern, 11:45 Pacific Time? Is that agreeable with
25   everyone?

Page 58

1        And as you sit here today, do you remember
2    sitting any other times in Rawson Prison besides that
3    one visit?
4        A. Yes, I saw her when she was free prior to
5    being detained.
6        Q. When was the last time you saw her before she
7    was detained? What was the month and year?
8        A. The last time was when she was detained --
9    prior to being detained one time because when she was
10   going to get while I was in Salta, and before that,
11   even in Tucuman where she took me to one of her
12   classes, I saw a lot of paintings from her students.
13   I liked those paintings, and, in fact, I like
14   painting. I enjoy it very much.
15       Q. I was asking for dates so I could understand
16   the time that you saw your mother.
17       So prior to July of 1972, are you able to
18   tell me the last time that you saw your mother? I'm
19   asking for a date now.
20       A. Well, I guess it was in January 1972.
21       Q. And the January 1972 visit was a visit when
22   you were living with your grandparents; correct?
23       A. On December I was living with my parents. I
24   was living -- than I was living with my grandparents.
25   We were together for the holidays. We received our

Page 60

1        MS. SABHARWAL: That works for us.
2        MR. DAVIS: Okay. Should we leave the line
3    open then?
4        THE VIDEOGRAPHER: Yes, I'll stay connected.
5        MS. SABHARWAL: Let's go off the record.
6        THE VIDEOGRAPHER: We're going off the
7    record. At 11:05 a.m.
8        (A recess was taken from 11:05 a.m.
9        to 12:02 p.m.)
10       THE VIDEOGRAPHER: We are going back on the
11   record at 12:02 p.m.
12   BY MR. DAVIS:
13       Q. Ma'am, are you able to proceed in the same
14   fashion we were earlier?
15       A. Yes, I'm all set.
16       Q. If at some point -- and I don't think I have
17   more than an hour, but if at some point if you need to
18   take a break again, please let me know and I'll be
19   happy to accommodate you. Is that agreeable?
20       A. Thank you, I appreciate it.
21       Q. We were talking about your mother -- visiting
22   your mother in Rawson Prison when we last stopped the
23   questions. Can you -- you said you saw her -- in your
24   direct testimony this morning you said you saw her in
25   July of 1972.

Page 59

1    presents on January 6, and then I went to live with my
2    grandparents.
3        INTERPRETER CASANOVA: I would like to
4    correct. I lived with my parents until January 6.
5    BY MR. DAVIS:
6        Q. I'm not sure I follow what that means.
7        So you said a few minutes ago that you
8    visited your mother at her art school -- or while she
9    was teaching art classes. Do you remember that?
10       A. Yes.
11       Q. And that was -- that would have been before
12   December -- excuse me. Yeah. It would have been
13   before December and January -- strike that.
14       It would be before January 6 of 1972?
15       A. Yeah. My memory is a little bit scattered.
16   I don't have the right chronology or order of them.
17       Q. You earlier said to me that your mother --
18   you were not living with your mother and father from
19   the time you were age seven and later; is that
20   correct?
21       MS. SABHARWAL: Objection. Misstates
22   testimony.
23       INTERPRETER CASANOVA: Ms. Sabharwal, the
24   grounds for your objection again?
25       MR. DAVIS: I object to you making speaking

Page 61

16 (Pages 58 - 61)

1 objections. You certainly can object, but you're not
2 to make speaking objections. That violates the rules
3 of the Southern District of Florida.
4       INTERPRETER CASANOVA: Given the exchange,
5 Mr. Davis, could you please repeat your question? I'm
6 sorry. I was paying attention to your exchange.
7 BY MR. DAVIS:
8    Q. You told me before we broke that from age
9 seven until the time that your mother died, you were
10 living with your grandparents. Do you remember that?
11      MS. SABHARWAL: Same objections.
12      THE WITNESS: Yes. Until I was seven I lived
13 with her, and she took me to school. I was attending
14 first year.
15 BY MR. DAVIS:
16    Q. And from age seven on you lived with your
17 grandparents?
18    A. Yes.
19    Q. What was the physical distance between where
20 you lived and where your mother lived from the time
21 you were living with your grandparents until your
22 mother died?
23    A. She also lived in Santiago del Estero while
24 she was teaching. Other than that, she was in
25 Tucuman, which is quite close still, to Santiago.

Page 62

1    Q. Just to give us a sense of how close it is,
2 do you know how far it is in kilometers or miles?
3    A. It's a two-hour bus ride from Tucuman to
4 Santiago.
5    Q. And you know that because you had to ride the
6 bus to go see your mother sometimes?
7      MS. SABHARWAL: Objection. Misstates
8 testimony.
9      THE WITNESS: Yes.
10 BY MR. DAVIS:
11    Q. So from the time that your mother was living
12 two hours away until she was arrested, you said she
13 was working as a teacher?
14    A. Yes, I guess she worked in 1971.
15    Q. What was her -- what was she teaching insofar
16 as was it at a -- I'll back up.
17      What was she teaching?
18    A. Painting, oil painting.
19    Q. Who were her students?
20      MS. SABHARWAL: Objection. Foundation.
21      THE WITNESS: Young, ordinary students.
22 BY MR. DAVIS:
23    Q. "Young, ordinary students" could be anything
24 from kindergarten to high school. So do you know what
25 age the students were?

Page 63

1      High school students. Close to legal age.
2      INTERPRETER CASANOVA: Not legal age. The
3 interpreter apologizes. Older.
4 BY MS. SABHARWAL:
5    Q. What was your mother's educational -- I'll
6 withdraw that.
7      What was the name of the school she taught
8 at?
9    A. I don't know. I never asked. I was too
10 young, so I don't know.
11    Q. Was the teaching your mother did a full-time
12 job?
13    A. I think it was part time.
14    Q. What was she doing when she wasn't working
15 part time as -- teaching art?
16      MS. SABHARWAL: Objection. Foundation.
17      THE WITNESS: She took care of us, and she
18 also would go out with my father. I didn't ask. We
19 didn't ask what they were doing when they would go
20 out.
21 BY MR. DAVIS:
22    Q. But a few moments ago you told me she was
23 living two hours away. So how could she take care of
24 you if she was living two hours away?
25    A. No. But at this time, I was living with her.

Page 64

1 She lived both -- I lived with her both in Tucuman and
2 in Santiago when I was young.
3    Q. Well, then tell me what you meant when you
4 said that at age seven you were living with your
5 grandparents and not living with your mother.
6    A. As I mentioned before, my parents wanted to
7 ensure that we would be able to go to school every
8 day. And so they sent us to spend time with my
9 paternal grandparents in Santiago del Estero. But I'm
10 not sure what you're trying to get at with all these
11 questions.
12    Q. I'm just trying understand the time you were
13 spending with your mother between age seven and age
14 nine, and I don't understand what appear to be
15 different answers to me.
16      MR. DAVIS: I'm just trying -- but that being
17 said, please translate that so I can ask the question
18 to her. Although I think she understands English, but
19 go ahead.
20      THE WITNESS: Okay.
21 BY MR. DAVIS:
22    Q. So I will ask it again.
23      From the time you were seven until your
24 mother died when you were nine, how many months a year
25 did you live with your mother?

Page 65

**Page 66**

1      A.  So in 1972 we spent almost no time with her
2   because she was detained in February of 1972, and then
3   she was killed in August of 1972.
4      In 1971, that's when I was seven years old.
5   We were living with her, but then we would be sent to
6   my grandparents' house for times, and I would always
7   cry because I don't want to be left at my
8   grandparents' house.  But my memories are also very
9   vague because I was only about seven years old.
10     Q.  What was your mother doing when she was
11  arrested?
12     A.  She was traveling from Tucuman to Salta to
13  pick us up.  She had left us with her father, and at
14  that point, her father told us that she would not be
15  able to pick us up because she had been detained along
16  the way.
17     Q.  Were you ever given any information as to
18  what she was arrested for?
19     MS. SABHARWAL:  Objection.  Foundation.
20     THE WITNESS:  No, I didn't know.  The only
21  thing I knew is related to politics because my father
22  had been detained before, but we didn't receive any
23  further information.
24  BY MR. DAVIS:
25     Q.  What makes you think it was politics?

**Page 67**

1      MS. SABHARWAL:  I'm going to object to that
2   question on the basis of foundation.
3      THE WITNESS:  Because I had experienced at
4   one point a raid when we were at my grandparents'
5   home.  I was probably six, maybe seven years old, and
6   after that experience, my parents explained that
7   the -- they were persecuted by the police due to their
8   political beliefs, that they had different ideas on
9   how to help people, and that's why the raid had
10  happened.
11  BY MR. DAVIS:
12     Q.  Was the political views that they were
13  persecuted for related to the work you described
14  before we broke for lunch --
15     MS. SABHARWAL:  Objection.
16     MR. DAVIS:  I haven't finished my question.
17     -- regarding the indigenous people?
18     MS. SABHARWAL:  Objection.  Foundation.
19     THE WITNESS:  Yes.  My father, he was working
20  with the sugar cane union.  They had closed seven
21  sugar mills, and so that had generated a high level of
22  unemployment.  And so my father was protesting in
23  support of the unemployed individuals who had left in
24  poverty.
25  BY MR. DAVIS:

**Page 68**

1      Q.  Did your mother share the same political
2   activism that your father expressed?
3      MS. SABHARWAL:  Objection.  Foundation.
4      THE WITNESS:  She was not a member of that
5   workers union, and she was not with him when that took
6   place, but I believe that she did share the same
7   ideas.  She had similar beliefs.
8   BY MR. DAVIS:
9      Q.  Well, then, again, this happened 50 years
10  ago, and you looked at it and in some character you
11  brought this lawsuit relating to your mother's arrest
12  and death.  What political views was she arrested for?
13     MS. SABHARWAL:  Objection.  Foundation.
14     (Technical difficulty.)
15     MR. DAVIS:  We lost you in the middle of your
16  translation.
17     (Discussion held.)
18     THE WITNESS:  I think -- I mean my mother
19  wasn't very active.  My mother was persecuted due to
20  the actions of my father.
21  BY MR. DAVIS:
22     Where was your father physically located
23  between February of 1972, when your mother was first
24  detained, and August of 1972 when your mother died?
25     MS. SABHARWAL:  Objection.  Foundation.

**Page 69**

1      THE WITNESS:  My father had also been
2   detained and had also been transferred to Rawson.  I
3   don't know the dates there, but in 1972 he was in
4   Rawson as well.
5   BY MR. DAVIS:
6      Q.  In July of 1972 when you visited your mother
7   at Rawson, did you also see your father?
8      A.  Yes.  I was able to see him at that time.  I
9   was able to go into the men's block.  However, I was
10  able to spend more time with my mother because women
11  were allowed to have longer visits.
12     Q.  Was the visit a single day, or did you have
13  multiple days when you visited your parents at
14  Rawson Prison in July of 1972?
15     A.  I believe it was just one day.  I remember
16  getting there early in the morning.  We were able to
17  spend several hours with them, and then we had the
18  long return journey home because we didn't have family
19  or friends with whom we could spend the night.
20     Q.  Did you talk to your mother after that visit
21  in July of 1972 at Rawson Prison?
22     A.  No.  No, I wasn't able to talk to her by
23  phone.
24     Q.  Did you have any written communications,
25  letters with her?

1     A. Yes, we did write letters, but I couldn't
2  tell you in what month or dates when she wrote me or I
3  wrote her back.
4     Q. Did you ever learn that she escaped from
5  Rawson -- or tried to escape from Rawson Prison?
6        MS. SABHARWAL: Objection. Foundation.
7        THE WITNESS: So she did attempt to get out
8  of prison on August 15 with the other prisoners.
9  However, they also said that she tried to escape
10  prison on the 22nd, and that was not the truth. She
11  wasn't armed. She had not tried to escape prison at
12  that time.
13  BY MR. DAVIS:
14     Q. Well, let's just start looking at what
15  Rawson -- first we'll talk about the other. We'll
16  talk about what happened in August 15, 1972.
17        What did you learn that your mother did on
18  August 15, 1972 when she tried to escape from
19  Rawson Prison?
20        MS. SABHARWAL: Objection. Foundation.
21        INTERPRETER NYGARD: I'm going to clarify
22  something.
23        THE WITNESS: I don't have -- I didn't
24  receive a lot of details. What we heard was
25  essentially what everyone heard. No one had a lot of

Page 70

1     A. No. He called from Chile.
2     Q. Okay. So I'm just trying to clarify the
3  answers that you gave, and maybe I misunderstood. So
4  let me try it again.
5        So when there was -- there was an escape on
6  August 15, 1972 involving your father, and your father
7  was able to leave Rawson Prison and go to Chile; is
8  that correct?
9        MS. SABHARWAL: Objection. Misstates
10  testimony.
11        THE WITNESS: Yes. It's been documented in
12  the news, in history books. It says so everywhere.
13  BY MR. DAVIS:
14     Q. But who was he asking permission to call you
15  on August 22, 1972?
16        MS. SABHARWAL: Objection. Foundation.
17        THE WITNESS: To the Salvador Allende
18  government because the government received him. I
19  don't know if it was directly to him, but he asked for
20  permission to be given a phone -- or to use a phone
21  and call.
22  BY MR. DAVIS:
23     Q. So he was in custody in the -- with the
24  Allende government in Chile on August 22, 1972?
25        MS. SABHARWAL: Objection. Calls for

Page 72

1  details, but I -- the news talked about how my father,
2  together with other political prisoners, had escaped
3  and they had fled to Chile, while my mother remained
4  in prison.
5  BY MR. DAVIS:
6     Q. Did your father ever confirm to you that he
7  escaped to Chile?
8        MS. SABHARWAL: Objection. Foundation.
9        THE WITNESS: No. We only talked with him on
10  August 22nd or 23rd. He called after my mother had
11  been killed. He asked for permission to be able to
12  call and talk to his daughters to be able to provide
13  some comfort in the death of our mother.
14  BY MR. DAVIS:
15     Q. When your father called you on August 22,
16  1972 after your mother died, was he still in prison
17  somewhere?
18        MS. SABHARWAL: Objection. Foundation.
19        THE WITNESS: Yes. He was being held in a
20  room. He wasn't able to leave the room where he was
21  being held in Chile. He was a prisoner at that time.
22  Later, he was released and was allowed to go to Cuba.
23  BY MR. DAVIS:
24     Q. When you spoke to him, was he still in
25  Rawson Prison?

Page 71

1  speculation.
2        THE WITNESS: Yes. He was in a room with
3  others who also fled, and there they were given the
4  news about the death of 16 other people, including --
5  in addition to my mother and other women. So they
6  were really sad. They were really hurt. They felt
7  anger, pain. They were in tears, and they were locked
8  in that room when they received the news.
9  BY MR. DAVIS:
10     Q. Did you learn that, after the August 15, 1972
11  attempted escape from Rawson Prison, that your mother
12  was transferred to a naval base jail?
13        MS. SABHARWAL: Objection. Foundation.
14        THE WITNESS: I was too young at the time.
15  So I don't have any details. Upon my return to
16  Argentina, I learned about the details and had the
17  chance to visit the place where she was killed, and we
18  looked around and there are pictures of it, and we had
19  a chance to pay them tribute.
20  BY MR. DAVIS:
21     Q. So that would have been in 2008, the time
22  that you visited -- you visited the jail, the naval
23  base where your mother was killed?
24     A. It was in 2012 when I went to the end of the
25  trial that ended with the conviction of the other

Page 73

19 (Pages 70 - 73)

**Page 74**

1 killers. The travel was paid for, and I managed to
2 visit the Almirante Zar base.
3     Q. Going back to what you knew in August of
4 1972, did you -- before you learned that your mother
5 was killed, did you learn anything about her movement
6 from Rawson Prison?
7         MS. SABHARWAL: Objection. Foundation.
8         And I objected to that on foundation.
9         THE WITNESS: I really did not understand the
10 question. Sorry.
11 BY MR. DAVIS:
12     Q. Did you ever -- from August 15, 1972, when
13 your mother attempted to escape from Rawson Prison
14 until the time she died, did you know that she was --
15 had left Rawson Prison or was transferred from Rawson
16 Prison?
17         MR. DAVIS: Objection. Foundation.
18         THE WITNESS: Are you asking me if I was
19 aware that she was transferred from Buenos Aires to
20 Rawson or to the military base?
21 BY MR. DAVIS:
22     Q. I gave a very specific time frame. The last
23 week before your mother died. August 15, 1972 she was
24 in Rawson Prison, and she ended up in another
25 prison -- or another jail. Did you have any

**Page 75**

1 information in 1972 that your mother was moved from
2 Rawson Prison?
3         MS. SABHARWAL: Objection. Foundation.
4         THE WITNESS: Not at the time. I learned
5 about the Rawson Massacre years later and about -- I
6 learned about the massacre and the events in Rawson
7 and Almirante Zar base years later, but I didn't know
8 at the time. I didn't learn at the time.
9 BY MR. DAVIS:
10     Q. Did you learn that a guard was killed at
11 Rawson Prison during the August 15, 1972 escape?
12         MS. SABHARWAL: Objection. Foundation.
13         INTERPRETER CASANOVA: The interpreter is
14 going to ask for a clarification about a term.
15         (Interpreter and witness confer.)
16         THE WITNESS: After I grew, when I visited
17 Rawson, first I learned that four had escaped, and
18 then there was the shooting. One guard managed to
19 fire, and then he -- he was shot.
20 BY MR. DAVIS:
21     Q. How did you learn that?
22     A. Well, during the trial a lot of evidence was
23 shown, and there were also a lot of accounts. I read
24 a lot of books also.
25     Q. So this would have been information you would

**Page 76**

1 have learned as an adult, you know, after 2008?
2     A. Yes, that is correct.
3     Q. I want to talk a little bit about your life
4 in Switzerland.
5         You told us earlier, at least as I understood
6 it, you teach French currently; correct?
7     A. Yes, that is correct.
8     Q. Did you -- and you taught French in
9 Switzerland?
10     A. No. I studied history and worked part time
11 until I graduated and then returned to Argentina.
12     Q. Well, take me through your educational
13 background. You were in Cuba until 1989. What was
14 the highest educational training that you completed as
15 of the time you left Cuba in 1989?
16     A. I finished high school and I started
17 journalism, but I left -- just for the first year,
18 until I left Cuba.
19     Q. Is 1989 the year you left Cuba?
20     A. No, 1985.
21     Q. '85. Okay. I misheard you before.
22         As of the time you left Cuba in 1985, did you
23 have any full-time employment or part-time employment
24 in Cuba?
25     A. No. I only studied in Cuba.

**Page 77**

1     Q. Once you got to Switzerland in 1985, what
2 educational -- formal educational training did you
3 receive?
4     A. All right. So first I started studying
5 French. Then I studied -- I took secretarial
6 training. Then I worked. Then I got divorced, and
7 then I went to college.
8     Q. Your -- I understand French and German were
9 the primary languages in Switzerland; correct?
10     A. Italian too, close to the border with Italy,
11 but I lived in Geneva, close to the French border. So
12 I learned French.
13     Q. Did -- so then take me through the education
14 and work training you had from the time you got to
15 Switzerland to Geneva in 1985 until you got divorced.
16     A. First I took French. Then it was -- then I
17 took one year of secretary training. Then another
18 year of computing training. Then I took tachography,
19 and then I went to work.
20         MR. DAVIS: I'm sorry. What was the word you
21 just said? Tachography? This is to the translator.
22         INTERPRETER CASANOVA: It could be -- let me
23 ask for clarification because it could be shorthand or
24 typewriting. Let me ask.
25         (Interpreter and witness confer.)

1    INTERPRETER CASANOVA:  Correction.
2   "Tachograpy," change that for "typewriting."
3    MR. DAVIS:  Okay.  I know what that is.
4    Q.  What jobs, then, did you hold after you had
5   that training that you just told us about, the typing
6   and you had learned French and you had administrative
7   training.  What jobs did you hold?
8    A.  I worked at a coffee import and export
9   company, and then I worked at another export company.
10   Q.  What year did you get married?
11   A.  In '89.
12   Q.  What year did you get divorced?
13   A.  I believe it was 1997.
14   Q.  Did you meet your husband in Switzerland, or
15   was he someone you knew from before?
16   A.  I met him in Switzerland.  He's Swiss.
17   Q.  Since 1987, what jobs did you hold in
18   Switzerland?
19   A.  As I mentioned before, I was working with
20   import/export business, and I was doing data entry.
21   Q.  What year did you stop working at the
22   import/export business?
23   A.  I finished with the first company in 1992,
24   and then I worked with another company for an
25   additional four years.

Page 78

1    Q.  So then after that company, take me through
2   your work experience until the time you moved back to
3   Argentina.
4    A.  So that was essentially my labor experience
5   until 1997 when I got a divorce, and then my plan was
6   to return to Argentina to stay.  So that was -- no.
7   Okay.  Actually, 1994, that would have been my work
8   experience until 1994 when I tried to move back to
9   Argentina.  However, I was not able to stay in
10  Argentina at that time because I wasn't able to find
11  work.
12   I was at one point hired.  However, the
13  manager was from the right, and when he saw my last
14  name, he said that no, it wouldn't be possible to hire
15  me to -- to formalize my hiring.  So at that point,
16  because I wasn't able to get work, I decided to go
17  study in the United States, and that's when I moved to
18  Los Angeles where I went to school for almost three
19  years.
20   Q.  Where in Los Angeles did you go to school?
21   A.  So I went to English language school for
22  people from Latin America, and I also worked.  I was
23  doing some babysitting, some sales, kind of
24  whatever -- whatever was available.
25   Q.  Well, other than getting English language

Page 79

1   education, did you have any other formal education
2   when you went to Los Angeles?
3    A.  No.
4    Q.  Do you understand English?
5    A.  Yes, quite a bit.
6    Q.  And is there a reason we could not do your
7   deposition in English today?
8    A.  Yes, because it's been many years since I've
9   practiced English.  Since I've spoken English.  There
10  are words that I don't necessarily understand.  I
11  don't catch everything, and because this is a very
12  serious business, I wanted to make sure I understood
13  everything.
14   Q.  When did you leave Los Angeles?
15   A.  In 1997, when I returned to Switzerland.
16   Q.  So from 1994 to 1997, when you lived in
17  Los Angeles, you were still married to your Swiss
18  husband?
19   A.  We were separated but not officially
20  divorced.
21   Q.  You moved back to Switzerland in 1997.  Your
22  divorce was finalized.  Then take me through what you
23  did between 1997 and when you ultimately moved to
24  Argentina.
25   A.  So after I was divorced I received a

Page 80

1   scholarship to study in the university, and so I was
2   studying from that point until 2008, and then I was
3   also working part time because the scholarship wasn't
4   enough to cover all of my costs.
5    Q.  What did you study?
6    A.  I started with literature, language, but then
7   I ended up in history.
8    Q.  What jobs did you hold from 1997 until 2008?
9    A.  I studied cost of life.  I looked at what the
10  cost-of-life adjustments were because it was a job
11  that didn't have a set schedule.
12   Q.  What did you actually do though at
13  cost-of-life adjustments?
14   A.  So I had a sheet that would list the prices
15  of all different products.  For example, I would go to
16  a supermarket, and so I would go through the list and
17  check each of those products to see if the price had
18  gone up or had gone down or stayed the same.  And if
19  it had changed, I would write down the new price.
20  That's something I had to do every two days, and I
21  would go through and look at the different price
22  adjustments.
23   Q.  Is that the only job that you held until you
24  left -- through the time that you stayed in
25  Switzerland?

Page 81

Page 82

1    A. Yes, I also worked in data entry. They would
2    give me names, numbers, et cetera, that I would
3    register in the computer.
4    Q. What formal -- what was it that caused you to
5    leave Switzerland to move to Argentina in 2008?
6    A. Well, first off, I don't like the cold. The
7    winters there were very long. Also, because I kind of
8    missed kind of the more relaxed atmosphere. I longed
9    for the relaxed Latin American life style. And the
10   third reason was because at that point the family
11   members of kidnapped and killed individuals were
12   receiving compensation, and I was supposed to be
13   compensated.
14   Q. I will follow up with that in a moment.
15       Insofar as your sisters, did they live --
16   remain in Switzerland, or did they also move back to
17   Argentina?
18   A. So one of my sisters, she actually remained
19   in Cuba. She married a Cuban, and they had a child.
20   So she was in Cuba for a while. Now she's currently
21   in Bolivia.
22       And then my other sister, she stayed in
23   Switzerland with my grandma. She was studying
24   psychology. However, she didn't finish that degree.
25   She then later returned to Argentina where she was

Page 83

1    able to finish her college degree.
2    Q. Is that sister still in Argentina, then, or
3    is that sister back in Switzerland?
4    A. No. She lives in Buenos Aires.
5    Q. Now, you mentioned a moment ago that there
6    were funds that became available for victims of the
7    kidnapped and killed. I may be saying this wrong from
8    what I took down in my notes.
9       What information did you get about your
10   eligibility to participate in that program?
11   A. I learned through the Argentine embassy in
12   Switzerland that I would be able, by means of that
13   office, to file a claim for my detention and also the
14   death of both of my parents.
15   Q. What year did you learn that?
16   A. I learned of people who had gone through this
17   process in the '90's, 1996, '98, about that time. And
18   so I had heard about that. However, I began this
19   process in 2006, 2007. That was essentially shortly
20   before I concluded my studies.
21   Q. Was there a reason that you did not look into
22   it in 1996 to 1998 when you first learned about those
23   programs?
24   A. Yes, because my mother's case was not yet
25   included in that compensation group. The Trelew

Page 84

1    Massacre event was not included because that took
2    place in 1972, and the first group of people who were
3    compensated was starting from the March 1, 1976
4    military coup.
5       And so what happened to my mother was not yet
6    included in that group of compensation -- the
7    compensation did not include my mother and other
8    exiles related to that case.
9    Q. When did you learn that you were eligible for
10   or there was existence of a program in which you could
11   apply for benefits from the government of Argentina
12   relating to your mother's death?
13   A. I think it was about 2010 when we learned
14   that they were also beginning to accept cases, for
15   example, the Trelew Massacre and other cases that took
16   place in that time period. I'm not sure if it was
17   2009 or 2010. Around that time period.
18   Q. I understand that you had -- as I understood,
19   there were two different things that happened to you
20   that made you eligible for recovery of money. How
21   much money did you receive from the government of
22   Argentina related to your mother's death?
23   A. I don't know exactly. It was about 300,000
24   Argentinian pesos, but since inflation is so high and
25   the Argentinian peso has been affected so bad, I

Page 85

1    wouldn't know the amount in U.S. dollars, current U.S.
2    dollars.
3    Q. And you received two different payments
4    relating to your mother's death or more than two
5    payments?
6    A. No. Just one.
7    Q. Did your sisters receive compensation?
8    A. Yes, the same as I did.
9    Q. And what compensation did you get in relation
10   to the personal kidnapping of you that you described
11   earlier?
12   A. I believe it was 150,000 Argentinian pesos.
13   Q. When was the last time you received a payment
14   from -- under either program?
15   A. When I received the compensation from my
16   mother's case. I haven't seen compensation for my
17   father because there's still an open criminal case, an
18   ongoing criminal case. I haven't received his
19   remains, which are still at Campo de Mayo.
20   Q. My question, though, was when was the last
21   time you received a payment. I'm talking about a
22   date, not what's pending.
23   A. I think it would be 2011, 2012. I'm not that
24   clear about that, but let's say it was 2012.
25   Q. Are there any other programs available in

22 (Pages 82 - 85)

| | |
|---|---|
| 1 the -- with the Argentinian government that you are | 1 Ms. Camps since 2012? |
| 2 eligible for in connection with your mother's death, | 2    A. I seen her on social media, but very little. |
| 3 where you could still seek benefits? | 3 Perhaps a birthday message, things of that sort. |
| 4    A. No, there's no other. | 4    Q. Same question for Eduardo Cappello. |
| 5    Q. Have you ever met any of your other | 5       Have you seen him since the trial in 2012? |
| 6 plaintiffs in this case? | 6    A. No.  I learned he was also a plaintiff in |
| 7    A. Yes.  During the trial I met Raquel Camp, | 7 this case.  I thought we were going to travel to the |
| 8 Eduardo Cappello, and Alicia Bonet. | 8 U.S., but I know when he would travel with Raquel, and |
| 9    Q. When was the first time you -- strike that. | 9 I know that Alicia also has already testified, and now |
| 10       What day did you meet Raquel Camps? | 10 me. |
| 11    A. In 2012, when I attended the trial, the | 11    Q. Did you meet Alicia Krueger -- and that's how |
| 12 convictions. | 12 she -- it's K-r-u-e-g-e-r.  That's how she's listed on |
| 13    Q. What was -- the trial was of guards who were | 13 the Complaint as a plaintiff for the estate of Ruben |
| 14 at Trelew? | 14 Bonet.  Did you meet her for the first time in 2012 at |
| 15       INTERPRETER CASANOVA:  I didn't get you. | 15 the trial? |
| 16 Mr. Davis, would you repeat? | 16    A. No, I haven't spoken to her. |
| 17       MR. DAVIS:  Sure. | 17    Q. Well, did you first meet her at the trial? |
| 18    Q. The trial was of guards who were at Trelew? | 18    A. Yes, I did. |
| 19    A. Yes.  The trial of the killers in the Trelew | 19    Q. But since 2012, you've not talked to her? |
| 20 Massacre in the province of Chubut. | 20    A. No, because I know she lives in France, and |
| 21    Q. Had you ever talked to Raquel Camps -- strike | 21 she's harder to get a hold of or to communicate with |
| 22 that. | 22 her. |
| 23       When you met Raquel Camps, you met her in | 23    Q. So the answer is, though, since 2012, you've |
| 24 person; is that correct? | 24 not talked to Ms. Krueger? |
| 25    A. Yes. | 25    A. No.  I only learned that she was also a part |
| Page 86 | Page 88 |

| | |
|---|---|
| 1    Q. Had you met her before the trial, you know, | 1 of this, but I haven't talked to her. |
| 2 by telephone or E-mail or some other method other than | 2    Q. And, finally, what about Marcela Santucho?  I |
| 3 face to face? | 3 may not be saying that correctly.  Where did you meet |
| 4    A. No, because I was out of the country.  So | 4 Marcela Santucho? |
| 5 there was no chance for that to happen. | 5       MS. SABHARWAL:  Objection.  Vague. |
| 6    Q. Well, didn't you move back to -- well, let me | 6       THE WITNESS:  That's me.  I've known myself |
| 7 back up. | 7 since I was born.  I am Marcela Santucho. |
| 8       What year did you move back to Argentina? | 8 BY MR. DAVIS: |
| 9    A. In 2008. | 9    Q. I'm sorry.  It's late in the day, and I'm |
| 10    Q. And how could you have not -- well, what | 10 just reading off my notes.  I'm sorry. |
| 11 would have prevented you from meeting Raquel Camps in | 11       I got a few other names.  I probably have, |
| 12 2008 when you returned to Argentina? | 12 depending on the answers, under half an hour, but I |
| 13    A. Because I had to take care of other things. | 13 want to go through a few other names to see if you |
| 14 I had to find a place to live.  I had to collect the | 14 know these names. |
| 15 compensations in order to buy a house to live in.  All | 15       Carlos Marandino.  Do you know Carlos |
| 16 those things I had to take care of and to spend time | 16 Marandino? |
| 17 with my family and their friends.  So that's it.  I | 17    A. Yes, I know he was one of the people who were |
| 18 had to take care of those things. | 18 charged with the Trelew Massacre. |
| 19    Q. When did you meet Eduardo Cappello? | 19    Q. What -- other than knowing he was charged |
| 20    A. I also met him at the trial, and we also took | 20 with it, you've never talked to him.  Is that fair? |
| 21 the same plane in and out.  We stayed at the same | 21    A. No.  Yes, I haven't spoken to him. |
| 22 hotel for two days, and we shared some time with him | 22    Q. Okay.  Do you know Julio Ulla? |
| 23 and with all the others. | 23    A. Yes. |
| 24    Q. Have you -- I'll go back to Ms. Camps. | 24    Q. How do you know him? |
| 25       Have you had any communications with | 25    A. I saw him in the 2012 trial.  He went with |
| Page 87 | Page 89 |

1  his family.  His wife and his kids, and I also saw him
2  in the province of Santa Fe, when I went there because
3  I knew his brother when I was a young girl.
4      Q.  Did you talk to Mr. Ulla about what happened
5  at Trelew?
6      A.  No, I just told him about what I could
7  remember about his brother.  I remember he was a young
8  man.  He was not too tall.  So that made him look even
9  younger.  He looked like he was 18 or 20.  We
10  played -- I don't know.  We played Mardi Gras or
11  Carnival, perhaps, and he played with us because he
12  was a young man and lively.
13      Q.  When did you first receive any information
14  that Roberto Bravo had any connection to your mother's
15  death?
16      MS. SABHARWAL:  Objection.  Asked and
17  answered.
18  BY MR. DAVIS:
19      Q.  Go ahead, Ms. Santucho.
20      A.  As I already said, during this trial and --
21  that was taking place in Argentina, and when I learned
22  that he had to be extradited.
23      Q.  Did you read the Complaint that was filed in
24  this case?
25      A.  Not totally, because it's written in English,

Page 90

1  but I know what it is about.
2      Q.  Well, did you authorize the filing of this
3  case in the Southern District of Florida, ma'am?
4      A.  I'm sorry.  Can you repeat the question?  I
5  didn't understand.
6      INTERPRETER NYGARD:  If you want, I can
7  repeat the interpretation.
8      MR. DAVIS:  Read the question back in
9  English, and I'll see what I want to do.
10      (Record read.)
11      MR. DAVIS:  If you'd re-translate it again
12  for her.
13      THE WITNESS:  Yes, I did.
14  BY MR. DAVIS:
15      Q.  Would you agree that, since 2005, that you
16  supported and participated in the criminal prosecution
17  of perpetrators of the Trelew Massacre?
18      CHECK INTERPRETER VARGAS:  Translation check.
19      The translator did not translate the year.
20      THE WITNESS:  Can the interpreter repeat the
21  question, please.
22      INTERPRETER NYGARD:  Mr. Davis, can you
23  repeat the question.
24  BY MR. DAVIS:
25      Q.  Since 2005, you supported and participated in

Page 91

1  criminal prosecution of the other -- of the
2  perpetrators of the Trelew Massacre as alleged in
3  Paragraph 82 of your Complaint, "yes" or "no"?
4      MS. SABHARWAL:  Objection.  Misstates
5  testimony.
6  BY MR. DAVIS:
7      Q.  You can answer, ma'am.
8      A.  I believe so.  I'm not sure I totally
9  understand that.  I think so.
10      Q.  Well, you authorized the filing of the
11  Complaint in the Southern District of Florida, ma'am.
12  Did you authorize your counsel to make misstatements
13  of fact in the Complaint?
14      MS. SABHARWAL:  Objection.  Argumentative.
15  Calls for a legal conclusion.
16      THE WITNESS:  I don't think my lawyers have
17  stated anything that's false.
18  BY MR. DAVIS:
19      Q.  You would agree that that statement is true
20  that I read from Paragraph 82 of the Complaint?
21      A.  I'm not sure exactly what Point 82 is.
22      Q.  The one I just quoted to you two questions
23  ago.
24      A.  If you're asking if I authorized that the
25  case be filed -- that the Complaint be filed in

Page 92

1  Florida, then yes, because I understand that he is in
2  Florida.
3      Q.  When did you learn that Mr. Bravo was in
4  Florida?
5      MS. SABHARWAL:  Objection.  Asked and
6  answered.
7      THE WITNESS:  As I mentioned before, I
8  learned about this during the Argentinian trial that I
9  participated in.
10  BY MR. DAVIS:
11      Q.  Were you aware that Mr. Bravo has lived in
12  the United States since at least 1980?
13      MS. SABHARWAL:  Asked and answered.
14  Objection.
15      CHECK INTERPRETER VARGAS:  Translation check.
16      The tense of the translator is in the present
17  tense, and I believe that the question was asked in
18  the past tense.  "Were you aware."
19      (The translator re-translated the question.)
20      THE WITNESS:  I learned about it much later,
21  much after the massacre took place, and I don't know
22  exactly since when he has lived in the United States.
23  BY MR. DAVIS:
24      Q.  Did you not receive any information at any
25  time that Mr. Bravo has lived in the United States for

Page 93

24 (Pages 90 - 93)

1  over 40 years?
2      MS. SABHARWAL: Objection. Foundation.
3      THE WITNESS: No, I didn't receive a lot of
4  information about that -- of him.
5  BY MR. DAVIS:
6      Q. What information did you receive?
7      A. I only learned that he had requested refugee
8  status in the United States after the incidents in the
9  massacre due to some ties that he had with -- I'm not
10 sure, the CIA or some military unit or naval group or
11 something of that nature.
12     Q. I asked you when did you learn that, ma'am.
13     MS. SABHARWAL: Objection. Asked and
14 answered.
15     MR. DAVIS: It was certainly asked, but it
16 wasn't answered.
17     Go ahead.
18     THE WITNESS: In 2012 during the trial.
19 BY MR. DAVIS:
20     Q. Was there anything to prevent you from suing
21 Roberto Bravo in 2012?
22     A. Yes. Because there was first the trial that
23 had to take place for the other killers who were in
24 Argentina, and it was the Argentinian government that
25 was supposed to file for the extradition request

Page 94

1      A. Well, the lawyers that are with us today are
2  the ones who are in charge of this case, and also my
3  lawyers in Argentina. Unfortunately, I don't remember
4  the last name right now.
5      Q. Do you know what group they're associated
6  with, ma'am?
7      MS. SABHARWAL: Objection. Lacks foundation.
8      THE WITNESS: No. I guess I don't know a lot
9  about that.
10 BY MR. DAVIS:
11     Q. Did you learn ever that your mother was
12 involved in killing the guard at the Rawson Prison?
13     MS. SABHARWAL: Objection. Foundation.
14     THE WITNESS: I did hear about that in the
15 context of the Trelew Massacre, but that's impossible.
16 My mother never killed anyone. That was my mother.
17 And, also, she was not in that first group of four
18 individuals that left. She left after the fact, after
19 the guard had been killed.
20 BY MR. DAVIS:
21     Q. Do you know who Juan Valenzuela is?
22     A. Yes, I understand that he was the guard who
23 resisted, that the prisoners had gotten a hold of some
24 uniforms, some police and military uniforms, and they
25 believed that no one would realize that there wouldn't

Page 96

1  before any cases could be put against him.
2      Q. Are you aware when the Argentinian government
3  filed for extradition of Roberto Bravo?
4      A. Yes. During the conviction of the other
5  killers, the judge announced that he had requested the
6  extradition of Bravo.
7      Q. What did you do to investigate your claims
8  against Roberto Bravo?
9      A. I read about the situation in the newspaper.
10 I heard via the news that he was detained -- or he was
11 under, maybe, house arrest. There was also -- in the
12 Argentinian press there was also news about his
13 extradition case. It also talked about his lifestyle,
14 the fact that he had certain economic ease and a nice
15 home.
16     Q. So my question was what did you do to
17 investigate your rights against Roberto Bravo to bring
18 a lawsuit against him.
19     A. My lawyers from Argentina and the
20 United States were able to investigate the situation.
21 We all know that there's a lot of evidence surrounding
22 this case. So my lawyers were in charge of that
23 process. I didn't really have to participate
24 actively.
25     Q. Who were your lawyers, ma'am?

Page 95

1  be any sort of altercation. But he was the one who
2  did shoot at them and -- yeah, he was that guard.
3      Q. But you did not hear it reported that your
4  mother shot Mr. Valenzuela in the head?
5      MS. SABHARWAL: Objection. Foundation.
6      THE WITNESS: No. That's impossible. That
7  has to be a lie or some sort of setup to try to
8  involve my parents, but I think it's known that it was
9  one of the first four or five prisoners who would have
10 shot the guard.
11 BY MR. DAVIS:
12     Q. How do you know that it was one of the first
13 four or five, ma'am?
14     MS. SABHARWAL: Objection. Foundation.
15     THE WITNESS: Because there were some
16 survivors that had written about their experience and
17 had given interviews. There were books and interviews
18 that talk about what had happened. And so this shows
19 that the accusation that my mother was involved was,
20 once again, a setup. Saying that she was involved in
21 that killing is not true.
22 BY MR. DAVIS:
23     Q. But you follow that information pretty
24 closely because it involved your mother; correct?
25     INTERPRETER NYGARD: I'm going to repeat the

Page 97

25 (Pages 94 - 97)

| | |
|---|---|
| 1 question. There was some interference in the<br>2 connection.<br>3    (Question retranslated.)<br>4    THE WITNESS: Yes. I mean it definitely<br>5 involved my mother. And so that led me to be more<br>6 interested maybe. I also believed that my mother was<br>7 killed out of revenge, revenge due to the<br>8 assassination attempt that was carried out, including<br>9 by my father.<br>10    CHECK INTERPRETER VARGAS: Sorry.<br>11 Translation check.<br>12    I don't believe she said "assassination." I<br>13 think she said "escape attempt." Can you double<br>14 check, please.<br>15    (Interpreter and witness confer in Spanish.)<br>16    THE WITNESS: No. What I had said is that<br>17 this is in relation to the situation with the 19<br>18 political prisoners who were assassinated was due to<br>19 the 6 political prisoners who escaped from prison and<br>20 were able to flee to Chile.<br>21    And so when it was found out that next<br>22 morning that they were not going to be extradited from<br>23 Chile, I believe that this was an act of revenge, an<br>24 act of revenge in relation to those individuals who<br>25 were able to escape.<br>              Page 98 | 1 visited her in Trelew with other lawyers, two other<br>2 persons. And they also were present or they were also<br>3 looking into the autopsy and the number of bullets,<br>4 et cetera, the realization that it was an execution<br>5 and not a result of combat, and everything that was<br>6 necessary at the time.<br>7    Q. I'm asking, though, what did you do to follow<br>8 reports after August of 1972? So when did you<br>9 start -- you were nine years old when your mother<br>10 died. When did you first start following the reports<br>11 as to what happened in the Trelew prison -- or at<br>12 Trelew?<br>13    A. Well, when I returned to the country, I read<br>14 what I could get a hold of to find more information.<br>15 I got together with other relatives to push for the<br>16 trial, and not much more that I could do.<br>17    Q. So when you moved to Switzerland in, I guess<br>18 it's now 1985, did you do -- and you at that point<br>19 would be 23 years old. Did you do anything to look<br>20 into what happened to your mother? Just finding out<br>21 the reports, reading the reports, reading -- looking<br>22 at the publicly available information at that time.<br>23    A. No. It was still very painful. The military<br>24 were in power until 1983, and the government in 1985<br>25 was still very unstable. They were still a lot of<br>              Page 100 |
| 1    (Discussion held.)<br>2    THE VIDEOGRAPHER: We're going off the record<br>3 at 1:58 p.m.<br>4    (A recess was taken from 1:58 p.m.<br>5    to 2:11 p.m.)<br>6    THE VIDEOGRAPHER: We are going back on the<br>7 record at 2:11 p.m.<br>8 BY MR. DAVIS:<br>9    Q. When we broke, ma'am, I was asking you<br>10 questions about the -- you following the reports of<br>11 what happened in your mother's attempted escape from<br>12 Rawson Prison, and I was asking you what information<br>13 you had learned over the course of time. I now want<br>14 to turn to what happened at Trelew. So I want to go<br>15 through some of the same questions.<br>16    Your mother died on August 22, 1972. What<br>17 did you do to follow reports of what happened at<br>18 Trelew after that date? And I know you were nine at<br>19 that time. So...<br>20    A. I couldn't do much since I was a girl. My<br>21 aunt and my uncle were the lawyers, and they were the<br>22 ones who could carry out any search for information,<br>23 as well as the remaining adults in the family.<br>24    Q. What did your aunt and uncle do?<br>25    A. They represented my mother in trial, and they<br>              Page 99 | 1 problems, a lot of fear among people. There was a lot<br>2 of fascism around. So I couldn't do too much still.<br>3    Q. What about in 1993 when you moved to<br>4 Los Angeles? Did you look to explore as to what<br>5 happened to your mother?<br>6    A. No, because in order to live a normal life, I<br>7 had to keep myself from thinking about my parents'<br>8 struggle and their death. It was hard on me<br>9 psychologically. Only when I returned to Argentina<br>10 could I gather the strength to do it.<br>11    Q. Did you ever remarry, ma'am?<br>12    A. Not after Switzerland.<br>13    Q. So you had the one husband you told us about<br>14 in the last session; correct?<br>15    A. Yes.<br>16    MR. DAVIS: I don't have any further<br>17 questions.<br>18<br>19    REDIRECT EXAMINATION<br>20 BY MS. SABHARWAL:<br>21    Q. Ms. Santucho, can you -- how old were you<br>22 when your mother died?<br>23    A. I was nine.<br>24    Q. And you were asked a lot of questions on<br>25 cross-examination about your parents political views<br>              Page 101 |

26 (Pages 98 - 101)

Page 102

1  and activity.  Did your parents ever discuss the
2  specifics of their political views with you?
3      A.  I love my parents and I admired them a lot,
4  but they never told me anything, first, and not to get
5  me involved, and second, for security concerns.  If
6  for some reason I was being held by someone who tried
7  to get information, I wouldn't have any information to
8  disclose.
9      Q.  You were also asked on cross-examination
10  about events that occurred at Rawson Prison while your
11  mother was held there.  When did you learn about what
12  happened at Rawson Prison?
13      CHECK INTERPRETER VARGAS:  Sorry.
14  Translation check.
15      It wasn't "how."  It was a "when" did she
16  learn.
17      INTERPRETER CASANOVA:  The interpreter is
18  going to correct.
19      THE WITNESS:  I believe it was on the 23rd of
20  August on TV when they read the names of the deceased.
21  BY MS. SABHARWAL:
22      Q.  And so when did you learn about what happened
23  about Rawson Prison?
24      A.  About the 23rd or the 24th.  The events
25  happened early on the 22nd, but at the time, news took

Page 103

1  a long time to appear because they were either
2  concealed or subject to misinformation.
3      Q.  And you were asked about an alleged attempted
4  escape from Rawson Prison.  Did you personally observe
5  any purported escape attempt there?
6      A.  No, I don't have firsthand knowledge.
7      Q.  Was any of your testimony about what happened
8  at Rawson Prison based on your personal knowledge?
9      A.  No, because I was not in prison.  I only
10  visited once or twice, and I had no knowledge of what
11  would happen.
12      Q.  And you were also asked about an alleged
13  escape attempt from Almirante Zar.  Did you personally
14  observe any purported escape attempt from
15  Almirante Zar?
16      A.  No.  I didn't see anything.
17      MS. SABHARWAL:  I think that's it for me.  No
18  further questions for me.
19      MR. DAVIS:  And I have no further questions.
20      And I'd like a copy, and I'd like it synced
21  up with the video.
22      THE VIDEOGRAPHER:  We are going off the
23  record at 2:26 p.m., and this concludes today's
24  testimony given by Marcela Santucho.  The media will
25  be retained by Veritext Legal Solutions.

Page 104

1      (Witness excused.)
2      (Deposition concluded at 2:26 p.m.)

Page 105

1      ACKNOWLEDGMENT OF DEPONENT
2
3      I, MARCELA SANTUCHO, do hereby certify that I
4  have read the foregoing pages, _____ to _____,
5  and that the same is a correct transcription of the
6  answers given by me to the questions therein
7  propounded, except for the corrections or changes in
8  form or substance, if any, noted in the attached
9  Errata Sheet.
10
11  _____
12  DATE            SIGNATURE
13
14
15
16  Subscribed and sworn to before me this _____ day
17  of _____, 20__.
18
19
20  My commission expires: _____.
21
22  _____
23  Notary Public
24
25

**Page 106**

1           C E R T I F I C A T E

2      I do hereby certify that the aforesaid testimony

3  was taken before me, pursuant to notice, at the time

4  and place indicated; that said deponent was by me duly

5  sworn to tell the truth, the whole truth, and nothing

6  but the truth; that the testimony of said deponent was

7  correctly recorded in machine shorthand by me and

8  thereafter transcribed under my supervision with

9  computer-aided transcription; that the deposition is a

10  true and correct record of the testimony given by the

11  witness; and that I am neither of counsel nor kin to

12  any party in said action, nor interested in the

13  outcome thereof.

14

15               Nancy J. Martin, RMR, CSR

16

17  Dated: April 7, 2022

18

19

20

21  (The foregoing certification of this transcript does

22  not apply to any reproduction of the same by any

23  means, unless under the direct control and/or

24  supervision of the certifying shorthand reporter.)

25

**Page 107**

1  NEHA SABHARWAL, ESQ.

2  nsabharwal@keker.com

3          April 7, 2022

4  RE: CAMPS VS. BRAVO

5  APRIL 5, 2022, MARCELA SANTUCHO, JOB NO. 5150698

6  The above-referenced transcript has been

7  completed by Veritext Legal Solutions and

8  review of the transcript is being handled as follows:

9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10  to schedule a time to review the original transcript at

11  a Veritext office.

12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13  Transcript - The witness should review the transcript and

14  make any necessary corrections on the errata pages included

15  below, noting the page and line number of the corrections.

16  The witness should then sign and date the errata and penalty

17  of perjury pages and return the completed pages to all

18  appearing counsel within the period of time determined at

19  the deposition or provided by the Code of Civil Procedure.

20  __ Waiving the CA Code of Civil Procedure per Stipulation of

21  Counsel - Original transcript to be released for signature

22  as determined at the deposition.

23  __ Signature Waived – Reading & Signature was waived at the

24  time of the deposition.

25

**Page 108**

1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2  Transcript - The witness should review the transcript and

3  make any necessary corrections on the errata pages included

4  below, noting the page and line number of the corrections.

5  The witness should then sign and date the errata and penalty

6  of perjury pages and return the completed pages to all

7  appearing counsel within the period of time determined at

8  the deposition or provided by the Federal Rules.

9  __ Federal R&S Not Requested - Reading & Signature was not

10  requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 109**

1  RE: CAMPS VS. BRAVO

2  MARCELA SANTUCHO, JOB NO. 5150698

3      E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____  _____

24  WITNESS             Date

25

Veritext Legal Solutions
866 299-5127

**[& - 9:47]**

## &

**&**   3:3,7 6:5 107:23 108:9

## 1

**1**   1:25 4:11,13 5:9 84:3 108:1
**1,400**   13:15
**10**   8:15
**101**   4:5
**109**   1:25
**11**   4:10
**11:05**   59:7,8
**11:45**   58:24
**12**   4:12
**120**   5:14
**12:02**   59:9,11
**14**   29:21 49:20
**15**   49:20 70:8,16 70:18 72:6 73:10 74:12,23 75:11
**150,000**   85:12
**16**   73:4
**17**   4:9
**18**   90:9
**19**   9:13 15:14 34:8 43:15 98:17
**1961**   50:14
**1962**   7:22 49:19
**1969**   56:19,21
**1970**   56:19
**1971**   39:10 63:14 66:4
**1972**   9:17 13:11,19 13:22 14:14 15:6 15:9 44:1 51:10 53:8 56:21 58:1 59:25 60:17,20,21 61:14 66:1,2,3 68:23,24 69:3,6,14 69:21 70:16,18

**1973**   52:3 53:6
**1974**   45:15 46:6,17
**1975**   22:11,14 45:15,15,18 46:1 46:17
**1976**   21:1,6,12 28:2 43:15,21 44:1 47:2,13,16 48:21 84:3
**1977**   21:19 49:9,10 50:19
**1980**   93:12
**1983**   100:24
**1985**   76:20,22 77:1 77:15 100:18,24
**1987**   78:17
**1989**   26:18 48:11 49:11 76:13,15,19
**1992**   78:23
**1993**   101:3
**1994**   79:7,8 80:16
**1996**   83:17,22
**1997**   78:13 79:5 80:15,16,21,23 81:8
**1998**   83:22
**1:20**   1:3 2:3
**1:58**   99:3,4

## 2

**2-1/2**   38:13
**20**   7:6 90:9 105:17
**2005**   91:15,25
**2006**   83:19
**2007**   83:19
**2008**   26:20 28:6 33:21,24 35:18 73:21 76:1 81:2,8

**2009**   33:25 35:18 84:17
**2010**   84:13,17
**2011**   85:23
**2012**   34:1 73:24 85:23,24 86:11 88:1,5,14,19,23 89:25 94:18,21
**2015**   34:3
**2022**   1:20 2:19 5:1 5:5 106:17 107:3 107:5
**2025.520**   107:9,12
**22**   9:17 14:14 15:6 15:9 49:16 71:15 72:15,24 99:16
**22nd**   70:10 71:10 102:25
**23**   49:16 100:19
**23rd**   3:13 71:10 102:19,24
**24**   21:12
**24294**   1:3 2:3 5:14
**24th**   102:24
**251**   3:13
**2:11**   99:5,7
**2:26**   103:23 104:2

## 3

**3**   4:9
**30**   108:1
**300,000**   84:23
**305**   3:14
**322-5018**   3:9
**33127**   3:14
**379-2400**   3:14
**38**   4:4
**391-5400**   3:5

## 4

**40**   58:20 94:1
**406**   3:8
**415**   3:5,9

## 5

**5**   1:20 2:19 5:1,5 7:21 107:5
**50**   68:9
**50's**   48:5
**5150698**   107:5 109:2

## 6

**6**   4:3 61:1,4,14 98:19
**62**   50:15
**63**   50:15
**633**   3:4

## 7

**7**   106:17 107:3
**73**   51:20
**74**   44:2
**75**   44:2

## 8

**82**   92:3,20,21
**85**   76:21
**89**   48:10 78:11
**8:09**   2:23 5:2,5
**8:29**   12:10,11
**8:30**   12:12,14

## 9

**90's**   83:17
**94102**   3:9
**94111-1809**   3:4
**9504**   1:24
**975**   106:15
**98**   83:17
**9:23**   30:11,12
**9:47**   30:13,15

Page 1

[a.m. - argentina]

| a | | | |
|---|---|---|---|
| **a.m.**  2:23 5:2,5 | **activism**  68:2 | **aided**  106:9 | **answer**  29:19 |
| 12:10,11,12,14 | **activities**  52:7,10 | **air**  49:5 | 36:16 38:9 44:13 |
| 30:11,12,13,15 | **activity**  102:1 | **aires**  13:14,14 | 44:23 46:5 58:19 |
| 59:7,8 | **added**  11:17 | 14:11 15:11 19:13 | 88:23 92:7 |
| **abduction**  22:13 | **addition**  48:25 | 19:23 21:10 23:5 | **answered**  90:17 |
| **ability**  6:14 29:4 | 73:5 | 47:24 74:19 83:4 | 93:6,13 94:14,16 |
| **able**  12:17 13:5,25 | **additional**  78:25 | **al**  5:11 | 105:6 |
| 16:4,22 18:2 | **address**  43:15 | **alberto**  1:5 2:5 | **answers**  32:24 |
| 19:14,25 25:10 | **adjust**  6:23 | **alert**  21:25 | 65:15 72:3 89:12 |
| 26:14 27:8 30:4 | **adjustments**  81:10 | **alerted**  21:14 | 105:6 |
| 36:7,23 39:18 | 81:13,22 | **alicia**  1:7 2:7 86:8 | **antonia**  24:4,4 |
| 49:15 53:10,11 | **administrative** | 88:9,11 | **antonio**  47:22,23 |
| 58:19 59:13 60:17 | 78:6 | **alive**  13:9 21:17 | **anymore**  16:22 |
| 65:7 66:15 69:8,9 | **admired**  36:22 | 22:3 29:13 | **apartment**  21:9,13 |
| 69:10,16,22 71:11 | 102:3 | **alleged**  92:2 103:3 | 43:14,16 45:11,12 |
| 71:12,20 72:7 | **adolescence**  36:24 | 103:12 | **apologies**  36:14 |
| 79:9,10,16 83:1,12 | **adult**  28:11,21 | **allende**  72:17,24 | **apologize**  17:20 |
| 95:20 98:20,25 | 76:1 | **allowed**  28:6 | 44:11 |
| **accept**  16:21 84:14 | **adults**  99:23 | 54:13 69:11 71:22 | **apologizes**  64:3 |
| **accepted**  38:22 | **advice**  36:23 | **almirante**  9:19 | **appear**  65:14 |
| **accepting**  51:12 | **affect**  29:16 | 74:2 75:7 103:13 | 103:1 |
| **access**  54:13 | **affiliations**  5:25 | 103:15 | **appearance**  6:2 |
| **accident**  15:1 | 41:5 | **altercation**  97:1 | **appearances**  5:25 |
| 37:14 | **affirmed**  6:17 | **alvino**  3:23 5:18 | **appearing**  107:18 |
| **accommodate** | **aforesaid**  106:2 | **america**  79:22 | 108:7 |
| 59:19 | **afraid**  25:13,14 | **american**  54:8 | **apply**  84:11 |
| **account**  20:20 | **afternoon**  38:3,4 | 82:9 | 106:22 |
| **accountability**  3:7 | **age**  33:9 42:6,10 | **amilka**  29:10 | **applying**  27:17 |
| **accounts**  75:23 | 56:8,18 61:19 | **amount**  85:1 | **appreciate**  59:20 |
| **accurate**  7:18 | 62:8,16 63:25 | **ana**  1:11 2:11 4:10 | **appropriate**  29:9 |
| **accusation**  97:19 | 64:1,2 65:4,13,13 | 4:12 8:21 9:22,23 | **approved**  34:2 |
| **acknowledgment** | **ages**  50:12,12 | **ancestral**  55:1 | **april**  1:20 2:19 5:1 |
| 105:1 | **ago**  61:7 64:22 | **andres**  3:20 6:11 | 5:5 106:17 107:3 |
| **act**  98:23,24 | 68:10 83:5 92:23 | **angeles**  79:18,20 | 107:5 |
| **acted**  10:2 | **agree**  5:7 91:15 | 80:2,14,17 101:4 | **area**  7:25 23:11 |
| **action**  5:22 106:12 | 92:19 | **angelica**  16:10,13 | **argentina**  5:1,16 |
| **actions**  68:20 | **agreeable**  58:22 | **anger**  73:7 | 8:16 9:20 19:21 |
| **active**  68:19 | 58:24 59:19 | **anna**  24:2,17 | 26:17,21,22 27:20 |
| **actively**  95:24 | **ahead**  6:8 38:7 | 50:14 | 28:6,10,20 29:23 |
| | 65:19 90:19 94:17 | **announced**  95:5 | 33:22 35:16 48:11 |
| | | | 48:16 50:1 51:14 |
| | | | 52:22 53:1 54:11 |

Veritext Legal Solutions
866 299-5127

[argentina - breath]

54:22 55:7 73:16 76:11 79:3,6,9,10 80:24 82:5,17,25 83:2 84:11,22 87:8,12 90:21 94:24 95:19 96:3 101:9
**argentine** 22:14 35:20 83:11
**argentinian** 34:15 35:1 37:18 39:1 43:20 84:24,25 85:12 86:1 93:8 94:24 95:2,12
**argumentative** 92:14
**armed** 22:18 70:11
**arms** 12:25,25 22:19
**arrest** 68:11 95:11
**arrested** 39:1,6,13 39:19,23 40:1,2 41:10 42:23 43:1 56:22 57:6 63:12 66:11,18 68:12
**arrival** 55:8
**arrived** 19:5 22:18
**art** 9:25 61:8,9 64:15
**article** 4:9
**asked** 22:20 28:20 64:9 71:11 72:19 90:16 93:5,13,17 94:12,13,15 101:24 102:9 103:3,12
**asking** 32:24 60:15,19 72:14 74:18 92:24 99:9 99:12 100:7

**asleep** 16:5
**assassinated** 98:18
**assassination** 98:8 98:12
**assistance** 40:17
**associated** 44:17 96:5
**assume** 38:3
**asylum** 26:24
**atmosphere** 82:8
**attached** 105:8
**attack** 19:20
**attempt** 70:7 98:8 98:13 103:5,13,14
**attempted** 73:11 74:13 99:11 103:3
**attend** 38:18
**attended** 86:11
**attending** 5:17 18:8 62:13
**attention** 19:25 62:6
**attorney** 3:2 6:3 31:13
**audio** 5:6 47:11
**august** 9:17 14:14 15:6,9 66:3 68:24 70:8,16,18 71:10 71:15 72:6,15,24 73:10 74:3,12,23 75:11 99:16 100:8 102:20
**aunt** 15:11 20:10 20:18 22:24 23:17 24:6 27:10 29:15 30:18 31:23 32:9 32:16 99:21,24
**aunt's** 15:16 22:17
**authorities** 43:20
**authorize** 91:2 92:12

**authorized** 92:10 92:24
**autopsy** 100:3
**ava** 7:3
**available** 29:1 30:3 79:24 83:6 85:25 100:22
**aware** 74:19 93:11 93:18 95:2

**b**

**b** 4:7 108:1
**babysitting** 79:23
**back** 12:13 18:17 20:3 26:17 30:14 41:8 42:24 47:13 56:12 58:23 59:10 63:16 70:3 74:3 79:2,8 80:21 82:16 83:3 87:6,7 87:8,24 91:8 99:6
**background** 76:13
**bad** 22:1 25:14 84:25
**bakery** 10:15,17
**base** 9:19 73:12,23 74:2,20 75:7
**based** 103:8
**basis** 67:2
**bathroom** 25:10
**battery** 3:4
**becoming** 36:24
**beds** 13:24
**began** 33:24 83:18
**beginning** 2:23 6:2 58:15 84:14
**belief** 54:16
**beliefs** 55:12,13 67:8 68:7
**believe** 39:9,22 43:4 44:8 47:19 48:24 49:9 51:1

53:8 68:6 69:15 78:13 85:12 92:8 93:17 98:12,23 102:19
**believed** 53:25 96:25 98:6
**benefits** 35:19,24 84:11 86:3
**best** 6:13
**big** 23:11
**birthday** 88:3
**bit** 61:15 76:3 80:5
**bitten** 25:8
**block** 69:9
**blow** 29:22
**boarding** 50:3,8
**body** 15:24
**bolivia** 82:21
**bonet** 1:9 2:9 86:8 88:14
**books** 41:6 72:12 75:24 97:17
**border** 8:6 77:10 77:11
**born** 7:20 45:18 46:1 49:19 50:14 50:14,15 89:7
**bought** 10:15
**bravo** 1:14 2:14 5:12 6:7 28:16 34:10,16 35:8 37:10 38:5 90:14 93:3,11,25 94:21 95:3,6,8,17 107:4 109:1
**bravo's** 35:5
**brazilian** 8:6
**break** 30:8 58:12 58:15,16 59:18
**breath** 17:15

Veritext Legal Solutions
866 299-5127

[brief - clarify]

**brief** 58:11
**briefly** 12:8 31:1
  50:21
**bring** 31:20 95:17
**broke** 62:8 67:14
  99:9
**brother** 25:5
  45:18 46:1 48:7
  50:16 90:3,7
**brother's** 47:20
  49:24
**brought** 30:23
  68:11
**brown** 54:10
**brutally** 26:6
**buenos** 13:14,14
  14:11 15:11 19:13
  19:23 21:10 23:5
  47:24 74:19 83:4
**building** 24:22
**bullets** 100:3
**buried** 19:11,12
**burn** 19:8
**bury** 19:18
**bus** 39:16 63:3,6
**business** 78:20,22
  80:12
**busy** 52:7
**buy** 10:22 87:15
**bye** 18:25

**c**

**c** 3:1 106:1,1
**ca** 107:9,12,20
**cake** 10:15,16,18
  10:20,20,21
**california** 3:4,9
**call** 21:25 42:16
  71:12 72:14,21
**called** 42:22 71:10
  71:15 72:1

**calling** 55:7
**calls** 52:11 72:25
  92:15
**calm** 8:1,2
**camera** 6:23
**camp** 86:7
**campo** 23:3,21
  24:9 25:1,19
  47:18 85:19
**camps** 1:4,5 2:4,5
  5:11 21:19 86:10
  86:21,23 87:11,24
  88:1 107:4 109:1
**cane** 67:20
**capacity** 1:4,6,6,8
  1:8,10,10 2:4,6,6,8
  2:8,10,10
**cappello** 1:5,7 2:5
  2:7 16:10,13,13
  86:8 87:19 88:4
**capture** 7:8
**captures** 6:23
**car** 24:12,15 25:11
**care** 15:21 30:22
  33:6 41:12 44:25
  47:25 64:17,23
  87:13,16,18
**carlos** 89:15,15
**carnival** 90:11
**carried** 35:1,25
  98:8
**carry** 99:22
**carrying** 22:18
  27:18
**casanova** 3:20
  6:11 16:8,12
  17:19 27:24 42:18
  42:21 43:6,9
  47:10 61:3,23
  62:4 64:2 75:13
  77:22 78:1 86:15

102:17
**case** 1:2 2:2 5:14
  8:18,20,22 30:4
  33:24 34:15 35:15
  36:3 37:9,18
  83:24 84:8 85:16
  85:17,18 86:6
  88:7 90:24 91:3
  92:25 95:13,22
  96:2
**cases** 84:14,15
  95:1
**casket** 16:3
**caskets** 17:4
**catch** 23:8 80:11
**cause** 28:16
**caused** 82:4
**ccp** 107:9,12
**cell** 37:15
**cemetery** 19:12
**center** 3:7
**certain** 95:14
**certainly** 62:1
  94:15
**certification**
  106:21
**certified** 2:24 5:19
**certify** 105:3
  106:2
**certifying** 106:24
**cetera** 82:2 100:4
**chance** 13:23
  42:24 73:17,19
  87:5
**change** 25:5 33:16
  33:17 78:2 109:4
  109:7,10,13,16,19
**changed** 30:23
  81:19
**changes** 45:9
  105:7

**character** 68:10
**charge** 95:22 96:2
**charged** 38:25
  40:9,16 89:18,19
**charger** 38:16
**chat** 13:25
**check** 3:22 17:16
  17:16,17 23:6
  27:21,21,22 48:22
  48:22 49:1 50:25
  50:25 51:2 81:17
  91:18,18 93:15,15
  98:10,11,14
  102:13,14
**child** 21:10,13,15
  23:18 24:14 82:19
**childhood** 36:24
**children** 27:6,8
  31:6 37:5
**chile** 51:12 53:9
  54:24 71:3,7,21
  72:1,7,24 98:20,23
**chilean** 51:12
**chores** 45:1
**christie** 3:18
**christmas** 33:7
**chronology** 61:16
**chubut** 9:20 86:20
**cia** 94:10
**civil** 107:19,20
**cja.org** 3:10
**claim** 28:15 29:2
  40:18 83:13
**claims** 95:7
**claret** 3:22
**clarification** 9:1
  16:9,11 23:7 24:7
  75:14 77:23
**clarify** 24:1 28:19
  35:4 70:21 72:2

Veritext Legal Solutions
866 299-5127

[classes - cv]

classes  8:10,12
  60:12 61:9
classification
  54:19
clear  85:24
clearing  34:22
close  18:17 19:19
  41:14 62:25 63:1
  64:1 77:10,11
closed  67:20
closely  97:24
closer  50:24
clothes  30:23,23
clothing  11:12
code  107:9,12,19
  107:20
coffee  78:8
coffin  16:20
cold  82:6
collect  35:23 39:18
  87:14
college  45:2 77:7
  83:1
columbus  55:9
combat  100:5
come  15:23 21:15
comfort  71:13
comforted  30:24
commission
  105:20
communicate
  88:21
communications
  69:24 87:25
communist  53:20
  53:23,24 54:2
companion  46:2
  46:17 47:2
companion's
  47:14

company  78:9,9
  78:23,24 79:1
compared  41:23
compensated
  82:13 84:3
compensation
  82:12 83:25 84:6
  84:7 85:7,9,15,16
compensations
  87:15
complaint  20:19
  88:13 90:23 92:3
  92:11,13,20,25
complete  7:18
completed  76:14
  107:7,17 108:6
completion  108:10
compound  42:17
  42:20,21
computer  38:16
  82:3 106:9
computing  77:18
concealed  103:2
concerned  22:1
concerns  33:11
  102:5
concluded  83:20
  104:2
concludes  103:23
conclusion  92:15
conduct  49:1,4
confer  49:2 75:15
  77:25 98:15
confirm  11:2 71:6
connected  59:4
connection  8:17
  34:4 86:2 90:14
  98:2
considered  21:1
  54:18

contact  107:9
contest  58:18
context  22:3 51:11
  52:15 96:15
continue  5:7 54:25
continuously
  49:10
control  23:12
  106:23
conversation
  13:25
converse  51:3
conversed  27:24
conviction  34:1
  73:25 95:4
convictions  86:12
cook  33:6
copy  103:20
correct  14:17,20
  49:21 60:22 61:4
  61:20 72:8 76:2,6
  76:7 77:9 86:24
  97:24 101:14
  102:18 105:5
  106:10
correction  37:5
  78:1
corrections  105:7
  107:14,15 108:3,4
correctly  7:8 89:3
  106:7
cost  81:9,10,13
costs  81:4
counsel  3:6,10,15
  5:10,24 30:6
  32:15 44:19 58:10
  92:12 106:11
  107:18,21 108:7
country  26:15
  33:25 34:11 41:17
  48:15,17 87:4

100:13
countryside  8:1
coup  51:12 84:4
couple  26:19 45:7
  48:3,4 49:25
course  99:13
court  1:1 2:1 5:13
  5:20
cousin  24:4,14
cousins  22:17,24
  23:17,24
cover  81:4
covered  24:21
cried  56:4
crime  39:1
criminal  28:9 30:4
  33:22 35:15 85:17
  85:18 91:16 92:1
cross  101:25 102:9
crowd  18:8
crushed  55:18
cry  66:7
crying  25:6
csr  1:24 106:15
cuba  48:12,13,19
  49:4,5,8,10,20,23
  50:19 51:9,12,16
  51:21 52:3,20,25
  53:2,5,9,14,17
  71:22 76:13,15,18
  76:19,22,24,25
  82:19,20
cuban  82:19
current  85:1
currently  8:4 76:6
  82:20
custody  72:23
cv  1:3 2:3 5:14

Veritext Legal Solutions
866 299-5127

**[d - distant]**

| d | |
|---|---|

**d** 4:1
**dad** 56:10
**dangerous** 22:21
**dark** 54:10,11
**data** 78:20 82:1
**date** 14:16,22 15:4
  60:19 85:22 99:18
  105:12 107:16
  108:5 109:24
**dated** 106:17
**dates** 60:15 69:3
  70:2
**daughter** 8:21
  20:2
**daughters** 10:1
  71:12
**davis** 3:12 4:4 6:6
  6:6 8:24 9:5,12
  10:9,13 11:14,20
  11:22 12:1 13:3
  14:3,18,23 15:5
  17:8 18:13 19:2
  20:8,15 21:3,7,22
  22:8,15 23:2,15
  24:10,18 25:2,12
  25:20 26:10 27:11
  28:3,13,23 29:8,17
  30:1,21 31:4,11,18
  32:1,19 33:13
  34:6,19 35:7
  36:14 37:11,20
  38:2,5,7 39:5,24
  40:14 41:7 42:8
  42:25 43:11,18,24
  44:12,22 45:10,19
  46:11,15,25 47:3,7
  47:12 48:20 49:6
  49:18 50:5 51:8
  52:9,19 53:4,13
  54:4 55:10,22

56:14 57:2,24
58:13,21 59:2,12
61:5,25 62:5,7,15
63:10,22 64:21
65:16,21 66:24
67:11,16,25 68:8
68:15,21 69:5
70:13 71:5,14,23
72:13,22 73:9,20
74:11,17,21 75:9
75:20 77:20 78:3
86:16,17 89:8
90:18 91:8,11,14
91:22,24 92:6,18
93:10,23 94:5,15
94:19 96:10,20
97:11,22 99:8
101:16 103:19
**day** 13:20 25:22
  46:22 65:8 69:12
  69:15 86:10 89:9
  105:16
**days** 25:25 29:3
  50:2 57:10,12
  69:13 81:20 87:22
**de** 1:11 2:11 23:3
  23:21 24:9 25:1
  25:19 47:18 85:19
**dearly** 29:21
**death** 15:24 20:7
  22:6 28:12,22
  29:7,15,25 31:10
  31:13,24,25 32:9
  32:17,18 34:17
  35:6,10 36:13
  50:22 68:12 71:13
  73:4 83:14 84:12
  84:22 85:4 86:2
  90:15 101:8
**deborah** 3:23 5:18

**deceased** 15:1
  102:20
**december** 22:11
  22:14 60:23 61:12
  61:13
**decided** 11:11
  26:1 42:2 52:1
  79:16
**decision** 55:21,23
**decisions** 49:15
  52:6
**defendant** 1:15
  2:15 3:15 5:12 6:7
  38:5
**defending** 54:1
**defenseless** 37:15
**definitely** 26:19
  98:4
**degree** 82:24 83:1
**del** 7:21,24 41:19
  62:23 65:9
**delfino** 47:15,16
**demand** 55:1
**demeanor** 12:3
**denouncing** 29:10
**depending** 17:10
  89:12
**deponent** 105:1
  106:4,6
**deposition** 1:19
  2:22 5:10,15 11:3
  12:19 17:23 80:7
  104:2 106:9
  107:19,22,24
  108:8,10
**describe** 18:11
  19:21 36:12 54:15
  54:16
**described** 55:13
  55:24 67:13 85:10

**description** 4:8
**details** 70:24 71:1
  73:15,16
**detained** 39:4,14
  42:13 43:3 60:5,7
  60:8,9 66:2,15,22
  68:24 69:2 95:10
**detention** 21:18
  83:13
**determined**
  107:18,22 108:7
**diaper** 25:5
**dictatorship** 40:21
**die** 26:6 37:13
**died** 15:21 19:22
  41:21 43:17 46:19
  46:23 62:9,22
  65:24 68:24 71:16
  74:14,23 99:16
  100:10 101:22
**difference** 58:11
**differences** 53:24
**different** 50:10
  55:5 65:15 67:8
  81:15,21 84:19
  85:3
**difficult** 22:2
**difficulty** 68:14
**direct** 57:25 59:24
  106:23
**directly** 72:19
**disappeared** 21:2
**disclose** 102:8
**discuss** 102:1
**discussion** 12:6
  32:11 68:17 99:1
**dishes** 11:10
**distance** 14:7
  62:19
**distant** 33:8

Veritext Legal Solutions
866 299-5127

[distracted - eyed]

**distracted** 19:25
**district** 1:1,2 2:1,2
  5:13,13 62:3 91:3
  92:11
**division** 1:2 2:2
  5:14
**divorce** 79:5 80:22
**divorced** 45:20,22
  77:6,15 78:12
  80:20,25
**documentation**
  48:18
**documented** 72:11
**documents** 27:18
  32:23 33:16
**doing** 64:14,19
  66:10 78:20 79:23
**dollars** 85:1,2
**double** 17:17
  27:22 49:1 51:2
  98:13
**drink** 24:25
**due** 14:6 20:23
  36:20 37:5 67:7
  68:19 94:9 98:7
  98:18
**duly** 106:4

**e**

**e** 3:1,1 4:1,7 9:2,2
  87:2 88:12,12
  106:1,1 107:9,12
  108:1 109:3,3,3
**earlier** 59:14
  61:17 76:5 85:11
**early** 8:1 29:3
  69:16 102:25
**ears** 17:15,17
**ease** 95:14
**eastern** 58:24
**eat** 24:25

**economic** 95:14
**eduardo** 1:5,7 2:5
  2:7 16:13 86:8
  87:19 88:4
**educated** 36:22
  37:1
**education** 54:14
  77:13 80:1,1
**educational** 64:5
  76:12,14 77:2,2
**effect** 31:23 32:9
  32:13,16 33:2
**effort** 28:11,21
**efforts** 20:22 29:6
  31:9,14,16,24
  32:10,17
**eight** 40:5 42:6
**either** 49:20 53:19
  85:14 103:1
**ela** 3:7
**elementary** 42:3
**eligibility** 83:10
**eligible** 84:9,20
  86:2
**elzbieta** 3:7
**ematthews** 3:10
**embassy** 83:11
**emilia** 24:5,14
**employment** 76:23
  76:23
**enable** 38:18
**ended** 73:25 74:24
  81:7
**ends** 8:10
**endurance** 58:18
**english** 6:13 7:8
  65:18 79:21,25
  80:4,7,9,9 90:25
  91:9
**enjoy** 13:5 60:14

**ensure** 19:19 65:7
**entire** 6:24 44:20
  49:13
**entry** 78:20 82:1
**errata** 105:9
  107:14,16 108:3,5
**escape** 70:5,9,11
  70:18 72:5 73:11
  74:13 75:11 98:13
  98:25 99:11 103:4
  103:5,13,14
**escaped** 70:4 71:2
  71:7 75:17 98:19
**esq** 3:3,12,12
  107:1
**essentially** 19:24
  70:25 79:4 83:19
**estate** 1:5,7,9,11
  2:5,7,9,11 88:13
**esteban** 24:14
**estero** 7:21,24
  41:19 62:23 65:9
**et** 5:11 82:2 100:4
**ethnic** 55:6
**europe** 29:2
**event** 9:16 16:16
  84:1
**events** 27:17,22,23
  75:6 102:10,24
**eventually** 20:24
  33:17
**evidence** 75:22
  95:21
**exactly** 39:8 84:23
  92:21 93:22
**examination** 6:20
  38:1 101:19,25
  102:9
**examined** 6:18
**example** 38:15
  81:15 84:15

**exchange** 62:4,6
**excluded** 54:14
**excuse** 8:25 9:8
  34:19 39:17 53:1
  61:12
**excused** 104:1
**executed** 15:2,4,15
  34:8
**execution** 100:4
**exhibit** 4:9,10,12
  10:25 11:1,3 12:8
  12:16,19 17:22,23
  18:2
**exhibits** 11:18
**exile** 8:16 26:15
  48:18,19,25 49:4
  51:15
**exiles** 51:12,13
  84:8
**existence** 84:10
**expensive** 13:16
**experience** 33:8
  37:3,6 40:13 67:6
  79:2,4,8 97:16
**experienced** 36:20
  67:3
**expires** 105:20
**explain** 30:19 31:3
  54:18
**explained** 67:6
**explore** 101:4
**export** 78:8,9,20
  78:22
**expressed** 68:2
**extradited** 90:22
  98:22
**extradition** 28:16
  34:25 94:25 95:3
  95:6,13
**eyed** 54:11

[eyes - full]

eyes  17:18,20,20 24:21

**f**

**f**  106:1
**face**  6:24 87:3,3
**fact**  16:24 22:2 25:4 37:12 60:13 92:13 95:14 96:18
**fair**  20:5 89:20
**fairly**  10:2
**false**  32:23 92:17
**family**  20:6 21:14 33:15 39:16 45:14 51:10 69:18 82:10 87:17 90:1 99:23
**family's**  31:24 32:10,17
**far**  13:15,17 58:6 63:2
**farmers**  40:18
**fascism**  101:2
**fashion**  59:14
**father**  10:1 11:10 19:14 24:23 26:13 38:25 39:3,15,20 39:22 40:1,9 42:2 43:1,2,12,19,25 44:14,18 46:1,16 46:19,23,24 47:25 48:4,6 50:22 51:4 51:6,9,17 52:1,3,5 52:10,24 53:5,10 53:19,25 54:7 55:14 56:2,6,7 57:17,18 61:18 64:18 66:13,14,21 67:19,22 68:2,20 68:22 69:1,7 71:1 71:6,15 72:6,6 85:17 98:9

**father's**  15:20 38:23 41:3,12,18 46:17 47:1,14
**fe**  90:2
**fear**  101:1
**feared**  42:13
**february**  66:2 68:23
**federal**  108:1,8,9
**feel**  14:2 16:19 26:4 27:8 29:6
**felt**  14:5 17:15 19:8 20:4 33:7 36:19 73:6
**field**  20:25 23:10
**fighting**  52:13,14 52:20,21
**figure**  33:9
**file**  29:2 83:13 94:25
**filed**  20:19 90:23 92:25,25 95:3
**filing**  91:2 92:10
**finalized**  80:22
**finally**  27:19 55:20 89:2
**financially**  5:23
**find**  34:13 79:10 87:14 100:14
**finding**  100:20
**fine**  7:10
**finish**  82:24 83:1
**finished**  67:16 76:16 78:23
**fire**  43:17 75:19
**firm**  5:18
**first**  11:2 26:18 27:2 39:19,23 53:9 54:12 62:14 68:23 70:15 75:17 76:17 77:4,16

78:23 82:6 83:22 84:2 86:9 88:14 88:17 90:13 94:22 96:17 97:9,12 100:10 102:4
**firsthand**  103:6
**five**  97:9,13
**fix**  33:10
**fled**  71:3 73:3
**flee**  98:20
**floor**  24:21
**florida**  1:2 2:2 3:14 5:14 62:3 91:3 92:11 93:1,2 93:4
**focused**  52:25
**folder**  11:18
**follow**  26:14 61:6 82:14 97:23 99:17 100:7
**following**  99:10 100:10
**follows**  6:18 107:8
**footage**  29:11
**force**  27:16
**forced**  20:24 33:17
**foregoing**  105:4 106:21
**forget**  38:15
**form**  9:5,12 10:13 12:1 13:3 14:3,18 14:23 15:5 17:8 18:13 20:8,15 21:7,22 22:8 23:2 23:15 24:10,18 25:2,12,20 26:10 28:13,23 29:17 30:1,21 31:4,11 32:1,19 33:13 34:6 35:7 37:11 40:11,25 41:1,25

43:22 105:8
**formal**  77:2 80:1 82:4
**formalize**  79:15
**forward**  27:4
**fought**  54:9 55:17
**found**  29:9 35:4,8 43:15 98:21
**foundation**  44:9 44:20 46:21 52:4 52:23 53:7,15,21 54:20 55:15 56:9 56:23 57:20 63:20 64:16 66:19 67:2 67:18 68:3,13,25 70:6,20 71:8,18 72:16 73:13 74:7 74:8,17 75:3,12 94:2 96:7,13 97:5 97:14
**four**  8:19 23:17 75:17 78:25 96:17 97:9,13
**frame**  28:6 74:22
**france**  88:20
**francisco**  3:4,9
**franco**  3:3
**frcp**  108:1
**free**  51:5 60:4
**french**  8:10,12,14 76:6,8 77:5,8,11 77:12,16 78:6
**frequently**  14:6
**friends**  33:5 69:19 87:17
**frightened**  46:24
**front**  11:2 12:17 18:2 22:16 54:9
**fulfill**  36:4
**full**  7:2,17 44:3,5 64:11 76:23

[funds - home]

**funds** 83:6
**funeral** 16:2,2
  17:1 18:8,9
**further** 21:19
  37:21 48:17 52:18
  66:23 101:16
  103:18,19

**g**

**g** 88:12
**gabriella** 24:3,13
  50:15
**gas** 17:14 19:9
**gather** 29:4
  101:10
**generated** 67:21
**geneva** 77:11,15
**geography** 41:20
**german** 77:8
**getting** 69:16
  79:25
**girl** 90:3 99:20
**girlfriend** 46:2
**give** 7:17 8:10,12
  15:12 53:11 63:1
  82:2
**given** 24:25 40:5
  44:6 48:19 49:4,7
  62:4 66:17 72:20
  73:3 97:17 103:24
  105:6 106:10
**glad** 14:5,7
**go** 5:7 6:8 12:7
  19:6,6 25:10
  26:25 32:14,23
  33:17 36:18,23
  38:7 42:3 46:20
  48:13 49:4 50:8
  50:22 51:22,24
  53:5,14 55:19
  59:5 63:6 64:18
  64:19 65:7,19

69:9 71:22 72:7
  79:16,20 81:15,16
  81:21 87:24 89:13
  90:19 94:17 99:14
**going** 5:4 6:8
  10:19,21 11:1,15
  12:9,13 14:13
  16:9,22 19:24
  23:25 26:5 30:6
  30:10,14 38:6
  44:19 49:12 50:2
  58:13 59:6,10
  60:10 67:1 70:21
  74:3 75:14 88:7
  97:25 98:22 99:2
  99:6 102:18
  103:22
**good** 6:22 10:5
  18:25 38:3
**gotten** 96:23
**government** 17:10
  22:4 27:15 35:2
  35:20 39:1 40:20
  43:21 72:18,18,24
  84:11,21 86:1
  94:24 95:2 100:24
**graduated** 56:25
  76:11
**grandfather** 19:14
  19:17
**grandma** 82:23
**grandmother**
  15:11 19:5 21:24
  42:7 49:16
**grandparents**
  26:23 41:3,24
  47:6 56:1,4,8,17
  57:5 60:22,24
  61:2 62:10,17,21
  65:5,9 66:6,8 67:4

**granted** 26:24
  48:18 49:3 51:15
**gras** 90:10
**grass** 54:7
**grew** 75:16
**grounds** 42:19
  61:24
**group** 83:25 84:2
  84:6 94:10 96:5
  96:17
**groups** 55:6
**growing** 7:24
**guard** 75:10,18
  96:12,19,22 97:2
  97:10
**guardians** 49:24
**guards** 86:13,18
**guess** 11:9 23:12
  60:20 63:14 96:8
  100:17
**guillermo** 1:14
  2:14 5:12
**guys** 19:6

**h**

**h** 4:7 109:3
**haber** 3:13
**haber.law** 3:15
**haired** 54:10
**half** 58:16 89:12
**hallidie** 3:8
**handled** 107:8
**happen** 25:14 87:5
  103:11
**happened** 16:24
  20:21,21 21:21
  23:1 24:9,17 26:9
  40:23 43:12 46:19
  47:20 67:10 68:9
  70:16 84:5,19
  90:4 97:18 99:11
  99:14,17 100:11

100:20 101:5
  102:12,22,25
  103:7
**happening** 28:5
**happy** 12:25 45:1
  58:15 59:19
**hard** 29:22 34:21
  55:21 56:3 101:8
**harder** 88:21
**head** 97:4
**hear** 32:15 34:21
  96:14 97:3
**heard** 25:15 50:11
  51:1 70:24,25
  83:18 95:10
**held** 5:15 12:6
  14:10 20:3 25:1
  25:11,18,23 32:11
  68:17 71:19,21
  81:23 99:1 102:6
  102:11
**help** 36:14 67:9
**helping** 38:9
**hiding** 32:23 33:17
  53:10
**high** 63:24 64:1
  67:21 76:16 84:24
**highest** 76:14
**hire** 79:14
**hired** 79:12
**hiring** 79:15
**history** 72:12
  76:10 81:7
**hold** 78:4,7,17
  81:8 88:21 96:23
  100:14
**holding** 12:24
**holidays** 33:7
  60:25
**home** 11:9 15:10
  22:19,22,23 41:9

Page 9

[home - kidnapped]

42:4,14 45:1 67:5
69:18 95:15
**hooded** 22:18
**horses** 17:13 18:23
**hot** 8:1
**hotel** 25:25 87:22
**hour** 30:7 58:16
58:16,17 59:17
63:3 89:12
**hours** 38:13 63:12
64:23,24 69:17
**house** 10:17 22:17
22:21 27:19 34:3
41:3 45:12,13,15
66:6,8 87:15
95:11
**hug** 13:25
**humane** 37:19
**hungry** 10:16
**hurt** 73:6
**husband** 78:14
80:18 101:13

**i**

**ideas** 67:8 68:7
**identification** 11:4
12:20 17:24
**iguazu** 5:1,16 8:5
8:5,6
**illness** 37:13
**image** 11:21
**images** 18:6
**imagine** 51:20
**impact** 36:12
37:16
**import** 78:8,20,22
**important** 36:9
**impossible** 96:15
97:6
**impoverished**
54:13

**improved** 27:5
**incidents** 94:8
**include** 84:7
**included** 83:25
84:1,6 107:14
108:3
**including** 15:15
34:8 73:4 98:8
**indicated** 106:4
**indigenist** 53:25
54:3,6 55:17
**indigenous** 54:1
54:17 67:17
**individual** 1:6,8
1:10 2:6,8,10
**individuals** 18:25
44:15,17 51:13
67:23 82:11 96:18
98:24
**indo** 54:8
**inflation** 84:24
**information** 21:20
29:1,4 30:4 35:11
40:6 44:5,6 45:3
52:18 53:12 66:17
66:23 75:1,25
83:9 90:13 93:24
94:4,6 97:23
99:12,22 100:14
100:22 102:7,7
**inmates** 13:24
**insofar** 63:15
82:15
**installation** 23:4
**intention** 53:2
55:19
**interchange** 43:19
**interested** 5:23
98:6 106:12
**interference** 98:1

**internet** 29:2,3
**interpretation**
91:7
**interpreter** 3:20
3:21,22 7:7 9:2
16:8,8,11,12 17:16
17:19 23:6,25,25
27:21,24 34:19
36:15 37:4 42:18
42:21 43:6,9
47:10 48:22 49:2
50:25 51:3 61:3
61:23 62:4 64:2,3
70:21 75:13,13,15
77:22,25 78:1
86:15 91:6,18,20
91:22 93:15 97:25
98:10,15 102:13
102:17,17
**interpreters** 6:9
7:4
**interrogated**
24:23
**interviews** 97:17
97:17
**intimidating** 18:18
41:6
**investigate** 95:7
95:17,20
**involve** 97:8
**involved** 55:21,23
96:12 97:19,20,24
98:5 102:5
**involvement** 34:17
35:5
**involving** 72:6
**issued** 27:15
**italian** 77:10
**italy** 77:10
**itch** 17:15

**j**

**j** 1:23 2:23 106:15
**jail** 57:18 73:12,22
74:25
**january** 60:20,21
61:1,4,13,14
**job** 64:12 81:10,23
107:5 109:2
**jobs** 78:4,7,17
81:8
**journalism** 76:17
**journey** 39:17
69:18
**joyful** 44:25
**juan** 96:21
**judge** 95:5
**julio** 89:22
**july** 13:11,19,21
43:15 58:1 59:25
60:17 69:6,14,21
**justice** 3:7 20:7,13
20:19 28:11,22
29:7 31:9,14,17,19
31:20,24 32:17
36:11 37:18,19
52:14,15
**justified** 18:24
20:4

**k**

**k** 88:12
**katerina** 3:19
**kathleen** 3:21 6:11
**keep** 101:7
**keker** 3:3 6:4
**keker.com** 3:5
107:2
**kidnap** 43:16
**kidnapped** 21:1
22:10 33:19 46:22
47:17 82:11 83:7

Page 10

[kidnapping - living]

**kidnapping** 21:5
21:25 23:14 26:4
85:10
**kids** 26:2 31:6
90:1
**kill** 26:2
**killed** 9:10 15:8
16:3,7,16 21:20
30:19 31:2 37:14
43:19 46:24 47:19
48:1,6 66:3 71:11
73:17,23 74:5
75:10 82:11 83:7
96:16,19 98:7
**killers** 74:1 86:19
94:23 95:5
**killing** 20:14 33:3
33:12 34:5 35:21
96:12 97:21
**kilometers** 13:15
63:2
**kin** 106:11
**kind** 31:7 37:19
52:10,17 79:23
82:7,8
**kindergarten**
63:24
**kinds** 52:6
**kmm** 1:3 2:3 5:14
**knew** 14:11 20:1
34:16,24 66:21
74:3 78:15 90:3
**know** 14:9,13
15:12 21:5,21
26:5,6 29:24 30:3
32:24 33:23 38:15
39:25 40:9,18,23
41:20 43:1 44:15
47:9 52:5,6,7,13
54:5 57:8 59:18
63:2,5,24 64:9,10

66:20 69:3 72:19
74:14 75:7 76:1
78:3 84:23 85:1
87:1 88:8,9,20
89:14,15,17,22,24
90:10 91:1 93:21
95:21 96:5,8,21
97:12 99:18
**knowing** 89:19
**knowledge** 40:13
103:6,8,10
**knowledgeable**
36:21 37:1
**known** 48:6 89:6
97:8
**krueger** 1:7 2:7
88:11,24

**l**

**l** 9:2 43:9,9
**labor** 79:4
**lacks** 96:7
**land** 13:17 55:4
**lands** 55:1
**language** 27:2
79:21,25 81:6
**languages** 77:9
**lanus** 17:10
**lanusse** 40:21
**large** 17:14
**late** 46:6 89:9
**latin** 79:22 82:9
**law** 3:2,13
**laws** 27:14
**lawsuit** 20:13
35:17 68:11 95:18
**lawyer** 20:11,24
32:21,22
**lawyers** 29:11
38:12,14 92:16
95:19,22,25 96:1,3
99:21 100:1

**learn** 15:8 30:5
37:2 70:4,17
73:10 74:5 75:8
75:10,21 83:15
84:9 93:3 94:12
96:11 102:11,16
102:22
**learned** 15:10
73:16 74:4 75:4,6
75:17 76:1 77:12
78:6 83:11,16,22
84:13 88:6,25
90:21 93:8,20
94:7 99:13
**leave** 10:19,21
25:15 26:14 27:13
32:22 41:11 52:3
56:3,3 59:2 71:20
72:7 80:14 82:5
**leaving** 19:4
**led** 35:6,9 98:5
**left** 10:18 21:13
24:21 42:13 48:15
48:16 55:4 66:7
66:13 67:23 74:15
76:15,17,18,19,22
81:24 96:18,18
**legal** 3:23 5:19,19
5:21 20:25 64:1,2
92:15 103:25
107:7
**letters** 41:6 42:23
42:24 56:2,13
69:25 70:1
**level** 67:21
**lie** 97:7
**life** 11:9 13:7
19:21 33:3 36:13
36:25 48:16 51:5
76:3 81:9,10,13
82:9 101:6

**lifestyle** 95:13
**light** 35:12
**liked** 60:13
**liliana** 47:15
**line** 44:20 49:13
59:2 107:15 108:4
109:4,7,10,13,16
109:19
**link** 12:8
**list** 81:14,16
**listed** 88:12
**literature** 81:6
**little** 25:5 29:20
30:7 41:11 56:11
61:15 76:3 88:2
**live** 8:4,5 41:14,22
43:25 46:12 48:11
49:10,23 55:25
56:17,22 61:1
65:25 82:15 87:14
87:15 101:6
**lived** 26:22 31:13
39:16 41:9,14,16
41:18,23 42:1,6
44:3,18 45:4,14
48:3,4,12 49:24,25
50:1 61:4 62:12
62:16,20,20,23
65:1,1 77:11
80:16 93:11,22,25
**lively** 90:12
**lives** 83:4 88:20
**living** 13:12 19:23
26:21 42:3 44:15
45:12 46:16 56:7
56:8 57:4 60:22
60:23,24,24 61:18
62:10,21 63:11
64:23,24,25 65:4,5
66:5

Veritext Legal Solutions
866 299-5127

**[llp - moment]**

**llp** 3:3
**located** 13:14
  68:22
**locked** 73:7
  107:12 108:1
**long** 8:14 13:18
  19:14 22:18 27:8
  27:9 51:16 57:11
  69:18 82:7 103:1
**longed** 82:8
**longer** 69:11
**look** 41:5 81:21
  83:21 90:8 100:19
  101:4
**looked** 12:4 16:4
  51:9 68:10 73:18
  81:9 90:9
**looking** 27:4 70:14
  100:3,21
**loosely** 54:18
**los** 79:18,20 80:2
  80:14,17 101:4
**lost** 15:1 27:9 55:8
  68:15
**lot** 12:3 17:12 33:4
  35:10 36:20,22
  40:6 42:5,9 52:7
  53:23 60:12 70:24
  70:25 75:22,23,24
  94:3 95:21 96:8
  100:25 101:1,1,24
  102:3
**love** 13:4 102:3
**loved** 29:21 31:6,6
  45:23
**lower** 34:2
**lunch** 58:8 67:14

**m**

**ma'am** 7:16 8:25
  38:3 44:23 46:5
  58:14,17 59:13

  91:3 92:7,11
  94:12 95:25 96:6
  97:13 99:9 101:11
**machine** 106:7
**mail** 87:2
**main** 23:4
**making** 61:25
**man** 90:8,12
**managed** 74:1
  75:18
**manager** 79:13
**manuela** 15:17
  20:10,18 30:18
**manuela's** 29:6,15
  31:23 32:9,16
**mapuche** 54:22
  55:5
**mapuches** 55:4
**marandino** 89:15
  89:16
**marcela** 1:9,19 2:9
  2:22 4:2 5:10 6:16
  7:3 89:2,4,7
  103:24 105:3
  107:5 109:2
**march** 21:12 84:3
**mardi** 90:10
**marginalized**
  54:12
**maria** 4:10,12
  8:21 9:22,23 24:5
  24:5
**marie** 24:4
**mario** 24:4,13,17
  38:24 47:22,23
**marked** 4:8 10:25
  11:3,18 12:16,19
  17:22,23
**married** 9:25 27:3
  78:10 80:17 82:19

**marry** 46:8
**martin** 1:23 2:23
  5:21 6:8 30:6 43:8
  106:15
**maría** 1:11 2:11
**massacre** 8:23 9:4
  9:11,11 14:17
  35:9 46:6 75:5,6
  84:1,15 86:20
  89:18 91:17 92:2
  93:21 94:9 96:15
**matter** 5:11
**matthews** 3:7
**mayo** 23:3,21 24:9
  25:1,19 47:18
  85:19
**mean** 29:9 37:10
  54:6 68:18 98:4
**means** 31:3 49:19
  54:5,19 61:6
  83:12 106:23
**meant** 30:19 33:4
  65:3
**media** 5:9 88:2
  103:24
**meet** 8:10 78:14
  86:10 87:19 88:11
  88:14,17 89:3
**meeting** 87:11
**member** 54:7,17
  68:4
**members** 53:20,23
  82:11
**memories** 10:3
  66:8
**memory** 61:15
**men** 22:18
**men's** 69:9
**mentioned** 30:17
  31:1 33:21 37:12
  44:14 45:25 49:25

  65:6 78:19 83:5
  93:7
**merit** 2:24
**message** 88:3
**met** 78:16 86:5,7
  86:23,23 87:1,20
**method** 87:2
**miami** 1:2 2:2 3:14
  5:14 36:1,8
**middle** 68:15
**mike** 34:20
**miles** 63:2
**military** 21:11,11
  22:3,7,14 23:4,8
  23:10,11 40:22
  43:16,20 51:11
  74:20 84:4 94:10
  96:24 100:23
**milk** 25:6
**mills** 67:21
**minor** 49:14
**minutes** 7:6 29:12
  58:20 61:7
**misheard** 76:21
**misinformation**
  103:2
**misiones** 5:1,16
**missed** 82:8
**missions** 8:5
**misstatements**
  92:12
**misstates** 61:21
  63:7 72:9 92:4
**mistranslated**
  17:20
**misunderstood**
  72:3
**mobilization** 4:9
**mom** 10:20 29:13
**moment** 18:19
  19:8 45:24 47:6

Veritext Legal Solutions
866 299-5127

**[moment - object]**

82:14 83:5
**moments** 64:22
**money** 10:22 27:4 84:20,21
**month** 57:11 60:7 70:2
**months** 51:18,21 57:15 65:24
**morning** 6:22 25:7 59:24 69:16 98:22
**mosquitoes** 25:8
**mother** 9:10 10:4 10:5,18 11:5 12:24 13:9 15:1 15:21,22 16:17,19 18:9 19:11,22 27:10 29:11,22 30:18,19 31:2,2,17 34:8 36:10,21,22 37:13 39:12,14,19 40:2,15,24 41:9,15 41:21,22 42:1 43:2 48:1 53:14 53:16,17,19 55:11 55:12 56:6,7,22 57:3,5 58:1 59:21 59:22 60:16,18 61:8,17,18 62:9,20 62:22 63:6,11 64:11 65:5,13,24 65:25 66:10 68:1 68:18,19,23,24 69:6,10,20 70:17 71:3,10,13,16 73:5 73:11,23 74:4,13 74:23 75:1 84:5,7 96:11,16,16 97:4 97:19,24 98:5,6 99:16,25 100:9,20 101:5,22 102:11

**mother's** 9:21 15:15,24 17:1 20:7,14 22:6 28:12,22 29:7,24 31:10,12,25 32:18 33:2,11 34:5,17 35:6,9,20 36:13 41:16 50:22 64:5 68:11 83:24 84:12 84:22 85:4,16 86:2 90:14 99:11
**mothers** 33:5,5
**motorcycles** 18:18
**move** 8:24 10:9 11:14 19:2 21:3 26:17 27:11 28:3 33:16 36:16 37:20 48:9 79:8 82:5,16 87:6,8
**moved** 49:11 75:1 79:2,17 80:21,23 100:17 101:3
**movement** 54:9 74:5
**multiple** 69:13
**murder** 36:20 37:7
**murdered** 8:23 9:14 10:5 16:24 19:1
**murderers** 28:9
**muted** 36:14
**muzzio** 3:3

**n**

**n** 3:1 4:1
**name** 5:18 7:2 9:21 15:15,16 16:9 33:18 38:4 38:23 43:4 47:14 47:21 64:7 79:14 96:4

**names** 15:14 23:24 24:1 45:2 50:12 82:2 89:11,13,14 102:20
**nancy** 1:23 2:23 5:21 106:15
**nations** 54:12
**nature** 11:13 94:11
**naval** 9:19 73:12 73:22 94:10
**neal** 3:12 6:6
**near** 8:6
**necessarily** 80:10
**necessary** 29:10 35:25 36:5 100:6 107:14 108:3
**need** 42:3 59:17
**neha** 3:2 6:4 107:1
**neighborhood** 7:23
**neighbors** 21:14 46:23
**neither** 106:11
**nest** 3:3 6:5
**never** 39:17,18 64:9 89:20 96:16 102:4
**new** 27:15 81:19
**news** 15:13 22:1 71:1 72:12 73:4,8 95:10,12 102:25
**newspaper** 4:9 95:9
**nice** 95:14
**night** 24:12,15 25:8,15 69:19
**nine** 10:4 14:15 41:21,23 65:14,24 99:18 100:9 101:23

**nonresponsive** 8:24 10:9 11:14 19:2 21:3 27:11 28:3 36:17 37:20
**normal** 101:6
**normally** 20:1
**north** 41:17
**northern** 41:17 55:6
**notary** 5:20 105:23
**notating** 107:15 108:4
**noted** 105:8
**notes** 83:8 89:10
**notice** 106:3
**noticing** 6:3
**november** 7:21
**nsabharwal** 3:5 107:2
**number** 4:8 57:9 57:13 100:3 107:15 108:4
**numbers** 82:2
**nw** 3:13
**nygard** 3:21 6:11 9:2 23:25 34:19 70:21 91:6,22 97:25

**o**

**oath** 7:13
**object** 9:5 10:13 12:1 13:3 14:3,23 15:5 18:13 20:8 20:15 21:7,22 22:8 23:2,15 24:10,18 25:2,20 26:10 28:13,23 30:1,21 31:11 32:1,19 33:13 35:7 37:11 44:19

**[object - personal]**

49:12 61:25 62:1
67:1
**objected** 74:8
**objection** 9:12
14:18 17:8 22:15
25:12 29:8,17
30:9 31:4,18 34:6
39:2,7,21 40:3,11
41:1,25 42:17,19
43:13,22 44:9
45:16 46:3,9,13,21
47:3 48:2,14
50:20 52:4,11,23
53:7,15,21 54:20
55:15 56:9,23
57:20 61:21,24
63:7,20 64:16
66:19 67:15,18
68:3,13,25 70:6,20
71:8,18 72:9,16,25
73:13 74:7,17
75:3,12 89:5
90:16 92:4,14
93:5,14 94:2,13
96:7,13 97:5,14
**objections** 6:1
45:5 50:4 62:1,2
62:11
**observe** 18:21
103:4,14
**occupation** 8:8
**occur** 9:18 55:24
**occurred** 102:10
**ofelia** 24:5,6,17
**offer** 58:13
**office** 83:13
107:11
**officially** 80:19
**oftentimes** 54:25
**oil** 63:18

**okay** 6:25 7:9
12:15 30:7 38:12
58:21 59:2 65:20
72:2 76:21 78:3
79:7 89:22
**old** 8:3 10:4 14:14
14:15 21:10,12
23:17 40:5 66:4,9
67:5 100:9,19
101:21
**older** 29:20 48:3,4
50:9 64:3
**once** 32:5 34:16
52:15 57:14,15,22
58:4 77:1 97:20
103:10
**ones** 96:2 99:22
**ongoing** 85:18
**open** 23:11 59:3
85:17
**opened** 16:3 43:17
**opposed** 42:5
**order** 61:16 87:15
101:6
**ordinary** 63:21,23
**original** 107:10,21
**originally** 19:12
19:16 54:11
**orphan** 27:9
**outcome** 5:23
106:13

**p**

**p** 3:1,1
**p.m.** 59:9,11 99:3
99:4,5,7 103:23
104:2
**pacific** 58:24
**page** 4:2,11,13
17:25 107:15
108:4 109:4,7,10
109:13,16,19

**pages** 1:25 4:9
105:4 107:14,17
107:17 108:3,6,6
**paid** 74:1
**pain** 73:7
**painful** 29:20 56:5
100:23
**painting** 60:14
63:18,18
**paintings** 60:12,13
**paperwork** 35:25
**paragraph** 92:3
92:20
**parents** 41:12,12
41:14,16,18 42:4,5
42:9 45:20,22
53:22 60:23 61:4
65:6 67:6 69:13
83:14 97:8 101:7
101:25 102:1,3
**part** 28:9,15 41:17
54:23 64:13,15
76:10,23 81:3
88:25
**participant** 35:9
**participants** 5:16
**participate** 83:10
95:23
**participated** 91:16
91:25 93:9
**particularly** 18:16
**parties** 5:7
**partner** 45:7 46:7
**partners** 26:13
44:5,7
**parts** 55:7
**party** 5:22 53:20
53:23,24 54:17,18
106:12
**pass** 37:22

**patagonia** 54:23
**paternal** 65:9
**pause** 7:6
**pay** 19:25 73:19
**payaguayan** 8:6
**paying** 17:3 27:16
62:6
**payment** 40:18
85:13,21
**payments** 85:3,5
**pdf** 107:12 108:1
**penalty** 107:16
108:5
**pending** 85:22
**people** 15:14 16:3
16:6 17:14 18:17
18:24 22:20 25:16
43:16 44:25 45:2
45:4,8,14 54:1,10
54:11,12,23 55:3,5
55:17 67:9,17
73:4 79:22 83:16
84:2 89:17 101:1
**period** 84:16,17
107:18 108:7
**perjury** 107:17
108:6
**permission** 71:11
72:14,20
**perpetrators**
31:20 91:17 92:2
**persecuted** 20:23
32:21 40:19,20
42:12 54:24 67:7
67:13 68:19
**persecution** 22:7
40:25 51:5,14
**person** 36:2,7,21
86:24
**personal** 1:4,6,8
1:10 2:4,6,8,10

[personal - px0133]

85:10 103:8
**personally** 40:12
 103:4,13
**persons** 100:2
**peso** 84:25
**pesos** 84:24 85:12
**peters** 3:3 6:5
**phone** 21:25 69:23
 72:20,20
**photo** 4:10,12
 11:10
**photograph** 11:7
 12:23 13:2
**physical** 62:19
**physically** 68:22
**pick** 21:15 26:13
 66:13,15
**picture** 11:5,8,11
 11:15,25 12:17,24
**pictures** 17:5
 18:12 73:18
**place** 5:7 9:16
 14:17 19:10 34:1
 34:25 35:11,15
 51:9 68:6 73:17
 84:2,16 87:14
 90:21 93:21 94:23
 106:4
**plaintiff** 88:6,13
**plaintiffs** 1:12
 2:12 3:6,10 5:11
 5:12 6:5 8:19
 35:16 86:6
**plan** 79:5
**plane** 13:16 87:21
**played** 90:10,10
 90:11
**playing** 22:16
**plaza** 3:8
**please** 6:1 7:1,6
 11:1 32:5 38:7

42:19 43:8 47:11
 48:23 49:1 51:2
 59:18 62:5 65:17
 91:21 98:14
**point** 25:24 33:18
 59:16,17 66:14
 67:4 79:12,15
 81:2 82:10 92:21
 100:18
**police** 4:9 17:4,9
 17:12 18:7,22
 19:5,9 25:23 67:7
 96:24
**political** 9:14
 14:12 24:22 27:5
 32:21 41:4 49:3
 51:13 54:16,25
 55:13 67:8,12
 68:1,12 71:2
 98:18,19 101:25
 102:2
**politically** 54:24
**politics** 40:6 44:6
 44:8,14,16,18
 55:20 66:21,25
**poor** 10:18
**possessions** 22:23
**possible** 34:20
 79:14
**poverty** 67:24
**power** 21:12
 100:24
**practiced** 80:9
**precise** 51:19
 53:12
**present** 3:17 5:24
 36:2 47:5 93:16
 100:2
**presents** 61:1
**press** 95:12

**pretty** 97:23
**prevent** 17:2
 94:20
**prevented** 87:11
**previous** 44:13
**previously** 30:17
**price** 81:17,19,21
**prices** 81:14
**primary** 77:9
**prior** 8:11 26:22
 30:2 50:19 60:4,9
 60:17
**prison** 13:10,13
 14:10 15:2,4
 40:24,25 43:2,4
 56:11,12 58:1,5
 59:22 60:2 69:14
 69:21 70:5,8,10,11
 70:19 71:4,16,25
 72:7 73:11 74:6
 74:13,15,16,24,25
 75:2,11 96:12
 98:19 99:12
 100:11 102:10,12
 102:23 103:4,8,9
**prisoner** 71:21
**prisoners** 9:14
 14:12 24:22 32:22
 34:8 54:25 70:8
 71:2 96:23 97:9
 98:18,19
**privileges** 49:7
**probably** 48:5
 58:20 67:5 89:11
**problem** 47:11
**problems** 51:6
 101:1
**procedure** 107:19
 107:20
**proceed** 59:13

**proceeding** 6:1
**proceedings** 1:18
**process** 83:17,19
 95:23
**processes** 27:18
**products** 81:15,17
**program** 83:10
 84:10 85:14
**programs** 83:23
 85:25
**propounded** 105:7
**prosecuted** 34:10
**prosecution** 91:16
 92:1
**protesting** 67:22
**proven** 37:17
**provide** 71:12
**provided** 40:17
 107:19 108:8
**province** 9:20
 86:20 90:2
**psychologically**
 101:9
**psychologist** 36:19
**psychology** 82:24
**public** 105:23
**publicly** 100:22
**pull** 12:8
**purported** 103:5
 103:14
**pursuant** 106:3
**pursue** 20:13
**push** 17:14 18:17
 100:15
**put** 11:15 95:1
**px0106** 4:9 17:22
 17:23 18:1
**px0132** 4:10 10:25
 11:3
**px0133** 4:12 12:16
 12:19

Veritext Legal Solutions
866 299-5127

[quarter - reports]

| **q** |
| --- |
| **quarter**  57:15,16 |
| **question**  9:6,8 |
| 12:2 14:4,19,24 |
| 18:14 20:9,16,17 |
| 21:8,23 22:9 |
| 24:11,19 25:3,21 |
| 26:8,11 28:14,19 |
| 28:24 32:2,4,5,8 |
| 32:12,25 33:14 |
| 44:11 47:11 62:5 |
| 65:17 67:2,16 |
| 74:10 85:20 88:4 |
| 91:4,8,21,23 93:17 |
| 93:19 95:16 98:1 |
| 98:3 |
| **questioning**  44:20 |
| 49:13 |
| **questions**  37:22 |
| 38:6,10,14 58:19 |
| 59:23 65:11 92:22 |
| 99:10,15 101:17 |
| 101:24 103:18,19 |
| 105:6 |
| **quick**  30:8 |
| **quickly**  6:22 |
| **quite**  13:15 58:8 |
| 62:25 80:5 |
| **quoted**  92:22 |

| **r** |
| --- |
| **r**  3:1 9:2 43:12 |
| 88:12,12 106:1 |
| 109:3,3 |
| **r&s**  108:1,9 |
| **raid**  67:4,9 |
| **raids**  41:2 51:6 |
| **raise**  27:8 |
| **raised**  48:6 |
| **raquel**  1:4 2:4 |
| 5:11 86:7,10,21,23 |

87:11 88:8
**rawson**  13:10,13
13:15 14:10 58:1
58:4 59:22 60:2
69:2,4,7,14,21
70:5,5,15,19 71:25
72:7 73:11 74:6
74:13,15,15,20,24
75:2,5,6,11,17
96:12 99:12
102:10,12,23
103:4,8
**reactions**  13:1
**read**  75:23 90:23
91:8,10 92:20
95:9 100:13
102:20 105:4
**reading**  15:14
89:10 100:21,21
107:23 108:9
**realization**  100:4
**realize**  96:25
**realized**  25:7
**really**  10:16 14:13
16:21,23 29:22
36:25 40:6 52:16
52:17 57:8 73:6,6
74:9 95:23
**reason**  7:17 80:6
82:10 83:21 102:6
109:6,9,12,15,18
109:21
**reasons**  14:9
**receive**  25:6 35:19
66:22 70:24 77:3
84:21 85:7 90:13
93:24 94:3,6
**received**  20:25
21:24 22:1 60:25
72:18 73:8 80:25
85:3,13,15,18,21

**receiving**  82:12
**recess**  12:11 30:12
59:8 99:4
**recognize**  11:7
12:23 16:21 18:5
18:7,8
**recognizing**  58:10
**record**  5:4,8,25
7:2 12:6,7,10,14
30:11,15 32:11,14
59:5,7,11 91:10
99:2,7 103:23
106:10
**recorded**  5:9
106:7
**recording**  5:6
**recovery**  84:20
**redirect**  101:19
**referenced**  10:12
107:6
**referring**  16:7,12
17:6,9
**refugee**  94:7
**regarding**  67:17
**regime**  21:11
52:15
**region**  54:23 55:6
**register**  82:3
**registered**  2:24
**reinforced**  34:2
**related**  5:22 44:8
44:18 66:21 67:13
84:8,22
**relating**  68:11
84:12 85:4
**relation**  85:9
98:17,24
**relationship**  8:20
8:22 15:19
**relatives**  15:12
100:15

**relaxed**  8:2 82:8,9
**released**  25:18,25
26:9,12 56:11
71:22 107:21
**relevance**  39:2,21
40:3 43:13 44:21
46:3 48:14 49:13
**remain**  19:13 22:3
82:16
**remained**  71:3
82:18
**remaining**  99:23
**remains**  19:13,15
85:19
**remarry**  46:1
101:11
**remember**  10:5,7
10:14 13:21 16:25
19:4 22:13 39:8
40:4 47:4 51:19
53:17 58:2,6,7
60:1 61:9 62:10
69:15 90:7,7 96:3
**remote**  1:18 2:22
5:6
**remotely**  5:17
**removed**  48:1
**reparation**  27:14
**repeat**  26:8 32:5,8
32:12 42:19 47:11
62:5 86:16 91:4,7
91:20,23 97:25
**rephrase**  20:17
**reported**  1:23 97:3
**reporter**  2:24,25
5:20 6:8 9:1 24:7
30:6 43:7,8
106:24
**reports**  99:10,17
100:8,10,21,21

[represent - school]

**represent**  38:5
**representative**  1:4
  1:7,9,11 2:4,7,9,11
**represented**  30:18
  31:2 99:25
**representing**  6:5,7
**repression**  19:9
**reprisals**  17:2
**reproduction**
  106:22
**request**  16:9 58:11
  94:25
**requested**  9:1
  16:11 24:7 26:24
  94:7 95:5 108:1,9
  108:10
**requesting**  28:16
**required**  18:22
  48:17
**requirements**  36:5
  38:17
**resisted**  96:23
**responsible**  29:24
**rest**  13:6 57:22
**result**  35:20 37:6
  100:5
**retained**  103:25
**retired**  8:9
**retiring**  8:11
**retranslated**  98:3
**return**  27:19 28:7
  50:23 69:18 73:15
  79:6 107:17 108:6
**returned**  8:15
  26:19 29:23 33:25
  50:24 76:11 80:15
  82:25 87:12
  100:13 101:9
**returning**  26:22
  27:4 28:10,20
  30:2

**revenge**  98:7,7,23
  98:24
**review**  107:8,10
  107:13 108:2
**revolutionary**
  54:8,8
**ride**  63:3,5
**riding**  17:13
**right**  10:24 37:21
  47:9 58:21 61:16
  77:4 79:13 96:4
**rights**  52:14,21,21
  54:1,9 55:8,17,18
  95:17
**rmr**  1:24 106:15
**roberto**  1:14 2:14
  5:12 6:7 38:24
  90:14 94:21 95:3
  95:8,17
**room**  71:20,20
  73:2,8
**roots**  54:7
**rpr**  1:24
**ruben**  88:13
**rubén**  1:9 2:9
**rules**  62:2 108:8
**rural**  7:25

**s**

**s**  3:1 4:7 109:3
**sabelli**  16:10,13
**sabharwal**  3:2 4:3
  4:5 6:4,4,21 9:3,9
  9:15 10:10,24
  11:6,17,21,23 12:7
  12:15,22 13:8
  14:8,21 15:3,7
  16:15 17:11,21,25
  18:20 19:3 20:12
  20:17 21:4,16
  22:5,12,25 23:13
  23:19 24:8,16,24

25:9,17 26:3,16
27:12 28:4,18
29:5,14,18 30:9,16
30:25 31:8,15,22
32:7,12,14 33:1,20
34:9 35:3,13 37:8
37:21 39:2,7,11,21
40:3,8,11 41:1,25
42:17,18,20 43:13
43:22 44:9,19
45:5,16 46:3,4,9
46:13,21 48:2,8,14
49:12 50:4,20
52:4,11,23 53:7,15
53:18,21 54:20
55:15 56:9,23
57:20 58:10 59:1
59:5 61:21,23
62:11 63:7,20
64:4,16 66:19
67:1,15,18 68:3,13
68:25 70:6,20
71:8,18 72:9,16,25
73:13 74:7 75:3
75:12 89:5 90:16
92:4,14 93:5,13
94:2,13 96:7,13
97:5,14 101:20
102:21 103:17
107:1
**sad**  19:24 56:5
  73:6
**safe**  48:25 49:4
  51:7,9
**safety**  51:2
**sales**  79:23
**salta**  19:15 39:15
  39:18 41:16 60:10
  66:12
**salvador**  72:17

**san**  3:4,9
**santa**  90:2
**santiago**  7:21,23
  41:19 42:6 62:23
  62:25 63:4 65:2,9
**santucho**  1:9,11
  1:19 2:9,11,22 4:2
  4:13 5:10 6:16,22
  7:1,3,4,11,20
  10:24 11:24 12:18
  15:17 20:10 24:2
  24:3 30:17 36:1
  37:9 38:24 50:14
  89:2,4,7 90:19
  101:21 103:24
  105:3 107:5 109:2
**satisfy**  38:17
**save**  48:16
**saved**  27:3
**saw**  11:5 14:2
  15:13,24 16:19
  19:9 22:19 33:7
  46:23 47:1 59:23
  59:24 60:4,6,12,16
  60:18 79:13 89:25
  90:1
**saying**  18:25 83:7
  89:3 97:20
**says**  72:12
**scared**  22:23,24
**scary**  18:16
**scattered**  61:15
**schedule**  81:11
  107:10
**scholarship**  81:1,3
**school**  19:24 42:3
  50:2,2,3,8,10
  51:22,24 61:8
  62:13 63:24 64:1
  64:7 65:7 76:16
  79:18,20,21

Page 17

[screams - story]

| | | | |
|---|---|---|---|
| **screams** 25:15 | 67:20 | 51:24 82:15,18 | **spell** 43:6 |
| **screen** 6:23 11:16 | **share** 10:6,11 | 85:7 | **spend** 65:8 69:10 |
| 11:19 | 11:16,18 12:8 | **sit** 47:8 60:1 | 69:17,19 87:16 |
| **sdavis** 3:15 | 55:12 68:1,6 | **site** 23:12 | **spending** 65:13 |
| **search** 99:22 | **shared** 87:22 | **sitting** 60:2 | **spent** 24:12,15 |
| **second** 15:22 16:9 | **sharing** 12:15 | **situation** 27:5 | 66:1 |
| 102:5 | 17:21 | 37:17 54:22 95:9 | **spoke** 48:25 71:24 |
| **secretarial** 77:5 | **sheet** 81:14 105:9 | 95:20 98:17 | **spoken** 80:9 88:16 |
| **secretary** 77:17 | **shoot** 97:2 | **six** 50:2 57:15 67:5 | 89:21 |
| **security** 102:5 | **shooting** 47:5 | **small** 7:25 19:7 | **sputnik** 38:21 |
| **see** 11:2,16,21 | 75:18 | 26:1 | **start** 58:23 70:14 |
| 12:17 13:9 14:6,7 | **shootings** 35:5 | **smile** 11:12 | 100:9,10 |
| 16:4,22 18:2,15 | **shorthand** 2:24 | **smiling** 12:25 | **started** 15:13 27:3 |
| 33:4 57:3 58:23 | 77:23 106:7,24 | **social** 52:15 88:2 | 27:16,17 57:4 |
| 63:6 69:7,8 81:17 | **shortly** 83:19 | **solidarity** 10:2 | 76:16 77:4 81:6 |
| 89:13 91:9 103:16 | **shot** 75:19 97:4,10 | **solutions** 5:19,21 | **starting** 27:15 |
| **seek** 20:7,13 28:11 | **showing** 10:25 | 103:25 107:7 | 84:3 |
| 28:22 29:7 31:9 | **shown** 75:23 | **sonnett** 3:12 6:6 | **state** 5:24 6:1 7:1 |
| 31:14,17,24 32:10 | **shows** 11:8,11 | **sorry** 23:6 32:3 | 28:2 107:9,12 |
| 32:17 36:11 86:3 | 97:18 | 34:23 37:4 45:11 | **stated** 92:17 |
| **seeking** 31:19 | **shy** 10:2 | 58:7,9 62:6 74:10 | **statement** 92:19 |
| 37:18,19 | **siblings** 24:13 | 77:20 89:9,10 | **states** 1:1 2:1 5:13 |
| **seen** 21:18 47:9,16 | 50:17 | 91:4 98:10 102:13 | 34:12,14,18 36:6 |
| 47:18 85:16 88:2 | **side** 41:3 | **sort** 88:3 97:1,7 | 38:19,22 79:17 |
| 88:5 | **siefkas** 3:19 | **sought** 31:20 | 93:12,22,25 94:8 |
| **sense** 37:19 57:13 | **sign** 107:16 108:5 | **sources** 18:16 | 95:20 |
| 63:1 | **signature** 105:12 | **southern** 1:2 2:2 | **station** 25:23 |
| **sent** 65:8 66:5 | 106:15 107:21,23 | 5:13 55:7 62:3 | **status** 94:8 |
| **sentences** 7:7 | 107:23 108:9 | 91:3 92:11 | **stay** 50:23 51:16 |
| **separated** 80:19 | **significance** 14:22 | **spanish** 3:20,21,22 | 53:3 59:4 79:6,9 |
| **separately** 56:7 | **significant** 29:4 | 6:13 98:15 | **stayed** 81:18,24 |
| **serious** 80:12 | **similar** 68:7 | **speak** 11:1 38:12 | 82:22 87:21 |
| **served** 29:10 | **simple** 11:8,9,12 | **speaking** 32:15 | **steps** 35:23 |
| **session** 101:14 | **simplicity** 12:4 | 34:21 61:25 62:2 | **steve** 3:12 6:6 38:5 |
| **set** 59:15 81:11 | **single** 69:12 | **specialist** 5:20 | **stipulation** 107:20 |
| **setup** 97:7,20 | **sir** 47:10 | **specific** 74:22 | **stolen** 55:1 |
| **seven** 8:2 42:2,10 | **sister** 15:20 56:4 | **specifically** 17:25 | **stop** 20:24 78:21 |
| 55:25 56:8,18 | 82:22 83:2,3 | **specifics** 102:2 | **stopped** 10:17 |
| 57:8 61:19 62:9 | **sister's** 23:23 | **speculation** 52:12 | 59:22 |
| 62:12,16 65:4,13 | **sisters** 23:16 24:3 | 73:1 | **story** 10:6,11 |
| 65:23 66:4,9 67:5 | 45:17 50:6,13 | | |

Veritext Legal Solutions
866 299-5127

[street - tied]

street 3:4,13 19:8
strength 101:10
strike 8:24 10:9
 11:14 19:2 21:3
 27:11 28:3 36:16
 37:20 45:21 52:2
 55:11 61:13 86:9
 86:21
struggle 101:8
students 60:12
 63:19,21,23,25
 64:1
studied 27:2 76:10
 76:25 77:5 81:9
studies 83:20
study 50:23 51:7
 79:17 81:1,5
studying 77:4 81:2
 82:23
stuff 52:17
style 82:9
subject 103:2
subscribed 105:16
substance 105:8
succeed 31:21
sue 34:16
suffered 27:7 37:6
suffering 36:20
 51:14
sugar 67:20,21
suing 94:20
suite 3:8
supermarket
 81:16
supervision 106:8
 106:24
support 67:23
supported 91:16
 91:25
supposed 82:12
 94:25

sure 7:7 47:12
 61:6 65:10 80:12
 84:16 86:17 92:8
 92:21 94:10
surrounding
 95:21
survive 26:5
survivors 21:18
 97:16
susana 24:5
swear 6:9
sweet 10:1 11:13
sweetness 12:4
swiss 78:16 80:17
switching 7:5
switzerland 26:23
 27:1,13 48:9
 49:11,17 76:4,9
 77:1,9,15 78:14,16
 78:18 80:15,21
 81:25 82:5,16,23
 83:3,12 100:17
 101:12
sworn 6:12,14,17
 105:16 106:5
sylvia 24:5
synced 103:20
system 20:20

**t**

t 4:7 9:2 106:1,1
 109:3,3
tachography
 77:18,21
tachograpy 78:2
take 5:7 7:6 9:16
 11:11 13:18,23
 17:4 23:20 30:7
 33:5 34:25 35:23
 40:25 41:12 58:11
 58:15,17 59:18
 64:23 76:12 77:13

79:1 80:22 87:13
 87:16,18 94:23
taken 5:10 7:13
 12:11 14:11 20:20
 23:3 25:23 30:12
 35:11 39:16 47:17
 48:19 55:3 56:12
 59:8 99:4 106:3
talk 37:2 40:6,23
 52:6,8,16 54:21
 69:20,22 70:15,16
 71:12 76:3 90:4
 97:18
talked 32:4 49:16
 50:16 71:1,9
 86:21 88:19,24
 89:1,20 95:13
talking 28:1 59:21
 85:21
tall 90:8
tank 17:13
tanks 18:22
tasks 45:1
taught 64:7 76:8
teach 76:6
teacher 9:25 20:1
 56:25 63:13
teaching 8:14
 56:25 61:9 62:24
 63:15,17 64:11,15
tear 17:14 19:9
tears 73:7
technical 38:14
 68:14
teenage 13:6
telephone 87:2
tell 7:13 8:17
 19:17 21:14 24:9
 41:21 53:11,19
 58:17 60:18 65:3
 70:2 106:5

telling 56:2
tense 93:16,17,18
term 75:14
terrorism 28:2
testified 6:18
 14:16 88:9
testify 36:7
testimony 4:2 6:12
 7:8,18 36:2 57:25
 59:24 61:22 63:8
 72:10 92:5 103:7
 103:24 106:2,6,10
thank 11:20,22
 42:21 59:20
thereof 106:13
thing 14:25 56:5
 66:21
things 33:4,10,10
 38:16 41:5 56:16
 84:19 87:13,16,18
 88:3
think 16:14 20:1
 32:4 50:11 53:16
 57:21 59:16 64:13
 65:18 66:25 68:18
 84:13 85:23 92:9
 92:16 97:8 98:13
 103:17
thinking 101:7
third 82:10
thought 88:7
threatened 32:20
threats 20:25
three 10:1 18:25
 38:20 51:18,21
 79:18
threw 17:14
throat 34:22
tickets 13:16
tied 24:20

Veritext Legal Solutions
866 299-5127

[ties - united]

**ties** 94:9
**time** 6:2 10:14
13:5,16 15:23
16:23 17:10 18:21
19:6 23:18 25:7
26:18 27:9,14
28:6,8 29:1,2,21
29:23 39:9,12
40:1,1,5 41:22,23
44:3 45:13 47:1,5
51:16 53:6,10
55:24 57:4,5,8
58:7,11,24 60:6,8
60:9,16,18 61:19
62:9,20 63:11
64:11,13,15,25
65:8,12,23 66:1
69:8,10 70:12
71:21 73:14,21
74:14,22 75:4,8,8
76:10,15,22,23,23
77:14 79:2,10
81:3,24 83:17
84:16,17 85:13,21
86:9 87:16,22
88:14 93:25 99:13
99:19 100:6,22
102:25 103:1
106:3 107:10,18
107:24 108:7
**timeframe** 33:21
**times** 26:19 45:6
53:5,14 57:3,9,14
57:16,22 60:2
66:6
**timing** 39:25
56:15
**tired** 58:8
**today** 7:5,18 21:2
38:6,9 47:8,23
54:22,25 60:1

80:7 96:1
**today's** 103:23
**told** 40:15 62:8
64:22 66:14 76:5
78:5 90:6 101:13
102:4
**tomb** 19:20
**tortured** 25:16
26:7
**toss** 41:5
**totally** 90:25 92:8
**training** 76:14
77:2,6,14,17,18
78:5,7
**transcribed** 106:8
**transcript** 106:21
107:6,8,10,13,13
107:21 108:2,2
**transcription**
105:5 106:9
**transferred** 19:15
25:24 69:2 73:12
74:15,19
**translate** 6:12
38:7 65:17 91:11
91:19
**translated** 93:19
**translation** 8:13
10:8 17:16 27:21
48:22 50:25 68:16
91:18 93:15 98:11
102:14
**translator** 77:21
91:19 93:16,19
**travel** 13:17 36:1,5
42:5,9,11 49:5
74:1 88:7,8
**traveled** 42:15
50:19
**traveling** 39:15
49:8 53:17 66:12

**trelew** 8:23 9:2,4
9:11,11,20 14:17
28:9 46:6 83:25
84:15 86:14,18,19
89:18 90:5 91:17
92:2 96:15 99:14
99:18 100:1,11,12
**trial** 28:8,9 31:21
33:22,23 34:4,7,10
35:10,14 36:2
38:18 73:25 75:22
86:7,11,13,18,19
87:1,20 88:5,15,17
89:25 90:20 93:8
94:18,22 99:25
100:16
**tribute** 17:3 73:19
**tried** 17:2 70:5,9
70:11,18 79:8
102:6
**true** 92:19 97:21
106:10
**truth** 7:14,14,14
70:10 106:5,5,6
**try** 7:6 18:17 72:4
97:7
**trying** 44:16 56:15
65:10,12,16 72:2
**tucuman** 39:15,17
40:18 43:4 56:24
60:11 62:25 63:3
65:1 66:12
**tuesday** 1:20 2:19
5:1,5
**turn** 34:20 99:14
**turned** 31:19
55:25
**tv** 15:10,13 102:20
**twice** 103:10
**two** 6:9 7:4 16:2,6
21:18 23:16 25:25

45:8,17 50:6,12
57:16 63:3,12
64:23,24 81:20
84:19 85:3,4
87:22 92:22 100:1
**typewriting** 77:24
78:2
**typing** 78:5

**u**

**u** 43:10,10 88:12
**u.s.** 85:1,1 88:8
**ugly** 14:25
**ulla** 89:22 90:4
**ultimately** 19:11
80:23
**uncle** 99:21,24
**undefended** 9:13
**understand** 7:15
9:7 14:13 16:23
32:3 44:10,16
56:15 60:15 65:12
65:14 74:9 77:8
80:4,10 84:18
91:5 92:9 93:1
96:22
**understands** 65:18
**understood** 76:5
80:12 84:18
**unemployed** 67:23
**unemployment**
67:22
**unfortunately**
96:3
**uniforms** 96:24,24
**union** 67:20 68:5
**unions** 40:17
**unit** 5:9 94:10
**united** 1:1 2:1 5:13
34:12,14,18 36:6
38:19,22 44:25
79:17 93:12,22,25

[united - worse]

94:8 95:20
**university**  81:1
**unstable**  100:25
**upheld**  34:3
**upset**  20:3
**urquiza**  43:5,10
**use**  72:20

**v**

**v**  1:13 2:13 43:9
**vaccination**  36:4
  38:21
**vaccine**  38:17
**vaccines**  38:20
**vague**  45:16 48:2
  66:9 89:5
**valenzuela**  96:21
  97:4
**valued**  36:25
**van**  3:3 6:5
**vargas**  3:22 17:16
  23:6 27:21 48:22
  50:25 91:18 93:15
  98:10 102:13
**variety**  55:5
**vehicles**  17:14
**veritext**  5:19,21
  103:25 107:7,9,11
**versa**  6:13
**vice**  6:13
**victim**  22:7 27:23
**victims**  20:2 27:16
  27:17,22 28:2
  83:6
**video**  5:6,9,20
  17:5 29:11 103:21
**videographer**  3:23
  5:4 12:9,13 30:10
  30:14 59:4,6,10
  99:2,6 103:22
**videotaped**  1:19
  2:22

**views**  67:12 68:12
  101:25 102:2
**villa**  43:5,9
**villarreal**  1:11
  2:11 4:11,12 7:3
  8:21 9:22,24
**violated**  55:18
**violates**  62:2
**visit**  13:21 14:6
  53:2 57:14 58:4
  60:3,21,21 69:12
  69:20 73:17 74:2
**visited**  13:10,19
  57:7,25 61:8 69:6
  69:13 73:22,22
  75:16 100:1
  103:10
**visiting**  59:21
**visits**  57:10,11,18
  69:11
**voluntarily**  7:11
**vs**  5:12 107:4
  109:1

**w**

**w**  9:2
**wait**  10:7
**waived**  107:23,23
**waiving**  107:20
**wake**  19:4
**walk**  13:23
**wan**  3:18
**want**  10:20 16:21
  26:2 37:5 58:17
  58:19 66:7 76:3
  89:13 91:6,9
  99:13,14
**wanted**  10:16 17:3
  19:17 26:24 50:22
  50:23,23 51:4,6
  55:20 65:6 80:12

**washing**  11:10
**waterfalls**  8:7
**way**  12:4 66:16
**we've**  30:6
**week**  25:24 50:2
  74:23
**went**  10:15,16
  19:7 22:19,22
  26:15 40:24 49:17
  49:20 50:9,21
  52:25 53:1,6,8,9
  55:25 56:17 58:7
  61:1 73:24 77:7
  77:19 79:18,21
  80:2 89:25 90:2
**whatsapp**  38:15
**wife**  90:1
**window**  16:4
**winters**  82:7
**withdraw**  64:6
**witness**  9:7,13
  10:14 11:5 12:3
  12:21 13:4 14:5
  14:20,25 15:6
  16:10 17:9,17,19
  18:15 20:10 21:9
  21:24 22:10,16
  23:3,10,16 24:2,12
  24:20 25:4,13,22
  26:12 27:23,25
  28:1,15,25 29:9
  30:2,22 31:5,12,19
  32:3,20 33:15
  34:7,21,24 35:8
  36:18 37:12,22
  39:3,8,22 40:4,12
  41:2 42:1,22
  43:14,23 44:10
  45:6,17 46:10,14
  46:22 47:4 48:3
  48:15,24 49:2,3,14

50:21 51:1,3,4
  52:5,13,24 53:8,16
  53:22 54:21 55:16
  56:10,24 57:21
  58:12,20 62:12
  63:9,21 64:17
  65:20 66:20 67:3
  67:19 68:4,18
  69:1 70:7,23 71:9
  71:19 72:11,17
  73:2,14 74:9,18
  75:4,15,16 77:25
  89:6 91:13,20
  92:16 93:7,20
  94:3,18 96:8,14
  97:6,15 98:4,15,16
  102:19 104:1
  106:11 107:13,16
  108:2,5 109:24
**woman**  10:1,18
  36:24
**woman's**  10:17
**women**  69:10 73:5
**word**  23:9 44:14
  77:20
**words**  9:23 80:10
**work**  20:23 27:3
  32:22 67:13 77:14
  77:19 79:2,7,11,16
**worked**  63:14
  76:10 77:6 78:8,9
  78:24 79:22 82:1
**workers**  40:17
  52:14,21,21 68:5
**working**  20:24
  33:9 63:13 64:14
  67:19 78:19,21
  81:3
**works**  59:1
**worse**  40:21

Veritext Legal Solutions
866 299-5127

[write - zar]

**write**   42:16,24
  70:1 81:19
**written**   69:24
  90:25 97:16
**wrong**   83:7
**wrote**   42:23 56:2,6
  56:13 70:2,3

---

**x**

---

**x**   4:1,7 108:1

---

**y**

---

**yard**   22:17
**yeah**   16:12 54:2
  61:12,15 97:2
**year**   21:10,12
  23:17 35:17 48:9
  49:7 51:19 57:14
  60:7 62:14 65:24
  76:17,19 77:17,18
  78:10,12,21 83:15
  87:8 91:19
**years**   8:2,3,15
  10:4 13:6 14:15
  36:10 40:5 41:23
  45:8 56:20 66:4,9
  67:5 68:9 75:5,7
  78:25 79:19 80:8
  94:1 100:9,19
**young**   14:12 16:23
  22:20 30:3 33:9
  39:9 44:24 52:16
  63:21,23 64:10
  65:2 73:14 90:3,7
  90:12
**younger**   45:18
  50:9,10 90:9

---

**z**

---

**z**   43:10
**zar**   9:19 74:2 75:7
  103:13,15

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.