UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24294-KMM

RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO,

ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET,

and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO,

      Plaintiffs,

 v.

ROBERTO GUILLERMO BRAVO,

      Defendant.

**MOTION FOR PERMISSION TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO COURTROOM**

Plaintiffs Raquel Camps, Eduardo Capello, Alicia Krueger, and Marcela Santucho (collectively, "Plaintiffs") hereby file this motion requesting permission for counsel to bring their electronic equipment into the Courtroom and state as follows:

Counsel for Plaintiffs respectfully request that the following items be allowed into the courthouse for use at trial, which is scheduled to begin June 27, 2022 and last for approximately 5 days:

- Laptop computers
- iPads or tablets
- Cell phones
- PowerPoint Remote Control
- External Hard Drive
- Apple Watch
- Monitor(s)
- Video switch
- Video splitter
- Wires and cables
- Power strip, extension cord
- Elmo projector
- Easel with paper
- Table

Wherefore, undersigned counsel respectfully request that the Court allow the aforementioned electronics into the courthouse and courtroom for trial.

Respectfully submitted,

Dated:  June 20, 2022      By:       */s/ A. Margot Moss*
                                     **MARKUS/MOSS PLLC**

A. MARGOT MOSS
Florida Bar Number 091870
mmoss@markuslaw.com
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: mmoss@markuslaw.com

**KEKER, VAN NEST & PETERS LLP**
JOHN W. KEKER
*(pro hac vice)*
AJAY S. KRISHNAN
*(pro hac vice)*
FRANCO MUZZIO
*(pro hac vice)*
NEHA SABHARWAL
*(pro hac vice)*
633 Battery Street
San Francisco, CA 94111
Tel:   (415) 391-5400
Fax:   (415) 397-7188
Email: jkeker@keker.com
       akrishnan@keker.com
       fmuzzio@keker.com
       nsabharwal@keker.com

**CENTER FOR JUSTICE & ACCOUNTABILITY**
CLARET VARGAS
*(pro hac vice)*
ELZBIETA T. MATTHEWS
*(pro hac vice)*
CARMEN K. CHEUNG
*(pro hac vice)*
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:   (415) 544-0444
Fax:   (415) 544-0456
Email: cvargas@cja.org
       ematthews@cja.org
       ccheung@cja.org

*Attorneys for Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Kreuger and Marcela Santucho*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 20, 2022.

/s/ *A. Margot Moss*
A. MARGOT MOSS

## SERVICE LIST

Counsel for Defendant

Neal R. Sonnett
NEAL R. SONNETT, P.A.
2 S. Biscayne Boulevard
Suite 2600
Miami, FL  33131-1819
Tel: (305) 358-2000
Fax: (888) 277-0333
Email: nrslaw@sonnett.com

Counsel for Plaintiffs

A. Margot Moss
MARKUS/MOSS PLLC
40 N.W. Third Street, PH1
Miami, FL  33128
Tel:    (305) 379-6667
Fax:    (305) 379-6668
Email: mmoss@markuslaw.com

Counsel for Defendant

Steven W. Davis
Roger Slade
HABER LAW, P.A.
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

Counsel for Plaintiffs

Claret Vargas
Elzbieta T. Matthews
Carmen K. Cheung
Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:    (415) 544-0444
Fax:    (415) 544-0456
Email: cvargas@cja.org
         ematthews@cja.org
         ccheung@cja.org

1869901