UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24294-KMM

RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO,

ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET,

and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO,

                          Plaintiffs,

   v.

ROBERTO GUILLERMO BRAVO,

                          Defendant.

**ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO COURTROOM**

1869902

THIS MATTER is before the Court on Plaintiffs' Motion for Permission to Bring Electronic and Other Equipment into the Courtroom for use at trial which is scheduled to commence on June 27, 2022.

After due consideration, the motion is **GRANTED**. Plaintiffs' Counsel are allowed to bring the following equipment into the courthouse and courtroom for use at trial:

- Laptop computers
- iPads or tablets
- Cell phones
- PowerPoint Remote Control
- External Hard Drive
- Apple Watch
- Monitor(s)
- Video switch
- Video splitter
- Wires and cables
- Power strip, extension cord
- Elmo projector
- Easel with paper
- Table

**ORDERED** this _____ day of _____ 2022.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

1869902

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 20, 2022.

/s/ *A. Margot Moss*
A. MARGOT MOSS

## SERVICE LIST

Counsel for Defendant

Neal R. Sonnett
NEAL R. SONNETT, P.A.
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131-1819
Tel: (305) 358-2000
Fax: (888) 277-0333
Email: nrslaw@sonnett.com

Counsel for Plaintiffs

A. Margot Moss
MARKUS/MOSS PLLC
40 N.W. Third Street, PH1
Miami, FL 33128
Tel:    (305) 379-6667
Fax:   (305) 379-6668
Email: mmoss@markuslaw.com

Counsel for Defendant

Steven W. Davis
Roger Slade
HABER LAW, P.A.
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

Counsel for Plaintiffs

Claret Vargas
Elzbieta T. Matthews
Carmen K. Cheung
Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:    (415) 544-0444
Fax:   (415) 544-0456
Email: cvargas@cja.org
           ematthews@cja.org
           ccheung@cja.org

1869902