**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 120-cv-24294-KMM

RAQUEL CAMPS, et al.,

    Plaintiff,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR PERSMISSION TO BRING AND USE ELECTRONIC AND OTHER EQUIPMENT INTO COURTROOM

Defendant, Roberto Guillermo Bravo, herby files this Motion requesting permission to bring and use Electronic and other Equipment into the Courtroom, and in support thereof states as follows:

1. Trial is scheduled to begin on June 27, 2022, and last for approximately 5 days (the "trial period").

2. During the trial period, counsel for Defendant, respectfully requests that Defendant, Roberto Guillermo Bravo, along with Steven W. Davis, Esq., Roger Slade, Esq., Neal R. Sonnett, Esq., paralegal, Chanel Pla, Haber Law, P.A.'s Office Services employee, Gabriel Lloyd, and Legal-Eze employees Dan Smith (or Keith Brett, Katelyn Pearson, Jonathan Chang, Danny Legra, Jeff Telofski and Jimmy Barbier) be allowed to enter the courthouse with any of the following items for use at trial:

    a. Cell phones and cell phone chargers.

    b. Laptop computers, including appropriate cables, chargers and/or converters.

    c. Monitors, with power adapters.

    d. Hot Spots and/or independent internet connection device

    e.  HDMI Splitter

    f.  Power Strips/ power extension cords

    g.  External hard drives

    h.  Quiet portable printer

    i.  Tables

    j.  iPads or tablets

    k.  Elmo projector

    l.  Apple watch

Wherefore, undersigned counsel respectfully requests that the Court allow the aforementioned individuals to enter the courthouse with the above-listed electronics for use during the trial period.

Respectfully submitted,

| **HABER LAW, P.A.** | **NEAL R. SONNETT, P.A.** |
|---|---|
| *Counsel for Defendant, ROBERTO GUILLERMO BRAVO* | *Counsel for Defendant, ROBERTO GUILLERMO BRAVO* |
| 251 NW 23rd Street | One Biscayne Tower |
| Miami, Florida 33127 | Two South Biscayne Boulevard |
| Telephone No.: (305) 379-2400 | Miami, FL 33131 |
| Facsimile No.: (305) 379-1106 | |
| E-Mail: service@haber.law | |
| | |
| By: /s/ Steven W. Davis | By: /s/ Neal R. Sonnet |
| STEVEN W. DAVIS, ESQ. | NEAL R. SONNETT, ESQ |
| Florida Bar No.: 347442 | Florida Bar No.: 105986 |
| sdavis@haber.law | nrslaw@sonnett.com |
| cpla@haber.law | |

Dated June 21, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2022, a true and correct copy of the foregoing document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

By: _/s/ Steven W. Davis_
STEVEN W. DAVIS, ESQ.

## SERVICE LIST

| | |
|---|---|
| Carmen K. Cheung, Esq.<br>Elzbieta T. Matthews, Esq.<br>Claret Vargas, Esq.<br>Center for Justice and Accountability<br>One Halllidie Plaza, Suite 750<br>San Dransisco, CA 94102<br>E-mail: ccheung@cja.org<br>ematthews@cja.org; cvargas@cja.org<br>*Counsel for Plaintiff, Alicia Krueger, Eduardo Cappello, Raquel Camps, Marcela Santucho* | John W. Keker, Esq.<br>Ajay S. Krishnan<br>Franco Muzzio<br>Keker, Van Nest & Peters, LLP<br>633 Battery Street<br>San Franscisco, CA 94111<br>E-mail: jkeker@keker.com<br>akrishnan@keker.com<br>fmuzzio@keker.com<br>*Counsel for Plaintiff, Alicia Krueger, Marcela Santucho, Raquel Camps* |
| Anita Margot Moss, Esq.<br>40 NW 3rd Street<br>Penthouse One<br>Miami, FL 33128<br>E-mail: mmoss@markus<br>*Counsel for Marcela Santucho* | |