**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 120-cv-24294-KMM

RAQUEL CAMPS, et al.,

    Plaintiff,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.

_____/

**NOTICE OF APPEARANCE FOR ROBERTO GUILLERMO BRAVO**

PLEASE TAKE NOTICE, that MARIA S. BODERO, ESQ., hereby notifies the Court and all interested parties of her appearance as co-counsel for Defendant, ROBERTO GUILLERMO BRAVO in this case.

    Respectfully submitted,

    **HABER LAW, P.A.**
    *Co-Counsel for Defendant, ROBERTO GUILLERMO BRAVO*
    251 NW 23rd Street
    Miami, Florida 33127
    Telephone No.: (305) 379-2400
    Facsimile No.: (305) 379-1106
    E-Mail: service@haber.law

    By: _/s/Maria S. Bodero_____
        MARIA S. BODERO, ESQ
        Florida Bar No.: 76413
        mbodero@haber.law
        ROGER SLADE, ESQ.
        Florida Bar No. 41319
        rslade@haber.law
        STEVEN W. DAVIS, ESQ.
        Florida Bar No.: 347442
        sdavis@haber.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2022 a true and correct copy of the foregoing document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

By:   */s/ Maria S. Bodero*
       MARIA S. BODERO, ESQ.