UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24294-KMM

RAQUEL CAMPS, *in her capacity*
*as the personal representative of the*
ESTATE OF ALBERTO CAMPS, *et al.*,

    Plaintiffs,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.
_____ /

## ORDER ON PLAINTIFFS' DEPOSITION DESIGNATIONS

THIS CAUSE came before the Court for resolution of the Parties' respective objections to the designations and counter-designations of Plaintiffs' designated deposition testimony for trial, which begins on June 27, 2022. The Court's rulings are attached to this Order as follows:

1. Exhibit A – Plaintiffs' Designations for Alicia Krueger

2. Exhibit B – Plaintiffs' Designations for Marcela Santucho

3. Exhibit C – Plaintiffs' Designations for Miguel Marileo

4. Exhibit D – Plaintiffs' Designations for Julio Cesar Ulla

5. Exhibit E – Plaintiffs' Designations for Carlos Humberto Celi

6. Exhibit F – Plaintiffs' Designations for Carlos Amadeo Marandino

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of June, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record