**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:20-CV-24294-KMM

RAQUEL CAMPS, in her capacity as the
personal representative of the ESTATE OF
ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual
capacity, and in his capacity as the personal
representative of the ESTATE OF EDUARDO
CAPPELLO,

ALICIA KRUEGER, in her individual
capacity, and in her capacity as the personal
representative of the ESTATE OF RUBÉN
BONET,

and, MARCELA SANTUCHO, in her
individual capacity, and in her capacity as the
personal representative of the ESTATE OF
ANA MARÍA VILLARREAL DE
SANTUCHO,

          Plaintiffs,

    v.

ROBERTO GUILLERMO BRAVO,

          Defendant.

**MOTION FOR PERMISSION FOR LEGAL STAFF TO BRING ELECTRONIC AND**
**OTHER EQUIPMENT INTO COURTROOM**

1869901

Plaintiffs Raquel Camps, Eduardo Capello, Alicia Krueger, and Marcela Santucho (collectively, "Plaintiffs") hereby file this motion requesting permission for legal staff, in addition to counsel, to bring their electronic and other equipment into the Courtroom.

The Court previously granted Plaintiffs' request for permission for counsel to bring the following items into the courthouse for use at trial: laptop computers, iPads or other electronic tablets, cell phones, PowerPoint Remote Control, External Hard Drives, Apple Watches, wires and cables, power strips, and an easel with paper. *See* Dkt. 111. Plaintiffs respectfully request that the Court allow the following additional individuals to enter the courthouse with the aforementioned items for use during the trial period:

- Steven McCue (employee of Keker, Van Nest & Peters)
- Laura Lind (employee of Keker, Van Nest & Peters)
- Noelle Nichols (employee of Keker, Van Nest & Peters)
- Christie Ho Lam Wan (employee of Center for Justice & Accountability)

Wherefore, undersigned counsel respectfully request that the Court allow the above-listed individuals, in addition to counsel, to bring the allowable electronics and other equipment into the courthouse and courtroom for trial.

1869901

Respectfully submitted,

Dated:  June 23, 2022          By:          */s/ A. Margot Moss*
                                            **MARKUS/MOSS PLLC**
                                            A. MARGOT MOSS
                                            Florida Bar Number 091870
                                            mmoss@markuslaw.com
                                            40 N.W. Third Street, PH1
                                            Miami, Florida 33128
                                            Tel: (305) 379-6667
                                            Fax: (305) 379-6668
                                            Email: mmoss@markuslaw.com

                                            **KEKER, VAN NEST & PETERS LLP**
                                            JOHN W. KEKER *(pro hac vice)*
                                            AJAY S. KRISHNAN *(pro hac vice)*
                                            FRANCO MUZZIO *(pro hac vice)*
                                            NEHA SABHARWAL *(pro hac vice)*
                                            633 Battery Street
                                            San Francisco, CA 94111
                                            Tel:    (415) 391-5400
                                            Fax:    (415) 397-7188
                                            Email: jkeker@keker.com
                                                    akrishnan@keker.com
                                                    fmuzzio@keker.com
                                                    nsabharwal@keker.com

                                            **CENTER FOR JUSTICE & ACCOUNTABILITY**
                                            CLARET VARGAS *(pro hac vice)*
                                            ELZBIETA T. MATTHEWS *(pro hac vice)*
                                            CARMEN K. CHEUNG *(pro hac vice)*
                                            One Hallidie Plaza, Suite 750
                                            San Francisco, CA 94102
                                            Tel:    (415) 544-0444
                                            Fax:    (415) 544-0456
                                            Email: cvargas@cja.org
                                                    ematthews@cja.org
                                                    ccheung@cja.org

                                            *Attorneys for Plaintiffs Raquel Camps, Eduardo*
                                            *Cappello, Alicia Kreuger and Marcela Santucho*

3

1869901

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 23, 2022.

/s/ *A. Margot Moss*
A. MARGOT MOSS

SERVICE LIST

Counsel for Defendant

Neal R. Sonnett
NEAL R. SONNETT, P.A.
2 S. Biscayne Boulevard
Suite 2600
Miami, FL  33131-1819
Tel: (305) 358-2000
Fax: (888) 277-0333
Email: nrslaw@sonnett.com

Counsel for Defendant

Steven W. Davis
Roger Slade
Maria S. Bodero
HABER LAW, P.A.
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

Counsel for Plaintiffs

A. Margot Moss
MARKUS/MOSS PLLC
40 N.W. Third Street, PH1
Miami, FL  33128
Tel:    (305) 379-6667
Fax:    (305) 379-6668
Email: mmoss@markuslaw.com

Counsel for Plaintiffs

Claret Vargas
Elzbieta T. Matthews
Carmen K. Cheung
Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:    (415) 544-0444
Fax:    (415) 544-0456
Email: cvargas@cja.org
            ematthews@cja.org
            ccheung@cja.org

1869901