# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 1:20-CV-24294-KMM

| | |
|---|---|
| RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS, <br><br> EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO, <br><br> ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET, <br><br> and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO, <br><br>                   Plaintiffs, <br><br>   v. <br><br> ROBERTO GUILLERMO BRAVO, <br><br>                   Defendant. | |

**ORDER ON PLAINTIFFS' MOTION FOR PERMISSION FOR LEGAL STAFF TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO COURTROOM**

1869902

THIS MATTER is before the Court on Plaintiffs' Motion for Permission for Legal Staff to Bring Electronic and Other Equipment into the Courtroom for use at trial which is scheduled to commence on June 27, 2022.

After due consideration, the motion is **GRANTED**. Plaintiffs' Counsel (Anita Margot Moss, Esq., Ajay S. Krishnan, Esq., Carmen K. Cheung, Esq., Claret Vargas, Esq., Elzbieta T. Matthews, Esq., Franco Muzzio, Esq., John W. Keker, Esq., and Neha Sabharwal, Esq.), as well as Steven McCue, Laura Lind, Noelle Nichols, and Christie Ho Lam Wan are allowed to bring the following equipment into the courthouse and courtroom for use at trial:

- Laptop computers
- iPads or other electronic tablets
- Cell phones
- PowerPoint Remote Control
- External Hard Drive
- Apple Watch
- Wires and cables
- Power strip
- Easel with paper

**ORDERED** this _____ day of _____ 2022.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

1869902