UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 120-cv-24294-KMM

RAQUEL CAMPS, et al.,

    Plaintiff,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.

_____/

### ATTORNEY OF RECORD CHANGE OF ADDRESS AND E-MAIL ADDRESSES

Pursuant to pursuant to SDFL LR 11.1(g) and CM/ECF Administrative Procedures 3D, please take notice of the following attorney information change(s) for:

| | |
|---|---|
| Attorneys' Name: | Maria Soledad Bodero |
| Attorneys' Florida Bar Number: | 76413 |
| Attorneys' E-mail Address: | mbodero@haber.law |
| | service@haber.law |
| | cpla@haber.law |

### NEW FIRM INFORMATION

| | |
|---|---|
| Firm Name: | **HABER LAW** |
| Firm Mailing Address: | 251 NW 23rd Street, Miami 33127 |
| Firm Telephone: | (305) 379-2400 |
| Firm Fax: | (305) 379-1106 |

    Respectfully submitted,

    HABER LAW, P.A.
    *Counsel for Defendant, ROBERTO GUILLERMO BRAVO*
    251 NW 23rd Street
    Miami, Florida 33127
    Telephone No.: (305) 379-2400
    Facsimile No.: (305) 379-1106

E-Mail: service@haber.law

By:   /s/ *Maria S. Bodero*
     MARIA S. BODERO, ESQ.
     Florida Bar No.: 76413
     mbodero@haber.law
     cpla@haber.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2022, a true and correct copy of the foregoing document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

By:   /s/ *Maria S. Bodero*
     MARIA S. BODERO, ESQ.