UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24294-KMM

RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO,

ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET,

and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO,

       Plaintiffs,

 v.

ROBERTO GUILLERMO BRAVO,

       Defendant.

**JOINT NOTICE CONSENTING TO
UNITED STATES MAGISTRATE JUDGE LAUREN F. LOUIS**

1871966

1

Pursuant to the Court's order requiring expedited response (ECF No. 122), Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Krueger, and Marcela Santucho (collectively "Plaintiffs") and Defendant Roberto Bravo ("Bravo") jointly submit this notice consenting, should the need arise, to proceed before United States Magistrate Judge Lauren F. Louis to conduct any and all further proceedings in this case, including the jury trial, and to order the entry of judgment. The parties respectfully request clarification as to the appropriate courtroom to which to report for jury selection, and further request a hearing before the Court at 8:00 AM tomorrow to address anticipated evidentiary issues requiring resolution before Monday's presentation of evidence.

Dated: June 26, 2022

By:  *s/A. Margot Moss*
A. MARGOT MOSS
Florida Bar Number 091870
**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel:   (305) 379-6667
Fax:   (305) 379-6668
Email: mmoss@markuslaw.com

**KEKER, VAN NEST & PETERS LLP**
JOHN W. KEKER *(pro hac vice)*
AJAY S. KRISHNAN *(pro hac vice)*
FRANCO MUZZIO *(pro hac vice)*
NEHA SABHARWAL *(pro hac vice)*
633 Battery Street
San Francisco, CA 94111
Tel:   (415) 391-5400
Fax:   (415) 397-7188
Email: jkeker@keker.com
        akrishnan@keker.com
        fmuzzio@keker.com
        nsabharwal@keker.com

        **CENTER FOR JUSTICE & ACCOUNTABILITY**
        CLARET VARGAS *(pro hac vice)*
        ELZBIETA T. MATTHEWS *(pro hac vice)*
        CARMEN K. CHEUNG *(pro hac vice)*
        One Hallidie Plaza, Suite 750
        San Francisco, CA 94102
        Tel:   (415) 544-0444
        Fax:  (415) 544-0456
        Email: cvargas@cja.org
                ematthews@cja.org
                ccheung@cja.org

    *Attorneys for Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Kreuger and Marcela Santucho*

Dated:  June 26, 2022                By:    *s/Steven W. Davis*
                                                        STEVEN W. DAVIS
                                                        Florida Bar No.: 347442
                                                        ROGER SLADE
                                                        Florida Bar No.: 41319
                                                        MARIA S. BODERO
                                                        Florida Bar No.: 76413
                                                        **HABER LAW, P.A.**
                                                        251 NW 23rd Street
                                                        Miami, Florida  33127
                                                        Tel:   (305) 379-2400
                                                        Fax:  (305) 379-1106
                                                       Email: sdavis@haber.law
                                                                 rslade@haber.law
                                                                 mbodero@haber.law
                                                                 cpla@haber.law
                                                                 service@haber.law

                                                        NEAL R. SONNET
                                                        Florida Bar No.: 105986
                                                        **NEAL R. SONNETT, P.A.**
                                                         1581 Brickell Avenue, Suite 1804
                                                        Miami, Florida  33129
                                                        Tel:   (305) 358-2000
                                                        Fax:  (888) 277-0333
                                                       Email: nrslaw@sonnett.com

    *Attorneys for Defendant Roberto Guillermo Bravo,*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 26, 2022.

                                                                    *s/A. Margot Moss*
                                                                    A. Margot Moss

## SERVICE LIST

| | |
|---|---|
| Neal R. Sonnett<br>NEAL R. SONNETT, P.A.<br>2 S. Biscayne Boulevard<br>Suite 2600<br>Miami, FL 33131-1819<br>Tel: (305) 358-2000<br>Fax: (888) 277-0333<br>Email: nrslaw@sonnett.com<br><br>Counsel for Defendant | Steven W. Davis<br>Roger Slade<br>Maria S. Bodero<br>HABER LAW, P.A.<br>251 NW 23rd Street<br>Miami, Florida 33127<br>Telephone No.: (305) 379-2400<br>Facsimile No.: (305) 379-1106<br>Email: sdavis@haber.law<br>         rslade@haber.law<br>         mbodero@haber.law<br>         service@haber.law<br>         cpla@haber.law<br><br>Counsel for Defendant |
| A. Margot Moss<br>MARKUS/MOSS PLLC<br>40 N.W. Third Street, PH1<br>Miami, FL 33128<br>Tel: (305) 379-6667<br>Fax: (305) 379-6668<br>Email: mmoss@markuslaw.com<br><br>Counsel for Plaintiffs | Claret Vargas<br>Elzbieta T. Matthews<br>Carmen K. Cheung<br>Center for Justice & Accountability (CJA)<br>One Hallidie Plaza, Suite 750<br>San Francisco, CA 94102<br>Tel: (415) 544-0444<br>Fax: (415) 544-0456<br>Email: cvargas@cja.org<br>         ematthews@cja.org<br>         ccheung@cja.org<br><br>Counsel for Plaintiffs |

1871966