UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24294-KMM

RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO,

ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET,

and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO,

       Plaintiffs,

 v.

ROBERTO GUILLERMO BRAVO,

       Defendant.

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF WITNESS
AND AMENDED TRIAL EXHIBIT LIST**

1

1871976

Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Krueger, and Marcela Santucho (collectively "Plaintiffs") hereby withdraw Mariano Camps from their witness list, as originally submitted with Dkt. 91.  Additionally, attached hereto as Exhibit A to this Notice is Plaintiffs' amended list of trial exhibits.

Dated:  June 26, 2022         By:     /s/ A. Margot Moss
                                      **MARKUS/MOSS PLLC**
                                      A. MARGOT MOSS
                                      Florida Bar Number 091870
                                      mmoss@markuslaw.com
                                      40 N.W. Third Street, PH1
                                      Miami, Florida 33128
                                      Tel: (305) 379-6667
                                      Fax: (305) 379-6668
                                      Email: mmoss@markuslaw.com

                                      **KEKER, VAN NEST & PETERS LLP**
                                      JOHN W. KEKER *(pro hac vice)*
                                      AJAY S. KRISHNAN *(pro hac vice)*
                                      FRANCO MUZZIO *(pro hac vice)*
                                      NEHA SABHARWAL *(pro hac vice)*
                                      633 Battery Street
                                      San Francisco, CA 94111
                                      Tel:    (415) 391-5400
                                      Fax:    (415) 397-7188
                                      Email: jkeker@keker.com
                                              akrishnan@keker.com
                                              fmuzzio@keker.com
                                              nsabharwal@keker.com

                                      **CENTER FOR JUSTICE & ACCOUNTABILITY**
                                      CLARET VARGAS *(pro hac vice)*
                                      ELZBIETA T. MATTHEWS *(pro hac vice)*
                                      CARMEN K. CHEUNG *(pro hac vice)*
                                      One Hallidie Plaza, Suite 750
                                      San Francisco, CA 94102
                                      Tel:    (415) 544-0444
                                      Fax:    (415) 544-0456
                                      Email: cvargas@cja.org
                                              ematthews@cja.org
                                              ccheung@cja.org

                                      *Attorneys for Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Kreuger and Marcela Santucho*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 26, 2022.

                                            /s/ *A. Margot Moss*
                                            A. MARGOT MOSS

## SERVICE LIST

Neal R. Sonnett
NEAL R. SONNETT, P.A.
2 S. Biscayne Boulevard
Suite 2600
Miami, FL  33131-1819
Tel: (305) 358-2000
Fax: (888) 277-0333
Email: nrslaw@sonnett.com

Counsel for Defendant

A. Margot Moss
MARKUS/MOSS PLLC
40 N.W. Third Street, PH1
Miami, FL  33128
Tel:   (305) 379-6667
Fax:   (305) 379-6668
Email: mmoss@markuslaw.com

Counsel for Plaintiffs

Steven W. Davis
Roger Slade
Maria S. Bodero
HABER LAW, P.A.
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
Email: sdavis@haber.law
       rslade@haber.law
       mbodero@haber.law
       service@haber.law
       cpla@haber.law

Counsel for Defendant

Claret Vargas
Elzbieta T. Matthews
Carmen K. Cheung
Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:   (415) 544-0444
Fax:   (415) 544-0456
Email: cvargas@cja.org
       ematthews@cja.org
       ccheung@cja.org

Counsel for Plaintiffs