# Exhibit A

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0001 | Layout of the cell block from La Prensa article (Bravo 5/13/21 Depo Ex. 1) | BRAVO00004306 | BRAVO00004306 | May Offer | | | | |
| PX0002 | Pre-shooting positions drawing (Bravo 5/13/21 Depo Ex. 2A) | BRAVO00004307 | BRAVO00004307 | Expects to Offer | | | | |
| PX0003 | Gun fire directions drawing (Bravo 5/13/21 Depo Ex. 2B) | BRAVO00004308 | BRAVO00004308 | Expects to Offer | | | | |
| PX0004 | Reconstruction of the west wing of the naval base as it was in 1972 (Bravo 5/13/21 Depo Ex. 3A) | BRAVO00004309 | BRAVO00004309 | Expects to Offer | | | | |
| PX0005 | Roberto G. Bravo Statement of Assets & Liabilities as of March 27, 2021 (Bravo 5/13/21 Depo Ex. 4) | BRAVO00004310 | BRAVO00004310 | Expects to Offer | R | | | |
| PX0006 | Robert G. Bravo 2017 Form 1040 (Bravo 5/13/21 Depo Ex. 5) | BRAVO00004311 | BRAVO00004332 | May Offer | R | | | |
| PX0007 | Roberto G. Bravo 2018 Form 1040 (Bravo 5/13/21 Depo Ex. 6) | BRAVO00004333 | BRAVO00004362 | May Offer | R | | | |
| PX0008 | Roberto G. Bravo 2019 Form 1040 (Bravo 5/13/21 Depo Ex. 7) | BRAVO00004363 | BRAVO00004378 | May Offer | R | | | |
| PX0009 | Roberto G. Bravo 2020 Form 1040 (Bravo 5/13/21 Depo Ex. 8) | BRAVO00004379 | BRAVO00004394 | May Offer | R | | | |
| PX0010 | Argentine Laws 19.797 & 19.799 of 1972 | BRAVO00004395 | BRAVO00004406 | Expects to Offer | R | | | |
| PX0011 | Photograph of Alejandro Jorge Ulla at wake (Ulla 5/14/21 Depo Ex. 10) (Anderson Report Ex. 6) | BRAVO00004407 | BRAVO00004407 | Expects to Offer | R | | | |
| PX0012 | Photograph of Alejandro Jorge Ulla at wake (Ulla 5/14/21 Depo Ex. 11) | BRAVO00004408 | BRAVO00004408 | Expects to Offer | R | | | |
| PX0013 | Photograph of Alejandro Jorge Ulla at wake (Ulla 5/14/21 Depo Ex. 12) | BRAVO00004409 | BRAVO00004409 | Expects to Offer | R | | | |
| PX0014 | Photograph of Alejandro Jorge Ulla at wake (Ulla 5/14/21 Depo Ex. 13) | BRAVO00004410 | BRAVO00004410 | Expects to Offer | R | | | |
| PX0015 | Photograph of Alejandro Jorge Ulla at wake (Ulla 5/14/21 Depo Ex. 14) | BRAVO00004411 | BRAVO00004411 | Expects to Offer | R | | | |

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0016 | Translation of Argentine Laws from Langer report (Langer Report Ex. 3) | BRAVO00004412 | BRAVO00004451 | May Offer | R | | | |
| PX0017 | Additional Translation of Argentine Laws from Langer report (Langer Report Ex. 4) | BRAVO00004452 | BRAVO00004465 | May Offer | R, H, U, A | | | |
| PX0018 | October 15, 2012 Argentine Court Judgment re Trelew Massacre Translation from Extradition Proceedings | EX-BRAVO-0718 | EX-BRAVO-1010 | May Offer | R, H, U, A, AN | | | |
| PX0019 | Sabelli case file excerpts (Langer Report Ex. 7) | BRAVO00004466 | BRAVO00004476 | May Offer | R, H, U, A, AN | | | |
| PX0019T | Sabelli case file excerpts (translation) (Langer Report Ex. 7) | BRAVO00004477 | BRAVO00004488 | May Offer | R, H, U, A, AN | | | |
| PX0020 | Bonet case file excerpts (Langer Report Ex. 8) | BRAVO00004489 | BRAVO00004511 | May Offer | R, H, U, A, AN | | | |
| PX0021 | Berger case file excerpts (Langer Report Ex. 9) | BRAVO00003859 BRAVO00003875 BRAVO00003895 BRAVO00004253 BRAVO00004261 | BRAVO00003860 BRAVO00003876 BRAVO00003895 BRAVO00004253 BRAVO00004261 | May Offer | R, H, U, A, AN | | | |
| PX0021T | Berger case file excerpts (translation) (Langer Report Ex. 9) | BRAVO00004512 | BRAVO00004519 | May Offer | R, H, U, A, AN | | | |
| PX0022 | Santucho case file excerpts (Langer Report Ex. 10) | BRAVO00003650 BRAVO00003657 BRAVO00003676 BRAVO00003704 BRAVO00003738 BRAVO00003751 BRAVO00003788 BRAVO00003791 | BRAVO00003653 BRAVO00003661 BRAVO00003678 BRAVO00003704 BRAVO00003738 BRAVO00003751 BRAVO00003788 BRAVO00003791 | May Offer | R, H, U, A | | | |

2

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0023 | Capello case file excerpts (Langer Report Ex. 11) | BRAVO00003810 BRAVO00003812 BRAVO00003831 BRAVO00003844 | BRAVO00003810 BRAVO00003816 BRAVO00003831 BRAVO00003844 | May Offer | R, H, U, A, AN | | | |
| PX0024 | NY Lawyers Ass'n investigation of judges in Argentina (Langer Report Ex. 12) | BRAVO00004520 | BRAVO00004585 | May Offer | R, H, U, A | | | |
| PX0025 | Santucho letter to President Jimmy Carter (Langer Report Ex. 13) | BRAVO00004586 | BRAVO00004587 | May Offer | R, H, U | | | |
| PX0026 | Int'l Commission of Jurists Report re lawyers in Argentina (Langer Report Ex. 15) | BRAVO00004588 | BRAVO00004610 | May Offer | R, H, U, AN | | | |
| PX0027 | US Embassy Telegram re Lea Place (Langer Report Ex. 16) | BRAVO00004611 | BRAVO00004612 | May Offer | R, H, U, A | | | |
| PX0028 | US Embassy memo re Ygrigoyen and Amaya disappearances (Langer Report Ex. 17) | BRAVO00004613 | BRAVO00004614 | May Offer | R, H, U, A | | | |
| PX0029 | Argentina appeal court decision re Trelew Massacre | EX-BRAVO-147 | EX-BRAVO-233 | May Offer | R, H, U | | | |
| PX0030 | Withdrawn | | | | | | | |
| PX0030T | Withdrawn | | | | | | | |
| PX0031 | Camps civil suit statement (Langer Report Exs. 24 and 25) | BRAVO00005180 BRAVO00003791 BRAVO00004248 | BRAVO00005192 BRAVO00003794 BRAVO00004253 | Expects to Offer | R, H, U, A, AN | | | |
| PX0031T | Camps civil suit statement (translation) (Langer Report Exs. 24 and 25) | BRAVO00005175 BRAVO00003791 BRAVO00004248 | BRAVO00005192 BRAVO00003794 BRAVO00004253 | Expects to Offer | R, H, U, A | | | |
| PX0032 | Haidar investigation statements (Case No. 357 1973 folios 60-65 and 93-106) | BRAVO00003277 BRAVO00003331 | BRAVO00003288 BRAVO00003358 | May Offer | R, H, U, AN | | | |
| PX0032T | Haidar investigation statements and translations (Case No. 357 1973 folios 60-65 and 93-106) | BRAVO00004956 BRAVO00005339 BRAVO00003331 | BRAVO00004971 BRAVO00005354 BRAVO00003358 | May Offer | R, H, U, A, AN | | | |

3

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0033 | Haidar civil suit statement (Langer Report Ex. 26) | BRAVO00004267 | BRAVO00004280 | Expects to Offer | R, H, U, A, AN | | | |
| PX0033T | Haidar civil suit statement (translation) (Langer Report Ex. 26) | BRAVO00004624 | BRAVO00004645 | Expects to Offer | R, H, U, A, AN | | | |
| PX0034 | Camps investigation statements | BRAVO00003317 | BRAVO00003329 | May Offer | R, H, U, A, AN | | | |
| PX0034T | Camps investigation statements and translations (Case No. 357 1973 folios 84-92) | BRAVO00004972 | BRAVO00004991 | May Offer | R, H, U, A, AN | | | |
| PX0035 | Berger civil suit statement (Langer Report Ex. 28) | BRAVO00004255 BRAVO00004261 BRAVO00004257 BRAVO00004263 | BRAVO00004256 BRAVO00004262 BRAVO00004260 BRAVO00004266 | Expects to Offer | R, H, U, A, AN | | | |
| PX0035T | Berger civil suit statement (Langer Report Ex. 28) | BRAVO00004646 | BRAVO00004664 | Expects to Offer | R, H, U, A, AN | | | |
| PX0036 | Withdrawn | | | | | | | |
| PX0036T | Withdrawn | | | | | | | |
| PX0037 | Withdrawn | | | | | | | |
| PX0038 | Trelew Massacre Death Certificates | BRAVO00001669 BRAVO00001793 | BRAVO00001700 BRAVO00001794 | Expects to Offer | H, A | | | |
| PX0038T | Trelew Massacre Death Certificates (translation) | BRAVO00004665 | BRAVO00004702 | Expects to Offer | H | | | |
| PX0039 | Revista ASI - August 29, 1972 Cover Page (Pregliasco Report Appendix C) | BRAVO00004703 | BRAVO00004703 | Expects to Offer | H, A, AN | | | |
| PX0040 | Haidar investigation statements (Case No. 357 1973 folios 53-59 and 66-67) | BRAVO00003263 BRAVO00003289 | BRAVO00003275 BRAVO00003292 | Expects to Offer | R, H, U, A | | | |
| PX0040T | Haidar investigation statements and translations (Case No. 357 1973 folios 53-59 and 66-67) | BRAVO00004704 | BRAVO00004723 | Expects to Offer | R, H, U | | | |
| PX0041 | Camps investigation statements (Case No. 357 1973 folios 68-83) | BRAVO00003293 | BRAVO00003316 | Expects to Offer | R, H, U, AN | | | |
| PX0041T | Camps investigation statements and translations (Case No. 357 1973 folios 68-83) | BRAVO00004724 | BRAVO00004757 | Expects to Offer | R, H, U | | | |
| PX0042 | Argentine Amnesty Law 20.508 of 1973 | BRAVO00004758 | BRAVO00004763 | Expects to Offer | H | | | |
| PX0043 | Mother Jones, General and the Children article | BRAVO00001555 | BRAVO00001566 | May Offer | R, H, U | | | |

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0044 | Causa la Perla court order excerpts[1] | BRAVO00004764 | BRAVO00004770 | May Offer | R, H, U, A, AN | | | |
| PX0044T | Causa la Perla court order excerpt (translation) | BRAVO00001548 | BRAVO00001554 | Expects to Offer | R, H, U | | | |
| PX0045 | Las diez fotos inéditas del velatorio de Ortega Peña article | BRAVO00004771 | BRAVO00004776 | Expects to Offer | R, H, U | | | |
| PX0045T | The ten unpublished photos of Ortega Peña's wake article (translation) | BRAVO00004777 | BRAVO00004780 | Expects to Offer | R, H, U | | | |
| PX0046 | Santucho administrative benefits re Law 24.411 | BRAVO00001570 | BRAVO00001570 | Expects to Offer | R, H, U | | | |
| PX0046T | Santucho administrative benefits re Law 24.411 (translated) | BRAVO00005276 BRAVO00001570 | BRAVO00005278 BRAVO00001570 | Expects to Offer | R, H, U | | | |
| PX0047 | Alberto Camps death certificate copy | BRAVO00001604 | BRAVO00001605 | Expects to Offer | H, A | | | |
| PX0047T | Alberto Camps death certificate copy (translation) | BRAVO00005279 BRAVO00001604 | BRAVO00005281 BRAVO00001605 | Expects to Offer | H | | | |
| PX0048 | Alberto Camps death certificate copy | BRAVO00001606 | BRAVO00001606 | Expects to Offer | H, A | | | |
| PX0048T | Alberto Camps death certificate copy (translation) | BRAVO00005282 BRAVO00001606 | BRAVO00005283 BRAVO00001606 | Expects to Offer | H | | | |
| PX0049 | Disappearance and last known detention center certificate of Rosa Maria Pargas | BRAVO00001610 | BRAVO00001610 | Expects to Offer | R, H, U, A, AN | | | |
| PX0049T | Disappearance and last known detention center certificate of Rosa Maria Pargas (translation) | BRAVO00005284 BRAVO00001610 | BRAVO00005285 BRAVO00001610 | Expects to Offer | R, H, U, A, AN | | | |
| PX0050 | Declaration of Raquel and Mariano Camps as heirs of Rosa María Pargas | BRAVO00001607 | BRAVO00001608 | Expects to Offer | R, H, U, A | | | |
| PX0050T | Declaration of Raquel and Mariano Camps as heirs of Rosa Maria Camps (translation) | BRAVO00005286 BRAVO00001607 | BRAVO00005288 BRAVO00001608 | Expects to Offer | R, H, U | | | |
| PX0051 | Withdrawn | | | | | | | |
| PX0051T | Withdrawn | | | | | | | |
| PX0052 | Withdrawn | | | | | | | |
| PX0053 | Camps family photo | BRAVO00003138 | BRAVO00003138 | Expects to Offer | | | | |
| PX0054 | Soledad Cappello photo | BRAVO00003139 | BRAVO00003139 | Expects to Offer | | | | |

---

[1] PX44 and PX44T are an excerpt and translation from the following Argentine court order: Tribunal Oral en lo Criminal Federal No. 1 [Federal Oral Criminal Court No. 1], 24/10/2016, "Causa La Perla." The complete order is 4664 pages and is available at https://www.cij.gov.ar/adj/pdfs/ADJ-0.964064001477324616.pdf (last visited 1/27/22).

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0055 | Withdrawn | | | | | | | |
| PX0056 | Soledad Cappello photo | BRAVO00003141 | BRAVO00003141 | Expects to Offer | | | | |
| PX0057 | Camps family photo | BRAVO00003142 | BRAVO00003142 | Expects to Offer | | | | |
| PX0058 | June 1977 State Department Telegram re the disappearance of Hipolito Solari Yrigoyen and Mario Amaya | BRAVO00004781 | BRAVO00004782 | Expects to Offer | R, H, U | | | |
| PX0059 | Argentine Law 23.492 of 1986 (Punto Final) | BRAVO00004783 | BRAVO00004784 | May Offer | H | | | |
| PX0060 | Argentine Law 23.521 of 1987 (Due Obedience) | BRAVO00004785 | BRAVO00004786 | Expects to Offer | H | | | |
| PX0061 | Argentine Law 25.779 of 2003 re Punto Final and Due Obedience | BRAVO00004787 | BRAVO00004787 | May Offer | H | | | |
| PX0062 | Camps Raquel and Mariano - Law 24.411 benefits application | BRAVO00001494 | BRAVO00001497 | Expects to Offer | H | | | |
| PX0062T | Camps Raquel and Mariano - Law 24.411 benefits application (translation) | BRAVO00005295 | BRAVO00005299 | Expects to Offer | H | | | |
| PX0063 | Excerpts from Bonet - Law 24.411 benefits request proceedings file | BRAVO00003461 BRAVO00003451 BRAVO00003455 BRAVO00003458 | BRAVO00003461 BRAVO00003451 BRAVO00003455 BRAVO00003458 | Expects to Offer | H | | | |
| PX0063T | Excerpts from Bonet - Law 24.411 benefits request proceedings file (translation) | BRAVO00004992 | BRAVO00005001 | Expects to Offer | H | | | |
| PX0064 | Excerpts from Cappello - Law 24.411 benefits request proceedings file | BRAVO00001591 | BRAVO00001603 | Expects to Offer | H | | | |
| PX0064T | Excerpts from Cappello - Law 24.411 benefits request proceedings file (translation) | BRAVO00004788 | BRAVO00004801 | Expects to Offer | H | | | |
| PX0065 | Civil court declaration re Raquel and Mariano as legal heirs of Alberto Camps | BRAVO00001616 | BRAVO00001617 | Expects to Offer | H, R, U | | | |
| PX0065T | Civil court declaration re Raquel and Mariano as legal heirs of Alberto Camps (translation) | BRAVO00004802 | BRAVO00004808 | Expects to Offer | H, R, U | | | |
| PX0066 | Andrew Graham-Yool "Letter from Argentina" article | BRAVO00000001 | BRAVO00000003 | May Offer | H, R, U | | | |
| PX0067 | Withdrawn | | | | | | | |
| PX0068 | Celi Declaration | BRAVO00001830 | BRAVO00001836 | May Offer | R, H, U, A, AN | | | |
| PX0068T | Celi Declaration (translation) | BRAVO00005331 | BRAVO00005338 | May Offer | H, R, U | | | |

6

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0069 | Celi drawing of naval base | BRAVO00001841 | BRAVO00001841 | Expects to Offer | H, R, U | | | |
| PX0070 | Photo of prisoners at airport | BRAVO00003133 | BRAVO00003133 | Expects to Offer | H, R, U | | | |
| PX0071 | Excerpts from Trelew: La Patria Fusilada by Francisco Urondo (Anderson Report Ex. 7) | BRAVO00004809 | BRAVO00004813 | Expects to Offer | H, R, U, A, AN | | | |
| PX0071T | Excerpts from Trelew: La Patria Fusilada by Francisco Urondo (translation) (Anderson Report Ex. 7) | BRAVO00004814 | BRAVO00004819 | Expects to Offer | H, R, U | | | |
| PX0072 | Lesgart forensic examination (Anderson Report Ex. 8) | BRAVO00001614 | BRAVO00001615 | Expects to Offer | H, R, U, A, AN | | | |
| PX0072T | Lesgart forensic examination (translation) (Anderson Report Ex. 8) | BRAVO00001611 | BRAVO00001613 | Expects to Offer | H, R, U | | | |
| PX0073 | Withdrawn | | | | | | | |
| PX0073T | Withdrawn | | | | | | | |
| PX0074 | Withdrawn | | | | | | | |
| PX0074T | Withdrawn | | | | | | | |
| PX0075 | Death certificates of victims of Trelew Massacre (Anderson Report Ex. 11) | BRAVO00004828 | BRAVO00004859 | Expects to Offer | H, A, AN | | | |
| PX0075T | Death certificates of victims of Trelew Massacre (translation) (Anderson Report Ex. 11) | BRAVO00004860 | BRAVO00004892 | Expects to Offer | H, R, U, AN | | | |
| PX0076 | Marandino statement to Argentine prosecutors | EX-BRAVO-0672 | EX-BRAVO-0712 | Expects to Offer | R, H, U | | | |
| PX0077 | Bonet notification of benefits | BRAVO00003577 BRAVO00003622 | BRAVO00003579 BRAVO00003622 | May Offer | R, H, U | | | |
| PX0077T | Bonet notification of benefits (translation) | BRAVO00005300 | BRAVO00005304 | May Offer | R, H, U | | | |
| PX0078 | Prisoner layout | BRAVO00001745 BRAVO00001751 | BRAVO00001745 BRAVO00001751 | May Offer | R, H, U | | | |
| PX0079 | Interpol 2008 information re location of Bravo | BRAVO00001769 | BRAVO00001770 | May Offer | | | | |
| PX0079T | Interpol 2008 information re location of Bravo (translation) | BRAVO00004893 | BRAVO00004897 | May Offer | | | | |
| PX0080 | Photo of north wall of cell area (Pregliasco Rep. Figure 33) | BRAVO00004898 | BRAVO00004898 | Expects to Offer | R, H, U | | | |
| PX0081 | 10/20/21 Sonnett email to Sabharwal | BRAVO00004899 | BRAVO00004901 | May Offer | R, H, U | | | |
| PX0082 | Roberto Bravo Resume | BRAVO00004902 | BRAVO00004903 | May Offer | | | | |
| PX0083 | PAM User Manual images | BRAVO00004904 | BRAVO00004916 | May Offer | | | | |

7

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0084 | Santucho family chart | BRAVO00001566 | BRAVO00001566 | Expects to Offer | H | | | |
| PX0085 | Floor plan of naval base main building west wing | BRAVO00002117 | BRAVO00002117 | Expects to Offer | H | | | |
| PX0086 | Photo of former Argentine navy members with lawyers | BRAVO00002935 | BRAVO00002935 | Expects to Offer | R, H, U | | | |
| PX0087 | Photograph of naval base (Pregliasco Rep. Figure 3) | BRAVO00004917 | BRAVO00004917 | Expects to Offer | R, H, U | | | |
| PX0088 | Layout of main building of naval base (Pregliasco Rep. Figure 4) | BRAVO00004918 | BRAVO00004918 | Expects to Offer | R, H, U | | | |
| PX0089 | Photographs of current main building of naval base (Pregliasco Rep. Figure 5) | BRAVO00004919 | BRAVO00004919 | Expects to Offer | R, H, U | | | |
| PX0090 | Photographs of current main building of naval base (Pregliasco Rep. Figure 6) | BRAVO00004920 | BRAVO00004920 | Expects to Offer | R, H, U | | | |
| PX0091 | Floor plan reconstruction of west wing of naval base main building (Pregliasco Rep. Figure 7) | BRAVO00004921 | BRAVO00004921 | Expects to Offer | R, H, U | | | |
| PX0092 | Photograph of hallway to the west wing of naval base main building (Pregliasco Rep. Figure 8) | BRAVO00004922 | BRAVO00004922 | Expects to Offer | A, R, H, U | | | |
| PX0093 | Diagram of sampling points with color coding for sequences of paint layers (Pregliasco Rep. Figure 11) | BRAVO00004923 | BRAVO00004923 | Expects to Offer | A, R, H, U | | | |
| PX0094 | Photographs of west wall in main room of naval base (Pregliasco Rep. Figure 15) | BRAVO00004924 | BRAVO00004924 | Expects to Offer | A, R, H, U | | | |
| PX0095 | Photographs of west wing ceiling in main room of naval base (Pregliasco Rep. Figure 16) | BRAVO00004925 | BRAVO00004925 | Expects to Offer | A, R, H, U | | | |
| PX0096 | Diagrams of the hallway of the west wing of naval base main building (Pregliasco Rep. Figure 17) | BRAVO00004926 | BRAVO00004926 | Expects to Offer | A, R, H, U | | | |
| PX0097 | Photograph of reconstruction of layout of west wing of naval base main building (Pregliasco Rep. Figure 18) | BRAVO00004927 | BRAVO00004927 | Expects to Offer | A, R, H, U | | | |

8

1870868

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0098 | Photograph of north wall of cell area of naval base (Pregliasco Rep. Figure 19) | BRAVO00004928 | BRAVO00004928 | Expects to Offer | A, R, H, U | | | |
| PX0099 | Photograph of north wall of cell area of naval base (Pregliasco Rep. Figure 22) | BRAVO00004929 | BRAVO00004929 | Expects to Offer | A, R, H, U | | | |
| PX0100 | Diagram of cellblock (Pregliasco Rep. Figure 25) | BRAVO00004930 | BRAVO00004930 | Expects to Offer | A, R, H, U | | | |
| PX0101 | Photo of front of Almirante Zar Main Building (Pregliasco Rep. Appendix C at C-5) | BRAVO00004931 | BRAVO00004931 | Expects to Offer | A, R, H, U | | | |
| PX0102 | Photo of mourners with Ana María Villarreal de Santucho's coffin (Pregliasco Rep. Appendix C at C-10) | BRAVO00004932 | BRAVO00004932 | Expects to Offer | A, R, H, U | | | |
| PX0103 | Photo of coffin containing deceased Trelew prisoner (Pregliasco Rep. Appendix C at C-11) | BRAVO00004933 | BRAVO00004933 | Expects to Offer | A, R, H, U | | | |
| PX0104 | Photo of coffins sitting in a funeral home in Trelew (Pregliasco Rep. Appendix C at C-11) | BRAVO00004934 | BRAVO00004934 | Expects to Offer | A, R, H, U | | | |
| PX0105 | Photos of wakes of Trelew prisoners (Pregliasco Rep. Appendix C at C-13) | BRAVO00004935 | BRAVO00004935 | Expects to Offer | A, R, H, U | | | |
| PX0106 | Photos of police deployed to remove coffins of three victims of the Trelew Massacre (Pregliasco Rep. Appendix C at C-15) | BRAVO00004936 | BRAVO00004936 | Expects to Offer | A, R, H, U | | | |
| PX0106T | Photos of police deployed to remove coffins of three victims of the Trelew Massacre (translation) (Pregliasco Rep. Appendix C at C-15) | BRAVO00005310 BRAVO00004936 | BRAVO00005311 BRAVO00004936 | Expects to Offer | A, R, H, U | | | |
| PX0107 | Photos of police deployed to remove coffins of three victims of the Trelew Massacre (Pregliasco Rep. Appendix C at C-16) | BRAVO00004937 | BRAVO00004937 | Expects to Offer | A, R, H, U | | | |
| PX0107T | Photos of police deployed to remove coffins of three victims of the Trelew Massacre (translation) (Pregliasco Rep. Appendix C at C-16) | BRAVO00005308 BRAVO00004937 | BRAVO00005309 BRAVO00004937 | Expects to Offer | A, R, H, U | | | |
| PX0108 | Photo of the wake outside Justicialist Party headquarters (Pregliasco Rep. Appendix C at C-17-18) | BRAVO00004938 | BRAVO00004939 | Expects to Offer | A, R, H, U | | | |

Case 1:20-cv-24294-LFL   Document 126-1   Entered on FLSD Docket 06/26/2022   Page 11 of 15
*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0108T | Photo of the wake outside Justicialist Party headquarters (translation) (Pregliasco Rep. Appendix C at C-17-18) | BRAVO00005312<br>BRAVO00004938 | BRAVO00005314<br>BRAVO00004939 | Expects to Offer | A, R, H, U | | | |
| PX0109 | Revista ASI - August 29, 1972 excerpt (Pregliasco Rep. Appendix C at C-19-23) | BRAVO00004940 | BRAVO00004944 | Expects to Offer | A, R, H, U | | | |
| PX0109T | Revista ASI - August 29, 1972 excerpt (translation) (Pregliasco Rep. Appendix C at C-19-23) | BRAVO00005315<br>BRAVO00004940 | BRAVO00005315<br>BRAVO00004944 | Expects to Offer | A, R, H, U | | | |
| PX0110 | Withdrawn | | | | | | | |
| PX0111 | Photo of Camps in hospital (Pregliasco Rep. Appendix C at C-25) | BRAVO00004946 | BRAVO00004946 | Expects to Offer | A, R, H, U | | | |
| PX0112 | Photo of Berger in hospital (Pregliasco Rep. Appendix C at C-26) | BRAVO00004947 | BRAVO00004947 | Expects to Offer | A, R, H, U | | | |
| PX0113 | Withdrawn | | | | | | | |
| PX0114 | Photo of Ricardo Haidar in hospital (with ES caption) (Pregliasco Rep. Appendix C at C-26) | BRAVO00004949 | BRAVO00004949 | Expects to Offer | A, R, H, U | | | |
| PX0115 | Cell layout (Pregliasco Rep. Figure 11) | BRAVO00004950 | BRAVO00004950 | Expects to Offer | A, R, H, U | | | |
| PX0116 | Matrix of paint sequences (Pregliasco Rep. Figure 12) | BRAVO00004951 | BRAVO00004951 | Expects to Offer | A, R, H, U | | | |
| PX0117 | Matrix of paint sequences identified on far north wall of cell block hallway (Pregliasco Rep. Figure 30) | BRAVO00004952 | BRAVO00004952 | Expects to Offer | A, R, H, U | | | |
| PX0118 | Photo of sample comparative colometry used to measure colors of paint layers (Pregliasco Rep. Figure 10) | BRAVO00004953 | BRAVO00004953 | Expects to Offer | A, R, H, U | | | |
| PX0119 | Photos showing current marks on tile floor and irregular wall as evidence of former door entering west wing (Pregliasco Rep. Figure 13) | BRAVO00004954 | BRAVO00004954 | Expects to Offer | A, R, H, U | | | |
| PX0120 | Floor plan of current storage room illustrating markings as evidence of former bathroom (Pregliasco Rep. Figure 14) | BRAVO00004955 | BRAVO00004955 | Expects to Offer | A, R, H, U | | | |
| PX0121 | ASI photo of bullet holes in bathroom door (Pregliasco Rep. Figure 23) | BRAVO00005020 | BRAVO00005020 | Expects to Offer | A, R, H, U | | | |

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0122 | To scale floorplan of west wing with updated trajectory of bathroom door bullet holes (Pregliasco Rep. Figure 24) | BRAVO00005021 | BRAVO00005021 | Expects to Offer | A, R, H, U | | | |
| PX0123 | Photo of bathroom door comparing 2008 and 1972 (Pregliasco Rep. Figure 34) | BRAVO00005022 | BRAVO00005022 | Expects to Offer | A, R, H, U | | | |
| PX0124 | To scale floorplan of west wing with original trajectory of bathroom door bullet holes (Pregliasco Rep. Figure 38) | BRAVO00005023 | BRAVO00005023 | Expects to Offer | A, R, H, U | | | |
| PX0125 | Photo of bathroom door hinge comparing 2008 and 1972 (Pregliasco Rep. Figure 39) | BRAVO00005024 | BRAVO00005024 | Expects to Offer | A, R, H, U | | | |
| PX0126 | To scale floorplan of west wing with updated trajectory of bathroom door bullet holes (Pregliasco Rep. Figure 40) | BRAVO00005025 | BRAVO00005025 | Expects to Offer | A, R, H, U | | | |
| PX0127 | Expert Report of Rodolfo Pregliasco | BRAVO00005026 | BRAVO00005174 | Expects to Offer | H, U | | | |
| PX0128 | August 24, 2005 Letter to the President | BRAVO00002054 | BRAVO00002054 | Expects to Offer | H, U | | | |
| PX0128T | August 24, 2005 Letter to the President (translation) | BRAVO00005200 / BRAVO00002054 | BRAVO00005203 / BRAVO00002054 | Expects to Offer | H, U | | | |
| PX0129 | August 16, 1995 Letter to the President of the Argentinian Republic | BRAVO00002058 | BRAVO00002058 | Expects to Offer | H, U | | | |
| PX0129T | August 16, 1995 Letter to the President of the Argentinian Republic (translation) | BRAVO00005204 / BRAVO00002058 | BRAVO00005206 / BRAVO00002058 | Expects to Offer | | | | |
| PX0130 | Alicia Lelchuk de Bonet's Open letter to the President of the Nation, to Ministers and to Members of the Deputy Chamber and the Senate | BRAVO00002059 | BRAVO00002059 | Expects to Offer | H, U | | | |
| PX0130T | Alicia Lelchuk de Bonet's Open letter to the President of the Nation, to Ministers and to Members of the Deputy Chamber and the Senate (translation) | BRAVO00005207 / BRAVO00002059 | BRAVO00005209 / BRAVO00002059 | Expects to Offer | H, U | | | |
| PX0131 | May 19, 2000 Letter to Alicia Noemi Lelchuk from the Ministry of Justice | BRAVO00003622 | BRAVO00003622 | Expects to Offer | H, U | | | |
| PX0131T | May 19, 2000 Letter to Alicia Noemi Lelchuk from the Ministry of Justice (translation) | BRAVO00005210 / BRAVO00003622 | BRAVO00005212 / BRAVO00003622 | Expects to Offer | H, U | | | |

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0132 | Photo of Ana María Villarreal (Santucho 4/5/22 Depo Ex. PX0132) | BRAVO00005213 | BRAVO00005213 | Expects to Offer | A | | | |
| PX0133 | Photo of Ana María Villarreal with Ms. Santucho (Santucho 4/5/22 Depo Ex. PX0133) | BRAVO00005214 | BRAVO00005214 | Expects to Offer | A | | | |
| PX0134 | September 5, 2007 note from Forensic Medicine office to the Dean of the Forensic Medicine office | BRAVO00002258 | BRAVO00002258 | Expects to Offer | A, H | | | |
| PX0134T | September 5, 2007 note from Forensic Medicine office to the Dean of the Forensic Medicine office (translation) | BRAVO00005376 | BRAVO00005377 | Expects to Offer | A, H, U | | | |
| PX0135 | September 13, 2007 letter from the Dean of the Office of Forensic Medicine of the Nation | BRAVO00002257 | BRAVO00002257 | Expects to Offer | A, H, U | | | |
| PX0135T | September 13, 2007 letter from the Dean of the Office of Forensic Medicine of the Nation (translation) | BRAVO00005378 | BRAVO00005379 | Expects to Offer | A, H, U | | | |
| PX0136 | April 27, 2007 letter from the Navy to the investigative judge in the Trelew Massacre case | BRAVO00001871 | BRAVO00001871 | Expects to Offer | A, H, U | | | |
| PX0136T | April 27, 2007 letter from the Navy to the investigative judge in the Trelew Massacre case (translation) | BRAVO00005380 | BRAVO00005381 | Expects to Offer | A, H, U | | | |
| PX0137 | April 19, 2007: Civil and Commercial Court No. 8 letter to the investigative judge in the Trelew criminal investigation | BRAVO00001858 | BRAVO00001861 | Expects to Offer | A, H, U | | | |
| PX0137T | April 19, 2007: Civil and Commercial Court No. 8 letter to the investigative judge in the Trelew criminal investigation (translation) | BRAVO00005382 | BRAVO00005386 | Expects to Offer | R, H, U | | | |
| PX0138 | Amenazas a testigos y presiones politicas: la historia occulta del juicio a Videla en España (Brennan Report. n.24) | BRAVO00005321 | BRAVO00005325 | May Offer | R, H, U | | | |
| PX0138T | Threats to witnesses and political pressures: the hidden story of the trial of Videla in Spain (translation) (Brennan Report. n.24) | BRAVO00005326 | BRAVO00005330 | May Offer | R, H, U | | | |
| PX0139 | August 2, 1972 – Asesinato del diputado Rodolfo Ortega Peña (article) | BRAVO00005221 | BRAVO00005225 | May Offer | R, H, U | | | |
| PX0139T | August 2, 1972 – The Murder of Deputy Rodolfo Ortega Peña (article) (translation) | BRAVO00005215 | BRAVO00005220 | May Offer | R, H, U | | | |

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0140 | General Auditor Report | BRAVO00005193 | BRAVO00005199 | May Offer | R, H, U, A, AN | | | |
| PX0141 | Bravo Detention Request (Langer Report Ex. 20) | BRAVO00005291 | BRAVO00005292 | May Offer | R, H, U | | | |
| PX0141T | Bravo Detention Request (translation) (Langer Report Ex. 20) | BRAVO00005293 | BRAVO00005294 | May Offer | R, H, U | | | |
| PX0142 | Santucho Request for Administration Benefits | BRAVO00005355 | BRAVO00005364 | May Offer | H | | | |
| PX0142T | Santucho Request for Administration Benefits Translation | BRAVO00005365 | BRAVO00005375 | May Offer | H | | | |
| PX0143 | January 29, 2021 Plaintiffs' First Set of Requests for Admission to Defendant (Nos. 1-13) | N/A | N/A | May Offer | R | | | |
| PX0144 | April 20, 2021 Defendant's Responses to Plaintiffs' First Set of Requests for Admission (Nos. 1-13) | N/A | N/A | May Offer | R | | | |
| PX0145 | January 29, 2021 Plaintiffs' First Set of Interrogatories to Defendant (Nos. 1-7) | N/A | N/A | May Offer | R, H | | | |
| PX0146 | April 20, 2021 Defendant's Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-7) | N/A | N/A | May Offer | R, H | | | |
| PX0147 | April 20, 2021 Defendant's Supplemental Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-7) | N/A | N/A | May Offer | R, H | | | |
| PX0148 | January 29, 2021 Plaintiffs' First Set of Requests for Production to Defendant (Nos. 1-29) | N/A | N/A | May Offer | R, H | | | |
| PX0149 | April 20, 2021 Defendant's Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-29) | N/A | N/A | May Offer | R, H | | | |
| PX0150 | March 1, 2021 Plaintiffs' Second Set of Requests for Production to Defendant (Nos. 30-35) | N/A | N/A | May Offer | H | | | |
| PX0151 | April 20, 2021 Defendant's Responses to Plaintiffs' Second Set of Requests for Production (Nos. 30–35) | N/A | N/A | May Offer | H | | | |
| PX0152 | April 27, 2021 Defendant's Supplemental Responses to Plaintiffs' Requests for Production (Nos. 18 and 32–34) | N/A | N/A | May Offer | H | | | |
| PX0153 | May 7, 2021 Bravo's Corrected Response to Court Order on Discovery Issues | N/A | N/A | May Offer | H | | | |

1870868

*Raquel Camps, et al. v. Roberto Guillermo Bravo*
Case No. 1:20-CV-24294-KMM
Plaintiffs' Amended Trial Exhibit List

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0154 | January 25, 2021 Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint | N/A | N/A | May Offer | H | | | |

The below exhibits consist of the U.S. Government's authenticated submissions during Defendant's extradition proceedings and certified court records from Argentina. Plaintiffs are submitting these voluminous exhibits primarily for the purpose of authenticating exhibits they have identified above and do not intend to seek to admit the below exhibits in their entirety.

| PX No. | Description | Beg Bates | End Bates | Expectation to Offer | Objections | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PX0201 | Bravo Extradition II Annex | EX-BRAVO-0001 | EX-BRAVO-1010 | May Offer | H, U | | | |
| PX0202 | Excerpts from criminal case file in the matter re: Trelew Massacre | BRAVO00001669 | BRAVO00001794 | May Offer | H, U, A, AN | | | |
| PX202A | Apostille for excerpts from criminal case file in the matter re: Trelew Massacre | | | May Offer | H, U, A, AN | | | |
| PX0203–PX0204 | Documents from Chubut Court | BRAVO00005394 | BRAVO00007264 | May Offer | H, U, A, AN | | | |
| PX0203A–PX0204A | Apostille for Documents from Chubut Court | BRAVO00005387 | BRAVO00005393 | May Offer | H, U, A, AN | | | |

14

1870868