UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-24294-LFL

RAQUEL CAMPS, in her capacity as the personal representative of the ESTATE OF ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual capacity, and in his capacity as the personal representative of the ESTATE OF EDUARDO CAPPELLO,

ALICIA KRUEGER, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF RUBÉN BONET,

and, MARCELA SANTUCHO, in her individual capacity, and in her capacity as the personal representative of the ESTATE OF ANA MARÍA VILLARREAL DE SANTUCHO,

       Plaintiffs,

 v.

ROBERTO GUILLERMO BRAVO,

       Defendant.

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' PROPOSED VERDICT FORM**

In accordance with the Court's instructions at the Calendar Call, Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Krueger, and Marcela Santucho (collectively, "Plaintiffs") file their proposed verdict form, attached as Exhibit A.

Plaintiffs propose using a traditional ordering of verdict questions that generally matches the order in the jury instructions (*i.e.*, liability, then affirmative defenses, then damages). However, Plaintiffs propose having the jury decide damages if they find liability—regardless of how they find on the affirmative defenses. There are two reasons for this.

First, Defendant has raised the question of whether the statute of limitations defense is an "issue of law that should be resolved by the Judge" (*see* Joint Proposed Jury Instructions at 122, ECF 106). While Plaintiffs disagree, if Defendant is correct, one possible scenario is that the jury finds in favor of Plaintiffs on liability and against Plaintiffs on the statute of limitations, but that the Court ultimately decides the statute of limitations issue in Plaintiffs' favor. In that scenario, the parties and the Court will still need the jury's assessment of damages.

Second, with respect to both affirmative defenses (statute of limitations and exhaustion), both parties intend to file motions for a directed verdict. Again, in the scenario where the jury finds in favor of Plaintiffs and against Plaintiffs on an affirmative defense, but where the Court ultimately directs a verdict in Plaintiffs' favor on the affirmative defense, the jury's assessment of damages will still be required.

For the foregoing reasons, Plaintiffs respectfully request the use of their verdict form.

Dated: June 27, 2022     By:     /s/ A. Margot Moss
**MARKUS/MOSS PLLC**
A. MARGOT MOSS
Florida Bar Number 091870
mmoss@markuslaw.com
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: mmoss@markuslaw.com

**KEKER, VAN NEST & PETERS LLP**
JOHN W. KEKER *(pro hac vice)*
AJAY S. KRISHNAN *(pro hac vice)*
FRANCO MUZZIO *(pro hac vice)*
NEHA SABHARWAL *(pro hac vice)*
633 Battery Street
San Francisco, CA 94111
Tel:     (415) 391-5400
Fax:    (415) 397-7188
Email: jkeker@keker.com
           akrishnan@keker.com
           fmuzzio@keker.com
           nsabharwal@keker.com

**CENTER FOR JUSTICE & ACCOUNTABILITY**
CLARET VARGAS
*(pro hac vice)*
ELZBIETA T. MATTHEWS
*(pro hac vice)*
CARMEN K. CHEUNG
*(pro hac vice)*
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:     (415) 544-0444
Fax:    (415) 544-0456
Email: cvargas@cja.org
           ematthews@cja.org
           ccheung@cja.org

*Attorneys for Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Kreuger and Marcela Santucho*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing instrument was electronically served on the attorneys of record for all parties to the above cause in accordance with the Federal Rules of Civil Procedure on June 27, 2022.

      /s/ *A. Margot Moss*
      A. MARGOT MOSS

## SERVICE LIST

Counsel for Defendant

Neal R. Sonnett
NEAL R. SONNETT, P.A.
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131-1819
Tel: (305) 358-2000
Fax: (888) 277-0333
Email: nrslaw@sonnett.com

Counsel for Defendant

Steven W. Davis
Roger Slade
Maria S. Bodero
HABER LAW, P.A.
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

Counsel for Plaintiffs

John W. Keker
Ajay Krishnan
Franco Muzzio
Neha Sabharwal
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188
Email: jkeker@keker.com
      akrishnan@keker.com
      fmuzzio@keker.com
      nsabharwal@keker.com

Counsel for Plaintiffs

Claret Vargas
Elzbieta T. Matthews
Carmen K. Cheung
Center for Justice & Accountability (CJA)
One Hallidie Plaza, Suite 750
San Francisco, CA 94102
Tel:   (415) 544-0444
Fax:   (415) 544-0456
Email: cvargas@cja.org
      ematthews@cja.org
      ccheung@cja.org