# EXHIBIT A

**PLAINTIFFS' PROPOSED VERDICT FORM**

1. **CLAIMS BROUGHT BY PLAINTIFF RAQUEL CAMPS THE REPRESENTATIVE OF ALBERTO CAMPS' ESTATE AGAINST DEFENDANT BRAVO**

**Question 1a.** Is Defendant Bravo liable for the attempted extrajudicial killing of Alberto Camps? (Answering YES is a finding in favor of Plaintiffs.)

    YES  \_\_\_\_\_      NO  \_\_\_\_\_

**Question 1b.** Is Defendant Bravo liable for the torture of Alberto Camps? (Answering YES is a finding in favor of Plaintiffs.)

    YES  \_\_\_\_\_      NO  \_\_\_\_\_

**Question 1c.** Did the estate of Plaintiff Alberto Camps file its claims against Defendant Bravo too late under the statute of limitations? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  \_\_\_\_\_      NO  \_\_\_\_\_

**Question 1d.** Did the estate of Alberto Camps fail to exhaust adequate and available remedies against Defendant Bravo that exist in Argentina? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  \_\_\_\_\_      NO  \_\_\_\_\_

**Question 1e.** If you answered YES to either **Question 1a** or **Question 1b**, what is the total amount of damages that you determine is appropriate to compensate the estate of Alberto Camps?

    Compensatory Damages:  $_____

**Question 1f.** If you answered YES to either **Question 1a** or **Question 1b**, what is the total amount of punitive damages that you determine is appropriate to assess against Defendant Bravo?

    Punitive Damages:    $_____

## 2. CLAIMS BROUGHT BY PLAINTIFF EDUARDO CAPPELLO II

**Question 2a.** Is Defendant Bravo liable for the extrajudicial killing of decedent Eduardo Cappello I? (Answering YES is a finding in favor of Plaintiffs.)

      YES   _____           NO   _____

**Question 2b.** Did Plaintiff Eduardo Cappello file his claims against Defendant Bravo too late under the statute of limitations? (Answering YES is a finding in favor of Defendant Bravo.)

      YES   _____           NO   _____

**Question 2c.** Did Plaintiff Eduardo Cappello fail to exhaust adequate and available remedies against Defendant Bravo that exist in Argentina? (Answering YES is a finding in favor of Defendant Bravo.)

      YES   _____           NO   _____

**Question 2d.** If you answered YES to **Question 2a**, what is the total amount of damages that you determine is appropriate to compensate Plaintiff Eduardo Cappello for the killing of decedent Eduardo Cappello I?

      Compensatory Damages:       $_____

**Question 2e.** If you answered YES to **Question 2a**, what is the total amount of punitive damages that you determine is appropriate to assess against Defendant Bravo?

      Punitive Damages:       $_____

### 3. CLAIMS BROUGHT BY PLAINTIFF ALICIA KRUEGER

**Question 3a.** Is Defendant Bravo liable for the extrajudicial killing of Rubén Bonet? (Answering YES is a finding in favor of Plaintiffs.)

    YES  _____          NO  _____

**Question 3b.** Did Plaintiff Alicia Krueger file her claims against Defendant Bravo too late under the statute of limitations? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  _____          NO  _____

**Question 3c.** Did Plaintiff Alicia Krueger fail to exhaust adequate and available remedies against Defendant Bravo that exist in Argentina? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  _____          NO  _____

**Question 3d.** If you answered YES to **Question 3a**, what is the total amount of damages that you determine is appropriate to compensate Plaintiff Alicia Krueger for the killing of Rubén Bonet?

    Compensatory Damages:     $_____

**Question 3e.** If you answered YES to **Question 3a**, what is the total amount of punitive damages that you determine is appropriate to assess against Defendant Bravo?

    Punitive Damages:     $_____

### 4. CLAIMS BROUGHT BY PLAINTIFF MARCELA SANTUCHO

**Question 4a.** Is Defendant Bravo liable for the extrajudicial killing of Ana María Villarreal de Santucho? (Answering YES is a finding in favor of Plaintiffs.)

    YES  \_\_\_\_\_          NO  \_\_\_\_\_

**Question 4b.** Did Plaintiff Marcela Santucho file her claims against Defendant Bravo too late under the statute of limitations? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  \_\_\_\_\_          NO  \_\_\_\_\_

**Question 4c.** Did Plaintiff Marcela Santucho fail to exhaust adequate and available remedies against Defendant Bravo that exist in Argentina? (Answering YES is a finding in favor of Defendant Bravo.)

    YES  \_\_\_\_\_          NO  \_\_\_\_\_

**Question 4d.** If you answered YES above, what is the total amount of damages that you determine is appropriate to compensate Plaintiff Marcela Santucho for the killing of Ana María Villarreal de Santucho?

    Compensatory Damages:    $_____

**Question 4e.** If you answered YES to one or both questions above, what is the total amount of punitive damages that you determine is appropriate to assess against Defendant Bravo?

    Punitive Damages:    $_____

Dated: _____, 2022    _____
                                                                           Jury Foreperson