UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24294-CIV-LOUIS
<u>CONSENT CASE</u>

RAQUEL CAMPS, et al.,

    Plaintiff(s),

v.

ROBERTO GUILLERMO BRAVO,

    Defendant(s).
_____/

QUESTION/NOTE FROM
<u>THE JURY TO THE COURT</u>

IF WE CONSIDER EACH LIFE OF EQUAL VALUE, CAN WE ASIGN PUNITIVE DAMAGES EQUALLY, OR MUST IT BE INDIVIDUALIZED

CAN YOU GUIDE US ON THIS?

7/1/22  6:16 pm

**DATE & TIME**                   **FOREPERSON**