UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24294-CIV-LOUIS
<u>CONSENT CASE</u>

RAQUEL CAMPS, et. al.,

      Plaintiff(s),

vs.

ROBERTO GUILLERMO BRAVO,

      Defendant(s).
_____/

<u>COURT'S ANSWER TO JURY QUESTION</u>

Members of The jury

I have received your question and respond That you have already received all of my instructions on The law, including my instructions on damages. Please refer to The instructions as I have previously provided to you.

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE