UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24294-LFL

RAQUEL CAMPS, *in her capacity
as the personal representative of the*
ESTATE OF ALBERTO CAMPS, *et al.*,

    Plaintiffs,

v.

ROBERTO GUILLERMO BRAVO,

    Defendant.
_____/

## VERDICT FORM

**1. STATUTE OF LIMITATIONS**

**Question 1a.** Do you find that Plaintiffs proved by a preponderance of evidence that extraordinary circumstances tolled the statute of limitations?

    YES    **X**          NO    ____

**If you answered "NO" to this question, proceed to date and sign the verdict form without answering any further. If you answered "YES" to this question, proceed to Question 2.**

1

2. **CLAIMS BROUGHT BY PLAINTIFF RAQUEL CAMPS THE REPRESENTATIVE OF ALBERTO CAMPS' ESTATE AGAINST DEFENDANT BRAVO**

**Question 2a.** Is Defendant Bravo liable for the attempted extrajudicial killing of Alberto Camps?

YES   X         NO   ____

**Question 2b.** Is Defendant Bravo liable for the torture of Alberto Camps?

YES   X         NO   ____

**Question 2c.** If you answered YES to either **Question 2a** or **Question 2b**, what do you find to be the total amount of compensatory damages, if any, to the Estate of Alberto Camps?

Compensatory Damages:     $ 1,000,000

### 3. CLAIMS BROUGHT BY PLAINTIFF EDUARDO CAPPELLO II

**Question 3a.** Is Defendant Bravo liable for the extrajudicial killing of decedent Eduardo Cappello I?

YES   X   NO   _____

**Question 3b.** If you answered YES to **Question 3a**, what do you find to be the total amount of compensatory damages, if any, to the Plaintiff Eduardo Cappello?

Compensatory Damages:   $ 250,000

3

### 4. CLAIMS BROUGHT BY PLAINTIFF ALICIA KRUEGER

**Question 4a.** Is Defendant Bravo liable for the extrajudicial killing of Rubén Bonet?

YES   X          NO   _____

**Question 4b.** If you answered YES to **Question 4a**, what do you find to be the total amount of compensatory damages, if any, to the Plaintiff Alicia Krueger?

Compensatory Damages:   $ 4,500,000

## 5. CLAIMS BROUGHT BY PLAINTIFF MARCELA SANTUCHO

**Question 5a.** Is Defendant Bravo liable for the extrajudicial killing of Ana María Villarreal de Santucho?

YES    X              NO    ____

**Question 5b.** If you answered YES to **Question 5a** what do you find to be the total amount of compensatory damages, if any, to the Plaintiff Marcela Santucho?

Compensatory Damages:    $ 6,500,000

5

## 6. PUNITIVE DAMAGES

**Question 6a.** Under the circumstances of this case, state whether punitive damages are warranted against Defendant Bravo.

YES   X         NO  _____

**Question 6b.** If you answered YES to **Question 6a** what is the total amount of punitive damages, if any, which you find should be assessed against Defendant, on behalf of the following Plaintiffs?

For Plaintiff Raquel Camps:        $ 3,000,000

For Plaintiff Eduardo Cappello II:  $ 3,000,000

For Plaintiff Alicia Krueger:       $ 3,000,000

For Plaintiff Marcela Santucho:     $ 3,000,000

If you elect not to assess punitive damages against the Defendant, you should enter a zero (0) as the amount of damages.

**SO SAY WE ALL,** this __1__ day of July, 2022.

_____
FOREPERSON OF THE JURY

_____
Printed Name

6