# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO. 1:20-CV-24294-LFL

RAQUEL CAMPS, in her capacity as the
personal representative of the ESTATE OF
ALBERTO CAMPS,

EDUARDO CAPPELLO, in his individual
capacity, and in his capacity as the personal
representative of the ESTATE OF EDUARDO
CAPPELLO,

ALICIA KRUEGER, in her individual
capacity, and in her capacity as the personal
representative of the ESTATE OF RUBÉN
BONET,

and, MARCELA SANTUCHO, in her
individual capacity, and in her capacity as the
personal representative of the ESTATE OF
ANA MARÍA VILLARREAL DE
SANTUCHO,

                    Plaintiffs,

   v.

ROBERTO GUILLERMO BRAVO,

                    Defendant.

## <u>STIPULATION REGARDING POST-REMAND BRIEFING SCHEDULE</u>

3935235

Plaintiffs Raquel Camps, Eduardo Cappello, Alicia Krueger, and Marcela Santucho (collectively "Plaintiffs") and Defendant Roberto Bravo ("Bravo") stipulate as follows:

1.       On December 9, 2025, this Court held a hearing on Bravo's Motion to Re-Open and Supplement the Evidentiary Record on Remand or, in the Alternative, to Re-Open Discovery ("Motion"). ECF No. 211. That same day, this Court issued a paperless minute order stating that "Plaintiffs may amend their [Opening Post-Remand Supplemental Brief], if at all, by December 16, 2025," and that Bravo's "responsive brief is due on January 16, 2025." ECF No. 212.

2.       On December 12, 2025, this Court issued an order granting in part and denying in part Bravo's Motion. ECF No. 213. In that order, this Court observed that Plaintiffs may wish to amend their Opening Post-Remand Supplemental Brief in light of the Court's ruling and stated that "Plaintiffs' deadline to file a Supplemental Brief or Notice their intention not to do so is Monday, December 15, 2025." *Id.* at 9 n.3. The Court further stated that "[t]he Parties may agree, without seeking authorization from the Court, to amend the deadline for Plaintiffs' Supplemental Brief and Defendant's corresponding Response, which the Court will expect 30 days from Plaintiffs' filing." *Id.*

3.       Consistent with this Court's order, the Parties have agreed as follows: Plaintiffs' Amended Post-Remand Opening Supplemental Brief will be due by December 22, 2025, and shall not exceed 25 pages in length. Bravo's Post-Remand Responsive Brief will be due January 21, 2026, and shall not exceed 25 pages in length. Plaintiffs' Post-Remand Reply Brief will be due by February 20, 2026.

**IT IS SO STIPULATED.**

///

///

///

1

3935235

Dated:  December 15, 2025          By:     */s/ Vishesh Narayen*

**KEKER, VAN NEST & PETERS LLP**
AJAY S. KRISHNAN *(pro hac vice)*
FRANCO MUZZIO *(pro hac vice)*
NEHA SABHARWAL *(pro hac vice)*
VISHESH NARAYEN (Florida Bar Number 1015975)
633 Battery Street
San Francisco, CA 94111
Tel:    (415) 391-5400
Fax:    (415) 397-7188
Email: akrishnan@keker.com
          fmuzzio@keker.com
          nsabharwal@keker.com
          vnarayen@keker.com

**CENTER FOR JUSTICE & ACCOUNTABILITY**
CLARET VARGAS *(pro hac vice)*
ELZBIETA T. MATTHEWS *(pro hac vice)*
CARMEN K. CHEUNG *(pro hac vice)*
268 Bush Street #3432
San Francisco, CA  94104
Tel:    (415) 544-0444
Fax:    (415) 544-0456
Email: cvargas@cja.org
          ematthews@cja.org
          ccheung@cja.org

**MARKUS/MOSS PLLC**
A. MARGOT MOSS
Florida Bar Number 091870
mmoss@markuslaw.com
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: mmoss@markuslaw.com

*Attorneys for Plaintiffs*
*Raquel Camps, Eduardo Cappello,*
*Alicia Kreuger and Marcela Santucho*


(Defense counsel listed on next page)


///

3935235

**HABER LAW, P.A.**
251 NW 23rd Street
Miami, Florida 33127
Telephone No.: (305) 379-2400
Facsimile No.: (305) 379-1106
E-Mail: service@haber.law

By:      */s/ Steven W. Davis*
STEVEN W. DAVIS, ESQ.
Florida Bar No.: 347442
sdavis@haber.law
mapinto@haber.law
ROGER SLADE, ESQ.
Fla. Bar No. 41319
E-mail: rslade@haber.law
cpla@haber.law
MARIA SOLEDAD BODERO, ESQ.
Fla. Bar No. 76413
E-mail: mbodero@haber.law
*Counsel for Defendant Roberto Guillermo Bravo*

3935235

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025 a true and correct copy of the foregoing document was electronically filed through CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Vishesh Narayen*
Vishesh Narayen

3935235